IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>   Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>   Defendant. | Civil Action File No.<br><br>1:19-cv-01338-AT |

### CERTIFICATE OF COMPLIANCE

We hereby certify that we have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that we will comply with its provisions during the pendency of this litigation.

Dated: March 27, 2019

                                              **DELONG CALDWELL BRIDGERS**
                                              **FITZPATRICK & BENJAMIN, LLC**

                                              */s/ Mitchell D. Benjamin*
                                              Mitchell D. Benjamin
                                              Georgia Bar No. 049888
                                              */s/Matthew W. Herrington*
                                              Matthew W. Herrington
3100 Centennial Tower              Georgia Bar No. 275411
101 Marietta Street, NW
Atlanta, Georgia 30303
(404) 979-3150 Telephone

(404) 979-3170 Facsimile                COUNSEL FOR PLAINTIFF
benjamin@dcbflegal.com
matthew.herrington@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUZANNE GREENE, | : | |
| | : | Civil Action File No. |
| Plaintiff, | : | |
| | : | 1:19-cv-01338-AT |
| vs. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I electronically filed the foregoing Certificate of Compliance which will automatically send email notification to all counsel of record.

>                                        /s/ Mitchell D. Benjamin
>                                        Mitchell D. Benjamin
>                                        Georgia Bar No. 049888

**DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC**
3100 Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
(404) 979-3150 Telephone
(404) 979-3170 Facsimile
benjamin@dcbflegal.com

3