AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Suzanne Greene <br><br> *Plaintiff(s)* <br> v. <br> Tyler Technologies, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-1338 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tyler Technologies, Inc.
c/o Capitol Corporate Services, Inc., Registered Agent
3675 Crestwood Parkway, Suite 350
Duluth, GA 30096

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew W. Herrington
DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
101 Marietta Street
Suite 3100
Atlanta, GA 30303
(404) 979-3150
matthew.herrington@dcbflegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   03/26/2019

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _Tyler Technologies, Inc c/o Capital Services, Inc._
was received by me on (date) _3-28-19_ . _Registered Agent_

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _Nicole Williams R/A_ , who is
designated by law to accept service of process on behalf of (name of organization) _Tyler Technologies Inc @ 12:22pm_ on (date) _3-28-19_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _3-29-19_

_[signature]_
Server's signature

_Delacie Smith - Process Server_
Printed name and title

_235 Stroud Rd McDonough, Ga 30252_
Server's address

Additional information regarding attempted service, etc: