IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-01338-AT |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

　　　The undersigned counsel of record for Defendant Tyler Technologies, Inc. ("Tyler") to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Defendant Tyler states that it has no corporate parent and that there is no publicly traded corporation that owns 10% or more of its stock.

　　　The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None.

110705022

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| Counsel for Plaintiff: | Mitchell D. Benjamin |
| | Matthew W. Herrington |
| Counsel for Tyler: | R. Daniel Beale |
| | Maxwell R. Jones |
| | Paulo B. McKeeby |
| | Amanda E. Brown |

Submitted this 16th day of April, 2019.

110705022

*/s/ R. Daniel Beale*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell R. Jones
Georgia Bar No. 451289
max.jones@dentons.com
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.4000
Facsimile:  +1.404.527.4198

Paulo B. McKeeby
(*pro hac vice* admission pending)
Texas Bar No. 00784571
paulo.mckeeby@morganlewis.com
Amanda E. Brown
(*pro hac vice* admission pending)
Texas Bar No. 24087839
amanda.brown@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone:  +1.214.466.4000
Facsimile:   +1.214.466.4001

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above was served on the following counsel of record via filing on the Court's ECF system on April 16, 2019:

Mitchell D. Benjamin
Matthew W. Herrington
DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

*/s/ R. Daniel Beale*
R. Daniel Beale