## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**SUZANNE GREENE,**

   **Plaintiff,**

 **vs.**

**TYLER TECHNOLOGIES, INC.,**

   **Defendant.**

**Civil Action No. 1:19-cv-01338-AT**

## <u>CERTIFICATE OF COMPLIANCE</u>

We certify that we have read the Court's Standing Order in Cases proceeding before the Honorable Amy Totenberg and that we will comply with its provisions during the pendency of this litigation.

Submitted this 16th day of April, 2019.

110705076

/s/ R. Daniel Beale
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com

/s/ Maxwell R. Jones
Maxwell R. Jones
Georgia Bar No. 451289
max.jones@dentons.com

DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.4000
Facsimile:  +1.404.527.4198

/s/ Paulo B. McKeeby
Paulo B. McKeeby
(*pro hac vice* admission pending)
Texas Bar No. 00784571
paulo.mckeeby@morganlewis.com

/s/ Amanda E. Brown
Amanda E. Brown
(*pro hac vice* admission pending)
Texas Bar No. 24087839
amanda.brown@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone:  +1.214.466.4000
Facsimile:   +1.214.466.4001

**ATTORNEYS FOR DEFENDANT**

110705076

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above was served on the following counsel of record via filing on the Court's ECF system on April 16, 2019:

> Mitchell D. Benjamin
> Matthew W. Herrington
> DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC
> 3100 Centennial Tower
> 101 Marietta Street
> Atlanta, GA 30303

> */s/ R. Daniel Beale*
> R. Daniel Beale

110705076