IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-01338-AT |

**[PROPOSED] SCHEDULING ORDER**

Upon review of the parties' Joint Preliminary Report and Discovery Plan, it is hereby ORDERED that the discovery plan contained therein is approved and adopted. For good cause shown, the Parties' request for a six-month discovery period is GRANTED. <u>Discovery ends on November 15, 2019</u>. It is FURTHER ORDERED that the time limits for adding parties, amending the pleadings, filing motions, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules.

IT IS SO ORDERED, this _____ day of May 2019.

 

_____
Hon. Amy Totenberg
Judge, United States District Court