IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUZANNE GREENE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | CIVIL ACTION NO. |
| | : | 1:19-CV-01338-AT |
| | : | |
| Defendant. | : | |

## **SCHEDULING ORDER**

The Court has conducted a review of the information contained in the Joint Preliminary Report and Discovery Plan form. ("JPRDP," Doc. 23). Having done so, the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions and discussing settlement are as stated in the Federal Rules of Civil Procedure and this Court's Local Civil Rules. In addition, the discovery period shall be 6 months in duration (including both fact and expert discovery).

**IT IS SO ORDERED** this 16th day of May, 2019.

_____
**Amy Totenberg**
**United States District Judge**