# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>    Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>    Defendant. | Civil Action No. 1:19-cv-01338-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that on May 16, 2019, I served upon Plaintiff: ***Defendant's Initial Disclosures***, via Secure File Transfer.

May 20, 2019

          */s/ Paulo B. McKeeby*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell Jones
Georgia Bar No. 451289
max.jones@dentons.com
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia  30308
Telephone:   404.527.8489
Facsimile:    404.527.4198

Paulo B. McKeeby
(admitted *pro hac vice*)
Texas Bar No. 00784571
paulo.mckeeby@morganlewis.com
Amanda E. Brown
(admitted *pro hac vice*)
Texas Bar No. 24087839
amanda.brown@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas  75201
Telephone:   214.466.4000
Facsimile:    214.466.4001

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned hereby certifies that the foregoing was prepared in accordance with Local Rule 5.1, using Times New Roman font, 14 point.  The undersigned further certifies that on the 20th day of May, 2019, a true and correct copy of the above was filed via the Court's ECF filing system, which served the following counsel:

>Matthew W. Herrington
>Mitchell D. Benjamin
>Delong Caldwell Bridgers
>     Fitzpatrick & Benjamin, LLC
>3100 Centennial Tower
>101 Marietta Street
>Atlanta, GA 30303

>  /s/ Paulo B. McKeeby
> Paulo B. McKeeby

111018132\V-1