IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-1338-AT |

### CERTIFICATION OF SERVING DISCOVERY AND CERTIFICATE OF SERVICE

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of **Plaintiff's Initial Disclosures**, by electronic mail, on the following counsel of record:

| | |
|---|---|
| R. Daniel Beale<br>Maxwell R. Jones<br>DENTONS US LLP<br>dan.beale@dentons.com<br>max.jones@dentons.com | Paulo B. McKeeby<br>Amanda E. Brown<br>MORGAN, LEWIS & BOCKIUS LLP<br>paulo.mckeeby@morganlewis.com<br>amanda.brown@morganlewis.com |

I further certify that I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to said counsel.

- 2 -

Dated: May 24, 2019

                                         **DELONG, CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

                                         */s/ Matthew W. Herrington*

101 Marietta Street NW         Mitchell D. Benjamin  
Suite 3100                         Georgia Bar No. 049888  
Atlanta, Georgia 30303           Matthew W. Herrington  
(404) 979-3150                  Georgia Bar No. 275411  
(404) 979-3170 (facsimile)  
benjamin@dcbflegal.com          Counsel for Plaintiff  
matthew.herrington@dcbflegal.com