IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE, | : |
| | :    Civil Action File No. |
| Plaintiff, | : |
| | :    1:19-cv-01338-AT |
| vs. | : |
| | : |
| TYLER TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |
| | : |

**<u>NOTICE OF LEAVE OF ABSENCE</u>**

To:  All Judges, Clerks of Court, and Counsel of Record

I, Matthew W. Herrington, Counsel for Plaintiff, respectfully notify all parties including judges, clerks of court, and opposing counsel, that I will be on leave pursuant to Georgia Uniform Court Rule 16 and Federal Local Rule 83.1 E(3).

1. The periods of leave during which time I will be away from the practice of law are as follows:

    October 7 – 18, 2019

2. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

*s/ Matthew W. Herrington*
Mathew W. Herrington
Georgia Bar No. 275411

1

                                                  101 Marietta Street, N.W.
                                                  Suite 2650
                                                  Atlanta, Ga. 30303
                                                  (404) 979-3150
                                                  matthew.herrington@dcbflegal.com

                                                  Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE, | : |
| | : Civil Action File No. |
| Plaintiff, | : |
| | : 1:19-cv-01338-AT |
| vs. | : |
| | : |
| TYLER TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |
| | : |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed <u>Notice of Leave of Absence</u> with the Clerk of Court in the United States District Court for the Northern District of Georgia, Atlanta Division using the CM/ECF system, which will automatically send notice of such filing to all parties including judges, clerks and opposing counsel of record.

Respectfully submitted this 17th day of July, 2019.

<i>s/ Matthew W. Herrington</i><br>
Matthew W. Herrington<br>
Georgia Bar No. 275411

3