# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | **Civil Action No. 1:19-cv-01338-AT** |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS
## FOR PAULO MCKEEBY

Paulo B. McKeeby, attorney for Defendant Tyler Technologies, Inc. ("Tyler"), files this Notice of Change of Law Firm and Address, and, in support thereof, shows the Court as follows:

Paulo B. McKeeby, attorney for Defendant Tyler, hereby notifies the Court and all counsel of record that effective July 8, 2019, Mr. McKeeby has moved to the law firm Reed Smith LLP. The new office address, telephone number, and facsimile number for Mr. McKeeby are now as follows:

**Paulo B. McKeeby**
Texas State Bar No. 00784571
Reed Smith LLP
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (469) 680-4227
Facsimile: (469) 680-4299
PMckeeby@reedsmith.com

Reed Smith LLP shall also continue to act as counsel of record for Defendant Tyler.

|  |  |
|---|---|
| July 26, 2019 | */s/ Paulo B. McKeeby*<br>R. Daniel Beale<br>Georgia Bar No. 043880<br>dan.beale@dentons.com<br>Maxwell Jones<br>Georgia Bar No. 451289<br>max.jones@dentons.com<br>Dentons US LLP<br>303 Peachtree Street, NE<br>Suite 5300<br>Atlanta, GA 30308<br>Telephone: +1.404.527.8489<br>Facsimile:  +1.404.527.4198<br><br>Paulo B. McKeeby<br>(admitted *pro hac vice*)<br>TX State Bar No. 00784571<br>pmckeeby@reedsmith.com<br>Amanda E. Brown<br>(admitted *pro hac vice*)<br>TX State Bar No. 24087839<br>aebrown@reedsmith.com<br>**REEDSMITH LLP**<br>2501 N. Harwood Street<br>Suite 1700<br>Dallas, TX 75201<br>Telephone:  +1.469-680-4200<br>Facsimile:   +1.469-680-4299<br><br>**ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of July, 2019, a true and correct copy of the above was filed via the Court's ECF filing system which caused all counsel to be served electronically.

*/s/ Paulo McKeeby*
Paulo McKeeby