**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | **Civil Action No. 1:19-cv-01338-AT** |

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**
**FOR AMANDA BROWN**

Amanda E. Brown, attorney for Defendant Tyler Technologies, Inc. ("Tyler"), files this Notice of Change of Law Firm and Address, and, in support thereof, shows the Court as follows:

Amanda E. Brown, attorney for Defendant Tyler, hereby notifies the Court and all counsel of record that effective July 8, 2019, Ms. Brown has moved to the law firm of Reed Smith LLP.  The new office address, telephone number, and facsimile number for Ms. Brown are now as follows:

US_ACTIVE-148294072.1

**Amanda E. Brown**
Texas State Bar No. 24087839
Reed Smith LLP
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (469) 680-4232
Facsimile: (469) 680-4299
aebrown@reedsmith.com

Reed Smith LLP shall also continue to act as counsel of record for Defendant Tyler.

-2-

July 26, 2019

*/s/ Amanda E. Brown*

R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell Jones
Georgia Bar No. 451289
max.jones@dentons.com
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.8489
Facsimile:  +1.404.527.4198

Paulo B. McKeeby
(admitted *pro hac vice*)
TX State Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
(admitted *pro hac vice*)
TX State Bar No. 24087839
aebrown@reedsmith.com
**REEDSMITH LLP**
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
Telephone:  +1.469-680-4200
Facsimile:   +1.469-680-4299

**ATTORNEYS FOR DEFENDANT**

US_ACTIVE-148294072.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 26th day of July, 2019, a true and correct copy of the above was filed via the Court's ECF filing system which caused all counsel to be served electronically.

*/s/ Amanda E. Brown*
Amanda E. Brown

US_ACTIVE-148294072.1