IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **TYLER TECHNOLOGIES, INC.,** <br><br> **Defendant.** | Civil Action No. 1:19-cv-01338-AT |

**CERTIFICATE OF SERVING DISCOVERY AND CERTIFICATE OF SERVICE**

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of **Plaintiff's First Continuing Interrogatories to Defendant Tyler Technologies, Inc.** by electronic mail on thefollowing counsel of record:

R. Daniel Beale
dan.beale@dentons.com
Maxwell Jones
max.jones@dentons.com
Paulo B. McKeeby
paulo.mckeeby@morganlewis.com

I further certify that I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to said counsel.

-1-

-2-

Dated: August 20, 2019

                                        **DELONG, CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

                                        */s/ Matthew W. Herrington*

101 Marietta Street NW        Matthew W. Herrington
Suite 3100                         Georgia Bar No. 275411
Atlanta, Georgia 30303
(404) 979-3150                  Counsel for Plaintiff
(404) 979-3170 (facsimile)
matthew.herrington@dcbflegal.com