## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

### DEFENDANT'S CERTIFICATE OF SERVING ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST CONTINUING INTERROGATORIES AND CERTIFICATE OF SERVICE

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of *Defendant's Answers and Objections to Plaintiff's First Continuing Interrogatories* by electronic mail on the following counsel of record:

Matthew W. Herrington
matthew.herrington@dcbflegal.com

Dan Beale
dan.beale@dentons.com

Maxwell Jones
max.jones@dentons.com

I further certify that I electronically filed this Certificate of Service with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

Dated:  September 13, 2019

        */s/ Paulo B, McKeeby*
        R. Daniel Beale
        Georgia Bar No. 043880
        dan.beale@dentons.com
        Maxwell Jones
        Georgia Bar No. 451289
        max.jones@dentons.com
        Dentons US LLP
        303 Peachtree Street, NE
        Suite 5300
        Atlanta, GA 30308
        Telephone: +1.404.527.8489
        Facsimile:  +1.404.527.4198

        Paulo B. McKeeby
        (admitted *pro hac vice*)
        TX State Bar No. 00784571
        pmckeeby@reedsmith.com
        Amanda E. Brown
        (admitted *pro hac vice*)
        TX State Bar No. 24087839
        aebrown@reedsmith.com
        **REEDSMITH LLP**
        2501 N. Harwood Street
        Suite 1700
        Dallas, TX 75201
        Telephone:  +1.469-680-4200
        Facsimile:   +1.469-680-4299

        **ATTORNEYS FOR DEFENDANT**

US_ACTIVE-149191610.1