# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01338-AT
## Greene v. Tyler Technologies, Inc.
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 10/08/2019.

TIME COURT COMMENCED: 4:35 P.M.
TIME COURT CONCLUDED: 5:25 P.M.   COURT REPORTER: Shannon Welch
TIME IN COURT: 00:50               DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Robert Beale representing Tyler Technologies, Inc.<br>Matthew Herrington representing Suzanne Greene<br>Paulo McKeeby representing Tyler Technologies, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The discovery requests are granted in part and denied in part with leave to re-new the requests as to particular items if more record evidence is developed. Reference transcript. |
| HEARING STATUS: | Hearing Concluded |