IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-01338-AT |

**[PROPOSED] ORDER**

Plaintiff having moved to extend the time for the Parties to file a Joint Consolidated Discovery Statement, the Court having considered the same and for good cause shown, it is hereby ORDERED that the time in which the parties may file their Joint Consolidated Discovery Statement is extended through and including Friday, October 18, 2019.

SO ORDERED, this _____ day of October 2019.

_____
Hon. Amy Totenberg
Judge, United States District Court