IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-01338-AT |

**WITHDRAWAL OF UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CONSOLIDATED JOINT DISCOVERY STATEMENT**

Plaintiff Suzanne Greene hereby WITHDRAWS her Unopposed Motion for Extension of Time to File Consolidated Joint Discovery Statement. [Dkt. 31]. The motion was filed under the mistaken belief that discovery was ending on October 16, 2019 rather than a month later.[1]

This 24th day of October 2019,

                                                Respectfully submitted,

                                                **DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC**

101 Marietta Street                         */s/ Matthew W. Herrington*
                                                      Mitchell D. Benjamin

---

[1] *See* Dkt. 14 (Scheduling Order filed May 16, 2019), ordering a 6-month discovery period.

| | |
|---|---|
| Suite 2650 | Georgia Bar No. 049888 |
| Atlanta, GA 30303 | Matthew W. Herrington |
| (404) 979-3150 | Georgia Bar No. 275411 |
| (404) 979-3170 (facsimile) | |
| benjamin@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | *Counsel for Plaintiff* |

## Certificate of Service

The undersigned certifies that the foregoing document was filed with the Clerk via the Court's CM/ECF system, which will automatically effect service upon all counsel of record.

Dated: October 24, 2019

　　　　　　　　　　　　　　　　　　*/s/ Matthew W. Herrington*
　　　　　　　　　　　　　　　　　　Matthew W. Herrington
　　　　　　　　　　　　　　　　　　Georgia Bar No. 275411