IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>Plaintiff,<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

**NOTICE OF FILING EXHIBITS TO CONSOLIDATED/JOINT DISCOVERY STATEMENT**

Plaintiff Greene hereby gives notice of filing the attached exhibits to the Parties' Joint/Consolidated Discovery Statement [Dkt. 33]:

1. Excerpts from Defendant's Interrogatory Responses;

2. Excerpts from Defendant's Responses to Plaintiff's Requests for Production of Documents;

3. Subpoena to Paulo McKeeby

Dated: October 24, 2019

101 Marietta Street
Suite 2650

**DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC**

*s/ Matthew W. Herrington*
Mitchell D. Benjamin
Georgia Bar No. 049888
Matthew W. Herrington

Atlanta, GA 30303  
(404) 979-3150  
(404) 979-3170 (facsimile)  
benjamin@dcbflegal.com  
matthew.herrington@dcbflegal.com

Georgia Bar No. 275411

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

### CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing document with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: October 24, 2019

                                                *s/ Matthew W. Herrington*
                                                Matthew W. Herrington
                                                Georgia Bar No. 275411