IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-01338-AT |

### NOTICE OF DEPOSITION OF LYNN MOORE, JR.

Pursuant to Fed R. Civ. P. 30(b), please take notice that Plaintiff Suzanne Green, by and through the undersigned attorney, will take the deposition by oral examination of Lynn Moore, Jr., on **November 26, 2019 at 10:00 a.m.** CST at the offices of ReedSmith LLP, 2501 N. Harwood, Suite 1700, Dallas, TX 75201. This deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure and will be recorded by audio, video, and certified court reporter. The deposition will be taken by Plaintiff's counsel remotely by means of videoconferencing equipment.

Dated November 5, 2019.

                                         **DELONG, CALDWELL, BRIDGERS,**
                                         **FITZPATRICK & BENJAMIN, LLC**

                                         */s/ Matthew W. Herrington*

3100 Centennial Tower            Matthew W. Herrington
101 Marietta Street                Ga. Bar No. 275411
Atlanta, Georgia 30303           Mitchell D. Benjamin
(404) 979-3150                     Ga. Bar No. 049888
(404) 979-3170 (f)
benjamin@dcbflegal.com         Counsel for Plaintiff
matthew.herrington@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-01338-AT |

### CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing document with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: November 5, 2019

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Ga. Bar No. 275411
