# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

**DEFENDANT'S CERTIFICATE OF SERVING FIRST AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST CONTINUING REQUESTS FOR PRODUCTION AND CERTIFICATE OF SERVICE**

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of *Defendant's First Amended Responses and Objections to Plaintiff's First Continuing Requests for Production* by electronic mail on the following counsel of record:

Matthew W. Herrington
matthew.herrington@dcbflegal.com

Dan Beale
dan.beale@dentons.com

Maxwell Jones
max.jones@dentons.com

US_ACTIVE-150123081.1

I further certify that I electronically filed this Certificate of Service with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

US_ACTIVE-150123081.1

Dated: November 12, 2019

/s/ *Paulo B, McKeeby*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell Jones
Georgia Bar No. 451289
max.jones@dentons.com
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.8489
Facsimile: +1.404.527.4198

Paulo B. McKeeby
(admitted *pro hac vice*)
TX State Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
(admitted *pro hac vice*)
TX State Bar No. 24087839
aebrown@reedsmith.com
**REEDSMITH LLP**
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
Telephone: +1.469-680-4200
Facsimile: +1.469-680-4299

**ATTORNEYS FOR DEFENDANT**