# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

### DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH NOVEMBER 1, 2019 ORDER

As required by the Court's November 1, 2019 Order, I hereby certify that I have complied with all aspects of that Order. Specifically, Defendant Tyler Technologies ("Defendant") has:

1. Produced to Plaintiff Suzanne Greene ("Plaintiff") training materials for all implementation consultants employed within Defendant's ExecuTime division since 2 years prior to the relevant time period;

2. Produced a USB device to Plaintiff containing all emails to or from Plaintiff from company accounts;

US_ACTIVE-150147314.1

3. Produced to Plaintiff investigative materials, job descriptions, observations, pay studies, and/or job requirements provided to Defendant's counsel by Defendant;

4. Provided the Court with documents, including billing records, communications, and notes, from the *Patty Beall* litigation for *in camera* review by Court;

5. Amended its responses to Plaintiff's Requests for Production Nos. 11, 13, and 14 to identify by Bates number the documents Defendant previously produced as responsive to each request; and

6. Identified by full name and address the ExecuTime implementation consultants who worked during Plaintiff's tenure.

I further certify that I electronically filed this Certificate of Compliance with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

Dated: November 13, 2019

*/s/ Paulo B. McKeeby*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell Jones
Georgia Bar No. 451289
max.jones@dentons.com
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.8489
Facsimile: +1.404.527.4198

Paulo B. McKeeby
(admitted *pro hac vice*)
TX State Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
(admitted *pro hac vice*)
TX State Bar No. 24087839
aebrown@reedsmith.com
**REEDSMITH LLP**
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
Telephone: +1.469-680-4200
Facsimile: +1.469-680-4299

**ATTORNEYS FOR DEFENDANT**