IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUZANNE GREENE, | : | |
| Plaintiff, | : | |
| v. | : | |
| TYLER TECHNOLOGIES, INC., | : | CIVIL ACTION NO. |
| | : | 1:19-CV-01338-AT |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Parties' Consolidated/Joint Discovery Statement [Doc. 33] ("Statement"). The Court has commenced an *in camera* review of the materials provided to chambers by Defendant. As to the billing records, Defendant is **DIRECTED** to provide Plaintiff with a redacted copy of the records by Friday, November 15. Defendant may redact all entries other than those entries containing a reference to "L. Moore." For those entries, Defendant shall provide the date, name of attorney, description, and number of hours worked.

**IT IS SO ORDERED** this 13th day of November, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**