IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Settlement Conference Before Magistrate Judge and Stay of Proceedings Pending Resolution of Settlement Conference. After due consideration, the Motion is **GRANTED**.

This matter is hereby **REFERRED** to the United States Chief Magistrate Judge for assignment to the next available Magistrate Judge to conduct a settlement conference within forty-five (45) days.

The Court hereby **ORDERS** a stay of all proceedings pending the outcome of the settlement conference. Following the conclusion of the settlement conference, the Parties are **DIRECTED** to notify the Court within five (5) business days whether the matter has been resolved. In the event the matter is not resolved, the Parties will resume litigation and the deadline for filing dispositive motions will be thirty (30) days from the Parties' notice to the Court of the outcome of the settlement

**Order – Page 1**

conference.  If the matter is resolved, the Parties shall provide the Court with a date by which the final settlement agreement will be executed and a dismissal filed.

**IT IS SO ORDERED**, this _____ day of _____, 2020.

_____
THE HONORABLE AMY L. TOTENBERG
UNITED STATES DISTRICT JUDGE

US_ACTIVE-150412582.1

**Order – Page 2**