IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:19-cv-1338-AT |

## O R D E R

This matter comes before the Court on the parties' Joint Motion Requesting an Order Referring Case to Mediation [Doc. 41]. After a review of the record and due consideration, the Motion is **GRANTED**. This case is hereby **REFERRED** to the next available United States Magistrate Judge for mediation. Within two days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court. All deadlines, including the deadlines for motions for summary judgment and/or the pretrial order, are extended for a period of THIRTY (30) DAYS, following the conclusion of mediation.

IT IS SO ORDERED, this 3rd day of December, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**