ORIGINAL

FILED IN CHAMBERS

FEB 06 2020

U.S. MAGISTRATE JUDGE
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

## ORDER

Paulo B. McKeeby, counsel for Defendant Tyler Technologies, Inc. ("Defendant") and Abigail Diaz, representative for Defendant, hereby request permission from the Court to bring their laptop computers and cell phones to the parties' settlement conference scheduled for February 13, 2020. After consideration of Defendant's request:

IT IS HEREBY ORDERED that Paulo B. McKeeby and Abigail Diaz are permitted to bring their laptop computers and cell phones with them to the parties' settlement conference.

Signed this 6th day of February, 2020.

THE HONORABLE ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

Order – Page Solo

US_ACTIVE-151332305.1