# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-01338-AT
### Greene v. Tyler Technologies, Inc.
### Honorable Alan J. Baverman

Minute Sheet for proceedings held In Chambers on 2/13/20.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 3:30
OFFICE LOCATION: Atlanta

DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mitchell Benjamin representing Suzanne Greene<br>Matthew Herrington representing Suzanne Greene<br>Paulo McKeeby representing Tyler Technologies, Inc. |
| OTHER(S) PRESENT: | Abby Diaz |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Settlement Conference Held. The parties will notified Judge Baverman by the close of business on Tuesday, February 18, 2020 if the case has settled. |