

EXHIBIT: 2
NAME: PIF
DATE: 10-9-2019
J Leitz Moran