EXECUTIME
SOFTWARE                                             ENTERPRISE WORKFORCE MANAGEMENT

January 12, 2016

Suzanne Green

███████████████

Ellenwood, GA  30294

Re:  Offer of Employment

Dear Ms Green,

ExecuTime is pleased to confirm the terms under which it extends to you an offer of employment.  We trust that your knowledge, skills, and experience will be among our most valuable assets.

**Position:**     Project Manager / Trainer

**Start Date:**   February 1, 2016

**Place of Employment:**  ExecuTime Office: 2400 Crestwood Rd, Suite 102, North Little Rock, AR, with granted permission to work from remote office in Ellenwood, GA.

**Salary:** Annual salary of___ $45,000 ____, less all applicable withholdings, paid no less frequently than monthly.  This quote is merely for convenience and does not imply employment for any specific period.  Your position is exempt from the overtime provisions of the Fair Labor Standards Act.

**Bonus Opportunity:**  You may be eligible for participation in certain bonus programs.  Of course, all bonus programs are established and administered in ExecuTime's discretion.

**Benefits:**  As a full-time ExecuTime employee, you will be eligible to receive or participate in the benefits offered to each of our employees.  For details, please refer to the appropriate Employee Handbook, summary plan description, or contact your supervisor.

**Paid Time Off:**  Per Company policy.

**Expenses:**  ExecuTime will reimburse you for normal and reasonable expenses incurred on its behalf, provided you submit a properly supported expense report within two months of the close of the month in which the expense was incurred.  Direct any questions about expense reimbursement to your supervisor prior to incurring the expense.

www.exec.utime.com

EXHIBIT: ___3___
NAME: __PIF__
DATE: _10-9-2019_
J Leitz Moran

TYLER-GREENE 000001

 EXECUTIME
SOFTWARE

ENTERPRISE WORKFORCE MANAGEMENT

## Other Agreements and Acknowledgements:

**Adherence to ExecuTime's Policies on Intellectual Property:** You agree to adhere to all such policies, as stated herein or elsewhere. ExecuTime retains its interest in all intellectual property rights, including but not limited to all rights relating to formulas, processes, inventions, utility models, trademarks, service marks, business names, copyrights, design rights, patents, trade secrets, computer programs, databases and source codes, that are developed, created or acquired by you (whether alone or jointly with other person(s)) on behalf of or for ExecuTime during the course of employment.

**Adherence to ExecuTime's Confidentiality Policies:** You agree to adhere to all such policies, as stated herein or elsewhere. ExecuTime requires that you not make use of or divulge to persons not concerned any proprietary information that may come to your knowledge during the course of employment. ExecuTime requires employees to use their best endeavours to prevent the disclosure and unauthorized use of such information. Such information refers to information and documents such as, but not limited to, strategic and marketing plans, customer lists, prospect lists, contracts and pricing information. Your obligation hereunder survives your separation from employment, regardless of the circumstances.

**At-will Employment:** You acknowledge that business circumstances change and ExecuTime needs the flexibility to respond effectively. Therefore, you understand that this offer is not a promise of employment for a specific period of time or under any guarantee of terms and conditions. All employees of ExecuTime are employed at-will which means either the employee or ExecuTime may terminate the employment relationship at any time with or without notice or cause without any liability for so doing. Only a written document signed by both the president of ExecuTime can alter this policy.

**Representations and Warranties of Applicant.** You hereby represent and warrant to ExecuTime that you (i) are not subject to any written nonsolicitation or noncompetition agreement that would affect your employment with ExecuTime, (ii) are not subject to any written confidentiality or non-use/non-disclosure agreement that would affect your employment with ExecuTime, and (iii) will not bring to ExecuTime any trade secrets, confidential business information, documents, or other personal property of any other person or entity in violation of any agreement or any applicable law, rule, or regulation.

## This offer is conditioned upon

- Your acceptance of this offer without modification by signing below
- Your agreement to strictly abide by all ExecuTime policies and procedures

We look forward to you joining ExecuTime and believe you will make a valuable contribution toward our success. Please confirm your acceptance by signing where indicated and returning the signed letter to:

www.exec|utime.com

TYLER-GREENE 000002

 EXECUTIME
SOFTWARE

| ENTERPRISE WORKFORCE MANAGEMENT |

Email Signed Copy: talia.harrison@executime.com
Original Copy:  Bring on first day of employment

Sincerely,

Talia Harrison
ExecuTime Software, LLC

**By signing this letter, I accept and agree to the terms set for the herein:**

Signature: _Suzanne Greene_

Printed Name: _Suzanne Greene_

Date: _01 - 12 - 2016_

www.executime.com

TYLER-GREENE 000003