


Empowering people who serve the public

EXHIBIT: 4
NAME: PL
DATE: 10-9-2019
J Leitz Moran

| **Position Description** | | | |
|---|---|---|---|
| **Job Title:** | Implementation Consultant | **Date:** | 1/1/11 |
| **Department/Group:** | Implementation | **Grade:** | 9 |
| **Reports To:** | Project Manager | **Exemption Status:** | Exempt |

### Position Objective

The Implementation Consultant provides the highest quality instruction and support to clients during the implementation of Tyler software products. The consultant ensures that the transition to Tyler software is completed according to predetermined timelines and establishes a positive baseline for the new relationship between the client site and Tyler Technologies.

### Principal Duties

- Provide professional and thorough training and consultation to clients on Tyler software products.
- Perform consultation/analysis sessions on applicable Tyler products to determine the existing business model and create a new model to use in the deployment of the project.
- Consult with users to identify the proper data mapping process for the product conversion.
- Provide instruction on proofing and analyzing data conversions from existing software to Tyler applications.
- Train users on data entry, system administration, user security, and user permissions.
- Play an active role in troubleshooting client issues, or working with the support or development departments to resolve
- Create custom reports or customize existing reports to satisfy client requirements.
- Arrange travel upon receipt of schedule and at least two weeks in advance project start date to ensure cost effectiveness.
- Keep up to date on administrative tasks such as documenting client issues, communicating agendas, submitting trip reports and weekly expense reports, and updating the client SharePoint site.
- Design and conduct training sessions on site or through webinars.
- Assist QA staff with product testing or modification testing as required.
- Create both client-facing and internal documentation such as quick tips and how to's and participate in discussion boards on a regular basis to share information with other Tyler employees.
- Stay current with new product releases and continue to advance product knowledge in specialized areas through self-study, participation in training sessions, development of videos, and the research and testing of product scenarios.

### Scope and Impact (Accountability)

The Implementation Consultant position is a revenue-generating position. The quality of the implementation can directly affect the volume of work and the projects' profitability. The consultant conducts a minimum of 12 billable days of training per month to groups of up to 25 clients. He or she adheres to training assignments but must use independent judgment and available resources to successfully transition the client to Tyler software.

### Complexity

The Implementation Consultant must be able to:
- Expeditiously learn, understand, demonstrate, and train clients on Tyler software applications by following the implementation methodology approach.
- Maintain a courteous, professional, and confident demeanor throughout the implementation process.

1

Case 1:19-cv-01338-AT Document 46-4 Filed 03/10/20 Page 2 of 2

 Empowering people who serve the public™

- Work with a diverse group of people, and adapt to and work in a dynamic environment.
- Instill client confidence in the use of Tyler applications by providing effective one-on-one or group training.
- Exercise good judgment, discretion, and tact while working with clients.
- Maintain the ability to perform the basic functions of the application on different data platforms.

**Education, Experience and Special Skills**

- Bachelor's degree in business or related field, or comparable work experience.
- Knowledge of principles and concepts in accounting desired
- Exceptional presentation and training skills desired
- Excellent interpersonal and communication skills.
- Familiarity and ease with computer systems and Microsoft Office products.
- Strong problem solving and analytical skills.
- Ability to travel extensively.
- Valid driver's license.


Tyler-Greene 000329