Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920         Advice Amount: $2,339.76

| EMP NO. | EMPLOYEE NAME | | | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 10811 | SUZANNE GREENE | | | 045210 | 11/30/2018 | 11/18/2018 | 12/01/2018 | TYLER PAYR | 857399 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | 23.2933 | 64.00 | 1,490.77 | 40,521.09 | SOCIAL SEC | 167.16 | 2,964.02 | 167.16 | 2,964.02 |
| VACATION | 23.2933 | 8.00 | 186.35 | 2,749.52 | MEDICARE | 39.09 | 693.15 | 39.09 | 693.15 |
| VACATION | 23.2933 | 8.00 | 186.35 | 2,749.52 | HEALTH PRE | 144.72 | 3,473.28 | 402.58 | 9,661.92 |
| TRV & EXP | | | 1,075.20 | 6,202.88 | VISION PRETX | 8.39 | 201.36 | 2.23 | 53.52 |
| SICK | | | | 685.11 | DENTAL PRE | 14.46 | 347.04 | 34.78 | 834.72 |
| IMP BONUS | | | | 1,569.78 | MED FLEX | 75.00 | 1,800.00 | | |
| STF BONUS | | | | 1,900.00 | 401K % | | 3,000.37 | | |
| | | | | | 401K ERSHARE | | | | 1,327.03 |
| | | | | | FED TAX | | 202.78 | | |
| | | | | | GA SIT | 119.46 | 1,673.02 | | |
| | | | | | EELIFE POT | 6.14 | 147.36 | | |
| | | | | | CHLIFE POT | 0.12 | 2.88 | | |
| | | | | | 401K LOAN | 24.37 | 121.85 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 2,339.76 | |
| *PNC BANK* | | |

WHISTLE BLOWER HOTLINE HTTP://WWW.OPENBOARD.INFO/TYL/ VM 1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | 4.6160 | 16.0000 | -9.2160 | 110.7800 | 120.0000 |
| SICK | | | 14.0000 | | 40.0000 | 26.0000 |
| VOLUNTEER | | | 8.0000 | | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | $0.00 |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $2,696.10 | $44,806.33 |
| Gross Pay | $2,938.67 | $53,628.38 |
| Deductions | $598.91 | $14,627.11 |
| Net Pay | $2,339.76 | $39,001.27 |

Tyler Technologies, Inc
1 Tyler Drive
Yarmouth, ME 04096

Advice Date    Advice Number
11/30/2018     857399



SUZANNE GREENE

MCDONOUGH, GA 30252



EXHIBIT: 5
NAME: PIF
DATE: 10-9-2019
J Leitz Moran

**DIRECT DEPOSIT
NON-NEGOTIABLE**

Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920   Advice Amount: $1,411.31

| EMP NO. | EMPLOYEE NAME | | | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 10811 | SUZANNE GREENE | | | 045210 | 12/14/2018 | 12/02/2018 | 12/15/2018 | TYLER PAYR | 861991 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | YTD |
|---|---|---|---|---|
| REG SALARY | 23.2933 | 80.00 | 1,863.46 | 42,384.55 |
| VACATION | | | | 2,749.52 |
| SICK | | | | 685.11 |
| IMP BONUS | | | | 1,569.78 |
| TRV & EXP | | | | 6,202.88 |
| STF BONUS | | | | 1,900.00 |

| DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|
| SOCIAL SEC | 100.50 | 3,064.52 | 100.50 | 3,064.52 |
| MEDICARE | 23.50 | 716.65 | 23.50 | 716.65 |
| HEALTH PRE | 144.72 | 3,618.00 | 402.58 | 10,064.50 |
| VISION PRETX | 8.39 | 209.75 | 2.23 | 55.75 |
| DENTAL PRE | 14.46 | 361.50 | 34.78 | 869.50 |
| MED FLEX | 75.00 | 1,875.00 | | |
| 401K % | | 3,000.37 | | |
| 401K ERSHARE | | | | 1,327.03 |
| FED TAX | | 202.78 | | |
| GA SIT | 54.95 | 1,727.97 | | |
| EELIFE POT | 6.14 | 153.50 | | |
| GTL-NONCASH | | | | |
| CHLIFE POT | 0.12 | 3.00 | | |
| 401K LOAN | 24.37 | 146.22 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 1,411.31 | |
| PNC BANK | | |

