


**Tyler ERP & School Division**

**2017 ExecuTime Implementation Incentive Compensation Plan**

**Purpose:** The purpose of the Plan is to provide an incentive for employees to provide service to implementation accounts and to reward them for:

- The time and effort involved in traveling to client sites
- Their accumulated expertise in the applicable Tyler product and implementation process

**Eligibility:** Implementation employees who travel as a regular part of their job are eligible to participate in the plan.

**A. Travel Premium**

ExecuTime staff will follow the Tyler ERP & School Division 2016 - 2017 Implementation Incentive Compensation Plan.

**B. Expertise Premium**

ExecuTime staff will follow the Tyler ERP & School Division 2016 - 2017 Implementation Incentive Compensation Plan.

**Breakdown of Work Types & Expertise Eligibility**

This chart outlines the work types most commonly performed by ExecuTime Professional Services and whether hours delivered against those work types are typically considered "eligible" for expertise premiums. The estimated day(s) for each work type will be used globally for the premium calculation unless pre-approved by Professional Services Director.

**Key Differences From ERP & School Division Plan:**

1. Expertise Premium is based on months of service and work type chart (est billable days).

2. Implementation Managers are billable as Project Managers and will be eligible for travel and expertise incentive plans.

3. There will be no monthly incentive plan for billable day goals until ExecuTime contracts support this model.





| Work Type | Description | PM (TA) Eligible | PM (AS) Eligible | PM (Tech) Eligible | IC (TA) Eligible | IC (AS) Eligible | Est Billable Day(s) | Supports Billable Milestone |
|---|---|---|---|---|---|---|---|---|
| Solution Design - Timekeeping | This encompasses the entire discovery phase with clients. Once the following services are documented as complete this work type is considered eligible for premium pay.<br><br>1. Questionnaire review with client<br>2. All discovery meetings<br>3. Signed solution design document from client<br>4. PSA updated with billable documentation | Y | N | N | N | N | 1.5 days<br><br>(12 hours) | 20% due at project design and hardware install |
| Solution Design – Advanced Scheduling | This encompasses the entire discovery phase with clients. Once the following services are documented as complete this work type is considered eligible for premium pay.<br><br>1. Questionnaire review with client<br>2. All discovery meetings<br>3. Signed solution design document from client<br>4. PSA updated with billable documentation | N | Y | N | N | N | 1.5 days<br><br>(12 hours) | 20% due at project design and hardware install |
| Initial Server Deployment/Build | This includes all necessary steps required to complete the following tasks. This work type will be considered as one time for both timekeeping & advanced scheduling:<br><br>1. VPN is installed and functioning<br>2. Server hardware prep and min specs<br>3. Deploy fully functional application and database<br>4. Client has acknowledged in writing the ability to access the application URL.<br>5. PSA updated with billable documentation | N | N | Y | N | N | 1.5 day<br><br>(12 hours) | 20% due at project design and hardware install |
| Payroll Integration - Import | Payroll integration becomes eligible for premium pay when the following items are closed with customer sign off.<br><br>1. Employee demographic sign off<br>2. Leave Accrual sign off<br>3. Job/Project costing sign off (if applicable)<br>4. PSA updated with billable documentation | Y | N | Y | N | N | 2 days<br><br>(16 hours) | 20% due at integration and training |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Payroll Integration - Export | Payroll integration becomes eligible for premium pay when the following items are closed with customer sign off.<br><br>1. Export design document complete<br>2. Successful payroll export test documented<br>3. Successful production payroll export documented<br>4. PSA updated with billable documentation | Y | N | N | N | N | 1 day<br><br>(8 hours) | 10% due at go live |
| Administration Training - Timekeeping | Administration training delivered to clients becomes eligible for premium pay when the following items are complete with client sign off.<br><br>1. System configuration has been complete.<br>2. Admin training delivered in its entirety with satisfactory sign off by the client.<br>3. System is functional and Admin go live checklist is complete and signed off on by client<br>4. PSA updated with billable documentation | Y | N | N | Y | Y | 3 days<br><br>(24 hours) | 20% due at integration and training |
| Basic Employee Training Session - Timekeeping | Employee training delivered to clients becomes eligible for premium pay when the following items are complete with client sign-off.<br><br>1. At least two train the trainer sessions have been delivered to the client.<br>2. Client sign off with satisfactory acceptance of training.<br>3. PSA updated with billable documentation | Y | N | N | Y | Y | ½ day<br><br>(4 hours) | 20% due at integration and training |
| Supervisor Training Session - Timekeeping | Supervisor training delivered to clients becomes eligible for premium pay when the following items are complete with client sign-off.<br><br>1. At least two train the trainer sessions have been delivered to the client.<br>2. Client sign off with satisfactory acceptance of training.<br>3. PSA updated with billable documentation | Y | N | N | Y | Y | ½ day<br><br>(4 hours) | 20% due at integration and training |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Schedule Editor Admin Training – Advanced Scheduling | Administration training delivered to clients becomes eligible for premium pay when the following items are complete with client sign off.<br><br>1. System configuration is complete.<br>2. Admin training delivered in its entirety with satisfactory sign off by the client.<br>3. System is functional and Admin go live checklist is complete and signed off on by client<br>4. PSA updated with billable documentation | N | Y | N | Y | Y | 3 days<br><br>(24 hours) | 20% due at integration and training |
| Basic Employee Training Session – Advanced Scheduling | Employee training delivered to clients becomes eligible for premium pay when the following items are complete with client sign-off.<br><br>1. At least two train the trainer sessions have been delivered to the client.<br>2. Client sign off with satisfactory acceptance of training.<br>3. PSA updated with billable documentation | N | Y | N | Y | Y | ½ day<br><br>(4 hours) | 20% due at integration and training |
| Supervisor Training Session – Advanced Scheduling | Supervisor training delivered to clients becomes eligible for premium pay when the following items are complete with client sign-off.<br><br>1. At least two train the trainer sessions have been delivered to the client.<br>2. Client sign off with satisfactory acceptance of training.<br>3. PSA updated with billable documentation | Y | N | N | Y | N | ½ day<br><br>(4 hours) | 20% due at integration and training |
| Time Device Training | Time Device Training delivered to clients becomes eligible for premium pay when the following items are complete with client sign-off.<br><br>1. At least one technical configuration session has been delivered to the client.<br>2. Time Devices are successfully configured and communicating with the application by exchanging time entry transactions.<br>3. Client sign off with satisfactory acceptance of training<br>4. PSA updated with billable documentation | Y | N | N | Y | N | ½ day<br><br>(4 hours) | 20% due at integration and training |
| IC or PM Rework | Time spent correcting errors/issues where we will not bill the client due to this being no fault of the client. Assumes the work is performed by the same consultant. | N | N | N | N | N | 0 | |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Integration Rework | When additional integration work is required through no fault of the client. | N | N | N | N | N | 0 | |
| Goodwill | Hours determined to be non-billable without affecting bonus for the individual performing the work. NOTE – if goodwill is required due to poor performance of another consultant, that consultant will have the number of goodwill hours given removed from their own utilization. | Y | Y | Y | Y | Y | TBD | |
| Goodwill due to Development | Goodwill services provided due to product-induced issues. | Y | Y | Y | Y | Y | TBD | |
| Goodwill due to Deployment | Goodwill services provided due to issues created by quality or incomplete Deployment work. | Y | Y | Y | Y | Y | TBD | |
| Billable Services | Any time delivered to the client and billed on a time and materials basis. Applicable services: business process consulting, additional training, other services as approved by Professional Services Director. Client sign off is required at completion. PSA is updated with billable documentation. | Y | Y | Y | Y | Y | TBD | |

