



*This document indicates time spent on the Hendersonville, TN Timekeeping Project

**T&A Professional Services**

| Breakdown of hours | Task | Performed By: | Duration |
|---|---|---|---|
| February | February Project Management Tasks - Updated PP/Outstanding Items, etc. | Hillary | 1.00 |
| 2/5/2018 | E/S Training's (Prepare, Deliver and Recap) | Suzi | 2.75 |
| 2/7/2018 | Research Clock/Profile Information | | 0.50 |
| 2/6/2018 and 2/7/2018 | Upgrade to 2018.1.1 and clock not working follow up | | 0.50 |
| 2/8/2018 | Weekly Project Call and Recap. Troubleshooting and Clock Quotes | | 0.75 |
| 2/9/2018 | Export Design Verification & Payroll Export/Application Prep | | 0.50 |
| 2/13/2018 | Mobile Setup and Testing. Troubleshooting with PPs on Reports. | | 0.50 |
| 2/15/2018 | Weekly Project Call and Recap and Remove Approvals Discussion | | 1.00 |
| 2/16/2018 | Project Plan & Outstandng Item Updates | | 0.50 |
| 2/16/2018 | OT Period/Applicaton Question Review | Suzi | 1.00 |
| 2/20/2018 | Payroll Export Training (2:45p-4:00pm) | Suzi | 1.50 |
| 2/20/2018 & 2/21/2018 | Preview Export Error Troubleshooting | Suzi | 1.00 |
| 2/22/2018 | Parks Overtime Troubleshooting w/ MB | Suzi | 1.00 |
| 2/22/2018 | Weekly Project Call and Recap | Suzi | 0.50 |
| 2/23/2018 | Overtime Rule Troubleshooting | Hillary | 0.50 |
| 2/27/2018 | Overtime Testing/Jeremy Grenat | Suzi | 0.75 |
| 3/1/2018 | Weekly Project Prep, Call and Recap. CIO Export Testing. Benefit and Integraton updates and testing. | Hillary | 2.00 |
| 3/1/2018 | Pay Code Troubleshooting | Suzi | 0.50 |
| 3/5/2018 | TouchTime II Documentation | Suzi | 0.50 |
| 3/8/2018 and 3/9/2018 | Weekly Project Calls/Recap | Suzi | 0.75 |
| 3/15/2018 | Weekly Project Calls/Recap | Suzi | 0.50 |
| 3/15/2018 | Outstanding Item Check-In, Clock Tracking, Parallel Testing Check-In | | 0.50 |
| 3/19/2018 | Clock Tracking/Payroll Export Check-In and Go Live Authorization | | 0.25 |
| 3/20/2018 | Payroll Export Troubleshooting with Tyler Munis | Suzi | 2.25 |
| 3/21/2018 | Payroll Support Continued | Suzi | 0.25 |
| 3/22/2018 | Weekly Project Call and Recap | | 0.75 |
| 3/22/2018 | Development Changes (location 2350) | | 0.50 |
| 3/22/2018 | Hillary working with development on location 2350 and code 191 | | 0.50 |
| 3/23/2018 | Clock and Ticket Follow Up | Suzi | 0.25 |
| 3/27/2018 | Project Management Tasks: Update PP/Project | Hillary | 1.00 |
| 3/27/2018 | Clock and Project Coorespondance w/ Tina | Suzi | 0.25 |
| 4/3/2018 | Weekly Project Call and Recap | Suzi | 0.25 |
| 4/9/2018 | Clock Training Prep/Setting Dates | Suzi | 0.25 |
| 4/11/2018 | Troubleshooing: Clock Outs not Registering/Approving Time Cards. | Suzi | 0.25 |
| 4/12/2018 | Weekly Project Call and Recap and TTII Config | Suzi | 1.25 |
| 4/13/2018 | Project Plan Tasks & Updates | Hillary | 0.75 |
| 4/13/2018 | Clock Training Prep/Troubleshooting | Suzi | 0.50 |
| 4/16/2018 | Clock Outs not registering | Suzi | 0.25 |
| 4/17/2018 | Adjusting sick time when an employee exceeds 40hrs | Suzi | 0.25 |
| 4/18/2018 | Time Clock Training/Adjusting Sick Time and Work Limits | Suzi | 1.25 |
| 4/19/2018 | Weekly Call - No show | Suzi | 0.25 |
| 4/24/2018 | Rounding Questions/Scenario | Suzi | 0.75 |
| 4/26/2018 | Weekly Project Call/Recap | Suzi | 0.75 |
| 4/27/2018 | Work Limits | Suzi | 0.75 |
| 5/1/2018 | Questions from Tina about SQL/Follow up about Employees Importing | Suzi | 0.25 |
| 5/3/2018 | Weekly Project Call and Recap | Suzi | 1.25 |
| 5/3/2018 | Munis/ExecuTime Interface Questions/Clock Troubleshooting and Follow Up | Hillary | 0.75 |

