[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)



EXHIBIT: 8
NAME: PIF
DATE: 10-9-2019
J Leitz Moran

Back to previous view

## [XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M) Created: May/11/2015 Updated: Jan/23/2019

| Status: | Open |
| --- | --- |
| Project: | Moved - Read Only - XTNI - New Implementations |
| Component/s: | None |
| Affects Version/s: | 3.0 |
| Fix Version/s: | None |

| Type: | Task | Priority: | Medium |
| --- | --- | --- | --- |
| Reporter: | Hillary Pasch | Assignee: | Customer |
| Resolution: | Unresolved | Votes: | 0 |
| Labels: | None | | |
| Σ Remaining Estimate: | 1 hour, 14 minutes | Remaining Estimate: | 0 minutes |
| Σ Time Spent: | 5 weeks, 3 hours, 59 minutes | Time Spent: | 2 hours, 12 minutes |
| Σ Original Estimate: | 1 week, 7 hours, 45 minutes | Original Estimate: | Not Specified |

| Attachments: | Hendersonville, TN - Project Meeting Notes.PDF   Hendersonville, TN - Project Timeline Notes.PDF   Sales quote signed for additional hours for system change.pdfHendersonville, TN.pdf |
| --- | --- |

| Sub-Tasks: | Key | Summary | Type | Status | Assignee |
| --- | --- | --- | --- | --- | --- |
| | XTNI-5680 | Hendersonville-Customer Information f... | Sub-task | Closed | Nicole Martin |
| | XTNI-5681 | Hendersonville, TN- Initial Project C... | Sub-task | Closed | Nicole Martin |
| | XTNI-5682 | Hendersonville, TN- Send/Receive Ques... | Sub-task | Closed | Michael Lowe |
| | XTNI-5683 | Hendersonville, TN - Solution Design ... | Sub-task | Closed | Talia Harrison |
| | XTNI-5684 | Hendersonville, TN - Create Solution ... | Sub-task | Resolved | Talia Harrison |
| | XTNI-5685 | Hendersonville, TN - Receive approved... | Sub-task | Closed | MyKeya Henderson |
| | XTNI-5686 | Hendersonville, TN(TECH) - Verify Cus... | Sub-task | Closed | Nicole Martin |
| | XTNI-5687 | Hendersonville, TN(TECH) - Verify ser... | Sub-task | Closed | Nicole Martin |
| | XTNI-5688 | Hendersonville, TN(TECH) - Establish ... | Sub-task | Closed | Nicole Martin |
| | XTNI-5689 | Hendersonville, TN(TECH) - Query: Dep... | Sub-task | Closed | |
| | XTNI-5690 | Hendersonville, TN(TECH) - Server ins... | Sub-task | Closed | Nicole Martin |
| | XTNI-5691 | Hendersonville, TN(TECH) - Integratio... | Sub-task | Closed | Nicole Martin |
| | XTNI-9315 | Hendersonville, TN - Send/Receive Rev... | Sub-task | Closed | MyKeya Henderson |
| | XTNI-5692 | Hendersonville, TN(TECH) - PART ONE I... | Sub-task | Closed | |
| | XTNI-5693 | Hendersonville, TN- Sales Order Clock... | Sub-task | Closed | MyKeya Henderson |

