# PROJECT TASKS and ASSIGNMENTS:

### Manager of Implementation - Timekeeping (Hillary):
- Directory and Confluence Setup
- Notify ERP Deployment Team of New Contract & Install
- Send & Receive Client Welcome Packet
- Time Clocks:
    - Procure Time Clocks
    - Verification of Biometric/Existing Badge Testing
- Introduction to Project Manager

## ---Handoff to Project Manager from Manager of Implementations---

***Technical Review Call*** - can be handled by Implementation Consultant
   Should happen prior to Server/Application Install

### Project Manager:
- Schedule Project Kick Off Call with Client/Notify Mgr of KO Call Date
- Project Kick Off Agenda
- Project Plan and Questionnaire Documents Provided to Client
- Server and Application Install [Deployment Billing]
    - Requires PSA Billing Task (non-util)
- Send and Receive Connectivity Document (Self-Hosted Clients)
- Complete VPN Worksheet (as applicable)
- Request VPN Configuration w/ SaaSNetworking (as applicable)
- Project/Stakeholder Kick Off Call/Presentation
    - Due dates provided to client on completed questionnaire
- Map Project Plan to Go Live
    - **Acceptance due to Manager of Implementation 3 weeks after KO Call**
- Milestone: Project Timeline Acceptance
    - Notify Implementation Consultant with acceptance/timeline
- Integration:
    - Payroll Interface Installation (via PSA)
    - Obtain Integration Files (if flat file) OR
    - Verify and Test Payroll Connectivity
- Receive Completed Questionnaire
    - Review/Schedule SOW Discussion
- Scope of Work/Solution Design Discussion
- Create Scope of Work/Solution Design
- Receive Approved Scope of Work/Solution Design
- Receive Milestone: Scope of Work/Solution Design Acceptance
- Schedule Project Handoff to IC Call

### IMPLEMENTATION CONSULTANT TO TAKE OVER PROJECT


EXHIBIT: 9
NAME: PLF
DATE: 10-9-2019
J Leitz Moran

Items for Project Manager to handle while IC is working with client:
- Request/Receive Acceptance from client for:
    - Integration (Milestone Acceptance)
    - Power User Checklist
    - End and Super User Checklist
    - Go Live Checklist (All Sections) (Milestone Acceptance)
    - Training Acceptances (Milestone Acceptance)
- Document Payroll Export Design (if applicable)
- Project Closure:
    - Production Confirmation (Milestone Acceptance)
    - Client Transfer to Support
        - Criteria Met
        - Notification of Client Transfer to Support (Email Mgr)
        - PTS prep and scheduling
        - Project/PSA closure
    - Project Closure (Milestone Acceptance)
- Miscellaneous Tasks:
    - Project Timelines kept up to date and send bi-weekly
    - Hours watch
    - SM Billing

## ---Handoff to Implementation Consultant to Project Manager---

### Implementation Consultant:
- Confluence Update (pre-requisite: Server/Application Installed)
- Project Handoff Call with PM:
    - Review Signed Scope of Work/Solution Design & have questions ready
- Schedule All Training's and Reoccurring Meetings
- Time Clocks (if applicable):
    - Obtain Time Clock Details and Setup Time Clock Server
    - Build Device Profiles and Ping Clocks
    - Clock Network Configuration Call
    - Time Clock Training
- Integration:
    - Integration Prep
    - Integration:
        - Flat File – Schedule via TSM Team
        - AsOne/Direct Connection – Perform Integration
    - Integration Approval Call/Integration Approval
        - Request PM reach out for milestone acceptance
- ExecuTime Setup & Configuration (Proceed once integration has been approved):
    - Create Pay Codes
    - Create Security Roles

- o Overtime and/or Comp Time Configuration
- o Holiday Schedule Build
- o Shift Differential Configuration (if applicable)
- o Miscellaneous Configuration
- o Create Test User Accounts
- o Job Costing (if applicable)
- Email Setup/Configuration
- Authentication Configuration and Testing
- Power User Training Sessions
- Start Recurring Status Calls with Client
- Timecard Mock Ups
- End User Training(s)
- Super User Training(s)
- Test Payroll Export
- Payroll Export Training
- Refresh Payroll from Test
- 1st Parallel
- 2nd Parallel
- 1st production cutover
- End of Project Items (Project Closure):
    - o Documentation Verification
    - o CMI Warranty
- Miscellaneous Items:
    - o Keep track of hours
    - o Update Weekly Meeting Notes/Create Jira tasks for tickets/outstanding items
    - o SM Billing

TYLER-GREENE 000126