**executime**
a total tyler solution

ENTERPRISE WORKFORCE MANAGEMENT



# Turlock, CA

## Timekeeping Power User Training
## Onsite Agenda

## May 22 – 24, 2018

MyKeya Henderson, Project Manager
Suzi Greene, Implementation Consultant/Onsite Trainer



EXHIBIT: 11
NAME: DF
DATE: 10-9-2019
J Leitz Moran

1 | Page



**ENTERPRISE WORKFORCE MANAGEMENT**

## Pre-Work
- Prepare detailed list of pay codes and how they are used (e.g. if the pay code count towards overtime, if the pay code is restricted to specific departments/division)
- Prepare detailed list of all policies (e.g. overtime, comp time, special pay, etc.)
- Prepare detailed list of all holidays for each department/division, including the number of hours and any special pay practices or requirements.
- Print copies of reference material provided by Tyler for each attendee as applicable
    - Onsite Agenda
    - ExecuTime Pay Codes
    - Go Live Checklist – Power User Training
    - Policies
    - Holidays
    - Pay Codes

## Meeting Room Setup and Resources:
- Display Projector (overhead or connection to screens meeting attendees can see)
- High Speed Internet connection (required for all our products.)
- Working space for Tyler resources (when not conducting meetings)
- Security credentials (if applicable)
- Access to parking in close proximity to meeting location(s)

## Agenda

### Tuesday, May 22, 2018

| Time | Activity |
|---|---|
| 8:30am – 9:00am | Tyler Technologies Arrival and Introductions |
| 9:00am – 10:00am | Training: Admin Overview of Employee Actions, Supervisor Actions, Reporting |
| 10:00am – 10:15am | Break |
| 10:15am – 11:45am | System Admin Training: Master File Management |
| 12:00pm – 1:00pm | Lunch |
| 1:15pm – 2:30pm | Workshop: Pay Codes |
| 2:30pm – 2:45pm | Break |
| 2:45pm – 4:45pm | Workshop: Pay Codes |
| 4:45pm – 5:00pm | Wrap-up Discussion |
| 5:00pm | Tyler Technologies Departure |

Tyler-Greene 000335



**ENTERPRISE WORKFORCE MANAGEMENT**

## Wednesday, May 23, 2018

| Time | Activity |
|---|---|
| 8:15am – 8:30am | Tyler Technologies Arrival |
| 8:30am – 9:30am | System Admin Training: Messages and Policies & Rules Engine |
| 9:30am – 9:45am | Break |
| 9:45am – 11:45am | Workshop: Review and Test Overtime & Comp Time Policies |
| 12:00pm – 1:00pm | Lunch |
| 1:15pm – 2:15pm | Workshop: Review and Test Overtime & Comp Time Policies |
| 2:15pm – 2:30pm | Break |
| 2:30pm – 3:45pm | System Admin Training: Schedule Maintenance – Security & Permissions |
| 3:45pm – 4:45pm | Workshop: Security & Permissions |
| 4:45pm – 5:00pm | Wrap-up Discussions |
| 5:00pm | Tyler Technologies Departure |

## Thursday, May 24, 2018

| Time | Activity |
|---|---|
| 8:15am – 8:30am | Tyler Technologies Arrival |
| 8:30am – 10:30am | Workshop: Security & Permissions |
| 10:30am – 10:45am | Break |
| 10:45am – 11:45am | Payroll Functions Training: Bulk Transactions and Holiday schedules  Workshop: Holiday Schedules |
| 12:00pm – 1:00pm | Lunch |
| 1:15pm – 2:45pm | Workshop: Holiday Schedules |
| 2:45pm – 3:00pm | Break |
| 3:00pm – 5:00pm | Open Action Items Discussion and Project Plan Review |

Tyler-Greene 000336