# Quick Start Guide to Your ExecuTime Application

Prepared for:

**Turlock, CA**

Processes detailed in this guide are based on those finalized as of 1/7/2019. Any changes made thereafter may not be directly reflected within this guide.

EXHIBIT: 12
NAME: PIf
DATE: 10-9-2019
J Leitz Moran

# Table of Contents

Uploading a Flat File....................1
New Hire On-Boarding....................2
Holiday Schedules....................4
Maintenance....................4
Notes....................5

# Uploading a Flat File

1. Ensure files are in the proper CSV format:
   - All files must be of type Comma Separated Values
   - Fields must contain the header information in the first line
   - Fields must not be quoted
   - All fields must be accounted for, even if they are blank
2. Files should be named: benefit.csv, employee.csv, or department.csv
3. Navigate to System Admin > Scheduled System Jobs
4. Select "Upload An Import Job File"
5. Select "Browse" to find the file you are wanting to upload
6. Select "Upload Now"

After completing step 6, the file is now uploaded to the application server and data from the file will be integrated into your application when the next nightly runs. If you want the data to integrate prior to the nightly job, choose the clock/arrow icon next to the job you are wanting to run. The clock/arrow icon will allow you run the job manually and data will integrate into the application once the "Running" indicator disappears. Running a job manually will <u>not</u> affect the scheduled nightly jobs.

Reminder: New employee and benefit files should be uploaded at a minimum of each pay period after payroll is processed as well as anytime there are changes in employment. A best practice is to schedule a time 2-3 times per week to upload new files to ensure data is as

# New Hire On-Boarding

### Step 1: Integrate user into the ExecuTime application.

- A nightly system job runs to import new employees and update current employees.
- To manually run the job to import user prior to next scheduled job:
    - Navigate to System Admin > System Jobs
    - Click the clock/arrow icon for the **Employee Integration** job
    - The user should appear in the application once the job has completed.

### Step 2: Update user specific settings within the Employee Profile of ExecuTime

- Navigate to **System Admin > Master File Management > Employee**
- Select **pencil** icon next to the user's name to edit the employee profile
- Update fields that are manually managed as detailed below.
- **Save for Current Pay Period** once all changes have been made.

| Employee Tab | Fields Manually Managed | Specific Instructions/Details |
|---|---|---|
| **General Info** | ☒ Remote Application Access | • Update the Remote Application Access |
| **Pay Properties** | ☒ Default Location<br>☐ Default Job<br>☐ Pay Period<br>☐ Schedule Set<br>☒ Advanced Scheduling User<br>☐ Default Shift<br>☒ Employee Type<br>☒ Auto-deduction | • **Default Locations**<br>o All new employees should be placed in their specified location<br>• **Advanced Scheduling User**<br>o Enable for all Advanced Scheduling users<br>• **Employee Type**<br>o All new employees should have the applicable employee type<br>• **Auto Deduction**<br>o Enter Auto Deduct time and auto deduct threshold for employees whose lunch should be deducted automatically |
| | Locations (a grouping tool) are used for: Employees you will not export and PT human resources. Once your pay periods change to Bi-weekly you can also use this for Overtime<br>Employee Types (a grouping tool) are used for: Holidays | |

| Employee Tab | Fields Manually Managed | Specific Instructions/Details |
|---|---|---|
| **Security** | ☒ Login ID<br>☐ Login Configuration<br>☐ Allow user to change<br>☐ Password<br>☐ Badge ID<br>☒ Permission Role<br>☐ Manage Own Data<br>☐ Approve Own Timecard above Employee Level | • **Login ID:** First Initial + Last name<br>• **Login Configuration:** Kerberos 5<br>• **Permission Role:** All general employees will have the Basic Employee role by default<br>o New Supervisors may need a role setup in Security & Permission Roles before their permission role can be assigned. |
| **Contact Info** | ☒ Email Address<br>☐ Home Phone<br>☐ Mobile Phone<br>☐ Mobile Phone Provider<br>☐ Alternate Phone<br>☐ Alternate Email<br>☐ Fax | • **Email Address :** Select the flag to "Allow for Notification" |
| **Position/Certs /Reqs** | ☐ Select a Position Code<br>☐ Qualified Positions<br>☐ Select a Cert/Req<br>☐ Qualified Certs/Reqs<br>☐ Work Limits<br>☐ Assigned Work Limits | |

**Step 3: Give user access to appropriate pay codes (as applicable).**

- Some pay codes are restricted to specific organization units.
- To give user access to appropriate pay code:
  - Navigate to **System Admin** > **Master File Management > Pay Codes**
  - Select **pencil** icon next to the appropriate pay code
  - Under **New Rules** (bottom of the screen), set the **Organizational Type** to **Employee**
  - Select employee name under **Organizational Unit** and **Add**
  - Select **Save**

# Holiday Schedules

## Holiday Schedule Settings




## Add Policy




1. Select the Company
2. Select the first Time Keeping Type that should receive that holiday
3. Choose the black circle to add the policy. Additional details for adding multiple policies to 1 holiday can be found within the help document.
4. Choose the next Time Keeping Type that should receive the holiday. Choose the black circle to apply the next location.
5. Save holiday

# Notes