# Return on Investment

A typical 200-employee company has a four million dollar payroll. The potential savings generated by automating Time & Attendance operations adds as much as $1/4 million to your bottom line! This 6.875% labor savings is based on a study performed by the American Payroll Association and Robert Half in calculation, lost time and error factors alone. The additional benefit of better management decisions based on accurate labor information and automatic exports to payroll are more difficult to place a value on.

| SAVINGS FACTOR | 50 EMPLOYEES | 100 EMPLOYEES | 250 EMPLOYEES | 500 EMPLOYEES | 1000 EMPLOYEES |
|---|---|---|---|---|---|
| Calculation | $3,900 | $7,800 | $19,500 | $39,000 | $78,000 |
| Lost Time | $52,000 | $104,000 | $260,000 | $520,000 | $1,040,000 |
| Human Error | $15,600 | $31,200 | $78,000 | $156,000 | $312,000 |
| TOTAL | $71,500 | $143,000 | $357,500 | $715,000 | $1,430,000 |

Source: American Payroll Association and Robert Half International



EXHIBIT: 13
NAME: PLF
DATE: 10-9-20(?)
J Leitz Moran

tyler