DocuSign Envelope ID: 9CA68CE3-8CB8-4FB2-9F00-E684B92FB74A





EXHIBIT: 15
NAME: PS
DATE: 10-9-2019
J Leitz Moran

# PERSONNEL ACTION FORM

**Employee Changes**

**EFFECTIVE DATE:** 10/22/2018

| EMPLOYEE NUMBER | EMPLOYEE NAME | | | DIVISION |
|---|---|---|---|---|
| 10811 | GREENE, SUZANNE | HIRE DATE: | 2/1/2016 | ERP&SCH |

| Type of Change: | Salary: Merit/Perf Eval | New Division: | |
|---|---|---|---|
| | **CURRENT** | | **NEW** |
| Job Code/Desc: | P052/IMPLEMENTATION CONSULTANT | Job Code/Desc: | |
| Location/Code: | EXEC-IMPLEMENTATION / 5612 | Location/Code: | |
| Org/Department: | 045210   ERP&S IMPL | Org/Department: | |
| NaviGate Dept Code: | 5612 - EXEC-IMPLEMENTATION | NaviGate Dept Code: | |
| Project Code: | 01001 | Project Code: | |
| Personnel Status: | FT   Full-Time | Personnel Status: | |
| Check Location: | HOM2 - REMOTE <75 MILES | Check Location | |
| Supervisor: | 10825   PASCH, HILLARY | Supervisor | |
| Bonus Code/Pct: | M05 / 3 | Bonus Code: | / |
| Grade Level/Cvl Serv: | 57 / T57Z | Grade Level/Cvl Serv: | / |
| EEO Code: | 52 - PROFESSIONALS - EEO1 | EEO Code: | |
| Pay Type: | 100 / BASE PAY EXEMPT / (Salaried) | Pay Type: | |
| PC & Work Title: | 450001208   IMPL CONSULTANT | PC & Work Title: | |
| Scheduled Hrs Per Pay: | 80 | Scheduled Hrs Per Pay: | |
| FTE: | 1 | FTE: | |
| Annual Sal/Hrly Rate: | $47,500.00 | Annual Sal/Hrly Rate: | $48,450.00 |

| **Recurring Pays** | | **Accrual Table Updates** | |
|---|---|---|---|
| | | Indicate when going from non-eligible to eligible or vice versa | |
| Action for Pay: | | Eligible for Vacation: | |
| Pay Code: | | Eligible for Sick: | |
| Bi-Weekly Amt: | | Eligible for Volunteer: | |
| Target End Date: | | (Volunteer only applies to LGD & Executime employees) | |
| Other Recurring Pay Updates (retro pays to be noted in comments) | | **Supervisor Workflow** | |
| Pay Code: | | Direct Reports: | |
| Amount: | | ESS Names Level: | |
| Target End Date: | | | |
| Note: Target end dates will be entered in Munis on the pay record | | | |

**ADDITIONAL COMMENTS/ INFORMATION (ATTACH SEPARATE SHEET IF NECESSARY)**

Deferred Merit increase due to improvement in performance

**APPROVALS**

| MANAGER: | DATE: | DEPARTMENT HEAD: | DATE: | HUMAN RESOURCES: | DATE: |
|---|---|---|---|---|---|
| DocuSigned by: Jamie Burns 584C828C409E444... | 10/23/2018 | DocuSigned by: Kathy Thomas C6DEC0E7AF1C451... | 10/23/2018 | DocuSigned by: DS12 A04C990605534F7... | 10/23/2018 |
| | | | | DocuSigned by: 6D23DE03C21342F... | 10/23/2018 |

TYLER-GREENE 000170