

| ENTERPRISE WORKFORCE MANAGEMENT |

**ExecuTime Employee Performance Plan Form**
**2016 (90 Day Goals)**

Employee Name:     Suzanne Greene
Job Title:         Project Manager/Trainer
Hire Date:         02/01/16
Reports To:        Talia Harrison

**Key Result Areas (KRA):**

*KRA #1 – Technical Training & Product Knowledge*

Objectives (90 Day):
1. Observe and attend customer trainings (remote and potentially onsite) conducted for new customers to become familiar with the process.

PROGRESS UPDATE:

2. Become highly proficient with the functionality and navigation within the ExecuTime core software.

PROGRESS UPDATE:

3. Understand and follow procedures for the implementation lifecycle as it relates to customer training (i.e. Jira issue tracking, customer project documents, training documents, etc.)

PROGRESS UPDATE:
4. Be able to conduct basic employee and supervisor training sessions with minimal assistance by Feb 15, 2016. This includes setup of training demo items on customer system.

PROGRESS UPDATE:

5. Assist and assure implementation set up is complete prior to Customer admin training. Be able to setup a new customer system by March 15, 2016 with minimal assistance.

PROGRESS UPDATE:



EXHIBIT: 16
NAME: PIf
DATE: 10-9-2019
J Leitz Moran