I will follow up with my notes from our review 30 days post PIP announcement.

**From:** Pasch Hillary
**Sent:** Monday, September 11, 2017 3:22 PM
**To:** Greene, Suzanne <Suzanne.Greene@tylertech.com>
**Subject:** Greene, Suzanne - Performance Improvement Plan

Suzi:

Thank you for getting on the phone with me today to discuss your Performance Improvement Plan. As we discussed, I've performed a comprehensive evaluation of your work performance, and I'm concerned that you you're having some difficulties. The purpose of our meeting was to address this concern/pattern, and discuss your PIP. This email is to confirm our discussion with regards to making significant improvement within 30 calendar days of today, September 11th, 2017.

In order to successfully complete this period, it will be necessary to meet and maintain the following standards:
- Response Time:
    - Emails to fellow staff (including myself) and to clients need to be responded to in a timely manner.
        - Responses to clients must be done the same day it is received (except after hours/weekends) **this can mean a response that you have received the email, and that you're looking into it.
    - Response to skype messages/inquires during normal business hours.
- Project Plans:
    - Obtaining checklists that match the Project Plan due dates.
    - Jira tickets updated with time spent, information discussed/performed and resolved.
    - Updates of weekly meetings (notes) in each project.
- Prioritization:
    - Billable hours tracked and submitted.
    - Items with pre-assigned due-dates; dates being met.
- Proactive Reactions:
    - Example: Weekly meeting invites – rescheduled without me having to mention so.
    - Keeping track of questions asked, putting in Jira tickets to track time.
    - Responding to clients emails.

During this period, your work will be reviewed and discussed with you each week; scheduled for Monday's at 10:00am EST. Fee free to discuss with me at any time any problems you may have.

Thank you,
**Hillary Pasch**
Manager of Implementation - Timekeeping
Tyler Technologies, Inc.

P: 888.832.3932 ext: 800

www.tylertech.com



Empowering people who serve the public®



EXHIBIT: 17
NAME: PIF
DATE: 10-9-2019
J Leitz Moran