# Beale, Dan

| | |
|---|---|
| **From:** | McKeeby, Paulo B. <PMcKeeby@reedsmith.com> |
| **Sent:** | Tuesday, October 08, 2019 6:11 PM |
| **Cc:** | Beale, Dan |
| **Subject:** | FW: Bowling Green, OH ExecuTime Implementation - Implementation Timeline (revised w/new Go Live date) |
| **Attachments:** | ExecuTime Implementation Timeline for Bowling Green_OH.xlsx |



EXHIBIT: 18
NAME: PF
DATE: 10-9-2019
J Leitz Moran

**From:** Harrison, Talia <Talia.Harrison@tylertech.com>
**Sent:** Friday, March 1, 2019 5:11 PM
**To:** Brian Bushong <BBushong@bgohio.org>
**Cc:** Greene, Suzanne <Suzanne.Greene@tylertech.com>; Ledbetter, Brian <Brian.Ledbetter@tylertech.com>
**Subject:** Bowling Green, OH ExecuTime Implementation - Implementation Timeline (revised w/new Go Live date)

Good afternoon Brian,

Suzi has advised me that changes to the implementation timeline are needed to allow more time for completion of the Power User checklist. Below, I've mapped out the remainder of training based on where you all are with configuration and would like for you all to review internally. Currently, we are resource planning for the 2nd qtr of 2019, can't believe we are a month out already. Before approving the new timeline, please let me know if any further extensions are needed so that I can revise and send you a revised copy. One of my biggest tasks is to ensure projects are on time as well as on budget and so to prevent the need for additional implementation hours being requested we'll want to ensure we are mapping out a timeline that works for both Bowling Green and Tyler resources.

As of 02/19/19, the last time reports were generated against your billable time, I show 51.50 hours of implementation time remaining, please keep in mind these numbers do not include any time spent on your project after 02/19. If you have any questions or would like to schedule a call

1

to talk through the implementation timeline prior to approval, please let me know and we can get something on the calendar.

New timeline summarized before with old dates marked through and new dates in bold read, attached is also the full Implementation Timeline which includes information below. If all looks good and is acceptable for the Bowling Green team, please see bottom of this email for sign off requirement

**Power User Refresher training  Week of: 02/04/2019    - Complete**

- **Signature milestone sign off** required on the Power User training will be due by ~~02/28/2019 (Once all configuration is complete including timecard mock up and testing, we will request sign off for PU training. Our goal is to have this sign off by 02/28)~~

- **Signature milestone (New Approval Date) – Due 03/15**

- End User/Supervisor training (please note ExecuTime adheres to the train the trainers approach so you'll want to consider this when selecting the pilot group of users, we would train them to be SMEs; (Subject Matter Experts). There will be two sessions scheduled for two hours each. Session one, End User training for the first hour, those users are dismissed and their supervisors would be taken through Supervisor Training. (ends users are users who do not manage other employees, the supervisors of these employees should attend the entire two hour session). There would be a session two scheduled on a different day, using the same format. Users attending these trainings are required to begin parallel entry in ExecuTime with pay period date ~~03/11/2019~~  **03/25/2019**

**End user trainings to take place:** ~~Week of 03/04/2019~~  **Week of 03/18/2019**

2

- **Signature milestone** required confirming completion of user trainings will be due Week of ~~03/11/2019~~ **03/25/2019**

- Pilot group will begin the parallel 1st parallel testing where they will enter time using ExecuTime and your currently method during pay period ~~03/11/2019 – 03/24/2019~~ **03/25/19 – 04/07/19**

- <u>Payroll Export Training, once the district has completed their real payroll</u> **Payroll Export training due the later part of week** ~~03/25/2019~~ **04/08/19**

- **Signature milestone** for 1st parallel, Payroll Export training and the data exported will be due Week of ~~04/01/2019~~ **04/19/19**

- Pilot group will begin the 2nd parallel, parallel testing where they will enter time using ExecuTime and your currently method during pay period ~~03/25/2019 – 04/07/2019~~ **04/08/19 – 04/21/19**

- **Signature milestone** for 2nd Payroll Export test and the data exported will be due ~~04/15/2019~~ **04/19/19**

- We will use pay period ~~04/08/2019 – 04/21/2019~~ **04/22/19 – 5/05/19** as a break to ensure the pilot users have what they need and are prepared to Go Live ~~04/22/2019~~ **05/06/19** (Go Live means this pay period start date ~~04/22/2019~~ **05/06/19** would be the first period processed as live data for the PILOT GROUP at the end of the cycle 😊 )

3

Users are still expected to enter their time in ExecuTime during the ~~04/08/2019 – 04/21/2019~~ **04/22/19 – 5/05/19** and this will be used for a 3rd & 4th export test if needed

