# tyler technologies

**Sales Quotation For**
City of Helotes
12951 Bandera Rd
Helotes, TX 78023-4098
Phone +1 (210) 695-8877

| | |
|---|---|
| Quoted By: | Tami Bates |
| Date: | 10/8/2018 |
| Quote Expiration: | 4/6/2019 |
| Quote Name: | City of Helotes - ExecuTime clocks |
| Quote Number: | 2018-58912 |
| Quote Description: | ExecuTime clocks |

## 3rd Party Hardware, Software and Services

| Description | Quantity | Unit Price | Unit Discount | Total Price | Unit Maintenance | Unit Maintenance Discount | Total Year One Maintenance |
|---|---|---|---|---|---|---|---|
| Genus 1: Proximity Reader (HID) | 2 | $1,510.00 | $0.00 | $3,020.00 | $0.00 | $0.00 | $0.00 |
| POE Splitter | 5 | $135.00 | $0.00 | $675.00 | $0.00 | $0.00 | $0.00 |
| *3rd Party Hardware Sub-Total:* | | | *$0.00* | *$3,695.00* | | | *$0.00* |
| **TOTAL:** | | | | **$3,695.00** | | | **$0.00** |

## Summary

| | One Time Fees | Recurring Fees |
|---|---|---|
| Total Tyler Software | $0.00 | $0.00 |
| Total Tyler Services | $0.00 | $0.00 |
| Total 3rd Party Hardware, Software and Services | $3,695.00 | $0.00 |
| **Summary Total** | **$3,695.00** | **$0.00** |
| **Contract Total** | **$3,695.00** | |


EXHIBIT: 21
NAME: JLE
DATE: 10-9-2019
J Leitz Moran

CONFIDENTIAL

Unless otherwise indicated in the contract or Amendment thereto, pricing for optional items will be held for Six (6) months from the Quote date or the Effective Date of the Contract, whichever is later.

Customer Approval: [signature]   Date: 10/9/18

Print Name: Rick A. Schroeder   P.O. #:

All primary values quoted in US Dollars

## Comments

Tyler's quote contains estimates of the amount of services needed, based on our preliminary understanding of the size and scope of your project. The actual amount of services depends on such factors as your level of involvement in the project and the speed of knowledge transfer.

Unless otherwise noted, prices submitted in the quote do not include travel expenses incurred in accordance with Tyler's then-current Business Travel Policy.

Tyler's prices do not include applicable local, city or federal sales, use excise, personal property or other similar taxes or duties, which you are responsible for determining and remitting.

In the event Client cancels services less than two (2) weeks in advance, Client is liable to Tyler for (i) all non-refundable expenses incurred by Tyler on Client's behalf; and (ii) daily fees associated with the cancelled services if Tyler is unable to re-assign its personnel.

Implementation hours are scheduled and delivered in four (4) or eight (8) hour increments.

Tyler provides onsite training for a maximum of 12 people per class. In the event that more than 12 users wish to participate in a training class or more than one occurrence of a class is needed, Tyler will either provide additional days at then-current rates for training or Tyler will utilize a Train-the-Trainer approach whereby the client designated attendees of the initial training can thereafter train the remaining users.

Tyler's cost is based on all of the proposed products and services being obtained from Tyler. Should significant portions of the products or services be deleted, Tyler reserves the right to adjust prices accordingly.

Client agrees that items in this sales quotation are, upon Client's signature of same, hereby added to the Agreement between the parties, and subject to its terms. Additionally, and notwithstanding anything in the Agreement to the contrary, payment for said items shall conform to the following conditions: Licensee fees for Tyler and 3rd party products are due when Tyler makes such software available for download by the Client (for the purpose of this quotation, the 'Availability Date') or delivery (if not software); Maintenance fees, prorated for the term commencing when on the Availability Date and ending on the last day of the current annual support term for Tyler Software currently licensed to the Client, are due on the Availability Date; Fees for services, unless otherwise indicated, plus expenses, are payable upon delivery.

If a Tyler client desires clocks that do not have direct connectivity back to the network server ExecuTime resides on, then a VPN device installation, to be provided at Tyler's then-current prices, will be needed for every location where a clock may reside.

Clocks will be shipped upon receipt of a signed quote or addendum. The warranty period starts when the clocks are shipped. The warranty period ends whichever occurs first, either 12 months after connecting the clocks to the ExecuTime software or 18 months from shipment.

Clock prices include Tyler instruction regarding clock configuration and connection to the ExecuTime software. Client is responsible for clock installation and connection to applicable network.

CONFIDENTIAL