# AMENDMENT NO. 3
## TO AGREEMENT BETWEEN THE CITY OF MOORPARK AND TYLER TECHNOLOGIES

This amendment No. 3 ("Amendment") is effective as of the date of signature of the last party to sign as indicated below ("Effective Date"), by and between Tyler Technologies, Inc. ("Tyler"), a Delaware corporation with offices at 5519 53rd Street, Lubbock, TX 79414, and the City of Moorpark, a California municipal corporation ("Client") with offices at 799 Moorpark Avenue, Moorpark, CA 93021.

WHEREAS, Tyler and Client are parties to an agreement effective September 24, 2015 ("Agreement"), under which Client acquired licenses to the software describe therein ("Tyler Software") as well as related professional services, and maintenance and supports; and

WHEREAS, Client desires to amend the Agreement to adjust the services acquired;

NOW THEREFORE, in consideration of the foregoing and of the mutual covenants and promise set forth herein, Tyler and Client agree that the following professional services, and maintenance and support are added to the Agreement as described in Exhibit A.

All terms and conditions of the Agreement not herein amended remain in full force and effect.

IN WITHNESS WHEREOF, persons having been duly authorized and empower to enter into this amendment hereunto executed this Amendment effective as of the date last set forth below.

Tyler Technologies, Inc.
Local Government Division

By: _____

Name: Dunc Womble

Title: President, LAD

Date: 2/16/18

City of Moorpark

By: _____

Name: Steven Kueny

Title: City Manager

Date: 3/28/18



EXHIBIT: 27
NAME: PLF
DATE: 10-9-2019
J Leitz Moran



## tyler technologies

**Sales Quotation For**
City of Moorpark
799 Moorpark Ave
Moorpark, CA 93021-1155
Phone: +1 (805) 529-6864

Quoted By: Tami Bates
Quote Expiration: 5/26/2018
Quote Name: City of Moorpark, CA - Time and Attendance
Quote Number: 2017-40347
Quote Description: premise w clocks

### Tyler Software and Related Services

| Description | License | Impl Hours | Impl Cost | Data Conversion | Module Total | Maintenance |
|---|---|---|---|---|---|---|
| **ExecuTime** | | | | | | |
| ExecuTime Time & Attendance - Up to 100ee | $7,000 | 40 | $6,400 | $0 | $13,400 | $1,400 |
| ExecuTime Time & Attendance Mobile Access License | $2,540 | 0 | $0 | $0 | $2,540 | $508 |
| Sub-Total: | $9,540 | | $6,400 | $0 | $15,940 | $1,908 |
| TOTAL: | $9,540 | 40 | $6,400 | $0 | $15,940 | $1,908 |

### Other Services

| Description | Quantity | Unit Price | Extended Price | Maintenance | Total Maintenance Discount |
|---|---|---|---|---|---|
| Incode Import Interface (using ExecuTime) | 1 | $0 | $0 | $0 | $0 |
| Incode Export Interface (using ExecuTime) | 1 | $0 | $0 | $0 | $0 |
| TOTAL: | | | $0 | | $0 |

### 3rd Party Hardware, Software and Services

| Description | Quantity | Unit Price | Unit Discount | Total Price | Maintenance | Maintenance Discount |
|---|---|---|---|---|---|---|
| Touchscreen: Biometric and Prox Reader | 3 | $2,995 | $0 | $8,985 | $0 | $0 |
| TOTAL: | | | | $8,985 | | $0 |

### Summary

| | One Time Fees | Recurring Fees |
|---|---|---|
| Total Tyler Software | $9,540 | $1,908 |
| Total Tyler Services | $6,400 | $0 |
| Total Third Party Hardware, Software and Services | $8,985 | $0 |
| **Summary Total** | **$24,925** | **$1,908** |
| **Contract Total** | **$26,833** | |

Unless otherwise indicated in the contract or Amendment thereto, pricing for optional items will be held

2017-40347 -premise w clocks    CONFIDENTIAL    1 of 3

Customer Approval: _____ Date: _____

Print Name: _____ P.O.#: _____

CONFIDENTIAL

2017-40347 -premise w clocks