## AMENDMENT NO. 4
## TO AGREEMENT BETWEEN THE CITY OF MOORPARK AND TYLER TECHNOLOGIES

This amendment No. 4 ("Amendment") is effective as of the date of signature of the last party to sign as indicated below ("Effective Date"), by and between Tyler Technologies, Inc. ("Tyler"), a Delaware corporation with offices at 5519 53rd Street, Lubbock, TX 79414, and the City of Moorpark, a California municipal corporation ("Client") with offices at 799 Moorpark Avenue, Moorpark, CA 93021.

WHEREAS, Tyler and Client are parties to an agreement effective September 24, 2015 ("Agreement"), under which Client acquired licenses to the software describe therein ("Tyler Software") as well as related professional services, and maintenance and supports; and

WHEREAS, Client desires to amend the Agreement to adjust the services acquired;

NOW THEREFORE, in consideration of the foregoing and of the mutual covenants and promise set forth herein, Tyler and Client agree that the following professional services are added to the Agreement as Exhibit B:

Other Services

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| ENERGOV Configuration | 21.60 | $ 125 | $ 2,700 |
| ENERGOV Data Conversion | 225.00 | $ 125 | $ 28,125 |
| ENERGOV Implementation/Training/On-Site | 40.00 | $ 125 | $ 5,000 |
| ENERGOV On-Line Portal Development | 30.00 | $ 125 | $ 3,750 |
| ENERGOV Reporting Development | 83.40 | $ 125 | $ 10,425 |
| Total | | | $ 50,000 |

| Summary | One Time Fees | Recurring Fees |
|---|---|---|
| Total Tyler Services | $ 50,000 | $ 0 |
| Total Third Party hardware, Software and Services | $ 0 | $ 0 |
| Summary Total | **$ 50,000** | $ 0 |
| Contract Total | **$ 50,000** | |

All terms and conditions of the Agreement not herein amended remain in full force and effect.


EXHIBIT: 28
NAME: PF
DATE: 10-9-2019
J Leitz Moran

IN WITHNESS WHEREOF, persons having been duly authorized and empower to enter into this amendment hereunto executed this Amendment effective as of the date last set forth below.

| Tyler Technologies, Inc.<br>Local Government Division | City of Moorpark |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Name: Dane Womble | Name: Steven Kueny |
| Title: President, LGD | Title: City Manager |
| Date: 2/16/18 | Date: 2/28/18 |