## tyler technologies

**Sales Quotation For**
City of Oak Harbor
865 SE Barrington Drive
Oak Harbor, Washington 98277
Phone (360) 240-6441

Quoted By: Christina Hendrickson
Date: 6/23/2017
Quote Expiration: 10/28/2017
Quote Name: City of Oak Harbor-ERP-ExecuTime
Quote Number: 2017-28279
Quote Description: Executime Time/Attendance and Advance Scheduling

### SaaS

#### Human Capital Management:

| Description | # Years | Annual Fee | Impl. Hours | One Time Fees Impl. Cost | Data Conversion |
|---|---|---|---|---|---|
| ExecuTime Advance Scheduling Mobile Access | 3.0 | $1,438.00 | 0 | $0.00 | $0.00 |
| ExecuTime Advance Scheduling - Up to 150 Employees | 3.0 | $6,694.00 | 48 | $7,680.00 | $0.00 |
| ExecuTime Time & Attendance Mobile Access | 3.0 | $1,826.00 | 0 | $0.00 | $0.00 |
| ExecuTime Time & Attendance - Up to 150 Employees | 3.0 | $5,276.00 | 80 | $12,800.00 | $0.00 |
| **TOTAL:** | | **$15,234.00** | **128** | **$20,480.00** | **$0.00** |

### Other Services

| Description | Quantity | Unit Price | Unit Discount | Extended Price |
|---|---|---|---|---|
| VPN Device | 1 | $4,000.00 | $0.00 | $4,000.00 |
| **TOTAL:** | | | | **$4,000.00** |

EXHIBIT: 30
NAME: PLF
DATE: 10-9-2019
J Leitz Moran

CONFIDENTIAL

| Summary | One Time Fees | Recurring Fees |
|---|---|---|
| Total SaaS | $0.00 | $15,234.00 |
| Total Tyler Software | $0.00 | $0.00 |
| Total Tyler Services | $24,480.00 | $0.00 |
| Total 3rd Party Hardware, Software and Services | $0.00 | $0.00 |
| Summary Total | $24,480.00 | $15,234.00 |
| Contract Total | $70,182.00 | |

Unless otherwise indicated in the contract or Amendment thereto, pricing for optional items will be held for Six (6) months from the Quote date or the Effective Date of the Contract, whichever is later.

Customer Approval: _[signature]_ Date: 08/02/2017

Print Name: ROBERT T. SEVERNS P.O. #: 08/04/2017

All primary values quoted in US Dollars

## Comments

Tyler's quote contains estimates of the amount of services needed, based on our preliminary understanding of the size and scope of your project. The actual amount of services depends on such factors as your level of involvement in the project and the speed of knowledge transfer.

Unless otherwise noted, prices submitted in the quote do not include travel expenses incurred in accordance with Tyler's then-current Business Travel Policy.

Tyler's prices do not include applicable local, city or federal sales, use excise, personal property or other similar taxes or duties, which you are responsible for determining and remitting.

In the event Client cancels services less than two (2) weeks in advance, Client is liable to Tyler for (i) all non-refundable expenses incurred by Tyler on Client's behalf; and (ii) daily fees associated with the cancelled services if Tyler is unable to re-assign its personnel.

Tyler provides onsite training for a maximum of 12 people per class. In the event that more than 12 users wish to participate in a training class or more than one occurrence of a class is needed, Tyler will either provide additional days at then-current rates for training or Tyler will utilize a Train-the-Trainer approach whereby the client designated attendees of the initial training can thereafter train the remaining users.

Tyler's cost is based on all of the proposed products and services being obtained from Tyler. Should significant portions of the products or services be deleted, Tyler reserves the right to adjust prices accordingly.

The Munis SaaS fees are based on 50 concurrent users. Should the number of concurrent users be exceeded, Tyler reserves the right to re-negotiate the SaaS fees based upon any resulting changes in the pricing categories.

Client agrees that items in this sales quotation are, upon Client's signature of same, hereby added to the Agreement between the parties, and subject to its terms. Additionally, and notwithstanding anything in the Agreement to the contrary, payment for said items shall conform to the following conditions: Licensee fees for Tyler and 3rd party products are due when Tyler makes such software available for download by the Client (for the purpose of this quotation, the 'Availability Date') or delivery (if not software); Maintenance fees, prorated for the term commencing when on the Availability Date and ending on the last day of the current annual support term for Tyler Software currently licensed to the Client, are due on the Availability Date; Fees for services, unless otherwise indicated, plus expenses, are payable upon delivery.

Note: Proposal is based on ExecuTime License level up to 150 employees; City will be covered for up to 190 employees

\*\*Not Included:
1. Conversion Services – converting data from another Time & Attendance or Scheduling system
2. Reasonable and customary travel-related expenses.
3. Shipping/Handling fees
4. Charges from third party software companies or providers.
5. Server (please see Server Requirements on last page)
6. Time Clocks (please see following pages for options) and cabling
7. Custom programming and modifications to ExecuTime Software and standard payroll export.
8. Payroll Timekeeping Interface

*Estimated Travel expenses for On-site services*
*3 visits, approximately $1,795 per trip - $5385*

2017-28279 - Executime Time/Attendance and Advance Scheduling                                CONFIDENTIAL

Comments

CONFIDENTIAL

2017-28279 - Executime Time/Attendance and Advance Scheduling