
Suzanne F. Greene
Cell
E-Mail:


DEFENDANT'S EXHIBIT 2

Objective:   To obtain a leadership role in a company which offers opportunities for career advancement in a team oriented environment.


Employer: Tyler Technologies
Title: Implementation Consultant
Duration:   February 2016 – Present
Job Duties
- Manage multiple client implementations simultaneously, while meeting all project plan deadlines.
- Build, lead and direct project teams to meet project objectives
- Strong leadership and delegation skills
- Set clear expectations and goals for project teams. Track progress against timeline, milestones and budget, revise as needed
- Hold regularly scheduled meetings with the client to ensure that milestones are met
- Provide software application training using a variety of delivery methods including web-based and on-site training
- Coordinate new customer implementations, providing effective training to maximize use the software
- Excellent communication (written and oral) and interpersonal skills
- Effective at engaging with people from all backgrounds and work industries


Employer: Allconnect
Title: Sales/Customer Service
Duration: August 2015 – January 2016
Job Duties:
- Detail oriented in order to ensure accuracy of information delivered to consumers and recorded for processing
- Utilizes consultative selling techniques to present key selling points, features and benefits while remaining focused on the customers' needs and expectations
- Demonstrates persistence, manage objections and strive to improve my skills and sales performance
- Effectively communicates and build relationships with customers to provide a world class customer experience
- Consistently exceed monthly sales objectives
- Effectively executes the entire sales process from opening to close while ensuring customer satisfaction


Employer: Highland Mortgage
Title:   Loan Partner 1/Production Assistant
Duration: April 2014 – July 2015
Job Duties:
- Deliver performance excellence to mortgage/loan customers to ensure the origination of the relevant and appropriate loan products to meet their financial needs
- Observe the servicing practices of the mortgage branch team and management level associates from the customer perspective to develop and implement performance improvements
- Partner with manager and team to ensure operational excellence of the center and maintain a high level of customer satisfaction.
- Monitor the daily activities of the Branch including workflow, forecasting and customer satisfaction.

- Develop marketing strategies to build our customer base and maintain our current customer portfolio
- Create workforce stability by cultivating a productive and enthusiastic business team.
- Review team performance with manager and reinforce the accountability expectations for team and self.
- Establish communication, training and reporting processes to ensure the branch is operating to most current operational and security processes.
- Coach new hires to demonstrate professionalism, discretion and independent judgment, when performing work responsibilities.

Employer: Verizon
Title:   Sales/Customer Retention/Service Representative
Duration: July 2006 – September 2013
Job Duties:
- Serviced 150 calls per day and resolved customer service inquiries on account related issues
- Achieved and maintained exceptional quality, productivity and sales results.
- Analyze customer portfolios to determine the best cross sell and upgrade opportunities
- Motivate team to maximize potential in all aspects of their job.
- Excellent verbal communication recommending relevant products to customers to deepen their business relationship with company
- Consistently exceeded incentive plans for top performing associates.
- Partner with executives to identify process improvements and develop counter measures to prevent the regression to previous ineffective performance practices
- Research and resolve escalated issues for customers and/or clients in an efficient and timely manner while transitioning to sales
- Take ownership for the resolution of customer complaints and resolved them in a manner that would ensure the retention of high valued customers
- Manage upset customers, conflicts and challenging situations
- Coached new team members to make a smooth transition to the live environment

Skills:

TSYS (Total Systems), Frontier, Microsoft Word, Excel, Outlook, and Power Point,