(PTS: 1/8/2019) Turlock, CA - Timekeeping Imp (Self-Hosted/New World/Mobile/Clocks) (D) (XTNI-16143)

## [XTNI-19909] Turlock, CA - Onsite Agenda for Power User Training [Billing-Suzi]

Created: Mar/07/2018  Updated: May/20/2018  Due: May/15/2018  Resolved: May/20/2018

| | |
|---|---|
| Status: | Resolved |
| Project: | Moved - Read Only - XTNI - New Implementations |
| Component/s: | None |
| Affects Version/s: | None |
| Fix Version/s: | None |

| | | | |
|---|---|---|---|
| Type: | Sub-task | Priority: | Medium |
| Reporter: | MyKeya Henderson (Inactive) | Assignee: | Suzanne Greene (Inactive) |
| Resolution: | Fixed | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | 25 minutes | | |
| Time Spent: | 1 hour, 47 minutes | | |
| Original Estimate: | Not Specified | | |

| | |
|---|---|
| Attachments: | Turlock CA - Onsite Agenda.pdf  Turlock, CA - Onsite Agenda.docx |
| Customer: | Turlock, CA |

BILLING

1h 33m (5/16) Billed on 5/21/18 - Suzi (Along with other tickets)

Confirm agenda with client at least 3 days prior to departure for onsite

Comment by MyKeya Henderson (Inactive) [ May/11/2018 ]



DEFENDANT'S EXHIBIT 4

Hi Suzi,

This subtask has been assigned to you. The agenda will need to be sent to Alison Arias for approval by EOB 5/15/18. Be sure to include all pre-work the client will need for the onsite (e.g. printed list of pay codes, detailed policies, etc.). There is a sample agenda in our team resource folder.

Also, because this is a 3-day Power User Training and Workshop, be sure to alott sufficient time to complete all items on the Power User checklist with the client. You should have a completed Power User Checklist upon your departure from Turlock.

Comment by Suzanne Greene (Inactive) [ May/16/2018 ]

From: Greene, Suzanne
Sent: Wednesday, May 16, 2018 4:16 PM
To: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: Turlock Onsite Agenda

Hi MyKeya,

Attached is my onsite agenda for Turlock. Please let me know if you think I need to make any modifications ☺

Thanks,

Suzanne Greene
Implementation Consultant
Tyler Technologies, Inc.

P: 800.772.2260 ext. 5119

www.tylertech.com

Comment by Suzanne Greene (Inactive) [ May/16/2018 ]

From: Greene, Suzanne
Sent: Wednesday, May 16, 2018 7:17 PM
To: aarias@turlock.ca.us
Cc: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: Turlock, CA - Onsite Agenda / Call with Allison

Hi Allison,

It was a pleasure speaking with you today ! Please see below the items we discussed.

• Power User Checklist
  o We reviewed the Power user checklist in detail. Project Plan > Go Live Checklist > Power User Training
• Onsite agenda

o Discussed the workshops.
o Attached is the onsite agenda for next week.
• Pay codes
o Went through the hours code list sent to ExecuTime

Please dont hesitate to reach out to me if you have any questions at all. I'm looking forward to next week ☺

Suzi Greene
Implementation Consultant
Tyler Technologies, Inc.

P: 800.772.2260 ext. 5119

www.tylertech.com

Comment by <u>MyKeya Henderson (Inactive)</u> [ May/17/2018 ]
From: Henderson, MyKeya
Sent: Thursday, May 17, 2018 11:28 AM
To: Greene, Suzanne <Suzanne.Greene@tylertech.com>
Cc: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: RE: Turlock Onsite Agenda

No worries. Please see the below updates. Also, please be sure to start on these prior to the due date to ensure we have time to review and meet our target dates with the client.

• Add comma after "24" on the cover page (between 24 and the year)
• You can remove my information from the cover page since I will not be onsite with you
• Under Meeting Room Setup and Resources: bullet 3 can be removed since you have workshops throughout the day
• You'll want to arrive by 8am each day since they will be billed for 3 full 8-hour days (the time from 8:00 to 8:30 can be your prep/setup time.

Let me know if you have any questions!

MyKeya Henderson
Project Manager
P: 800.772.2260 ext. 4839

www.tylertech.com

From: Greene, Suzanne
Sent: Wednesday, May 16, 2018 6:18 PM
To: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: RE: Turlock Onsite Agenda

Hey there .. don't worry about looking over this one I had to get it out to Allison I copied you on the email ☺

Thanks,

Suzanne Greene
Implementation Consultant
Tyler Technologies, Inc.

P: 800.772.2260 ext. 5119

www.tylertech.com

Generated at Mon Aug 26 18:55:16 CDT 2019 by Hillary Pasch using JIRA 6.4.10#64025-sha1:5b8b74079161cd76a20ab66dda52747ee6701bd6.