IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUZANNE GREENE, | : | |
| | : | Civil Action File No. |
| Plaintiff, | : | |
| | : | 1:19-cv-01338-AT |
| vs. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF FILING ORIGINAL DISCOVERY**

Plaintiff Suzanne Greene hereby gives notice of filing the following original discovery materials:

1. Defendant's Answers and Objections to Plaintiff's First Continuing Interrogatories to Defendant;

2. Defendant's Responses and Objections to Plaintiff's First Continuing Requests for Admission; and

3. Defendant's Responses and Objections to Plaintiff's First Continuing Requests for Production.

1

Dated: March 12, 2020

                                      **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

                                      */s/Mitchell D. Benjamin*

| | |
|---|---|
| 101 Marietta Street, Suite 2650 | Mitchell D. Benjamin |
| Atlanta, Georgia 30303 | Georgia Bar No. 049888 |
| (404) 979-3171 | Matthew W. Herrington |
| (404) 979-3170 (f) | Ga. Bar No. 275411 |
| benjamin@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | Counsel for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE, : | |
| : | Civil Action File No. |
| Plaintiff, : | |
| : | 1:19-cv-01338-AT |
| vs. : | |
| : | |
| TYLER TECHNOLOGIES, INC., : | |
| : | |
| Defendant. : | |
| : | |

**CERTIFICATE OF SERVICE**

I certify that on this date I filed the foregoing document with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: March 12, 2020

                                                 */s/ Mitchell D. Benjamin*
                                                 Mitchell D. Benjamin
                                                 Georgia Bar No. 049888