# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

## JOINT STATUS REPORT

Plaintiff Suzanne Greene and Defendant Tyler Technologies, Inc. by and through their undersigned counsel submit this joint status report pursuant to the Court's December 3, 2019 Order, ECF 42. Pursuant to the Court's Order, the Parties report that they engaged in mediation before Hon. Alan J. Baverman on February 13, 2020, but they did not reach a settlement during the mediation.

1

Respectfully submitted this 12th day of March, 2020.

| | |
|---|---|
| **DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC** | **Dentons US LLP** |
| */s/ Mitchell D. Benjamin* | */s/ Paulo B. McKeeby* |
| Mitchell D. Benjamin | R. Daniel Beale |
| Georgia Bar No. 049888 | Georgia Bar No. 043880 |
| Matthew W. Herrington | dan.beale@dentons.com |
| Georgia Bar No. 275411 | Maxwell R. Jones |
| | Georgia Bar No. 451289 |
| 3100 Centennial Tower | max.jones@dentons.com |
| 101 Marietta Street | |
| Atlanta, GA 30303 | 303 Peachtree Street, NE |
| (404) 979-3150 | Suite 5300 |
| (404) 979-3170 (facsimile) | Atlanta, GA 30308 |
| benjamin@dcbflegal.com | Telephone: +1.404.527.4000 |
| matthew.herrington@dcbflegal.com | Facsimile: +1.404.527.4198 |
| Counsel for Plaintiff | **Reed Smith LLP** |
| | Paulo B. McKeeby |
| | Texas Bar No. 00784571 |
| | pmckeeby@reedsmith.com |
| | Amanda E. Brown |
| | Texas Bar No. 24087839 |
| | aebrown@reedsmith.com |
| | 2501 N. Harwood St., Suite 1700 |
| | Dallas, TX 75201 |
| | Telephone: +1.469.680.4200 |
| | Facsimile: +1.469.680.4299 |
| | Counsel for Defendant |

US_ACTIVE-152252848.2

## **CERTIFICATE OF SERVICE**

I certify that on March 12, 2020, I filed a copy of the foregoing document using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered attorneys.

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
