IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

**JOINT MOTION TO SET DEADLINES**

Plaintiff Suzanne Greene and Defendant Tyler Technologies, Inc. by and through their undersigned counsel submit this Joint Motion to Set Deadlines.

On May 16, 2019, the Court entered a Scheduling Order setting case deadlines in accordance with the Federal Rules of Civil Procedure and the Court's Local Civil Rules with a six (6) month discovery period. ECF 14. Prior to filing dispositive motions, the Parties agreed to mediation and jointly moved the Court to stay all deadlines. ECF 41. On December 3, 2019, the Court granted the Parties' request and stayed all deadlines until thirty (30) days after the conclusion of mediation. ECF 42.

The Parties participated in mediation on February 13, 2020, but did not reach an agreement. As a result, the Parties now jointly request that the Court enter the

1

following deadlines: (1) deadlines to file motions for summary judgment will be April 6, 2020; and (2) pursuant to Local Rule 16.4, the deadline for the Parties' consolidated pretrial order be 30 days from the Court's ruling on the Parties' pending motions for summary judgment.

Respectfully submitted this 12th day of March, 2020.

| | |
|---|---|
| **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** | **DENTONS US LLP** |
| */s/ Mitchell D. Benjamin* | */s/ Paulo B. McKeeby* |
| Mitchell D. Benjamin | R. Daniel Beale |
| Georgia Bar No. 049888 | Georgia Bar No. 043880 |
| Matthew W. Herrington | dan.beale@dentons.com |
| Georgia Bar No. 275411 | Maxwell R. Jones |
| | Georgia Bar No. 451289 |
| 3100 Centennial Tower | max.jones@dentons.com |
| 101 Marietta Street | |
| Atlanta, GA 30303 | 303 Peachtree Street, NE |
| (404) 979-3150 | Suite 5300 |
| (404) 979-3170 (facsimile) | Atlanta, GA 30308 |
| benjamin@dcbflegal.com | Telephone: +1.404.527.4000 |
| matthew.herrington@dcbflegal.com | Facsimile: +1.404.527.4198 |
| Counsel for Plaintiff | **REED SMITH LLP** |
| | Paulo B. McKeeby |
| | Texas Bar No. 00784571 |
| | pmckeeby@reedsmith.com |
| | Amanda E. Brown |
| | Texas Bar No. 24087839 |
| | aebrown@reedsmith.com |
| | 2501 N. Harwood St., Suite 1700 |
| | Dallas, TX 75201 |
| | Telephone: +1.469.680.4200 |
| | Facsimile: +1.469.680.4299 |
| | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I certify that on March 12, 2020, I filed a copy of the foregoing document using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered attorneys.

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby

US_ACTIVE-152252993.1-AEBROWN