IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

## [PROPOSED] ORDER

This matter comes before the Court on the Parties' Joint Motion to Set Deadlines. After a review of the record and due consideration, the Motion is **GRANTED**. The deadline for Parties to file motions for summary judgment is hereby April 6, 2020, and the deadline for the Parties' consolidated pretrial order will be 30 days from the Court's ruling on the Parties' pending motions for summary judgment.

IT IS SO ORDERED, this ___ day of _____, 2020.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE