# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE, | |
| Plaintiff, | |
| vs. | Civil Action No. 1:19-cv-1338-AT |
| TYLER TECHNOLOGIES, INC., | |
| Defendant. | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Tyler Technologies, Inc. ("Tyler") files this Motion for Summary Judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure. As discussed more fully in the accompanying Memorandum of Law in Support of Tyler's Motion for Summary Judgment, there are no genuine issues of material fact and therefore Tyler is entitled to summary judgment on all of Plaintiff Suzanne Greene's ("Plaintiff's) claims. Therefore, Tyler respectfully requests that the Court enter an order granting its Motion and dismissing Plaintiff's claims with prejudice.

Respectfully submitted this 6th day of April, 2020.

**DENTONS US LLP**

*/s/ Paulo B. McKeeby*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell R. Jones
Georgia Bar No. 451289
max.jones@dentons.com

303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.4000
Facsimile: +1.404.527.4198

**REED SMITH LLP**

Paulo B. McKeeby
Texas Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
Texas Bar No. 24087839
aebrown@reedsmith.com

2501 N. Harwood St., Suite 1700
Dallas, TX 75201
Telephone: +1.469.680.4200
Facsimile: +1.469.680.4299

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on April 6, 2020, I filed a copy of the foregoing document using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered attorneys.

                                          */s/ Paulo B. McKeeby*
                                           Paulo B. McKeeby