IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>Plaintiff,<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

### [PROPOSED] ORDER

This matter comes before the Court on Defendant Tyler Technologies, Inc.'s ("Tyler's) Motion for Summary Judgment (the "Motion"). After a review of the Motion, associated pleadings, and the record, the Court finds that Tyler is entitled to judgment as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure, and therefore the Motion is hereby **GRANTED**.

Therefore, Plaintiff Suzanne Greene's lawsuit is **HEREBY DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this ___ day of _____, 2020.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE