# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

### DECLARATION OF SUZANNE GREENE

1.

My name is Suzanne Green. I am over the age of majority; suffer no legal disabilities and am a resident of Fayette County, Georgia. I have personal knowledge of the facts herein.

2.

I began working as a project manager for ExecuTime Software, LLC in February 2016.

3.

In June 2016, ExecuTime was acquired by Tyler Technologies, Inc., and I kept working for Tyler but my title was changed to implementation consultant.

4.

Apart from working on a different module of the ExecuTime software as an implementation consultant for Tyler, my job duties and level of responsibility were roughly the same.

5.

Around the time I began working in the position of implementation consultant, I began reporting to a supervisor who held the position of "project manager."

6.

As an implementation consultant (and formerly as a project manager), I typically did not have any role in designing training materials that I used with customer training sessions, other than filling in information in a template such as the client's name and current dates.

7.

I believe on one occasion I was asked to update the current training manual template, which I did.

8.

That task of updating the template took approximately half of a single day or less.

[signature page follows]

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

This 6th day of April 2020,

							*Suzanne Greene* (DocuSigned by)
							Suzanne Greene