# Exhibit 3

# Timeclock Training Video for Hendersonville, TN Dated 4/18/2018

# Placeholder for exhibit being provided in hard copy