# Exhibit 4

# Introduction

As a Tyler employee, you are part of a vibrant community of professionals who care about their clients as much as they care about each other. We work closely, sharing knowledge and inspiring each other to learn and grow, so we can continually improve our products and services to our clients.

Tyler is the largest company in the United States exclusively focused on providing integrated software and technology services to public sector agencies. Yet what truly sets us apart is our employees. Your deep industry knowledge and the level of enthusiasm you bring to your daily work makes the difference.

We're committed to creating a satisfying work experience for you. Our corporate culture is built on a foundation of mutual respect, supportive relationships, and loyalty. You'll find comfortable working conditions, opportunity for career growth, and a comprehensive offering of benefits to support your health and well-being.

We're glad to have you on our team! We hope that your experience with Tyler and with your fellow employees will be a mutually beneficial and rewarding one.

## Purpose of the Employee Handbook

The purpose of this handbook is to establish and maintain a system for managing employee matters; to comply with applicable employment laws; and to outline the standards, terms, and conditions of employment with Tyler. The handbook also serves as a guide for you in your routine work activities and relationships to help ensure the objectives of both you and Tyler can be achieved.

Tyler believes that its success is largely due to the quality of its products and services as provided by its employees, the development of each employee to his or her full potential, and Tyler's ability to provide timely and satisfying rewards. Conditions may arise that are not addressed in this handbook. In some cases, the circumstances of a particular situation may not fit within any of the policies and guidelines herein. In every case, we will make every effort to be fair and equitable in our decisions.

We recognize that you deserve to be fully informed of your duties and responsibilities; provided with adequate administrative and supervisory direction; informed of your performance levels; compensated based on the value of your contributions; considered for promotional opportunities; and treated with dignity and respect at all times.

**Still have questions?**
While the goal of this handbook is to answer many of the questions you may have about Tyler's policies and procedures, our responsibilities to you and your responsibilities to Tyler, should you have additional questions or require clarification, please speak with your manager or Human Resources.

TYLER-GREENE 000033