IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-1338-AT |

### NOTICE OF FILING DEPOSITION EXCERPTS

Plaintiff Suzanne Greene hereby gives notice of filing the attached documents as additional exhibits to her Motion for Partial Summary Judgment (Dkt. 57):

1. Excerpts from Deposition of Hillary Pasch (Dkt. 46)

2. Excerpts from Deposition of Plaintiff Suzanne Greene (Dkt. 47)

This 7th day of April 2020,

                                              Respectfully submitted,

                                              **DELONG CALDWELL BRIDGERS**
                                              **FITZPATRICK & BENJAMIN, LLC**

                                              */s/Matthew W. Herrington*

| | |
|---|---|
| 101 Marietta Street NW<br>Suite 2650<br>Atlanta, Georgia 30303<br>(404) 979-3171 | Mitchell D. Benjamin<br>Georgia Bar No. 049888<br>Matthew W. Herrington<br>Ga. Bar No. 275411 |

(404) 979-3170 (f)
benjamin@dcbflegal.com             Counsel for Plaintiff
matthew.herrington@dcbflegal.com

2

pIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **S**UZANNE **G**REENE, <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **T**YLER **T**ECHNOLOGIES, **I**NC., <br><br> **Defendant.** | Civil Action No. 1:19-cv-1338-AT |

### C ERTIFICATE OF S ERVICE

I hereby certify that on this date I caused the foregoing document to be filed with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: April 7, 2020

<u>s/Matthew W. Herrington</u>
Matthew W. Herrington
Georgia Bar No. 275411
