1            IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3

4    SUZANNE GREENE,              )
                                  )
5              Plaintiff,         )  CIVIL ACTION NO.
                                  )
6         vs.                     )  1:19-cv-01338-AT
                                  )
7    TYLER TECHNOLOGIES, INC.,)
                                  )
8              Defendant.

9

10

11      30(B)(6) DEPOSITION OF TYLER TECHNOLOGIES

12            BY WITNESS: HILLARY PASCH

13                 October 9, 2019

14                    10:00 a.m.

15                 Dentons US, LLP

16             303 Peachtree Street, NE

17                   Suite 5300

18            Atlanta, Georgia  30308

19

20    Reported By: Judith L. Leitz Moran, RPR, RSA,

21             Certified Court Reporter CCR-B-2312

22             Job No. 538

23

24

25



```
 1              Well, does Tyler -- does ExecuTime work

 2      like that where you get it and your customer can

 3      only use it for a set amount of time before they

 4      would need to relicense it to continue using it?

 5           A    I don't know.

 6           Q    Okay.  All right.  So say the city of

 7      Atlanta calls -- calls Tyler and says, "I need

 8      payroll and HR software.  Time and payroll

 9      software."  Who's the first person that they're

10      going to be sent to to speak -- to speak with?

11      What type of position?

12           A    I don't want to speculate because they

13      could have spoken to a receptionist.

14           Q    Uh-huh.

15           A    But in order to purchase software, they

16      would speak to a sales representative.

17           Q    Okay.  And does the sales rep make

18      recommendations about what type of software fits

19      their needs generally?

20           A    I believe it would depend upon who was

21      calling, what their needs were.

22           Q    Are the sales reps assigned to a specific

23      type of software?

24           A    Yes.

25           Q    So you have ExecuTime sales reps versus a
```



```
 1   Munis sales rep?

 2        A    Correct.

 3        Q    Well, who decides which sales rep they go

 4   to before they decided what software they're going

 5   to purchase?

 6        A    I'm not familiar with the designation of

 7   sales representatives.  I believe it would depend

 8   upon if they submitted for -- a request for

 9   proposal.

10        Q    Uh-huh.  Have you seen a request for

11   proposal before?

12        A    Yes.

13        Q    So is it a sales rep who would make the

14   recommendation about which Tyler product is most

15   appropriate?

16        A    I believe it would be a collaboration.

17        Q    Between who?

18        A    Sales representatives, product owners.

19        Q    Do customers ever come to you first

20   before they've spoken to a sales rep as a product

21   owner?

22        A    Not typically.

23             MR. HERRINGTON:  Just one moment.

24             (Off the record.)

25             MR. HERRINGTON:  Let's go back on the
```



```
 1   record.

 2   BY MR. HERRINGTON:

 3        Q     Okay.  So they talk to the sales rep -- a

 4   new customer talks to the sales rep and maybe with

 5   the product owner to make a decision about what

 6   Tyler product to buy.

 7              Who do they get sent to after that, after

 8   the decision has been made?

 9        A     Can you clarify what decision, please?

10        Q     Which Tyler product to purchase.

11              They've decided "I want ExecuTime

12   software."  Okay, done deal.  Who makes the

13   contract?  You know, who is the person in charge of

14   the contracting?

15        A     I believe sales representatives create

16   the contract, but it must also go through legal.

17        Q     Now, when I'm -- and, again, I'm -- when

18   I say purchase ExecuTime software, we haven't

19   really established whether it's a term lease of the

20   software or if it's an outright purchase of the

21   software for indefinite use, so I'm going to say

22   purchase, but I'm not expecting -- I'm not saying

23   that to try to lock down the company as to, you

24   know, it's a definite purchase versus lease, it's

25   just, you know.
```



```
 1              MR. McKEEBY:  They're purchasing
 2    something clearly.
 3    BY MR. HERRINGTON:
 4        Q    Yeah, they're purchasing something and
 5    we're just going to say they're purchasing the
 6    software for the sake of simplicity, but not
 7    necessarily because that's totally accurate.  It
 8    may not be.
 9              So after they've done their contract and
10    purchased ExecuTime, they have made a choice
11    between daily, hourly, milestone, or paid in full
12    contract, correct?
13        A    Correct.
14        Q    Okay.  Are you aware of any other major
15    distinctions between those types of contracts other
