IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CIVIL ACTION NO: 1:19-CV-01338-AT

SUZANNE GREENE,

Plaintiff,

vs.

TYLER TECHNOLOGIES,

Defendant.

DEPOSITION OF: SUZANNE GREENE

AUGUST 29, 2019

9:53 A.M.



Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 20 of 223

separate module of the software?
A. So it's within the ExecuTime software, but they deal primarily with, like, police departments, fire departments, things of that sort.
Q. In your role as an implementation consultant, did you support advanced scheduling at all?
A. Initially, when I started with ExecuTime, I actually started out on the advanced scheduling side. But they did not see that as a good fit, and that's when I went over to the time and attendance side, and they started only hiring retired police officers and retired fire fighters to deal with that side.
Q. ExecuTime software consists of advanced scheduling and time and attendance?
A. That is correct. And --
Q. Am I correct that the time and attendance was sort of the basic software and that you had to purchase it in order to also purchase the advanced scheduling module?
A. From my understanding, yes. It's more like the -- like a preference



option, so to say, in the back where you can turn on certain things like advanced scheduling and things of that sort.

Q. When in your career -- you said you started out supporting advanced scheduling?

A. Yes, sir.

Q. How long did you do that?

A. About six months.

Q. And after that, for the remainder of your tenure of employment with Tyler, you supported time and attendance?

A. That is correct.

Q. Did your job duties change at all as a result of that change in the module that you were supporting?

A. Can you be a little more specific? What do you mean as far as, like, my job duties?

Q. I'm not sure I can. But I'll try.

A. Okay.

Q. I'll ask it a different way. I may not be more specific, but I can ask it in a different way.

So it sounded like within six



Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 22 of 223

months of your employment, a decision at Tyler was made to move you from supporting the advanced scheduling software to the time and attendance software?

A. Yes, sir.

Q. You still had the title of -- I guess at that point, implementation consultant; correct?

A. No.

Q. Your title, at that point, was what?

A. So when I initially started with ExecuTime, I was a project manager. And once we were acquired by Tyler, they made a decision as far as based on experience and, you know, separating the roles, who would remain project managers and who would then change their titles to implementation consultants, and at that time, my title was changed.

Q. And that was a change that was separate and distinct from the change in the software that you were supporting?

A. So as --

Q. Or was that part of the same



process?

A. It was different, I believe. I'm trying to recall the exact time that I switched over to time and attendance opposed to advanced scheduling. And it was right around the same time we were acquired. So I can't say specifically if --

Q. Okay. But it was a separate decision in terms of you weren't -- when you transferred over from supporting time and attendance from advanced scheduling, it wasn't like at that point you suddenly became an implementation consultant as opposed to a project manager; correct?

A. That is correct.

Q. Okay. So they happened in close proximity time-wise, but they were sort of separate decisions or events, if you will?

A. Yes, sir.

Q. Okay. So in terms of your job duties, what you did -- and we're going to talk about that at some length today -- but in terms of your day-to-day responsibilities, did they -- did those responsibilities change when you started supporting the time and attendance



Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 24 of 223

software as opposed to the advanced scheduling software?

A. They were slightly different, yes.

Q. How so?

A. So, for example, with the advanced scheduling side, it's a completely different setup and a different process, you can say, than the time and attendance side.

Q. How did that affect your day-to-day responsibilities?

A. Well, it was basically -- it was, of course, a large learning curve for me going from one part of the module to another. So I definitely had to learn the time and attendance -- the entire time and attendance side of the application.

Q. Okay. But other than the actual learning curve and understanding the new module, in terms of what you did on a day-to-day basis in terms of your job responsibilities, did those change?

A. Yes. Because they're different -- they're different sides of the module. So...



Q. Well --
A. Go ahead, I'm sorry.
Q. I'm sorry. Let me ask it in a different way. What things did you do once you started supporting time and attendance that you didn't do while you were supporting advanced scheduling?
A. So with the time and attendance side, we more so focused on clocking in, clocking out, because it was more of the time and attendance side of things. Where for advanced scheduling, the majority of my time was put into building schedules, because police officers and fire departments have unique schedules where they would automatically populate them.
So that took out a big bulk of what you do within advanced scheduling, which is not very common on the time and attendance side.
Q. So you no longer had to build schedules?
A. In some circumstances, I did; but majority of the time, no.
Q. Okay. What does it mean to build



Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 26 of 223

a schedule?

A. So to build a schedule, so let's say that we have a police officer who rotates their shifts, and one week they have Tuesdays and Thursdays off, the next week, they have Wednesdays and Fridays off. We would automatically build that schedule on the back end so that it would populate for them and they were not required to, like, clock in and clock out.

