IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **TYLER TECHNOLOGIES, INC.,** <br><br> **Defendant.** | Civil Action No. 1:19-cv-1338-AT |

**NOTICE OF FILING ELECTRONIC MEDIA**

Please take notice that Plaintiff Suzanne Greene has filed the following document with the Court on a USB-drive, mailed on 4/7/2020 via FedEx Overnight Delivery:

- Exhibit 3 to Plaintiff's Motion for Summary Judgment: Timeclock Training Video for Hendersonville, TN, dated 4/18/2018.

The electronic media has been served on Defendant per the agreement of the parties via electronic mail.

1

This 8th day of April 2020,

        Respectfully submitted,

        **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

        */s/Matthew W. Herrington*

101 Marietta Street NW     Mitchell D. Benjamin
Suite 2650     Georgia Bar No. 049888
Atlanta, Georgia 30303     Matthew W. Herrington
(404) 979-3171     Ga. Bar No. 275411
(404) 979-3170 (f)
benjamin@dcbflegal.com     Counsel for Plaintiff
matthew.herrington@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-01338-AT |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed with the Clerk via the Court's CM/ECF system, which will automatically effect service upon all counsel of record.

Dated: April 8, 2020.

                                               */s/ Matthew W. Herrington*
                                               Matthew W. Herrington
                                               Georgia Bar No. 275411