WHISTLE BLOWER HOTLINE  HTTP://WWW.OPENBOARD.INFO/TYL/ VM 1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | 4.6160 | | -4.6000 | 115.4000 | 120.0000 |
| SICK | | | | 14.0000 | 40.0000 | 26.0000 |
| VOLUNTEER | | | | 8.0000 | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | $0.00 |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $1,620.89 | $46,427.22 |
| Gross Pay | $1,863.46 | $55,491.84 |
| Deductions | $452.15 | $15,079.26 |
| Net Pay | $1,411.31 | $40,412.58 |

**Tyler Technologies, Inc**
1 Tyler Drive
Yarmouth, ME 04096

Advice Date: 12/14/2018
Advice Number: 861991



SUZANNE GREENE

MCDONOUGH, GA  30252

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920              Advice Amount: $1,586.09

| EMP NO. | EMPLOYEE NAME | | | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 10811 | SUZANNE GREENE | | | 045210 | 12/28/2018 | 12/16/2018 | 12/29/2018 | TYLER PAYR | 866592 |

| EARNINGS | RATE | DAYS/HRS. | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | 23.2933 | 80.00 | 1,863.46 | 44,248.01 | SOCIAL SEC | 113.04 | 3,177.56 | 113.04 | 3,177.56 |
| TRV & EXP | | | 202.40 | 6,405.28 | MEDICARE | 26.44 | 743.09 | 26.44 | 743.09 |
| VACATION | | | | 2,749.52 | HEALTH PRE | 144.72 | 3,762.72 | 402.58 | 10,467.08 |
| SICK | | | | 685.11 | VISION PRETX | 8.39 | 218.14 | 2.23 | 57.98 |
| IMP BONUS | | | | 1,569.78 | DENTAL PRE | 14.46 | 375.96 | 34.78 | 904.28 |
| STF BONUS | | | | 1,900.00 | MED FLEX | 75.00 | 1,950.00 | | |
| | | | | | 401K % | | 3,000.37 | | |
| | | | | | 401K ERSHARE | | | | 1,327.03 |
| | | | | | FED TAX | | 202.78 | | |
| | | | | | GA SIT | 67.09 | 1,795.06 | | |
| | | | | | EELIFE POT | 6.14 | 159.64 | | |
| | | | | | GTL-NONCASH | | | | |
| | | | | | CHLIFE POT | 0.12 | 3.12 | | |
| | | | | | 401K LOAN | 24.37 | 170.59 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 1,586.09 | |
| PNC BANK | | |

WHISTLE BLOWER HOTLINE HTTP://WWW.OPENBOARD.INFO/TYL/ VM 1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | 4.6160 | | 0.0160 | 120.0160 | 120.0000 |
| SICK | | | | 14.0000 | 40.0000 | 26.0000 |
| VOLUNTEER | | | | 8.0000 | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | $0.00 |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $1,823.29 | $48,250.51 |
| Gross Pay | $2,065.86 | $57,557.70 |
| Deductions | $479.77 | $15,559.03 |
| Net Pay | $1,586.09 | $41,998.67 |

**Tyler Technologies, Inc**
1 Tyler Drive
Yarmouth, ME 04096

Advice Date: 12/28/2018
Advice Number: 866592

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

SUZANNE GREENE
MCDONOUGH, GA 30252

Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920   Advice Amount: $1,272.22

| EMP NO. | EMPLOYEE NAME | | | | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10811 | SUZANNE GREENE | | | | 045210 | 01/11/2019 | 12/30/2018 | 01/12/2019 | TYLER PAYR | 871321 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | 23.2933 | 68.00 | 1,583.94 | 1,583.94 | SOCIAL SEC | 99.03 | 99.03 | 99.03 | 99.03 |
| SICK | 23.2933 | 8.00 | 186.35 | 279.52 | MEDICARE | 23.16 | 23.16 | 23.16 | 23.16 |
| SICK | 23.2933 | 4.00 | 93.17 | 279.52 | HEALTH PRE | 153.40 | 153.40 | 420.39 | 420.39 |
| | | | | | VISION PRETX | 8.39 | 8.39 | 2.23 | 2.23 |
| | | | | | DENTAL PRE | 14.46 | 14.46 | 34.78 | 34.78 |
| | | | | | MED FLEX | 90.00 | 90.00 | | |
| | | | | | 401K % | 130.44 | 130.44 | | |
| | | | | | 401K ERSHARE | | | 55.90 | 55.90 |
| | | | | | GA SIT | 39.25 | 39.25 | | |
| | | | | | FUTA | | | | |
| | | | | | GA SUI | | | | |
| | | | | | EELIFE POT | 8.62 | 8.62 | | |
| | | | | | GTL-NONCASH | | | | |
| | | | | | CHLIFE POT | 0.12 | 0.12 | | |
| | | | | | 401K LOAN | 24.37 | 24.37 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 1,272.22 | |
| PNC BANK | | |