Employee Transfers: Employees who transfer into Implementation from other departments may be given credit for expertise acquired in previously held Tyler positions. The amount of credit will vary depending on how much the experience is related to implementation services.

Travel and Expertise Calculations: All time, premiums and expenses must be submitted and approved in Tyler's expense reporting program, PSA, by the posted Submission Deadlines for each given month. Failure to complete approvals by the posted deadlines could result in loss of payment of the omitted travel and expertise premiums as well as exclude the time from the accumulative total calculations for the given month.

Payment of Awards: Travel and expertise premiums will be paid monthly in arrears. Deductions will be taken for taxes, FICA, Medicare, 401(k) and the Employee Stock Purchase Plan but not insurance (health, dental, vision, or life) or flexible spending accounts. Participants must be employees of the Company at the time of payout to receive an award under the plan, unless they meet the criteria outlined in the Termination of Employment section.

Termination of Employment: Depending on the timing of a participant's last day of work, some or all of any unpaid incentive award may be forfeited because the participant is no longer employed by the Company when the awards are paid. The resignation of an Implementation staff member is disruptive because schedules are established 6 or more weeks into the future. Extra notice at the time an employee resigns is desired and appreciated. In consideration of extra notice, the following schedule will be followed for payment of any outstanding Awards:




| Written Notice | % of Final Award Paid |
|---|---|
| Less than 3 Weeks | 0% |
| 3 Full Weeks | 50 |
| 4 Full Weeks | 75 |
| 5+ weeks | 100 |

**General:** Awards under the plan are made at the sole discretion of management. The Company reserves the right to amend or terminate the Plan at any time, without notice.

**Effective Date:** March 1, 2017

**Approved:** [signature] 2/20/17

Christopher P. Hepburn Date

*END OF DOCUMENT*