| Breakdown of hours | Task | Performed By: | Duration |
|---|---|---|---|
| 5/4/2018 | Submit NFV-300 for clock pulling from available balance | Hillary & Suzi | 0.50 |
| 5/4/2018 | Updated Project Plan/Outstanding Items | | 0.25 |
| 5/7/2018 | Questions about time off from MB | Suzi | 0.25 |
| 5/10/2018 | Weekly Call | Suzi | 0.25 |
| 5/11/2018 | Project Management Tasks: Update PP/Project | Hillary | 0.25 |
| 5/14/2018 | Emails/Outstanding Item Follow Up | Suzi | 0.25 |
| 5/16/2018 | Time Clock Questions for Slow Network (NI-23010) | Suzi | 0.25 |
| 5/17/2018 | Weekly Project Call/Recap | Suzi | 1.25 |
| 5/25/2018 | Weekly Project Call/Recap | Hillary | 0.50 |
| 5/30/2018 | Hendersonville, TN - Project Plan Updates/Review | Hillary | 0.50 |
| 5/31/2018 | Weekly Call | Suzi | 0.50 |
| 6/1/2018 | Update Tickets | Suzi | 0.25 |
| 6/7/2018 | Weekly Call | Suzi | 0.50 |
| 6/11/2018 | Update Project Plan | Suzi | 0.25 |
| 6/14/2018 | Weekly Call | Suzi | 0.50 |
| 6/18/2018 | Update Project Plan | Suzi | 0.25 |
| 6/21/2018 | Weekly Call;Parallel Testing & Signoffs | Suzi | 1.25 |
| 6/22/2018 & 6/27/2018 | Hendersonville, TN - Project Plan Updates/Review Open Items | Hillary | 1.00 |
| 6/28/2018 | Weekly Project Call/Recap | Suzi | 0.75 |
| 6/29/2018 | Update Project Plan | Suzi | 0.25 |
| 7/12/2018 | Weekly Call | Suzi | 1.00 |
| 7/16/2018 | Update Project Plan | Suzi | 0.25 |
| 7/19/2018 | Weekly Call | Suzi | 0.75 |
| 7/20/2018 | Update Project Plan | Suzi | 0.25 |
| 7/26/2018 | Weekly Call (NI-7372); Adding employees to Locations (NI-25701);Overtime Issue with Custom Policy (NI-25786) | Suzi | 4.00 |
| 7/27/2018 | Location, Log In Authentication & Updating Permission Role (NI-25862);Update Project Plan 7/28/18 (NI-25868) | Suzi | 1.25 |
| 7/30/2018 | Holidays questions for Advanced Scheduling (NI-25881);Call with Marybeth (NI-25888);Updating Securities on EMS Pay codes (NI-25889) | Suzi | 1.75 |
| 8/2/2018 | Weekly Call | Suzi | 0.25 |
| 8/3/2018 | Update Project Plan | Suzi | 0.25 |
| 8/9/2018 | Weekly Call | Suzi | 0.25 |
| 8/16/2018 | Weekly Call | Suzi | 0.25 |
| 8/23/2018 | Project Meetings/Emails/Tasks (NI-7372);Auto Deduction Issue (NI-26845) | Suzi | 2.00 |
| 8/30/2018 | Issue with Updating Employees Profile (NI-27033) | Suzi | 0.25 |
| 9/5/2018 | Overtime not Exporting Correct (NI-27191) | Suzi | 0.75 |
| 9/6/2018 | Weekly Call | Suzi | 0.25 |
| 9/18/2018 | Issue with Updating Employees Profile (NI- 27033) | Suzi | 0.50 |
| 9/20/2018 | Questions from Tina (NI-27710);Weekly Call 9/20/18 (NI-27728) | Suzi | 0.50 |
| 9/21/2018 | Weekly Call 9/20/18 (NI-27728); Set all Data to testing from 12/2017 - 9/6/2018 (NI-27753) | Suzi | 1.50 |
| 9/27/2018 | Weekly Call | Suzi | 0.75 |
| 10/3/2018 | User Cannot Run Reports | Hillary | 0.25 |
| 10/11/2018 | Weekly Call | Suzi | 0.75 |
| 10/17/2018 | Project Plan Updates/Acceptances | Hillary | 0.50 |
| 10/18/2018 | Weekly Call | Suzi | 0.50 |

**Total Duration** **43.50**