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

| | | | | |
|---|---|---|---|---|
| XTNI-5694 | Hendersonville, TN(TECH) - Test / con... | Sub-task | Closed | MyKeya Henderson |
| XTNI-10007 | Hendersonville, TN - Job Costing Import | Sub-task | Closed | MyKeya Henderson |
| XTNI-5697 | Hendersonville, TN(TECH)- Job Costing... | Sub-task | Closed | MyKeya Henderson |
| XTNI-5698 | Hendersonville, TN(TECH) - Job Costin... | Sub-task | Closed | |
| XTNI-9388 | Hendersonville, TN - Clear Applicatio... | Sub-task | Closed | Elliot Albo |
| XTNI-5696 | Hendersonville, TN - ExecuTime Setup/... | Sub-task | Closed | MyKeya Henderson |
| XTNI-10946 | Hendersonville, TN - Clear Benefit Ba... | Sub-task | Closed | Elliot Albo |
| XTNI-5709 | Hendersonville, TN - Project Manageme... | Sub-task | Closed | |
| XTNI-11285 | Hendersonville, TN - Organizational U... | Sub-task | Closed | MyKeya Henderson |
| XTNI-11632 | Hendersonville, TN - Payment Mileston... | Sub-task | Closed | MyKeya Henderson |
| XTNI-10608 | Hendersonville, TN - Advanced Schedul... | Sub-task | Closed | MyKeya Henderson |
| XTNI-11271 | Hendersonville, TN - Active Employee ... | Sub-task | Resolved | Hillary Pasch |
| XTNI-9572 | Hendersonville, TN - Approval of Inte... | Sub-task | Resolved | Hillary Pasch |
| XTNI-12558 | Hendersonville, TN - Pay Period name ... | Sub-task | Resolved | Hillary Pasch |
| XTNI-5695 | Hendersonville, TN - Administration T... | Sub-task | Closed | Suzanne Greene |
| XTNI-12857 | Hendersonville, TN - Admin Training A... | Sub-task | Resolved | Hillary Pasch |
| XTNI-12885 | Hendersonville, TN - Upgrade to v4.31... | Sub-task | Closed | Matthew Wright |
| XTNI-13642 | Hendersonville, TN - Admin Checklist ... | Sub-task | Closed | Suzanne Greene |
| XTNI-13239 | Hendersonville, TN - Receive Go Live/... | Sub-task | Closed | Suzanne Greene |
| XTNI-9573 | Hendersonville, TN - Map Out Project ... | Sub-task | Resolved | Hillary Pasch |
| XTNI-5702 | Hendersonville, TN - Basic Employee T... | Sub-task | Closed | Suzanne Greene |
| XTNI-5703 | Hendersonville, TN - Supervisor Train... | Sub-task | Closed | Suzanne Greene |
| XTNI-9574 | Hendersonville, TN - Obtain Time Cloc... | Sub-task | Resolved | Hillary Pasch |
| XTNI-10002 | Hendersonville, TN - Configure Email ... | Sub-task | Resolved | Hillary Pasch |
| XTNI-5699 | Hendersonville, TN - Document Payroll... | Sub-task | Resolved | Hillary Pasch |
| XTNI-12935 | Hendersonville, TN - System Setup/Fol... | Sub-task | Resolved | Suzanne Greene |
| XTNI-5704 | Hendersonville, TN - Time Device/Cloc... | Sub-task | Resolved | Hillary Pasch |

Tyler-Greene 000317

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

| | | | | | |
|---|---|---|---|---|---|
| | XTNI-15074 | Hendersonville, TN - Apply Auto Deduct | Sub-task | Resolved | Hillary Pasch |
| | XTNI-5705 | Hendersonville, TN - Payroll Export T... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-14933 | Hendersonville, TN - Payroll Export T... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-11633 | Hendersonville, TN - 20% - Payment Mil... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-10028 | Hendersonville, TN - Network Connecti... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-9575 | Hendersonville, TN - Receive Go Live/... | Sub-task | Closed | Suzanne Greene |
| | XTNI-14950 | Hendersonville, TN - Create E/S Recor... | Sub-task | Closed | Suzanne Greene |
| | XTNI-14935 | Hendersonville, TN - Authentication (... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-5700 | Hendersonville, TN - PART TWO Integra... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-16254 | Hendersonville, TN - Employee not pul... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-9576 | Hendersonville, TN - Documentation Ve... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-18656 | Hendersonville, TN - E/S Refresher Se... | Sub-task | Resolved | Suzanne Greene |
| | XTNI-18173 | Hendersonville, TN - E/S training ref... | Sub-task | Resolved | Suzanne Greene |
| | XTNI-18294 | Hendersonville, TN - Upgrade to v.201... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-18815 | Hendersonville, TN - Time clock quest... | Sub-task | Resolved | Suzanne Greene |
| | XTNI-18816 | Hendersonville, TN - Time Clocks not ... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-17144 | Hendersonville, TN - Additional E/S T... | Sub-task | Resolved | Suzanne Greene |
| | XTNI-17142 | Hendersonville, TN - Map Out Project ... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-5701 | Hendersonville, TN - Export Design Ve... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-16255 | Hendersonville, TN - Change in Pay Pe... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-19506 | Hendersonville, TN - Preview Export E... | Sub-task | Resolved | Suzanne Greene |
| | XTNI-18879 | Hendersonville, TN - Mobile Setup | Sub-task | Resolved | Hillary Pasch |
| | XTNI-17145 | Hendersonville, TN - Payroll Export T... | Sub-task | Resolved | Suzanne Greene |
| | XTNI-19420 | Hendersonville, TN - OT Changes/Black... | Sub-task | Resolved | Suzanne Greene |
| | XTNI-19559 | Hendersonville, TN - Overtime Issue -... | Sub-task | Resolved | Suzanne Greene |
| | XTNI-18844 | Hendersonville, TN - Pay Periods Off ... | Sub-task | Resolved | Hillary Pasch |
| | XTNI-19586 | Hendersonville, TN - Pay Code Error | Sub-task | Resolved | Suzanne Greene |