## Timeline Acceptance

- Attached Implementation Timeline>Milestone Acceptance (tab)>Project Plan Timeline Acceptances (section)>Highlighted area below

### PROJECT PLAN TIMELINE ACCEPTANCE

| TASKS COMPLETED | COMPLETED BY: |
|---|---|
| Project plan timelines are mutually accepted by Tyler and Client | Brian Bushong |
| Project plan timelines are mutually accepted by Tyler and Client (New Timeline) | Brian Bushong |
| Project plan timelines are mutually accepted by Tyler and Client (New Timeline) | Brian Bushong |

CIENT PROJECT MANAGER SIGNATURE

Regards,

Talia

**Talia Harrison**
Sr. Project Manager
Tyler Technologies, Inc.

P: 800.772.2260 ext. 4840

www.tylertech.com

4



Empowering people who serve the public*

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

# IMPLEMENTATION PROJECT PLAN

| PROJECT TASKS | EXECUTIME RESOURCES | CLIENT RESOURCES | ONSITE / REMOTE | STATUS | TARGET DUE DATE | ACTUAL COMPLETION | ADDITIONAL NOTES |
|---|---|---|---|---|---|---|---|
| **Welcome Packet provided to client** | **Pro Services Cord.** | **Project Manager** | **Remote** | **Complete** | **1/5/2018** | **1/5/2018** | |
| Questionnaire /Agenda Provided to client | Pro Services Cord. | Project Manager | Remote | Complete | 2/6/2018 | 2/6/2018 | |
| Stakeholder Kick Off Meeting | Project Manager | Implementation Team | Remote | Complete | 2/6/2018 | 2/6/2018 | |
| Project Plan Timelines Finalized | Project Manager | Project Manager | Remote | Complete | 2/12/2019 | 2/14/2019 | |
| ****Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Complete | 2/12/2019 | 2/14/2019 | See "Milestone Acceptance" tab |
| Completed Questionnaire returned To ExecuTime | Project Manager | Implementation Team | Remote | Complete | 3/6/2018 | 3/6/2018 | |
| Hardware & Integration Planning | Project Manager | Implementation Team | Remote | Complete | 5/3/2018 | 5/3/2018 | |
| Solution Design & Scope of Work Discussion with client | Project Manager | Implementation Team | Remote | Complete | 3/12/2018 | 3/12/2018 | |
| Signed & Approved Solution Design Document | Project Manager | Implementation Team | Remote | Complete | 3/28/2018 | 3/28/2018 | |
| ****Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Implementation Team | Remote | Complete | 3/28/2018 | 3/28/2018 | See "Milestone Acceptance" tab |
| **Completed VPN Document (if applicable)** | **Project Manager** | **IT Dept** | **NA** | **NA** | **NA** | **NA** | See "Connectivity" tab-client will complete |
| Completed Connectivity Documentation | Project Manager | IT Dept | Remote | Complete | 3/6/2018 | 3/27/2018 | See "Connectivity" tab-client will complete |
| Test connectivity to Payroll Server | Project Manager | IT Dept | NA | NA | NA | NA | |
| Test remote connectivity to client Server | Technical Team | IT Dept | NA | NA | NA | NA | Gotomeeting or Bomgar session needed to connect |
| Verify minimum hardware specs are met | Project Manager | IT Dept | Remote | Complete | 5/3/2018 | 5/3/2018 | Not applicable for Cloud clients |
| Application server install | | Integration | Remote | Complete | 5/3/2018 | 5/3/2018 | |
| Dept. Employee, Benefit Accrual Query | | Integration | Remote | Complete | 5/15/2018 | 5/15/2018 | Issues with employees integrated can be found NI-25094 |
| Dept. Employee, Benefit Accrual Integration Programs | | Integration | Remote | Complete | 5/15/2018 | 5/15/2018 | |
| Project Costing integration programs (if applicable) | | Integration | Remote | Complete | 8/27/2018 | 8/27/2018 | Bowling green team decided not to use in ET |
| ****Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Complete | 8/27/2018 | 8/27/2018 | See "Milestone Acceptance" tab |
| System Integration Signoff & Acceptance | Project Manager | Project Manager | Remote | Complete | 8/27/2018 | 8/27/2018 | |
| **Send sample badge to ExecuTime for testing** | **Project Manager** | **Project Manager** | **NA** | **NA** | **NA** | **NA** | |
| Determine badge Id vendor (if applicable) | Project Manager | Project Manager | NA | NA | NA | NA | |
| Procure timeclock hardware | Project Manager | Project Manager | NA | NA | NA | NA | |
| Ensure clock locations have network connectivity | | IT Dept | NA | NA | NA | NA | |
| Provides list of IP addresses for Timeclocks | Project Manager | IT Dept | NA | NA | NA | NA | |
| **Power User Training** | **Project Manager** | **Implementation Team** | **Remote** | **Complete** | **8/31/2018** | **8/31/2018** | **Training can take place any day this week; however, signoff on the Implementation Timeline as well as Integration is required prior to confirming this training with a GTM** |
| ****Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Complete | 10/8/2018 | 9/11/2018 | See "Milestone Acceptance" tab |
| Power User Checklist | Project Manager | Implementation Team | Remote | Complete | 10/8/2018 | 9/11/2018 | See "Go Live Checklist" tab |
| Power User Refresher | Project Manager | Implementation Team | Remote | Complete | 2/4/2019 | 2/4/2019 | |
| Power User configuration complete | Project Manager | Implementation Team | Remote | Pending | 3/15/2019 | TBD | |
| Production Go Live Planning | Project Manager | Implementation Team | Remote | Complete | 2/4/2019 | 2/4/2019 | |
| Technical Clock Configuration Training | Project Manager | IT / Project Manager | NA | NA | NA | NA | |
| End User Trainings - Timekeeping | Project Manager | Implementation Team | Remote | Pending | 3/18/2019 | TBD | Trainings can take place any day the week of 03/04 |
| Super User Training - Timekeeping | Project Manager | Implementation Team | Remote | Pending | 3/18/2019 | TBD | Trainings can take place any day the week of 03/04 |
| ****Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Open | 3/25/2019 | TBD | See "Milestone Acceptance" tab |
| End User/Super User Training Checklist | Project Manager | Implementation Team | Remote | Open | 3/25/2019 | TBD | See "Go Live Checklist" tab |
| Payroll Export Training | Project Manager | Payroll Team | Remote | Open | 4/8/2019 | TBD | Training can happen any day this week once the city has completed their real payroll. |