16    than the way that it's billed?
17        A    It would depend upon the contract and
18    what was decided within it.
19        Q    Is there something within ExecuTime
20    called -- that would be fair to call a module?
21        A    Yes.
22        Q    Okay.  Would you describe what a module
23    is?
24        A    A module in the sense of ExecuTime is one
25    of two.  Either it is time and attendance or it is
```

```
 1              MR. McKEEBY:  The first being the basic
 2    level and time and attendance?
 3              MR. HERRINGTON:  Time and attendance.
 4              MR. McKEEBY:  Okay.
 5    BY MR. HERRINGTON:
 6        Q    Okay.  So they've decided to get one or
 7    both modules.  What's the next step in the lifetime
 8    of the project?
 9        A    If a contract has been signed, the sales
10    rep sends it to a team at ExecuTime.
11        Q    Which team?
12        A    It typically includes the manager of
13    implementation.
14        Q    Is that a project manager?
15        A    No.
16        Q    Okay.
17        A    And the director of ExecuTime.
18        Q    Uh-huh.
19        A    And the manager of implementation and
20    support.
21        Q    So the manager of implementation is
22    different from the manager of implementation and
23    support?
24        A    Correct.
25        Q    Can you describe to me generally the
```

```
 1    different responsibilities of those three

 2    positions?

 3        A    I can give a broad view.  The director is

 4    in charge of all business relations of ExecuTime.

 5        Q    Uh-huh.

 6        A    The manager of implementation and support

 7    is a manager over manager of implementation as well

 8    as the remainder of the implementation teams,

 9    including project managers and implementation

10    consultants.

11             The manager of implementation is the

12    manager of the project managers and implementation

13    consultants.

14        Q    Okay.  Does the manager of implementation

15    and support manage -- is there a manager of support

16    somewhere?

17        A    Yes.

18        Q    Okay.  So the manager of implementation

19    and support is managing two teams?  Or down the

20    hierarchy from the manager of implementation and

21    support you would find two different teams; is that

22    correct?

23        A    Correct.

24        Q    Okay.  All right.  Well, we've said that

25    after the contract is signed it's sent to the three
```

```
 1   of them, the project.  What do the three of them do

 2   with the project before passing it on to the next

 3   step?

 4        A    They read the contract.

 5        Q    Uh-huh.

 6        A    Determine what modules have been

 7   purchased.

 8        Q    Uh-huh.

 9        A    And then assign resources accordingly.

10        Q    Okay.  What are resources?

11        A    Project manager and implementation

12   consultant teams.

13        Q    Now, on each project -- are there

14   multiple implementation consultants on a single

15   project?

16        A    Not typically.

17        Q    Okay.  Does the project manager choose

18   the implementation consultant or is it decided --

19   is the implementation consultant chosen at a higher

20   level than the project manager?

21        A    An implementation consultant is assigned

22   typically to a project manager.

23        Q    Okay.  So does an implementation

24   consultant always -- or typically work with the

25   same project manager on all projects?
```



```
 1        A     Yes.

 2        Q     Okay.  Now, the project manager is going

 3   to manage multiple implementation consultants,

 4   correct?

 5        A     It depends.  There are some teams that

 6   have that and some that do not.

 7        Q     Okay.  So sometimes a project manager

 8   works on every project with the same implementation

 9   consultant?

10        A     That is typical.

11        Q     Okay.  So the manager of implementation,

12   director of ExecuTime, and the manager of

13   implementation and support have assigned a project

14   to an implementation team consisting of a project

15   manager and an implementation consultant.

16              What is the first step that the project

17   manager would take?

18        A     Reading the contract.

19        Q     Okay.  And based upon a reading of the

20   contract, what kind of decisions have to be made?

21        A     Where they would be installed for their

22   software.

23        Q     Do you mean physically, like, where is

24   their hardware located?

25        A     Correct.
```



1     Q    Okay.

2     A    If time clocks were on the contract and

3 they needed to be purchased.

4     Q    You're talking about purchasing hardware

5 for time clocks?

6     A    Correct.

7     Q    Like physical time clocks?

8     A    Yes.

9     Q    So contracts can include time clocks or

10 not?