Q. But in terms of what your responsibility was to, quote, unquote, build the schedule, are you actually programming the software or what is it that you're doing?

A. No, I'm not very technical, so when it comes to, like, programming and things in depth on the technical side, I did not handle any of that. All of that would go through tickets.

Q. Right. So when you say you would build the software, what do you mean in terms of -- what would you do, integrate information or just fill out templates or what was your role in terms of the buildup of these -- of the advanced scheduling software?



A. So as far as that's concerned, the project manager would meet with the actual client and get, like, a questionnaire filled out, which is where the client would tell us their specific policies and procedures, and we would base any schedules and anything that's done within the application off of their specific policies and procedures.

So it's coming from the client, and when they tell us, okay, these are our expectations or this is how we would like to utilize the software, I would then base the schedules off of that questionnaire.

Q. So you would create the schedule based on the questionnaire that the client filled out?

A. Yes, that is correct.

Q. So you would create the schedule, then, in the client's -- well, I guess at that point, in the ExecuTime software?

A. That is correct. Yes.

Q. Was there any change in your duties, as we discussed them, when your title changed from project manager to implementation



Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 91 of 223

Q. Right. But I'm trying -- I think you're maybe a little confused about where I'm trying to -- how I'm trying to ask this.

I'm trying to say, you know, like, if someone asked me about my job, I would tell them, well, one of the things that I do is write briefs.

A. Uh-huh.

Q. And they might ask, well, what percentage of your job is writing briefs? I would say, well, it's probably 10 percent of the time I write briefs.

A. Uh-huh.

Q. How often are you in depositions like this? I might say that's probably 15 percent of my time, and I'm not sure if I'm right. I'm just giving you an example. So I want you to translate that into your role as an implementation consultant, and I understand you don't take depositions or write briefs, but you do perform training and I understand there's a lot of different types of training, but I'm just talking about training in general. What percentage of your work time was spent training, approximately?

 Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 92 of 223

A. Approximately, like a guesstimate, I would say maybe 30 to 40 percent as far as the actual training is concerned. Now, that's not including the setup that's required prior and things of that sort.

Q. Okay. How much of the -- what percentage would you give to the initial setup?

A. So the initial setup or setup throughout the project? Because there's the initial setup that we do for the power user training and there's also additional setup that we do prepping for end user, super user payroll, export training?

Q. How about all setup?

A. So, all setup, probably 30, 40 percent as well.

Q. Okay. And weekly calls?

A. I would have them every week and they would be either -- well, I'm sorry. Depending on the client, it would either be weekly or biweekly.

Q. Okay.

A. They would range anywhere from



Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 93 of 223

30 minutes to an hour.
Q. Okay. So that's a smaller percentage of time?
A. Yes. Yes, sir.
Q. And troubleshooting would be a small percentage as well?
A. Yeah. And it would just kind of be throughout. So the troubleshooting is really hard to gauge, just because some clients were really great and I didn't need to help them as much, and then you have others like my more seasoned clients who would need a little bit more help.
Q. Okay. You mentioned that you were having to do multiple implementations at one time. Did I understand your testimony correctly?
A. Yes, sir.
Q. How many, typically, would you have at one time?
A. It ranged so often. It's hard to say. I would say at least --
Q. Between what and what?
A. Between 5 and 20. Like, it was really a big range as far as how many at



Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 94 of 223

once.

Q. And I take it having that many implementations at one time would create challenges for you schedule-wise?

A. Yes, for sure.

Q. And when you look at your resume, the first bullet under your title, Responsibilities, is "Manage multiple client implementations simultaneously while meeting all project planned deadlines." Did I read that correctly?

A. That is correct.

Q. So all of these implementations would have particular deadlines?

A. As far as, like, checklists are concerned that the project manager put together, when like the end user, super user, was supposed to be completed, things of that sort, yes, sir.

Q. So you didn't set the deadlines, but you had to be aware of the deadlines?

A. Yes, sir.

Q. And you were aware of the deadlines through your review of the document that is -- is that in the checklist?



had to say -- oh, you're not exempt -- oh, you're exempt, aren't you, yes, of course I'm exempt. You know.

MR. MCKEEBY: I'm not -- that's not even on my outline.

MR. HERRINGTON: Okay.

Q. (By Mr. McKeeby) Okay. All right. Let's look at the next bullet on your -- well, let me ask you about -- about the first bullet.

Would you agree with me that meeting the project -- you didn't set the project deadlines, but meeting the project deadlines was your responsibility?