WHISTLE BLOWER HOTLINE  HTTP://WWW.OPENBOARD.INFO/TYL/ VM 1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | 4.6160 | | 4.1544 | 4.1544 | |
| SICK | | | 12.0000 | 36.0000 | 40.0000 | 4.0000 |
| VOLUNTEER | | | | 8.0000 | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $1,466.77 | $1,466.77 |
| Gross Pay | $1,863.46 | $1,863.46 |
| Deductions | $591.24 | $591.24 |
| Net Pay | $1,272.22 | $1,272.22 |



**Tyler Technologies, Inc**
1 Tyler Drive
Yarmouth, ME 04096

Advice Date: 01/11/2019
Advice Number: 871321

SUZANNE GREENE
MCDONOUGH, GA 30252

**DIRECT DEPOSIT
NON-NEGOTIABLE**

Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920          Advice Amount: $1,628.07

| EMP NO. | | EMPLOYEE NAME | | | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10811 | | SUZANNE GREENE | | | 045210 | 01/25/2019 | 01/13/2019 | 01/26/2019 | TYLER PAYR | 875900 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | 23.2933 | 72.00 | 1,677.12 | 3,261.06 | SOCIAL SEC | 126.61 | 225.64 | 126.61 | 225.64 |
| VACATION | 23.2933 | 8.00 | 186.35 | 186.35 | MEDICARE | 29.61 | 52.77 | 29.61 | 52.77 |
| TRV & EXP | | | 444.80 | 444.80 | HEALTH PRE | 153.40 | 306.80 | 420.39 | 840.78 |
| SICK | | | | 279.52 | VISION PRETX | 8.39 | 16.78 | 2.23 | 4.46 |
| | | | | | DENTAL PRE | 14.46 | 28.92 | 34.78 | 69.56 |
| | | | | | MED FLEX | 90.00 | 180.00 | | |
| | | | | | 401K % | 161.58 | 292.02 | | |
| | | | | | 401K ERSHARE | | | 69.25 | 125.15 |
| | | | | | GA SIT | 63.04 | 102.29 | | |
| | | | | | FUTA | | | | |
| | | | | | GA SUI | | | | |
| | | | | | EELIFE POT | 8.62 | 17.24 | | |
| | | | | | GTL-NONCASH | | | | |
| | | | | | CHLIFE POT | 0.12 | 0.24 | | |
| | | | | | 401K LOAN | 24.37 | 48.74 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 1,628.07 | |
| *PNC BANK* | | |

WHISTLE BLOWER HOTLINE  HTTP://WWW.OPENBOARD.INFO/TYL/ VM 1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | 4.6160 | 8.0000 | 0.7704 | 8.7704 | 8.0000 |
| SICK | | | | 36.0000 | 40.0000 | 4.0000 |
| VOLUNTEER | | | | 8.0000 | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $1,880.44 | $3,347.21 |
| Gross Pay | $2,308.27 | $4,171.73 |
| Deductions | $680.20 | $1,271.44 |
| Net Pay | $1,628.07 | $2,900.29 |



**Tyler Technologies, Inc**
1 Tyler Drive
Yarmouth, ME 04096

Advice Date: 01/25/2019
Advice Number: 875900

SUZANNE GREENE

MCDONOUGH, GA 30252

**DIRECT DEPOSIT
NON-NEGOTIABLE**

Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920                    Advice Amount: $1,272.22

| EMP NO. | EMPLOYEE NAME | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|
| 10811 | SUZANNE GREENE | 045210 | 02/08/2019 | 01/27/2019 | 02/09/2019 | TYLER PAYR | 880517 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | 23.2933 | 68.00 | 1,583.94 | 4,845.00 | SOCIAL SEC | 99.03 | 324.67 | 99.03 | 324.67 |
| VACATION | 23.2933 | 8.00 | 186.35 | 465.87 | MEDICARE | 23.16 | 75.93 | 23.16 | 75.93 |
| VACATION | 23.2933 | 4.00 | 93.17 | 465.87 | HEALTH PRE | 153.40 | 460.20 | 420.39 | 1,261.17 |
| SICK | | | | 279.52 | VISION PRETX | 8.39 | 25.17 | 2.23 | 6.69 |
| TRV & EXP | | | | 444.80 | DENTAL PRE | 14.46 | 43.38 | 34.78 | 104.34 |
| | | | | | MED FLEX | 90.00 | 270.00 | | |
| | | | | | 401K % | 130.44 | 422.46 | | |
| | | | | | 401K ERSHARE | | | 55.90 | 181.05 |
| | | | | | GA SIT | 39.25 | 141.54 | | |
| | | | | | FUTA | | | | |
| | | | | | GA SUI | | | | |
| | | | | | EELIFE POT | 8.62 | 25.86 | | |
| | | | | | GTL-NONCASH | | | | |
| | | | | | CHLIFE POT | 0.12 | 0.36 | | |
| | | | | | 401K LOAN | 24.37 | 73.11 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 1,272.22 | |
| PNC BANK | | |