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

| | | | | |
|---|---|---|---|---|
| XTNI-19767 | Hendersonville, TN - Touch Time II Do... | Sub-task | Resolved | Suzanne Greene |
| XTNI-19550 | Hendersonville, TN - Benefit Integrat... | Sub-task | Resolved | Hillary Pasch |
| XTNI-18840 | Hendersonville, TN - Additional Clock... | Sub-task | Resolved | Hillary Pasch |
| XTNI-20342 | Hendersonville, TN - Payroll Export I... | Sub-task | Resolved | Suzanne Greene |
| XTNI-19542 | Hendersonville, TN - CIO Export Codes | Sub-task | Resolved | Hillary Pasch |
| XTNI-21096 | Hendersonville, TN - Weekly Call 4-3-18 | Sub-task | Resolved | Suzanne Greene |
| XTNI-21152 | Hendersonville, TN - Approving Time C... | Sub-task | Resolved | Suzanne Greene |
| XTNI-21186 | Hendersonville, TN - Overtime Issue T... | Sub-task | Resolved | Suzanne Greene |
| XTNI-21260 | Hendersonville,TN - Restarting Services | Sub-task | Resolved | Suzanne Greene |
| XTNI-21276 | Hendersonville, TN - Unable to Access... | Sub-task | Resolved | |
| XTNI-19722 | Hendersonville, TN - TTII Clock Confi... | Sub-task | Resolved | Suzanne Greene |
| XTNI-21151 | Hendersonvilee, TN - Clock Outs not R... | Sub-task | Resolved | Suzanne Greene |
| XTNI-21754 | Hendersonville, TN - Rounding Questio... | Sub-task | Resolved | Suzanne Greene |
| XTNI-21942 | Hendersonville, TN - Work LImits | Sub-task | Closed | Suzanne Greene |
| XTNI-21943 | Hendersonville, TN - Questions from T... | Sub-task | Resolved | Suzanne Greene |
| XTNI-22107 | Hendersonville, TN - TK & AS Timeline... | Sub-task | Resolved | Hillary Pasch |
| XTNI-23010 | Hendersonville, TN - Time Clock Quest... | Sub-task | Resolved | Suzanne Greene |
| XTNI-22108 | Hendersonville, TN - Upgrade to v.201... | Sub-task | Resolved | Hillary Pasch |
| XTNI-20347 | Hendersonville, TN - '2350' employees... | Sub-task | Resolved | Suzanne Greene |
| XTNI-22192 | Hendersonville, TN - Test Environment... | Sub-task | Resolved | Hillary Pasch |
| XTNI-21303 | Hendersonville, TN - Adjusting Sick T... | Sub-task | Resolved | Suzanne Greene |
| XTNI-22111 | Hendersonville, TN - Clock Benefit Ba... | Sub-task | Resolved | Suzanne Greene |
| XTNI-22283 | Hendersonville, TN - Question about T... | Sub-task | Resolved | Suzanne Greene |
| XTNI-22214 | Hendersonville, TN - Schedule Set Que... | Sub-task | Resolved | Suzanne Greene |
| XTNI-23689 | Hendersonville, TN - Time Off Request... | Sub-task | Closed | Suzanne Greene |
| XTNI-23866 | Hendersonville, TN - Update Project P... | Sub-task | Resolved | Suzanne Greene |
| XTNI-24138 | Hendersonville, TN - Update Project P... | Sub-task | Resolved | Suzanne Greene |