# IMPLEMENTATION PROJECT PLAN

| PROJECT TASKS | EXECUTIME RESOURCES | CLIENT RESOURCES | ONSITE / REMOTE | STATUS | TARGET DUE DATE | ACTUAL COMPLETION | ADDITIONAL NOTES |
|---|---|---|---|---|---|---|---|
| **** Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Open | 4/19/2019 | TBD | See "Milestone Acceptance" tab |
| **PAYROLL** | | | | | | | |
| **Payroll Export Integration Programs** | Project Manager | | N/A | Remote | Complete | 10/18/2018 | 10/18/2018 | To be completed by Talia |
| Apply and Test Payroll Export (internal) | Project Manager | | N/A | Remote | Complete | 10/23/2018 | 10/23/2018 | To be completed by Talia |
| **PILOT TESTING** | | | | | | | |
| **Identify Employees Who are in Pilot Group** | Project Manager | Project Manager | Remote | Open | 3/18/2019 | TBD | |
| Establish Pay Period Dates for the Pilot Test | Project Manager | Project Manager | Remote | Open | 3/15/2019 | TBD | |
| Launch Pilot Testing #1 for One Full Pay Period | Project Manager | Project Manager | Remote | Open | 3/25/2019 | TBD | |
| Client Sign Off on Pilot Test 1 | Project Manager | Project Manager | Remote | Open | 4/19/2019 | TBD | |
| **** Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Open | 4/19/2019 | TBD | See "Milestone Acceptance" tab |
| Launch Pilot Testing #2 for One Full Pay Period | Project Manager | Project Manager | Remote | Open | 4/8/2019 | TBD | |
| Client Sign Off on Pilot Test 2 | Project Manager | Project Manager | Remote | Open | 4/19/2019 | TBD | |
| **DEPLOY** | | | | | | | |
| Established / Target Go Live Date | Project Manager | Project Manager | Remote | Open | 5/6/2019 | TBD | |
| ExecuTime in Production! | Project Manager | Project Manager | Remote | Open | 5/6/2019 | TBD | |
| **** Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Open | 5/6/2019 | TBD | See "Milestone Acceptance" tab |
| Introduction to Client Care Team | Project Manager | Project Manager | Remote | Open | 5/15/2019 | TBD | |
| **** Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Open | 5/15/2019 | TBD | See "Milestone Acceptance" tab |
| Project Closure / Project Sign Off | Project Manager | Project Manager | Remote | Open | 5/15/2019 | TBD | |
| **** Acceptance Milestone Sign Off (see Milestone Tab)**** | Project Manager | Project Manager | Remote | Open | 5/15/2019 | TBD | See "Milestone Acceptance" tab |

* End of Project Plan Document *