11    A    Correct.

12    Q    Okay.  And that's -- and that decision is

13 made in conjunction with the sales rep early on?

14    A    Yes.

15    Q    Okay.  Are there any other features like

16 that?  We've established that they choose one or

17 two modules, now time clocks.  Are there any other

18 typical purchase decisions that have to be made?

19    A    Whether or not they purchased a mobile

20 module.

21    Q    Is that like a mobile app?

22    A    It is not an app.

23    Q    I've seen -- Suzi was, you know, very

24 specific about that, too.  Is that a point of

25 contention for some reason that -- are you



```
 1    developing an app?  I mean --

 2              MR. HERRINGTON:  Let's go off the record.

 3              (Off the record.)

 4              MR. HERRINGTON:  Let's go back on the

 5    record.

 6    BY MR. HERRINGTON:

 7         Q    So would the mobile -- the mobile module

 8    you would access that through just a general web

 9    browser on your own?

10         A    Correct.

11         Q    Okay.  Is it set up so that you -- so

12    that you view differently when you're on a phone

13    versus if you're on a desktop?

14         A    Yes.

15         Q    Okay.  So you could go to the same portal

16    or website and it won't look the same on your phone

17    versus your desktop computer?

18         A    You would need to select mobile or

19    desktop.

20         Q    I see.

21              And so are the same features available on

22    both?

23         A    No.

24         Q    Okay.  So you can't do everything on the

25    mobile app -- or sorry, you can't do everything on
```

Case 1:19-cv-01338-AT   Document 46-1   Filed 03/10/20   Page 46 of 216

Greene vs Tyler Technologies        30(b)(6) Hillary Pasch        10/09/2019

1     the mobile module that you can do on the desktop

2     module?

3            A     That's correct.

4            Q     Okay.  Is that -- am I accurately using

5     the terms "desktop module" and "mobile module"?

6            A     Yes.

7            Q     Okay.  Anything else that they would

8     decide to purchase at the time the contract is

9     being created other than time clocks and mobile

10    module?

11           A     No.

12           Q     Does the number of employees make a

13    difference to the cost of a project to a customer?

14                 MR. McKEEBY:  The number of employees at

15    the customer?

16    BY MR. HERRINGTON:

17           Q     Yeah, the number of employees who --

18    yeah, who are going to be using the software, does

19    that make a difference as to how much the customer

20    ends up having to pay for the project?

21           A     It does with licensing.

22           Q     Okay.  Now, with the time and attendance

23    software, rather than advanced schedule, with time

24    and attendance do employees have access to that or

25    is it -- does the -- not just employees, but do --

 1   used, et cetera.

 2        **Q     When you said setting up templates, are**

 3   **there different categories of templates?**

 4        A    Can you describe what you mean by

 5   categories in relation to templates?

 6        **Q    No, you said you're setting up templates**

 7   **and there's obviously different types of templates.**

 8   **So I'm looking for, to start with at least, the**

 9   **most general distinctions between types.**

10        A    There's no categorization for templates.

11   The template is a responsibility to be set up by

12   the implementation consultant on taking those

13   documents, taking the information they were

14   provided and worked with with the client and their

15   project manager and setting up the system in

16   preparation for training.

17        **Q    Okay.  So the customer has purchased**

18   **certain features, and the plan, the statement of**

19   **work has to reflect those features; is that fair to**

20   **say?**

21        A    The statement of work would need to

22   include a high level overview of how the system

23   should be set up.

24        **Q    And then the templates -- what I'm trying**

25   **to get at is, the choice between various templates**



Greene vs Tyler Technologies                 30(b)(6) Hillary Pasch                          10/09/2019

```
 1    and getting that feel.

 2            Not having a technical term for that, but

 3    working in the business and knowing they're going

 4    to be more receptive and they're going to be

 5    happier at the end if I'm there with them holding

 6    their hand.

 7        Q    All right.  Are you aware of any specific

 8    examples of Ms. Greene making such recommendations?

 9        A    This would have been a daily thing that

10    would be responsible of an implementation

11    consultant.  That is definitely an expectation to

12    say with my resource planning and my schedule, I

13    will need to determine that with each and every

14    client that I work with.

15        Q    Are you aware of any documents that

16    actually reflect her doing that, saying, I

17    recommend that you do this based on this and this

18    and this?

19        A    I'm aware that typically those

20    conversations happen via a telephone call.  We

21    require a scheduling call with the client and they

22    review when they're going to travel, if they're

23    traveling, if they're on-site.  And those types of

24    things are discussed on that scheduling call with

25    the client.
```



1      Q      Who's on a scheduling call?

2      A      Typically the client's project manager

3   and implementation team, the implementation

4   consultant and the project manager.