A. Yes, sir.

Q. That's something you kept the project manager updated on in terms of where things stood vis-a-vis your functions as identified on the checklist that the project manager created?

A. Can you repeat that question, I'm sorry?

Q. I'll try to ask it differently.

A. Okay. Thanks.

Q. Would you -- would one of the

Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 99 of 223

things you would do as an implementation consultant be to update the project manager in terms of where things stood on the deadlines?

A. Yes, but they were so involved, I didn't really need to send updates, too much.

Q. So it wasn't a discrete function?

A. Yes.

Q. Okay. They were involved, so they knew where things stood without you having to send in some type of report or something like that?

A. That is correct.

Q. Okay. Looking at that next bullet on the resume, it says "Build, lead and direct project teams to meet project objectives." Did I read that correctly?

A. Yes, sir.

Q. When you say "project teams," are you referring to internal Tyler teams or teams at the customer or both?

A. No, just the client, the actual client, their project team. I would make sure they clearly understood what the project manager already went over with them. I would



Case 1:19-cv-01338-AT Document 47-4 Filed 03/10/20 Page 100 of 223

kind of reiterate, hey, these are your objectives, these are your deadlines.

Q. And again, the project team at the client would consist of a project manager typically?

A. It's usually a few people and it varies. I've been one place where they had ten people on their team, but I've been other places where it's only two. So it definitely varies.

Q. And how did you build the team, what does that mean?

A. They build -- you mean, how do they build -- like, how do they determine who's on their team?

Q. No. I mean, what did you mean in the resume that you provided to your current employer when you said you build a project team?

A. So I don't necessarily build the project team, so to say.

Q. What did you mean by that?

A. So I -- that's a great question, because I don't build the actual -- the actual teams.



Case 1:19-cv-01338-AT Document 47 Filed 03/10/20 Page 101 of 223

Q. But you do lead the teams?
A. As far as when their due dates and things are concerned, I will reiterate that, yes.
Q. And the project objectives, how did you know what the project objectives were?
A. That was based off of the project manager. And what was within the actual project plan. So even though the project manager already goes through that with the client, it's still my job to make sure they understand they have to stay on that track.
Q. But you had to understand what the project objectives were?
A. Yes, sir, like as far as the checklists and things are concerned.
Q. You would determine those objectives by reviewing the solution design and the project plan?
A. More so the project plan. Because the solution design more so gives information of their internal policies and procedures and the project plan is what the project manager puts together, actually,



putting dates for their deadlines.

Q. The next bullet and then we will take a break, if that's okay?

A. Sure.

Q. Strong leadership and delegation skills. To whom did you delegate tasks?

A. To the client.

Q. What kinds of things would you delegate to the client?

A. I would do certain things like, let's say, we had the power user checklist, so it's already listed out as far as what they need to do. And I would just delegate and say, okay, these are the specific items that need to be completed by this date, pretty much like reiterating the project plan that was already put together.

Q. So you're delegating particular functions associated with the implementation process to someone on the project team?

A. Can you repeat that for me?

MR. MCKEEBY: Can you read that back?

(Record read.)

THE WITNESS: Yes.



Case 1:19-cv-01338-AT Document 47-1 Filed 03/10/20 Page 103 of 223

MR. MCKEEBY: Go off the record.
THE VIDEOGRAPHER: Going off the record at 11:42 a.m.
(A short break was taken.)
THE VIDEOGRAPHER: We are back on the record at 11:59 a.m.
Q. (By McKeeby) All right. Back on the record after a break. And I'm going through your resume. I think we're on the fourth bullet. That says you set clear expectations and goals for project teams; correct?
A. That is correct.
Q. And again, I take it the project team has the same meaning as previously used in the resume?
A. As the client, yes.
Q. And how would you set the expectations and goals, would that be in your communications with the client during your weekly calls or -- well, I'll ask it that way. Was that one of the ways that you would set the clear expectations and goals during the weekly or biweekly calls that you mentioned with the client?



Case 1:19-cv-01338-AT Document 47-4 Filed 03/10/20 Page 104 of 223

A. That was one of ways, yes, sir.
Q. What were the other ways?
A. We could even do an e-mail; generally speaking, I set the clear expectations and make sure they understand the goal and everything on that initial call, just kind of reiterating what the project manager set up for a timeline and for the goals.
Q. And the initial call is the -- the hand-off call?
A. Yes, sir.
Q. Got it.
And you and the project manager would be on that call?
A. Yes.
Q. Okay. Now, so I'm clear, so that the record is clear, when you were actually on site -- well, let me ask it a different way.
The -- you, I think, told me that between 30 to 40 percent of the implementations that you performed while you were an implementation consultant at Tyler were at the client's location.
A. Around about, yes, sir.