WHISTLE BLOWER HOTLINE  HTTP://WWW.OPENBOARD.INFO/TYL/  VM 1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | 4.6160 | 12.0000 | -6.6136 | 13.3864 | 20.0000 |
| SICK | | | | 36.0000 | 40.0000 | 4.0000 |
| VOLUNTEER | | | | 8.0000 | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $1,466.77 | $4,813.98 |
| Gross Pay | $1,863.46 | $6,035.19 |
| Deductions | $591.24 | $1,862.68 |
| Net Pay | $1,272.22 | $4,172.51 |



**Tyler Technologies, Inc**
1 Tyler Drive
Yarmouth, ME 04096

Advice Date: 02/08/2019    Advice Number: 880517

SUZANNE GREENE
MCDONOUGH, GA 30252

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920        Advice Amount: $1,162.82

| EMP NO. | EMPLOYEE NAME | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|
| 10811 | SUZANNE GREENE | 045210 | 02/15/2019 | 02/15/2019 | 02/15/2019 | TYLER PAYR | 884625 |

| EARNINGS | RATE | DAYS/HRS. | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| STF BONUS | | | 1,453.50 | 1,453.50 | SOCIAL SEC | 90.12 | 414.79 | 90.12 | 414.79 |
| REG SALARY | | | | 4,845.00 | MEDICARE | 21.08 | 97.01 | 21.08 | 97.01 |
| VACATION | | | | 465.87 | 401K % | 101.75 | 524.21 | | |
| SICK | | | | 279.52 | 401K ERSHARE | | | 43.61 | 224.66 |
| TRV & EXP | | | | 444.80 | GA SIT | 77.73 | 219.27 | | |
| | | | | | FUTA | | | | |
| | | | | | GA SUI | | | | |
| | | | | | HEALTH PRE | | 460.20 | | 1,261.17 |
| | | | | | VISION PRETX | | 25.17 | | 6.69 |
| | | | | | DENTAL PRE | | 43.38 | | 104.34 |
| | | | | | MED FLEX | | 270.00 | | |
| | | | | | EELIFE POT | | 25.86 | | |
| | | | | | CHLIFE POT | | 0.36 | | |
| | | | | | 401K LOAN | | 73.11 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 1,162.82 | |
| PNC BANK | | |

WHISTLE BLOWER HOTLINE  HTTP://WWW.OPENBOARD.INFO/TYL/ VM 1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | | | -6.6136 | 13.3864 | 20.0000 |
| SICK | | | | 36.0000 | 40.0000 | 4.0000 |
| VOLUNTEER | | | | 8.0000 | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $1,351.75 | $6,165.73 |
| Gross Pay | $1,453.50 | $7,488.69 |
| Deductions | $290.68 | $2,153.36 |
| Net Pay | $1,162.82 | $5,335.33 |



Tyler Technologies, Inc
1 Tyler Drive
Yarmouth, ME 04096

Advice Date         Advice Number
02/15/2019              884625

SUZANNE GREENE

MCDONOUGH, GA 30252

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920                   Advice Amount: $1,802.16

| EMP NO. | EMPLOYEE NAME | | | | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10811 | SUZANNE GREENE | | | | 045210 | 02/22/2019 | 02/10/2019 | 02/23/2019 | TYLER PAYR | 888625 |