Tyler-Greene 000319

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

| Key | Summary | Type | Status | Assignee |
|---|---|---|---|---|
| XTNI-24685 | Hendersonville, TN - Update Project P... | Sub-task | Resolved | Suzanne Greene |
| XTNI-24697 | Hendersonville, TN - End User & Super... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25046 | Hendersonville, TN - Auto Deduct Thre... | Sub-task | Resolved | Hillary Pasch |
| XTNI-25067 | Hendersonville, TN - Update Project P... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25327 | Hendersonville, TN - Executime/Time C... | Sub-task | Resolved | Hillary Pasch |
| XTNI-25456 | Hendersonville, TN - Update Project P... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25564 | Hendersonville, TN - Update project P... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25701 | Hendersonville, TN - Location, Log i... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25786 | Hendersonville, TN - Overtime Issue w... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25862 | Hendersonville, TN - Location, Log i... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25868 | Hendersonville, TN - Update Project P... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25881 | Hendersonville, TN - Holidays questio... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25888 | Hendersonville, TN - Call with Mary B... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25889 | Hendersonville, TN - Updating Securit... | Sub-task | Resolved | Suzanne Greene |
| XTNI-25926 | Hendersonville, TN - Executime to Munis | Sub-task | Resolved | Hillary Pasch |
| XTNI-26096 | Hendersonville, TN - Update Project P... | Sub-task | Resolved | Suzanne Greene |
| XTNI-26268 | Hendersonville,TN - Update Project Pl... | Sub-task | Resolved | Suzanne Greene |
| XTNI-24585 | Hendersonville, TN - Sandbox/Test Period | Sub-task | Resolved | Suzanne Greene |
| XTNI-26845 | Hendersonville, TN - Auto Deduction I... | Sub-task | Resolved | Suzanne Greene |
| XTNI-27191 | Hendersonville, TN - Overtime not Exp... | Sub-task | Resolved | Hillary Pasch |
| XTNI-27294 | Hendersonville, TN - F pay Code balan... | Sub-task | Resolved | Hillary Pasch |
| XTNI-7372 | Hendersonville, TN - Project Meetings... | Sub-task | Resolved | Suzanne Greene |
| XTNI-17146 | Hendersonville, TN - Parallel Testing... | Sub-task | Resolved | Suzanne Greene |
| XTNI-27728 | Hendersonville, TN - Weekly Call 9/20/18 | Sub-task | Resolved | Suzanne Greene |
| XTNI-27752 | Hendersonville, TN - Questions from T... | Sub-task | Closed | Suzanne Greene |
| XTNI-27753 | Hendersonville, TN - Set all data to ... | Sub-task | Resolved | Suzanne Greene |
| XTNI-27710 | Hendersonville, TN - Questions from T... | Sub-task | Resolved | Suzanne Greene |