5      Q      So, again, back to my question:  Are you

6   aware of any documents that would actually reflect

7   Ms. Greene making such recommendations?

8      A      I don't have an exact example.

9      Q      So the timeline is created, and then what

10  happens?

11     A      A client must agree upon that timeline.

12     Q      So the customer makes the final call?

13     A      They agree with what was proposed to them

14  for the timeline.  Or they object and say "I need

15  to change things."

16     Q      Can you give me examples of when a

17  customer has objected and why?

18     A      Do you need -- this is not specific to

19  her, to Ms. Greene.  However, that -- it's common

20  that we collaborate with a client to say, this is

21  what we propose, and they come back and say, "I

22  know that I'm going to have people out, I have

23  blackout dates during this time that you proposed

24  we do on-site training, can we push it a week or

25  two?"



Greene vs Tyler Technologies                30(b)(6) Hillary Pasch                10/09/2019

```
 1        Q     Now, before the timeline, the proposed
 2   timeline goes to the customer, does it go through
 3   the project manager?
 4        A     The project manager and implementation
 5   consultant typically develop it together.
 6        Q     Okay.  So up until this point has the
 7   implementation consultant done anything
 8   independently without supervision by the project
 9   manager or review by the project manager?
10              MR. McKEEBY:  Object to the form of the
11   question as vague and ambiguous.
12              You can answer.
13        A     We have technical review calls which the
14   implementation consultant could and typically does
15   perform.  They also are in receipt of the new
16   contract.  They can review that on their own.  They
17   can begin research on the client.  All of this can
18   be done without the project manager.
19   BY MR. HERRINGTON:
20        Q     They can begin research on the client,
21   what does that mean?
22        A     Reviewing the contract, looking at the
23   project and how it's been set up.  Looking to see
24   if they would make any recommendations based on
25   what was the initial contract.
```

1     Q     Okay.  Does the implementation consultant

2  make any decisions that are not reviewed at a

3  higher level?

4     A     On a daily basis.

5     Q     Like what?

6     A     Being on-site for a training with a

7  client, the agenda isn't getting done and they make

8  a decision that they're going to tell the client

9  they need to come back on-site.  And working with

10  the client to get that built into the project

11  timeline, stay longer that day maybe, work through

12  lunch if they need to.

13          On-site is wholeheartedly their -- their

14  work to work directly with the client to make sure

15  that they're making progress with the client.

16     Q     Okay.  So they'll make changes to the

17  timeline without going through the project manager?

18     A     Typically on-site it could or could not

19  regard timeline changes.  If they can fit it within

20  the timeline that's been proposed, that's the

21  preference so that we can keep clients and

22  resources on-site.

23          If a change does need made, there are

24  examples that the implementation consultant will

25  make that recommendation as well.



```
 1        Q     Tell me, what is a technical review call?

 2        A     That is where we get on with the client

 3   and review questions to set up their system.

 4              Are you going to want to use our email

 5   system?  Do you have an SMTP service?

 6        Q     What is that?

 7        A     It's an email protocol.

 8        Q     Okay.  Are the questions that you go

 9   through with the client on a technical review call,

10   is that from a master list of questions?

11        A     It can be, but it's up to the discretion

12   of the implementation consultant to know what

13   questions to ask, what not to ask, what to

14   elaborate on.

15        Q     What kind of questions could be omitted?

16        A     If they did not purchase time clocks,

17   maybe the implementation consultant could say, how

18   are you going to be logging in your time?  I'd make

19   a recommendation you add time clocks.  Or you don't

20   have them on your contract, we're not going to

21   discuss that.

22        Q     Are you aware of any instances of

23   Ms. Greene making a recommendation that someone

24   purchase time clocks?

25        A     I don't have an exact example.
```