Case 1:19-cv-01338-AT Document 47-4 Filed 03/10/20 Page 105 of 223

Q. Right. And again, I know about -- that's an approximation and the record will so reflect.

When you were at the client's site, I take it you were doing training?

A. Yes, sir.

Q. Okay. Were there other of these functions that we've discussed that would also typically occur at the client site when you were there?

A. Generally, when I was on site with the client, it was for power user training, end user and super user training; those were the main reasons I would travel.

Q. To be at the client.

A. Yes.

Q. Okay. And there might be some troubleshooting mixed in or something like that, but that didn't necessarily have to happen at the client site, certainly?

A. Right. Absolutely correct.

Q. Okay. So typically, then, I want to re-characterize and make sure we're on the same page, if you were at the client site on these 30 to 40 percent of the times, it would



Case 1:19-cv-01338-AT Document 47-1 Filed 03/10/20 Page 106 of 223

be to perform the training?

A. Most of the time, yes.

Q. Okay. And then the next part of the fourth bullet says, "Track project against timeline, milestones and budget and revise as needed"?

A. That is correct.

Q. What would you be revising?

A. So with that, if there was something within the progress -- I'll just give you an example. Let's say that they're behind schedule as far as doing the end user, super user training, so prior to the trainings, there's generally a checklist that is required prior to. So, for example, you have the power user checklist, that's supposed to be completed prior to the end user, super user. If it was not, then at that point, I would reach out to the project manager to let them know, hey, this needs to be revised, we may need to push out the date, and then they would actually update the project plan.

Q. Okay. So you wouldn't actually revise the -- the revise in that bullet in



your resume doesn't mean changing the actual terms of a document?

A. No. That's not what that means there, no.

Q. Right. It means communicating that something needs to be changed and then the project manager would make that change?

A. That is correct.

Q. Got it. Okay.

I set up the question about the training and I didn't ask what I wanted to.

So when you're at -- when you're training at the facility -- and I understand sometimes it happened on the web training too, where you weren't at the facility?

A. Yes.

Q. But when you were at the facility doing the training that you described, you're there by yourself; correct?

A. Sometimes.

Q. Typically?

A. Typically, yes.

Q. Okay. Who else, on those occasions that are atypical, would the project manager might also be there?



A. Sometimes yes, not very common.
Q. Okay.
A. Usually, they're just available if I need something.
Q. Right. But when you're doing the training -- it's a classroom-type training, I take it?
A. Yes, sir.
Q. And you are training either the super users, power users or end users in that classroom?
A. Yes, sir.
Q. And you're up in front of them doing the training?
A. Most of the time sitting down.
Q. Most of the time sitting down. Okay. But you're there typically by -- there's no other Tyler employee there?
A. Yes, that is correct.
Q. That is correct. Okay.
What does the term, in that bullet point on your resume, "milestones" mean?
A. So milestones. There were two different things: There were milestones that had to be met as well as Go-Live checklists.



Case 1:19-cv-01338-AT Document 47-1 Filed 03/10/20 Page 109 of 223

So milestones are essentially -- they're kind of like a checklist so to say. But that's something that, you know, I would make sure that whatever the project manager put within the project plan, I need to ensure that the client's essentially meeting those.

Q. But is milestones the same as a deadline?

A. Pretty much, yes, sir.

Q. Okay. And if the client wasn't meeting a milestone or deadline, you would communicate that to the project manager?

A. Absolutely.

Q. And that's the kind of thing that might result in postponing a Go-Live deadline?

A. That could be one of the many reasons, yes.

Q. Now, what is the budgeting -- what is the budget -- the "Track progress against budget" mean?

A. So the budget, each client can purchase different amounts of hours. So depending on how many hours they had, that would be communicated from the manager to the project manager and myself.



Case 1:19-cv-01338-AT Document 47-1 Filed 03/10/20 Page 110 of 223



And for a short period of time, we were updating the actual -- within the project plan, there was a portion that would show the hours they had and then it would subtract the time that we were working on that. So if they got under, I believe it was 10 or 12 hours, then I needed to notify the project manager so then they can speak to the client and have them purchase more hours, if necessary.

Q. Okay. Did you ever recommend to the client that they might need more hours?

A. Not unless I spoke to the project manager first, no.

Q. Okay. You would recommend -- you would alert the project manager to the fact that they needed more hours based on the budget?

A. That is correct.

Q. Okay. And when you're saying "hours," you're meaning training hours?

A. Right. Yes. Yes, sir. And those hours could also be used for some troubleshooting and setup and things of that sort as well.