| EARNINGS | RATE | DAYS/HRS. | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | 23.2933 | 76.00 | 1,770.29 | 6,615.29 | SOCIAL SEC | 140.10 | 554.89 | 140.10 | 554.89 |
| VACATION | 23.2933 | 4.00 | 93.17 | 559.04 | MEDICARE | 32.76 | 129.77 | 32.76 | 129.77 |
| TRV & EXP | | | 662.40 | 1,107.20 | HEALTH PRE | 153.40 | 613.60 | 420.39 | 1,681.56 |
| SICK | | | | 279.52 | VISION PRETX | 8.39 | 33.56 | 2.23 | 8.92 |
| STF BONUS | | | | 1,453.50 | DENTAL PRE | 14.46 | 57.84 | 34.78 | 139.12 |
| | | | | | MED FLEX | 90.00 | 360.00 | | |
| | | | | | 401K % | 176.81 | 701.02 | | |
| | | | | | 401K ERSHARE | | | 75.78 | 300.44 |
| | | | | | GA SIT | 74.67 | 293.94 | | |
| | | | | | FUTA | | | | |
| | | | | | GA SUI | | | | |
| | | | | | EELIFE POT | 8.62 | 34.48 | | |
| | | | | | GTL-NONCASH | | | | |
| | | | | | CHLIFE POT | 0.12 | 0.48 | | |
| | | | | | 401K LOAN | 24.37 | 97.48 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 1,802.16 | |
| PNC BANK | | |

WHISTLE BLOWER HOTLINE   HTTP://WWW.OPENBOARD.INFO/TYL/ VM   1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | 4.6160 | 4.0000 | -5.9976 | 18.0024 | 24.0000 |
| SICK | | | | 36.0000 | 40.0000 | 4.0000 |
| VOLUNTEER | | | | 8.0000 | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $2,082.60 | $8,248.53 |
| Gross Pay | $2,525.86 | $10,014.55 |
| Deductions | $723.70 | $2,877.06 |
| Net Pay | $1,802.16 | $7,137.49 |



Tyler Technologies, Inc
1 Tyler Drive
Yarmouth, ME 04096

Advice Date       Advice Number
02/22/2019        888625

SUZANNE GREENE

MCDONOUGH, GA  30252

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

Tyler Technologies, Inc, 1 Tyler Drive, Yarmouth, ME 04096   (207) 781-2260   75-2303920                      Advice Amount: **$1,364.46**

| EMP NO. | EMPLOYEE NAME | | | | DEPT. | ADVICE DATE | PAY PERIOD DATES | | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10811 | SUZANNE GREENE | | | | 045210 | 03/08/2019 | 02/24/2019 | 03/09/2019 | TYLER PAYR | 893205 |

| EARNINGS | RATE | DAYS/HRS. | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | 23.2933 | 77.00 | 1,793.58 | 8,408.87 | SOCIAL SEC | 107.64 | 662.53 | 107.64 | 662.53 |
| SICK | 23.2933 | 3.00 | 69.88 | 349.40 | MEDICARE | 25.17 | 154.94 | 25.17 | 154.94 |
| IMP BONUS | | | 138.89 | 138.89 | HEALTH PRE | 153.40 | 767.00 | 420.39 | 2,101.95 |
| VACATION | | | | 559.04 | VISION PRETX | 8.39 | 41.95 | 2.23 | 11.15 |
| TRV & EXP | | | | 1,107.20 | DENTAL PRE | 14.46 | 72.30 | 34.78 | 173.90 |
| STF BONUS | | | | 1,453.50 | MED FLEX | 90.00 | 450.00 | | |
| | | | | | 401K % | 160.19 | 861.21 | | |
| | | | | | 401K ERSHARE | | | 60.07 | 360.51 |
| | | | | | GA SIT | 45.53 | 339.47 | | |
| | | | | | GA SUI | | | | |
| | | | | | EELIFE POT | 8.62 | 43.10 | | |
| | | | | | GTL-NONCASH | | | | |
| | | | | | CHLIFE POT | 0.12 | 0.60 | | |
| | | | | | 401K LOAN | 24.37 | 121.85 | | |

| DEPOSITS | | |
|---|---|---|
| FULLDEPOST | 1,364.46 | |
| PNC BANK | | |

✉ WHISTLE BLOWER HOTLINE  HTTP://WWW.OPENBOARD.INFO/TYL/  VM 1-866-376-4128

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| VACATION | | 4.6160 | | -1.3816 | 22.6184 | 24.0000 |
| SICK | | | 3.0000 | 33.0000 | 40.0000 | 7.0000 |
| VOLUNTEER | | | | 8.0000 | 8.0000 | |
| LWOP | | | | | | |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | S | 5 | |
| State | H | 3 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | $1,575.91 | $9,824.44 |
| Gross Pay | $2,002.35 | $12,016.90 |
| Deductions | $637.89 | $3,514.95 |
| Net Pay | $1,364.46 | $8,501.95 |



**Tyler Technologies, Inc**
1 Tyler Drive
Yarmouth, ME 04096

Advice Date       Advice Number
03/08/2019        893205

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

SUZANNE GREENE

MCDONOUGH, GA 30252