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

| ID | Summary | Type | Status | Assignee |
|---|---|---|---|---|
| XTNI-28293 | Hendersonville, TN - User Cannot Run ... | Sub-task | Resolved | Hillary Pasch |
| XTNI-27678 | Hendersonville, TN - Weekly Updated P... | Sub-task | Resolved | Suzanne Greene |
| XTNI-28229 | Hendersonville, TN - Weekly Call 9/27/18 | Sub-task | Resolved | Suzanne Greene |
| XTNI-28963 | Hendersonville, TN - Weekly Call 10/1... | Sub-task | Resolved | Suzanne Greene |
| XTNI-27033 | Hendersonville, TN - Issue with Updat... | Sub-task | Resolved | Suzanne Greene |
| XTNI-29184 | Hendersonville, TN - Weekly Call 10/1... | Sub-task | Resolved | Suzanne Greene |
| XTNI-27677 | Hendersonville, TN - Upgrade to v 201... | Sub-task | Resolved | Hillary Pasch |
| XTNI-29339 | Hendersonville, TN - Weely Call 10/25/18 | Sub-task | Resolved | Suzanne Greene |
| XTNI-29574 | Hendersonville, TN - Weekly Call 10/3... | Sub-task | Resolved | Suzanne Greene |
| XTNI-29619 | Hendersonville, TN - Weekly Call 11/8/18 | Sub-task | Resolved | Suzanne Greene |
| XTNI-31112 | Hendersvonille, TN - Weekly Call 11/1... | Sub-task | Resolved | Suzanne Greene |
| XTNI-31134 | Hendersonville, TN - Holiday Error Me... | Sub-task | Resolved | Hillary Pasch |
| XTNI-9943 | Hendersonville, TN - Project Plan Upd... | Sub-task | Resolved | Hillary Pasch |
| XTNI-29886 | Hendersonville, TN - Time clock Issue... | Sub-task | Resolved | Suzanne Greene |
| XTNI-31895 | Hendersonville, TN - Weekly Call 12/1... | Sub-task | Resolved | Suzanne Greene |
| XTNI-29858 | Hendersonville, TN - Project Check-In... | Sub-task | Resolved | Suzanne Greene |
| XTNI-27853 | Hendersonville, TN - Parallel Testing... | Sub-task | Resolved | Suzanne Greene |
| XTNI-31118 | Hendersonville, TN - IC: Monthly Bill... | Sub-task | Resolved | Suzanne Greene |
| XTNI-31766 | Hendersonville, TN - PM: Monthly Bill... | Sub-task | Resolved | Hillary Pasch |
| XTNI-14927 | Hendersonville, TN - IC: Semi-Monthly... | Sub-task | Resolved | Suzanne Greene |
| XTNI-31764 | Hendersonville, TN - IC: Semi-Monthly... | Sub-task | Resolved | Suzanne Greene |
| XTNI-31767 | Hendersonville, TN - PM: Monthly Bill... | Sub-task | Resolved | Hillary Pasch |
| XTNI-32168 | Hendersonville, TN - IC: Semi Monthly... | Sub-task | Resolved | Suzanne Greene |
| XTNI-5706 | Hendersonville, TN - GO LIVE: Tasks &... | Sub-task | Resolved | Suzanne Greene |
| XTNI-14925 | Hendersonville, TN - 10% - Payment Mil... | Sub-task | Resolved | Hillary Pasch |
| XTNI-5707 | Hendersonville, TN - First Live Expor... | Sub-task | Resolved | Suzanne Greene |
| XTNI-31765 | Hendersonville, TN - PTS Criteria Met | Sub-task | Resolved | Hillary Pasch |

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | XTNI-9577 | Hendersonville, TN - Prepare for Hand... | Sub-task | Resolved | Hillary Pasch |
|  | XTNI-5708 | Hendersonville, TN - Hand Off Call w/... | Sub-task | Resolved | Hillary Pasch |
|  | XTNI-11634 | Hendersonville, TN - Send Final Proje... | Sub-task | Resolved | Hillary Pasch |
|  | XTNI-32847 | Hendersonville, TN - Project Closure ... | Sub-task | Resolved | Hillary Pasch |
|  | XTNI-28073 | Hendersonville, TN - PIF Hours Update | Sub-task | Resolved | Hillary Pasch |
|  | XTNI-33297 | Hendersonville, TN - IC: Semi-Monthly... | Sub-task | Resolved | Suzanne Greene |

**Customer:** Hendersonville, TN

### Description

Clocks:
(2) Basic Clocks

**Payment Milestones**
- ✅ 20% due at project design/hardware install
- ✅ 20% due at integration and training
- ✅ 10% due at Go Live (12/22/2018)

### Comments

Comment by MyKeya Henderson (Inactive) [Feb/07/2017]

Completed project status update and emailed to Hillary and Suzi as Hillary will be taking over as PM.

Comment by MyKeya Henderson (Inactive) [Feb/07/2017]

From: Henderson, MyKeya
Sent: Tuesday, February 7, 2017 4:56 PM
To: Pasch Hillary <Hillary.Pasch@tylertech.com>; Greene, Suzanne <Suzanne.Greene@tylertech.com>
Cc: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>; Burns, Jamie <Jamie.Burns@tylertech.com>
Subject: Hendersonville, TN - Project Status

Hi team,

Here's an overview of the Hendersonville implementation as well as a synopsis of open subtasks. Historically, Hendersonville tends to stall quite a bit going back to when Jamie was their PM. They have stalled at least twice since I've been managing their project due to other projects that take precedence over executime. Mary Beth is usually non-responsive to emails for days and sometimes a week or two at a time.

• Approval of Integration (NI-9572)/Active Employee Issue (NI-11271): Mary Beth, PM, has been working on integration approval since 8/23/16. While doing so, Mary Beth discovered the pay codes within executime did not match payroll. (This was already configured before I received them, so we concluded that the data was likely from when Hendersonville was going to move forward with implementation from ADP payroll system). Pay codes/accruals were updated on 11/17/16 and Mary Beth was notified she could proceed with integration approval. They then discovered on 11/22/16 that an active employee, Lee Groves, was not present in the application due to him being a retiree who was rehired (NI-11271). Because Tennessee requires certain data for reporting, I recommended for Mary Beth to reach out to Munis for options on resolving the issue. Mary Beth confirmed issue was resolved with Munis on 2/1/17. However, the issue was not fully resolved because a termination code is still present which appears to be preventing the employee from importing. While consulting with other Munis team members, I learned that in the past, other clients opted to have 2 profiles for an employee in such instances: 1) hold historical retirement data and 2) use as active profile. I have not yet heard back from Mary Beth to find out whether this is an option for them. I have a follow-up scheduled for today. Hillary – I will cc you on the email so if you'd like to continue follow-ups from that email thread you can.

• Network Connection for Mobile/Time Clocks (NI-10028): Elliot and I met with Mary Beth to discuss network capabilities. Mary Beth had not decided how she wanted to proceed with network configurations.

• Advanced Scheduling Inquiry (NI-10608): Mary Beth inquired whether they needed to setup positions in Munis prior to beginning with Advanced Scheduling. I closed the ticket today since no other requests were made. (Hendersonville's Chief is excited about getting to the Advanced Scheduling portion. Our AS team did a demo in the latter part of last year which got them super pumped. I'm sure they'll be even more excited with the new AS features that were released since then).

• Project Meetings/Emails/Tasks (NI-7372): We had not made it to the point of weekly meetings, but I documented my availability update there when I was out

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

due to an onsite and a project status meeting we had.

• Project Plan Updates (NI-9943): These were sent out weekly or bi-weekly if there were no updates to the project plan. Older project plan updates can be found within NI-7372 (this was before I made a separate subtask specifically for project plan updates). I attached each update that was emailed within the subtask in the event that I needed to reference a previous one. Changes and action items are tracked within the action log of the project plan. There is one open action item for the issue with the active employee not importing into the application.

Other
• Payment milestones were added to the description of the main task (NI-5679). I used a checkmark graphical indicator to signify which payment milestone has been submitted to Finance. I also created subtasks for the remaining payment milestones and moved them to the appropriate order.
• I plan to scan in my handwritten Project Timeline notes as a reference point if needed. There aren't many hard copy meeting notes as we did not have many meetings, but I plan to get those scanned in as well.

I will send Mary Beth an email to schedule a meeting next week to introduce you as their PM. I'll be sure to include you and Suzi on the email. Let me know if you have any questions.

Regards,

MyKeya Henderson
Implementation Consultant
Tyler Technologies, Inc.

P: 888.832.3932 ext: 825

Comment by MyKeya Henderson (Inactive) [ Feb/08/2017 ]

Emailed Mary Beth to schedule meeting to introduce Hillary as their new PM. See NI-11271.

Comment by MyKeya Henderson (Inactive) [ Feb/13/2017 ]

Email follow-up to Mary Beth to confirm a meeting for 2/15/17.

Comment by MyKeya Henderson (Inactive) [ Feb/13/2017 ]

From: Henderson, MyKeya
Sent: Monday, February 13, 2017 9:45 AM
To: Mary Beth Ippich <mbippich@hvilletn.org>
Cc: Dana Swinea <dswinea@hvilletn.org>; Pasch Hillary <Hillary.Pasch@tylertech.com>; Greene, Suzanne <Suzanne.Greene@tylertech.com>
Subject: RE: Integration issue again

Hi Mary Beth,

I hope you had a wonderful weekend. I wanted to follow-up on the below email. Please let me know if you are available on Wednesday, February 15th at 12pm CST/1pm EST for a short meeting.

Thanks,

MyKeya Hendersonif you
Implementation Consultant
P: 888.832.3932 ext: 825

From: Henderson, MyKeya
Sent: Wednesday, February 8, 2017 4:13 PM
To: Mary Beth Ippich <mbippich@hvilletn.org>
Cc: Dana Swinea <dswinea@hvilletn.org>; Pasch Hillary <Hillary.Pasch@tylertech.com>; Greene, Suzanne <Suzanne.Greene@tylertech.com>; Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: RE: Integration issue again

Hi Mary Beth,

Thank you for that update. Would you by chance be available on Wednesday, February 15th at 12pm CST/1pm EST for a quick meeting? I'd like to do a short introduction if possible.

Thanks,

MyKeya Henderson
Implementation Consultant
P: 888.832.3932 ext: 825

Comment by MyKeya Henderson (Inactive) [ Feb/14/2017 ]

- Called Mary Beth to confirm Wednesday meeting as she was non-responsive to email (2/14/17, 2:21pm - 2:25pm).
- Mary Beth was not available Wednesday due another meeting, but is available Friday at 11am CST.
- Emailed a calendar invitation and sent an email confirmation

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

**Comment by MyKeya Henderson (Inactive)** [ Feb/14/2017 ]

From: Henderson, MyKeya
Sent: Tuesday, February 14, 2017 2:29 PM
To: Mary Beth Ippich <mbippich@hvilletn.org>
Cc: Dana Swinea <dswinea@hvilletn.org>; Pasch Hillary <Hillary.Pasch@tylertech.com>; Greene, Suzanne <Suzanne.Greene@tylertech.com>; Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: RE: Integration issue again

Hi Mary Beth,

Thank you for your time on the phone today. I sent a calendar invitation for our Friday meeting as discussed. Please let me know if you did not receive it.

Thanks,

MyKeya Henderson
Implementation Consultant
P: 888.832.3932 ext: 825

www.tylertech.com

**Comment by MyKeya Henderson (Inactive)** [ Feb/14/2017 ]

From: Mary Beth Ippich mbippich@hvilletn.org
Sent: Tuesday, February 14, 2017 2:39 PM
To: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: Re: Integration issue again

Received and accepted!

Sent from my iPhone

On Feb 14, 2017, at 2:29 PM, Henderson, MyKeya <MyKeya.Henderson@tylertech.com> wrote:
Hi Mary Beth,

Thank you for your time on the phone today. I sent a calendar invitation for our Friday meeting as discussed. Please let me know if you did not receive it.

Thanks,

MyKeya Henderson
Implementation Consultant
P: 888.832.3932 ext: 825

www.tylertech.com

**Comment by MyKeya Henderson (Inactive)** [ Feb/16/2017 ]

Scanned/uploaded handwritten timeline and meeting notes for future reference.

**Comment by MyKeya Henderson (Inactive)** [ Feb/16/2017 ]

Hello,

I scanned/uploaded handwritten timeline and meeting notes for future reference.

**Comment by MyKeya Henderson (Inactive)** [ Feb/17/2017 ]

Meeting to introduce Hillary as PM (2/17/17, 11:03am CST - 11:19am)
H'ville Attendee(s): Mary Beth and Dana
ExecuTime Attendee(s): MyKeya, Hillary, and Suzi

**Comment by Hillary Pasch** [ May/07/2018 ]

From: Pasch Hillary
Sent: Monday, May 7, 2018 9:39 AM
To: Tina Martin <tmartin@hvilletn.org>; Mary Beth Ippich <mbippich@hvilletn.org>
Cc: Greene, Suzanne <Suzanne.Greene@tylertech.com>
Subject: RE: Hendersonville, TN - Clock Benefit Balances

Hey Tina:

I just wanted to take a moment to check-in to see if you'd be able to get us the list to test this week? Suzi is going to test and confirm. This will likely be after the upgrade, scheduled for today.

Thanks,
Hillary Pasch

**Comment by Hillary Pasch** [ Jun/12/2018 ]

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

> From: Pasch Hillary
> Sent: Tuesday, June 12, 2018 3:04 PM
> To: McHale-Vazquez, Erin <Erin.McHale-Vazquez@tylertech.com>
> Subject: FW: Hendersonville, TN - Test Environment
>
> They are not going to proceed with this now, but will reach out if they change their mind.
>
> Thanks Erin.
>
> Hillary Pasch
> Manager of Timekeeping Implementations & Services

Generated at Thu Aug 01 09:15:53 CDT 2019 by Hillary Pasch using JIRA 6.4.10#64025-sha1:5b8b74079161cd76a20ab66dda52747ee6701bd6.

[#XTNI-5679] (PTS: 1/16/2019) Hendersonville, TN - Timekeeping Impl (Self-Hosted/Tyler Munis/Mobile/Clocks) (M)

https://executimesupport.tylertech.com:8443/jira/si/jira.issueviews:issue-html/XTNI-5679/XTNI-5679.html[8/1/2019 10:16:09 AM]

Tyler-Greene 000325