# EXHIBIT B

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF GEORGIA

3                    ATLANTA DIVISION

4

5        CIVIL ACTION NO:  1:19-CV-01338-AT

6

7    SUZANNE GREENE,

8         Plaintiff,

9    vs.

10   TYLER TECHNOLOGIES,

11        Defendant.

12

13       DEPOSITION OF:  SUZANNE GREENE

14              AUGUST 29, 2019

15                 9:53 A.M.

16

17

18

19

20

21

22

23

24

25



```
 1                       APPEARANCES

 2

 3    APPEARING ON BEHALF OF THE PLAINTIFF:

 4         DELONG, CALDWELL, BRIDGERS,

 5         FITZPATRICK & BENJAMIN, LLC

 6         Mr. Matthew W. Herrington

 7         101 Marietta Street

 8         Suite 2650

 9         Atlanta, Georgia 30303

10         404-979-3150

11         matthew.herrington@dcblflegal.com

12

13    APPEARING ON BEHALF OF THE DEFENDANT:

14         REED SMITH

15         Mr. Paula B. McKeeby

16         2501 North Harwood Street

17         Suite 1700

18         Dallas, Texas 75201

19         469-680-4200

20         pmckeeby@reedsmith.com

21

22

23         TYLER TECHNOLOGIES

24         Ms. Abigail Diaz

25
```



```
 1                      INDEX

 2   WITNESS                          PAGE

 3   SUZANNE GREENE

 4   Examination by Mr. McKeeby          4

 5

 6              INDEX OF EXHIBITS

 7   NUMBER                          PAGE

 8   Exhibit 1                         29

 9   Exhibit 2                         55

10   Exhibit 3                        137

11   Exhibit 4                        137

12   Exhibit 5                        142

13   Exhibit 6                        160

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    PROCEEDINGS
 2   AUGUST 29, 2019                    9:53 A.M.
 3               THE VIDEOGRAPHER:  This is the
 4   deposition of Suzanne Greene in the matter of
 5   Suzanne Greene versus Tyler Technologies, Inc.
 6   Today's date is August 29th, 2019.  The time
 7   on the record is 9:53 a.m.
 8               My name is Todd Parker.  I'm the
 9   videographer.  The court reporter is Cindy
10   Jenkins.
11               Counsel, please introduce
12   yourselves, state who you represent, after
13   which, the court reporter will swear in the
14   witness.
15               MR. MCKEEBY:  Paulo McKeeby, I
16   represent Tyler Technologies.  And I'm here
17   with in-house counsel, Abby Diaz.
18               MR. HERRINGTON:  I'm Matthew
19   Herrington, and I'm here representing the
20   plaintiff, Suzanne Greene.
21               SUZANNE GREENE,
22   having been first duly sworn, was examined and
23   testified as follows:
24   EXAMINATION BY MR. MCKEEBY:
25        Q.    Ms. Greene, will you state your
```



 1  full name for the record, please.

 2       A.    It's Suzanne Greene.

 3       Q.    What is your current residential

 4  address?

 5       A.    It's 110 Sheldon Way in

 6  Fayetteville, Georgia.

 7       Q.    How long have you lived there?

 8       A.    About a year now.

 9       Q.    Have you ever had your deposition

10  taken before today?

11       A.    No, I have not.

12       Q.    I'm sure your counsel may have

13  gone over some of the ground rules; but I want

14  to do that as well for the purposes of the

15  record.  You understand you're under oath?

16       A.    Yes, sir.

17       Q.    Is that yes?

18       A.    (Nodding head.)

19       Q.    And you understand that the court

20  reporter is taking down your testimony?

21       A.    Yes.

22       Q.    And because she's taking it down

23  in what will be memorialized in a transcript,

24  if you could do your best to do a couple of

25  things:  One is to answer me audibly as



```
1   opposed to nodding or shrugging; is that

2   agreeable?

3          A.     Yes.

4          Q.     If you don't do that, I might ask

5   you to state your answer as opposed to --

6          A.     Okay.

7          Q.     -- making a gesture.

8                 The other thing to mention in that

9   regard is that there are going to be times

10  when you're going to know where I'm going with

11  my question, perhaps, and you're going to want

12  to talk before I finish.  If you could do your

13  best to not give your answer until I'm done

14  with my question so we're not talking over

15  each other and we'll have a cleaner record; is

16  that agreeable?

17         A.     Yes, sir.

18         Q.     And I'll try to do my best as well

19  in waiting until you're finished with an

20  answer before I ask you the next question.

21         A.     Okay.

22         Q.     And if I don't do that, which has

23  happened before, if you could let me know that

24  you're not finished and then we can go back to

25  your answer; is that agreeable?
```



1         A.      Yes, sir.

2         Q.      If I ask you a question that you

3    don't understand because I'm using a technical

4    term incorrectly or for whatever reason, just

5    let me know, and I'll try to ask you a more

6    understandable question; is that agreeable?

7         A.      Yes.

8         Q.      Have you ever been a party to a

9    lawsuit before this?

10        A.      No.

11        Q.      Have you ever given testimony

12   under oath before today?

13        A.      No.

14        Q.      Have you ever filed an

15   administrative charge with the government

16   against any employer?

17        A.      Can you explain that, what does

18   that mean?

19        Q.      Well, like a -- like a charge with

20   the Equal Employment Opportunity Commission or

21   the Department of Labor or a government agency

22   like that?

23        A.      No.

24        Q.      When did you first obtain counsel

25   in this matter?



1        A.      It was around February -- around
2   that time, February of this year, 2019.
3        Q.      What were your dates of employment
4   with Tyler Technologies?
5        A.      I started -- so now just with
6   Tyler Technologies?  Or with ExecuTime as
7   well?
8        Q.      Yeah, that's a good point --
9        A.      I'm sorry.
10       Q.      I just violated what I told you.
11  Yes.  So I understand that Tyler acquired
12  ExecuTime in June of 2016?
13       A.      Yes, that's correct.
14       Q.      And you commenced employment with
15  ExecuTime in February of 2016; correct?
16       A.      Yes, that is correct.
17       Q.      And so for the purposes of this
18  deposition, when I say "Tyler," I'm going to
19  mean the entirety of your employment with both
20  ExecuTime and Tyler; agree?
21       A.      Okay.
22       Q.      There may be times when you need
23  to answer separately or there may be questions
24  that I ask that called for separate answers.
25  If that's the case, I'm going to tell you.



```
 1        A.     Yes.
 2        Q.     But rather than try to -- when I'm
 3   saying, "your employer," when I'm saying
 4   "Tyler," I'm referring to the entire tenure of
 5   your employment between February of 2016 until
 6   your resignation.
 7        A.     Okay.  Thank you.
 8               MR. HERRINGTON:  Paulo, can you
 9   remind me, are we -- are y'all contesting
10   successor liability?  I realize liability is
11   contested.  But the successor -- because if
12   it's not, that changes what I need to object
13   to; potentially, I cannot make objections
14   that I otherwise would have.
15               MR. MCKEEBY:  Let's talk, can we
16   talk about that during a break?
17               MR. HERRINGTON:  Sure.  Okay.
18               MR. MCKEEBY:  I think the answer
19   is no, but I want to confirm that that's the
20   case.  Or -- I mean, what would be your
21   objection if you don't --
22               MR. HERRINGTON:  Yeah, if I
23   need -- if I -- vagueness, you know.
24               MR. MCKEEBY:  Yeah.
25               MR. HERRINGTON:  If I suspect that
```



```
 1   a distinction needs to be made, you know?
 2              MR. MCKEEBY:  Well, I mean, I
 3   don't think that depends on our position with
 4   respect to successor liability.  So I would
 5   just suggest that you make your objection
 6   based on the question.
 7              MR. HERRINGTON:  Okay.
 8       Q.    (By Mr. McKeeby) And again, if
 9   there's some ambiguity in the question where
10   you need to make a distinction between the way
11   something was at -- after the acquisition as
12   opposed to during the first few months of your
13   employment when ExecuTime was your technical
14   employer, you can let me know in your answer;
15   agreeable?
16       A.    Okay.  Yes.
17       Q.    When you contacted an attorney in
18   February of 2019, was that Mr. Herrington?
19       A.    It was actually Mitch -- what's
20   his real name?  I'm sorry, I don't know his
21   full name.
22       Q.    It was someone else at
23   Mr. Herrington's firm?
24       A.    Yes, that is correct.
25       Q.    And his first name is Mitch?
```



```
 1          A.      Yes.
 2                  MR. HERRINGTON:  For the record,
 3    it's Mitchell Benjamin.
 4                  THE WITNESS:  Mitchell, sorry.
 5          Q.      (By Mr. McKeeby) Did you know
 6    Mitchell Benjamin before you contacted him?
 7          A.      He was actually referred to me.
 8    Somebody else recommended him.
 9          Q.      Who referred him?
10          A.      My sister did.
11          Q.      What's your sister's name?
12          A.      Her name is Holly.
13          Q.      Where is she?
14          A.      She lives here in Georgia as
15    well.
16          Q.      What did you discuss with your
17    sister as to the reason for you needing a
18    lawyer?
19          A.      So the initial reason for my
20    call was my incentive was cut down in half.
21    And no one had explained to me the reason
22    why.  So when I had reached out to my
23    supervisor's supervisor, she said I should
24    have been informed, which I wasn't.
25                  And then my manager actually
```



```
 1   scheduled a meeting on my calendar for that

 2   Friday to tell me why my check -- my

 3   incentive had decreased already.

 4        Q.    And when you say "incentive," you

 5   mean your bonus compensation?

 6        A.    That is correct, yes.

 7        Q.    And you say it was cut in half?

 8        A.    About, yes, sir.

 9        Q.    From what to what?

10        A.    So in this specific payout, my

11   incentive was supposed to be around, I want

12   to say, probably about 13- or 1,400.  And my

13   check was only about 7.  So I noticed a large

14   decrease, and that's when I reached out.

15        Q.    Reached out to a lawyer?

16        A.    No, I reached out to my

17   supervisor first, to see if I could resolve

18   it.

19        Q.    Right.  And who was your

20   supervisor?

21        A.    It was my supervisor's

22   supervisor, so it was Jamie Burns.  And at

23   that moment, I also copied my direct

24   supervisor -- excuse me, to see if we could

25   get this resolved.
```



```
 1        Q.     And who was your direct
 2   supervisor?
 3        A.     Her name is Hillary Pasch.
 4        Q.     And that's P-a-s-c-h?
 5        A.     Yes.
 6        Q.     So we can get this firm, Ms. Pasch
 7   was your supervisor throughout your employment
 8   with ExecuTime and Tyler; correct?
 9        A.     No, that is not correct.
10        Q.     Okay.  At what point was Ms. Pasch
11   your supervisor?
12        A.     I don't recall the exact date
13   when she became my supervisor.  I would say
14   about a year and a half or so, estimating.
15        Q.     How long was she your supervisor?
16        A.     Until I left the company.
17        Q.     So she was your supervisor for the
18   last year and a half of your employment with
19   Tyler?
20        A.     An estimate, yes.
21        Q.     Estimate?
22        A.     Yeah.
23        Q.     Who was your supervisor before
24   then?
25        A.     So prior to that, we had Jamie
```



 1   Burns, which ended up being her direct

 2   supervisor.  And then prior to that, I had

 3   John Jenkins.

 4        Q.    So who did you talk to first,

 5   Ms. Burns, about the decrease in your

 6   incentive compensation?

 7        A.    I actually sent an e-mail with

 8   both of them on there in regards to, you

 9   know, the discrepancy with my bonus.

10        Q.    What did they explain to you the

11   reason for the change was?

12        A.    Jamie was under the assumption

13   that we had already been informed about it,

14   and we had not.  So Jamie's response was,

15   well, something to the extent -- I can't

16   remember verbatim, but this is something

17   that, you know, Hillary would have already

18   gone over with you.  And I responded and

19   said, this is not something that was

20   discussed.

21        Q.    Was it just a change to the way

22   the bonus was calculated?

23        A.    That's correct.

24        Q.    And these bonuses were paid on a

25   monthly basis?



```
 1          A.     That is correct.
 2          Q.     Did you ever have an individual
 3   bonus plan?
 4          A.     Can you explain that a little
 5   further, I'm sorry?
 6          Q.     Yes.  Let me clarify.  I
 7   understand that there was an incentive bonus
 8   plan that I can show you later on in the
 9   deposition that was generic in the sense that
10   it applied to other employees who performed
11   your role at ExecuTime and Tyler.  Do you
12   recall that document?
13          A.     I do.
14          Q.     Was there something that dealt
15   with you specifically and told you what your
16   bonus allocation would be?
17          A.     So the bonus structure was based
18   on the amount of time that you were with
19   Tyler.  So that's what determined what bonus
20   structure you fell under.
21          Q.     Right.  Okay.  That doesn't answer
22   my question.
23                 I'm asking, was there a document,
24   apart from the general incentive bonus plan,
25   that was given to you that would have allowed
```



```
 1   you to calculate what your bonus would have
 2   been?  Something that you might have signed or
 3   that had your name on it or -- you've never
 4   seen anything like that?
 5          A.     Not that I recall.
 6          Q.     Okay.  And did you later have a
 7   discussion with Ms. Pasch about your bonus
 8   compensation?
 9          A.     Well, she actually scheduled a
10   call for all of the implementation
11   consultants, because nobody was informed.
12   And at that time, everyone found out, the
13   Friday after I sent the e-mail.
14          Q.     And what was discussed in that
15   call, what was the reason for the change?
16          A.     The changes that were made.  It
17   was just -- her reasoning was it was a Tyler
18   change.
19          Q.     And what was the change?
20          A.     So the change was based on the
21   amount of time that you were there, based on
22   the amount of years.  Where I fell -- because
23   at that time, I was right around three years.
24   Not many others were -- in fact, I don't
25   think anyone else was affected other than
```



```
 1   myself.  But the amount of incentive that I
 2   was to receive actually went down.
 3         Q.     So there was a -- what was
 4   explained to you was that there was a change
 5   in the calculation related to your years of
 6   seniority with Tyler?
 7         A.     That is correct.
 8         Q.     And that resulted in your bonus
 9   compensation being less?
10         A.     That is correct.
11         Q.     What was the last day that you
12   performed services as an employee for Tyler?
13         A.     The last physical work day was
14   in March 2019.
15         Q.     And you went on FMLA leave after
16   that?
17         A.     That is correct.
18         Q.     How long was your FMLA leave?
19         A.     About two months.
20         Q.     And you resigned your employment
21   at the end of that two-month period?
22         A.     Yes, sir, that is correct.
23         Q.     How did you do that?
24         A.     I sent an e-mail to my HR
25   manager.
```



```
 1          Q.      Who was that?
 2          A.      Lindsey -- I don't recall her --
 3   I think Ryto or Roto, something like that.
 4          Q.      Was she affiliated with ExecuTime
 5   before --
 6          A.      She was not.
 7          Q.      -- Tyler's acquisition?
 8          A.      No.
 9          Q.      How long did you -- how long was
10   she your HR manager?
11          A.      So I would say about a year and
12   a half to two years.
13          Q.      Do you know where she was located?
14          A.      I'm not absolutely sure, sorry.
15          Q.      Had you ever communicated with
16   Ms. Rotell, this Lindsey person on any other
17   occasion?
18          A.      I have, yes.
19          Q.      Was that in connection with your
20   leave?
21          A.      Well, I did communicate with her
22   in regards to my leave, but there was other
23   issues that I had at Tyler as well that I had
24   to communicate with her.
25          Q.      Any of those issues relate to your
```



 1  compensation?

 2        A.     No, sir.

 3        Q.     What did they relate to?

 4        A.     I was actually being, like,

 5  verbally abused by another employee, he was

 6  calling me B word and all types of other

 7  unnecessary things.

 8        Q.     Who was that employee?

 9        A.     Michael Howell.

10        Q.     So you made a complaint?

11        A.     I did, yes.

12        Q.     Did you understand that this HR

13  manager, Lindsey, was dedicated exclusively to

14  the ExecuTime division?

15        A.     From my understanding, yes.

16        Q.     I'm sorry, what was Michael's last

17  name?

18        A.     Howell.

19        Q.     Howell?

20        A.     Yeah.

21        Q.     What was his position?

22        A.     He was -- I believe he's an

23  implementation consultant, as well, but he's

24  on the advanced scheduling side.

25        Q.     And advanced scheduling is a



 1  separate module of the software?

 2       A.    So it's within the ExecuTime

 3  software, but they deal primarily with, like,

 4  police departments, fire departments, things

 5  of that sort.

 6       Q.    In your role as an implementation

 7  consultant, did you support advanced

 8  scheduling at all?

 9       A.    Initially, when I started with

10  ExecuTime, I actually started out on the

11  advanced scheduling side.  But they did not

12  see that as a good fit, and that's when I

13  went over to the time and attendance side,

14  and they started only hiring retired police

15  officers and retired fire fighters to deal

16  with that side.

17       Q.    ExecuTime software consists of

18  advanced scheduling and time and attendance?

19       A.    That is correct.  And --

20       Q.    Am I correct that the time and

21  attendance was sort of the basic software and

22  that you had to purchase it in order to also

23  purchase the advanced scheduling module?

24       A.    From my understanding, yes.

25  It's more like the -- like a preference



```
 1   option, so to say, in the back where you can
 2   turn on certain things like advanced
 3   scheduling and things of that sort.
 4        Q.    When in your career -- you said
 5   you started out supporting advanced
 6   scheduling?
 7        A.    Yes, sir.
 8        Q.    How long did you do that?
 9        A.    About six months.
10        Q.    And after that, for the remainder
11   of your tenure of employment with Tyler, you
12   supported time and attendance?
13        A.    That is correct.
14        Q.    Did your job duties change at all
15   as a result of that change in the module that
16   you were supporting?
17        A.    Can you be a little more
18   specific?  What do you mean as far as, like,
19   my job duties?
20        Q.    I'm not sure I can.  But I'll try.
21        A.    Okay.
22        Q.    I'll ask it a different way.  I
23   may not be more specific, but I can ask it in
24   a different way.
25              So it sounded like within six
```



1  months of your employment, a decision at Tyler

2  was made to move you from supporting the

3  advanced scheduling software to the time and

4  attendance software?

5       A.    Yes, sir.

6       Q.    You still had the title of -- I

7  guess at that point, implementation

8  consultant; correct?

9       A.    No.

10      Q.    Your title, at that point, was

11 what?

12      A.    So when I initially started with

13 ExecuTime, I was a project manager.  And once

14 we were acquired by Tyler, they made a

15 decision as far as based on experience and,

16 you know, separating the roles, who would

17 remain project managers and who would then

18 change their titles to implementation

19 consultants, and at that time, my title was

20 changed.

21      Q.    And that was a change that was

22 separate and distinct from the change in the

23 software that you were supporting?

24      A.    So as --

25      Q.    Or was that part of the same



 1  process?

 2       A.    It was different, I believe.

 3  I'm trying to recall the exact time that I

 4  switched over to time and attendance opposed

 5  to advanced scheduling.  And it was right

 6  around the same time we were acquired.  So I

 7  can't say specifically if --

 8       Q.    Okay.  But it was a separate

 9  decision in terms of you weren't -- when you

10  transferred over from supporting time and

11  attendance from advanced scheduling, it wasn't

12  like at that point you suddenly became an

13  implementation consultant as opposed to a

14  project manager; correct?

15       A.    That is correct.

16       Q.    Okay.  So they happened in close

17  proximity time-wise, but they were sort of

18  separate decisions or events, if you will?

19       A.    Yes, sir.

20       Q.    Okay.  So in terms of your job

21  duties, what you did -- and we're going to

22  talk about that at some length today -- but in

23  terms of your day-to-day responsibilities, did

24  they -- did those responsibilities change when

25  you started supporting the time and attendance



1   software as opposed to the advanced scheduling

2   software?

3        A.    They were slightly different,

4   yes.

5        Q.    How so?

6        A.    So, for example, with the

7   advanced scheduling side, it's a completely

8   different setup and a different process, you

9   can say, than the time and attendance side.

10       Q.    How did that affect your

11   day-to-day responsibilities?

12       A.    Well, it was basically -- it

13   was, of course, a large learning curve for me

14   going from one part of the module to another.

15   So I definitely had to learn the time and

16   attendance -- the entire time and attendance

17   side of the application.

18       Q.    Okay.  But other than the actual

19   learning curve and understanding the new

20   module, in terms of what you did on a

21   day-to-day basis in terms of your job

22   responsibilities, did those change?

23       A.    Yes.  Because they're

24   different -- they're different sides of the

25   module.  So...



```
 1          Q.    Well --
 2          A.    Go ahead, I'm sorry.
 3          Q.    I'm sorry.  Let me ask it in a
 4    different way.  What things did you do once
 5    you started supporting time and attendance
 6    that you didn't do while you were supporting
 7    advanced scheduling?
 8          A.    So with the time and attendance
 9    side, we more so focused on clocking in,
10    clocking out, because it was more of the time
11    and attendance side of things.  Where for
12    advanced scheduling, the majority of my time
13    was put into building schedules, because
14    police officers and fire departments have
15    unique schedules where they would
16    automatically populate them.
17                So that took out a big bulk of
18    what you do within advanced scheduling, which
19    is not very common on the time and attendance
20    side.
21          Q.    So you no longer had to build
22    schedules?
23          A.    In some circumstances, I did;
24    but majority of the time, no.
25          Q.    Okay.  What does it mean to build
```



1  a schedule?

2       A.    So to build a schedule, so let's

3  say that we have a police officer who rotates

4  their shifts, and one week they have Tuesdays

5  and Thursdays off, the next week, they have

6  Wednesdays and Fridays off.  We would

7  automatically build that schedule on the back

8  end so that it would populate for them and

9  they were not required to, like, clock in and

10  clock out.

11      Q.    But in terms of what your

12  responsibility was to, quote, unquote, build

13  the schedule, are you actually programming the

14  software or what is it that you're doing?

15      A.    No, I'm not very technical, so

16  when it comes to, like, programming and

17  things in depth on the technical side, I did

18  not handle any of that.  All of that would go

19  through tickets.

20      Q.    Right.  So when you say you would

21  build the software, what do you mean in terms

22  of -- what would you do, integrate information

23  or just fill out templates or what was your

24  role in terms of the buildup of these -- of

25  the advanced scheduling software?



```
 1          A.     So as far as that's concerned,
 2    the project manager would meet with the
 3    actual client and get, like, a questionnaire
 4    filled out, which is where the client would
 5    tell us their specific policies and
 6    procedures, and we would base any schedules
 7    and anything that's done within the
 8    application off of their specific policies
 9    and procedures.
10                So it's coming from the client,
11    and when they tell us, okay, these are our
12    expectations or this is how we would like to
13    utilize the software, I would then base the
14    schedules off of that questionnaire.
15          Q.     So you would create the schedule
16    based on the questionnaire that the client
17    filled out?
18          A.     Yes, that is correct.
19          Q.     So you would create the schedule,
20    then, in the client's -- well, I guess at that
21    point, in the ExecuTime software?
22          A.     That is correct.  Yes.
23          Q.     Was there any change in your
24    duties, as we discussed them, when your title
25    changed from project manager to implementation
```



```
 1   consultant?
 2        A.    Yes.  There was.
 3        Q.    Okay.  And I'm not sure if I asked
 4   this, if I did, I apologize, but when did that
 5   change occur?
 6        A.    When we were actually acquired
 7   or?
 8        Q.    No.  Well, maybe that's the
 9   answer.  But when did you -- when did your
10   title change from project manager to
11   implementation consultant?
12        A.    When we were acquired.
13        Q.    Okay.  So June of 2016?
14        A.    Yes, sir.
15        Q.    Let me ask you this -- I'll back
16   up.  Did your compensation change at all when
17   you moved from advanced scheduling to time and
18   attendance?
19        A.    Well, we did not always receive
20   compensation.  So we were not receiving it at
21   that time.  So then the answer would be, no,
22   there was not a change because within
23   ExecuTime, we did not receive compensation,
24   like billable hours.
25        Q.    I'm talking about what you were
```



```
 1   paid?
 2          A.     Oh, as far as --
 3          Q.     Your salary?
 4          A.     -- my salary.  My salary,
 5   because of the federal guidelines, there was
 6   something where you had to be at -- don't
 7   quote me on this, please, I believe it was
 8   like 47,500 or something, it was some federal
 9   thing they passed out, so they had to bump me
10   up.
11          Q.     Okay.  When did that occur?
12          A.     When we were acquired by Tyler.
13          Q.     Okay.
14          A.     Around that time.
15          Q.     So you -- let me just --
16                 MR. HERRINGTON:  I've never heard
17   anyone say, don't quote me on this, in a
18   deposition before.
19                 THE WITNESS:  Sorry.
20                 As you're typing.
21          Q.     (By Mr. McKeeby) I'm going to mark
22   this as Exhibit 1?
23          A.     Okay, thank you.
24                 (Whereupon, Defendant's
25                 Exhibit 1 was marked for
```



  1                    identification.)

  2                    THE WITNESS:  45, I'm sorry.

  3         Q.    (By Mr. McKeeby) Wait.  Wait.  Let

  4   me ask a question.

  5                    I've marked as Exhibit 1 what I

  6   understand to be your offer letter with

  7   ExecuTime; would you agree with that?

  8         A.    Yes.  This looks about accurate,

  9   yes, sir.

 10         Q.    And it lists a start date of

 11   February 1st, 2016?

 12         A.    That is correct.

 13         Q.    Is that when you started with

 14   ExecuTime?

 15         A.    Yes.

 16         Q.    This lists your salary at $45,000?

 17         A.    That is correct.

 18         Q.    On an annual basis?

 19         A.    Yes, sir.

 20         Q.    And it also mentions bonus

 21   opportunity?

 22         A.    It does, yes.

 23         Q.    Okay.  And so is it your testimony

 24   that you -- your salary increased to 47,500 in

 25   June of 2016 when Tyler acquired ExecuTime?



 1          A.     I don't know if it was June of
 2     2016, but it was right around the time that
 3     we were acquired.
 4          Q.     How did you find out that your job
 5     title would be changed from project manager to
 6     implementation consultant?
 7          A.     Management let us know.
 8          Q.     Who?
 9          A.     I believe it was Kathy, at that
10     time.
11          Q.     And that's Kathy who?
12          A.     I can't think of her last name
13     right now.
14          Q.     Okay.  How did your duties change
15     when you went from a project manager to
16     implementation consultant?
17          A.     So with that as -- how Tyler
18     actually does it is it breaks it up as two
19     people on a team for a project.  So you have
20     the project manager who essentially leads the
21     project, does majority of like the
22     integration, they do the solution designs,
23     the questionnaire, all of that, first direct
24     contact with the actual client.  Where at
25     this point, now as an implementation



1    consultant, I would be primarily doing setup,

2    training, as far as any troubleshooting once

3    they start utilizing the application.

4         Q.    Okay.  So let me make sure I

5    understand that, because that's going to be an

6    important sort of piece of testimony that

7    we'll come back to.

8              So there's an implementation

9    process, if you will; correct?

10        A.    Yes, sir.

11        Q.    And I understand that the project

12   manager handles the first part of that

13   process?

14        A.    Yes, sir.

15        Q.    And then there's a handoff to the

16   implementation consultant?

17        A.    That is correct.

18        Q.    Okay.  And after that handoff, the

19   implementation can -- it leads the remainder

20   of the implementation processes?

21        A.    To an extent, with, of course,

22   the backup of the project manager for any

23   questions, directions, things of that sort.

24        Q.    But at that time, after the

25   handoff, the implementation consultant is



 1   having the direct client interface?

 2        A.    As far as meetings and the

 3   direct contact, are you referring to?

 4        Q.    Yes.

 5        A.    Yes, sir.

 6        Q.    I mean, the project manager might

 7   have -- continue to have some discussions with

 8   the client, but in terms of the majority of

 9   the on-site meetings for the training and for

10   weekly -- or whatever periodic calls, that's

11   something that the implementation consultant

12   does after the handoff; correct?

13        A.    That is correct.

14        Q.    Okay.  So you mentioned that at

15   Tyler they would put two people on a team:

16   One project manager and one implementation

17   consultant; correct?

18        A.    That is correct.

19        Q.    Did they not -- was that not the

20   way it was done before the Tyler acquisition?

21        A.    No, it was not.

22        Q.    So that the project manager was

23   doing both roles at that point?

24        A.    That is correct.

25        Q.    So the change -- and we can go



1  into more specifics if we need to, but at a

2  general level, when you became an

3  implementation consultant, you were no longer

4  doing the project manager duties?

5       A.     Essentially, no, I was not.

6       Q.     Okay.  Now, throughout your

7  employment with ExecuTime and Tyler, you

8  worked at home; correct?

9       A.     That is correct.

10      Q.     Did you report to a particular

11  office?

12      A.     I worked from home.  I don't

13  really understand.  What do you mean, did I

14  report?

15      Q.     Was there -- there -- where was

16  your -- who was your immediate supervisor at

17  that point?  Was that Ms. Burns?

18      A.     Well --

19      Q.     Initially?

20      A.     Jamie Burns for part of the time

21  and then Hillary.  But Hillary actually

22  worked remote and Jamie was at our home

23  office, I guess you could say.

24      Q.     That's in Little Rock?

25      A.     That is correct, yes.



```
 1          Q.      Where was Hillary located?   North
 2    Carolina?
 3          A.      One of the Carolinas, yes.
 4          Q.      Was it North Carolina or do you
 5    know?
 6          A.      I'm not sure, it's one of the --
 7    either North or South.
 8          Q.      We will stick with one of the
 9    Carolinas.
10          A.      Okay.
11          Q.      So that's something that didn't
12    change.  Throughout your employment, you were
13    always working out of your home?
14          A.      That is correct.
15          Q.      And did you understand that to be
16    unique to you or was that typical of other
17    implementation consultants?
18          A.      A lot -- whoever did not live in
19    Little Rock, Arkansas, worked from home.  So
20    we did have several people who worked from
21    home.
22          Q.      How many ExecuTime implementation
23    consultants were there at any one time?
24          A.      So they rotated a lot, because a
25    lot of people left.  I was the only one that
```



```
 1   kind of stayed for a little while.
 2              So we had kind of like a
 3   resolving door; there was a lot of people in
 4   and out, so it's kind of hard to say.
 5        Q.    All right.  Were there ever more
 6   than ten implementation consultants?
 7        A.    No, sir.
 8        Q.    Was it ever any less than any four
 9   implementation consultants?
10        A.    Yes.
11        Q.    Okay.  Now, am I correct that the
12   team that you described, whether it be a
13   project manager and implementation consultant,
14   that setup, if you will, began as of the Tyler
15   acquisition or shortly thereafter?
16        A.    That is correct.
17        Q.    And that wasn't project specific,
18   was it?  You were assigned or you were teamed
19   with a project manager for periods of time
20   until there was a change; correct?
21        A.    Can you reword that question?
22   Do you mean did I have the same project
23   manager, is that what you're asking me?
24        Q.    I think so.  I understand you had
25   different project managers.
```



```
 1         A.     That is correct.
 2         Q.     But they weren't -- the -- that
 3    happened over time as opposed to as a result
 4    of being put on different implementation
 5    projects; correct?
 6         A.     So, it -- so first I had Hillary
 7    and she was promoted.  So then they gave me
 8    another project manager.  So I stayed with
 9    those project -- or excuse me, stayed with
10    those project managers while I worked on
11    projects.
12         Q.     Okay.  So you worked on multiple
13    projects with each project manager?
14         A.     Yes, sir.
15         Q.     Maybe it's easier to go through --
16    so Hillary was your first project manager,
17    Hillary Pasch.  Who was your second project
18    manager?
19         A.     Mikeya Henderson.
20         Q.     And who was your next project
21    manager?
22         A.     Talia Harrison.
23         Q.     That was your last one?
24         A.     Yes.
25         Q.     How did you find out about a
```



```
 1   position at ExecuTime?
 2         A.      Talia Harrison had told me about
 3   it.
 4         Q.      She was working there at that
 5   time?
 6         A.      She was, yes, sir.
 7         Q.      And she was a friend of yours?
 8         A.      She was, yes, sir.
 9         Q.      Where does she live?
10         A.      I believe she moved to Memphis
11   now, but she did live in Little Rock,
12   Arkansas, for quite some time.
13         Q.      Did you interview for a position?
14         A.      I did, yes, sir.
15         Q.      With whom did you interview?
16         A.      Kathy.
17         Q.      Last name we don't know?
18         A.      Yes, I cannot remember it.  I'm
19   going to remember it though, and I'll tell
20   you.
21         Q.      How about this, if it's agreeable
22   to counsel, we can put a blank at the -- in
23   the transcript, and if you can remember her
24   name, you can fill it in?
25         A.      Yes, sir, okay.  That works.
```



```
 1          Q.     And if you can't remember, we'll
 2    leave it blank.
 3          A.     Okay.
 4          Q.     Did you fly to Little Rock for the
 5    interview?
 6          A.     I drove.
 7          Q.     Okay.
 8          A.     But that wasn't -- my first one
 9    was over Skype.
10          Q.     Okay.  That first one was with
11    Kathy?
12          A.     It was, yes, sir.
13          Q.     Okay.  And ultimately, you were
14    presented with an offer letter that you signed
15    on January 12th, 2016?
16          A.     Yes, sir.
17          Q.     What was your -- where were you
18    employed before that?
19          A.     Allconnect.
20          Q.     What kind of company is that?
21          A.     So it's primarily sales.
22          Q.     Is it software?
23          A.     No, it is not.  This was
24    actually my first time ever working with
25    software.
```



1        Q.      Okay.  And the increase in salary
2    you mentioned to 47,500, was that the only
3    increase to your salary while you were
4    employed with ExecuTime/Tyler?
5        A.      That was not, no.  I had another
6    increase around -- it was about a year.
7    Probably about a year ago, when Mikeya was
8    promoted to project manager.  The manager
9    reached out to me and said I was doing a
10   really good job and she wanted to give me an
11   increase.
12       Q.      What manager was that?
13       A.      That was Hillary Pasch.  Like,
14   it wasn't a review time, it was just, hey,
15   you're doing a great job, here's an increase.
16       Q.      What was your increase to?
17       A.      48,500, I believe.
18       Q.      And when was that?
19       A.      It was --
20       Q.      Approximately?
21       A.      -- approximately, I would say --
22   it was last year, 2018.  I want to say around
23   mid-year.  It was around the same exact time
24   Mikeya was changed to a project manager.
25       Q.      Okay.  When you started at



 1  ExecuTime, you understood that it was a

 2  salaried position?

 3        A.    Yes, sir.

 4        Q.    You understood that your salary

 5  plus any bonus would compensate you for all

 6  hours that you worked?

 7        A.    Yes, sir.

 8        Q.    You knew you wouldn't be getting

 9  overtime; correct?

10        A.    That is correct.

11        Q.    Is that something that you

12  discussed with either Ms. Harrison or with

13  anyone with whom you interviewed?

14        A.    No, I didn't really bring it up.

15  I didn't think twice about it, I guess you

16  could say.

17        Q.    Is it something that you ever made

18  a complaint about during your employment at

19  Tyler?

20        A.    In regards to the overtime?

21        Q.    Right.

22        A.    No, sir.

23        Q.    Did it ever cross your mind while

24  you were employed at Tyler?

25        A.    It did.  But I felt like I had



1   never really had a salaried job before, so

2   this was new to me, and I just felt like,

3   hey, if I have to work 50, 55 hours or

4   whatever the case may be for that week, then

5   I need to get it done and my check is

6   accordingly.

7          Q.    Was there any specific occurrence

8   or incident that made it cross your mind when

9   it did?

10         A.    In regards to the overtime?

11         Q.    Right.  In regards to thinking

12  about -- you said you didn't complain about

13  not receiving overtime, because it didn't

14  really cross your mind.

15             At some point, you said, the

16  concept of receiving overtime did cross your

17  mind.  And my question was simply, was there

18  anything specific by way of a conversation or

19  anything else that made it cross your mind

20  when it did?

21         A.    Not really.  It was just I was

22  working a lot.  And I said, gosh, you know,

23  being salaried, you sure do have to put in

24  the work to get your check.  But no, nothing

25  specific you can say came up.



1          Q.    Okay.  Would you agree with me
2    that after around June of 2016, when you
3    became an implementation consultant, that your
4    job duties were more or less the same for the
5    remainder of your employment?
6          A.    Now, are you referring to my
7    implementation consultant role from when we
8    were bought out from Tyler until the day that
9    I actually left or?
10         Q.    I think the answer to that
11   question is yes.
12         A.    Okay.
13         Q.    But let me ask it in a different
14   way to make sure we're on the same page.
15         A.    Yes, sir.
16         Q.    I understand that at some point
17   your title was changed from project manager to
18   implementation consultant; right?
19         A.    Yes, sir.
20         Q.    And that coincided with the
21   acquisition of ExecuTime by Tyler; correct?
22         A.    Yes, sir.
23         Q.    So and we think that was around
24   June of 2016?
25         A.    Yes, sir.



1        Q.     And I think you told me earlier,
2   to be fair, that it wasn't exactly -- the
3   title change didn't occur exactly with the
4   acquisition, but occurred, you know, maybe a
5   few weeks or even a month thereafter; correct?
6        A.     Right, it was right around the
7   time, yes.
8        Q.     So right around the time.  But
9   once that happened, once you became an
10  implementation consultant, is it fair to say
11  that your duties remained the same for the
12  duration of your employment?
13       A.     For the most part, yes.
14       Q.     Right.
15       A.     But not completely.
16       Q.     And why do you -- why -- how did
17  they change, if they did?
18       A.     So towards the end, they were
19  trying to put more responsibilities on the
20  implementation consultant, which we weren't
21  doing prior to, in regards to, like,
22  uploading files with integration information.
23  So the initial integration was still
24  something we did not handle -- or like the
25  technical stuff.  But we started doing, like,



1   integrating their, for example, employees'

2   names, like uploading a file, so to say, with

3   the employees' names and things of that sort,

4   which we weren't really doing before; that

5   was the project manager.

6        Q.     When did that happen?

7        A.     That happened right around the

8   time I got trained for the first time, which

9   was January, 2019.  Around that time.

10       Q.     When you say the first time that

11  you got trained, you mean the first time that

12  you got trained on these additional

13  responsibilities?

14       A.     No.  So initially -- and this

15  was something that I had brought up to my

16  managers multiple times, was I never got

17  trained and this was new to me.

18             So it was basically, listen to

19  the videos, figure it out, sink or swim.

20  There was not a structure, so to say, of

21  training.  And Hillary continued to bring up

22  the amount that I needed to rely on my

23  project manager for certain items and I

24  explained to her, I was never trained.  Like,

25  I need someone to really sit down and train



 1   me on the process and what I'm supposed to

 2   do.

 3               And at that time, they flew

 4   Talia Harrison out to Atlanta, January 2019,

 5   to actually go through the actual process

 6   step by step as well as, at that time, we

 7   discussed me starting to handle uploading

 8   files and things of that sort.

 9        Q.    Okay.  So you met with Talia

10   Harrison and she gave you general training on

11   the role of implementation consultant and also

12   these new responsibilities that were going to

13   be added; correct?

14        A.    Yes, that's correct.

15        Q.    Where did that training take

16   place?

17        A.    In Atlanta, Georgia, right here.

18        Q.    Where?

19        A.    At my house.

20        Q.    How long was the training?

21        A.    It was about a week.  So she

22   flew out on Monday, flew back on Friday.  So

23   she was here for a week, but really about

24   three full days.

25        Q.    And that was training that you



 1  requested?

 2        A.      Yes.

 3        Q.      Did you receive any on-the-job

 4  training?

 5        A.      What do you mean by on-the-job

 6  training?

 7        Q.      Let me ask it a different way.

 8        A.      I'm sorry.

 9        Q.      Did the -- what was the first

10  implementation for which you were a project

11  manager?

12        A.      I don't recall the first one I

13  was --

14        Q.      Okay.  Did you do it on your own

15  or with assistance?

16        A.      No, I had assistance.

17        Q.      Okay.  How many, approximately,

18  did you -- implementations did you serve as

19  the project manager on with assistance?

20        A.      Well, I only did that for a few

21  months.  So I didn't really have any that I

22  went with completely no assistance, I guess

23  you could say.  I still had to reach out

24  because I was a new employee at that time as

25  well.



1        Q.       Right.  But was there another

2    project manager who you worked with during

3    that period on these first implementations?

4        A.       John Jenkins, he was the manager

5    over advanced scheduling.

6        Q.       So he sort of was a co-project

7    manager with you during this initial period?

8        A.       Yeah, when I first started.

9    Like, he was kind of, you know, guiding me in

10   regards to -- because a lot of it was, like,

11   police terms and things that I was not

12   familiar with, and he was a cop forever, so.

13       Q.       Okay.  Okay.

14               Let me step back a little bit and

15   ask some kind of more basic questions.

16               The customers who purchased

17   ExecuTime are government entities; correct?

18       A.       That is correct.

19       Q.       States and municipalities?

20       A.       That is correct.

21       Q.       And one of the things that they're

22   purchasing is the actual software; correct?

23       A.       Yes.

24       Q.       The -- either the advanced

25   scheduling or the time and attendance software



1   or in some cases both?

2       A.      I believe -- and I could be

3   wrong, because I don't do sales, I believe

4   you have to have time and attendance to do

5   advanced scheduling, though.

6       Q.      Right.  But you wouldn't

7   necessarily have to have time and

8   attendance -- or I'm sorry, you wouldn't --

9   you could have time and attendance only?

10      A.      Yes.

11      Q.      Okay.  And you did not create the

12  software; correct?

13      A.      No.

14      Q.      You're not a technical person, you

15  said?

16      A.      No, sir.

17      Q.      Is that correct?

18      A.      That is correct.

19      Q.      Sometimes we'll get a double

20  negative and I'll need to clear that up as I

21  just did there.

22      A.      No problem.

23      Q.      The software is something that

24  developers created?

25      A.      Yes, sir.



1        Q.      You supported the software, I've

2    used that term, in the sense of your duties as

3    an implementation consultant?

4        A.      When you say support?

5        Q.      Well, you're -- obviously, your

6    job duty functions related in some way to the

7    software in terms of teaching it through

8    training, some of the integration work that

9    you mentioned was related, at least at some

10   level, to the software?

11       A.      Yes, that is correct.

12       Q.      At a general level, you worked

13   with the software?

14       A.      That is correct.

15       Q.      But you did not create the

16   software?

17       A.      Yes, that is correct.

18       Q.      Okay.  And you also didn't sell

19   the software; correct?

20       A.      No, I did not.  That is correct.

21       Q.      Okay.  I take it that even before

22   the acquisition, ExecuTime had a sales team?

23       A.      That is correct.

24       Q.      And the sales team would be the

25   one that would pitch and market the software



1  independent of anything that you as either a

2  project manager or implementation consultant

3  would do; correct?

4       A.    Yes, sir.

5       Q.    Back to your offer letter, if I

6  asked this, I apologize.  You understood that

7  as a salaried employee, you would receive the

8  same compensation no matter how many hours you

9  worked during a particular pay period;

10 correct?

11      A.    That was my understanding, yes,

12 sir.

13      Q.    And that was, in fact, the case;

14 correct?

15      A.    Yes, sir.

16      Q.    One of the rules of depositions

17 that I neglected to tell is that if you need a

18 break at any time during the deposition, you

19 can take one.

20      A.    Okay, thank you.

21      Q.    But the other rule is that

22 sometimes I'm going to need a break, like

23 right now.

24      A.    Okay, no worries.

25            MR. MCKEEBY:  Is it okay if we



```
 1   take a break?
 2              MR. HERRINGTON:  Sure.  Thank
 3   you.
 4              THE VIDEOGRAPHER:  Going off the
 5   record at 10:39.
 6              (A short break was taken.)
 7              THE VIDEOGRAPHER:  We are back on
 8   the record at 10:50 a.m.
 9        Q.    (By Mr. McKeeby) Okay.  Back on
10   the record.  Ms. Greene, you understand you're
11   still under oath?
12        A.    Yes, sir.
13        Q.    Do you -- did you graduate from
14   college?
15        A.    I did not.
16        Q.    Have you ever attended college?
17        A.    I have, yes.
18        Q.    How many years?
19        A.    About one.
20        Q.    Where was that?
21        A.    In Delaware, Del Tech.
22        Q.    Have you -- when was that one
23   year?
24        A.    Geez.  When I got out of high
25   school.  So that would have been, like, 2002,
```



```
 1   2003ish.
 2          Q.     Other than associated with
 3   employment, since 2002, have you had any other
 4   education in terms of classes or curriculums
 5   or courses?
 6          A.     I took a real estate class.  I
 7   mean, nothing like technical or towards this
 8   job, but....
 9          Q.     And how -- are you currently
10   employed?
11          A.     Yes, sir.
12          Q.     With whom?
13          A.     With O'Ryan.
14          Q.     What kind of company is that?
15          A.     It's similar as far as software
16   is concerned.
17          Q.     What type of software do they
18   provide?
19          A.     So they provide law management
20   software that deals more with, like, the
21   accounting aspect of things, not so much,
22   like, time and attendance, like this job.
23          Q.     Okay.
24                 MR. HERRINGTON:  She can get you a
25   good deal.
```



```
 1          Q.      (By Mr. McKeeby) So your

 2     clients -- I assume you anticipated my next

 3     question.  Your clients are no longer

 4     government entities, I take it, since -- at

 5     O'Ryan?

 6          A.      That is correct, yes, sir.

 7          Q.      They're law firms?

 8          A.      That is correct.

 9          Q.      And are you -- what's your

10     position?

11          A.      I'm a project manager here.

12          Q.      Do you work out of your home?

13          A.      I do not, no, sir.

14          Q.      What office do you report to?

15          A.      Right in Marietta.

16          Q.      And when did you first start

17     working at O'Ryan?

18          A.      June of this year.

19          Q.      And are you paid salary or by the

20     hour at O'Ryan?

21          A.      I'm paid salary.

22          Q.      Do you receive overtime?

23          A.      I do not, no, sir.

24          Q.      What's your salary?

25          A.      It's 60,000.
```



1        Q.      And I take it you interviewed for

2    a position at O'Ryan?

3        A.      I did, yes, sir.

4        Q.      And did you present them with a

5    copy of your resume?

6        A.      Yes.  Excuse me, let me actually

7    back up a little bit.  I didn't give them the

8    copy of the resume there.  I had applied on

9    Indeed and uploaded the copy of my resume on

10   Indeed.  So they received my resume from

11   Indeed.

12       Q.      Thank you for --

13       A.      Yes.

14       Q.      -- that correction.

15               (Whereupon, Exhibit 2 was marked

16               for identification.)

17       Q.      (By Mr. McKeeby) I've marked as

18   Deposition Exhibit 2 what's been produced in

19   this case as your resume.  Would you agree

20   with that characterization?

21       A.      Yes, sir.

22       Q.      Is this, as far as you know, a

23   true and correct copy of the resume that you

24   presented to O'Ryan in connection with your

25   employment?



1          A.     Yes, sir.

2          Q.     And did you present this -- well,

3   I don't know how to honor your correction.  Do

4   you have an understanding that this resume was

5   presented to other employers as well or just

6   O'Ryan?

7          A.     I don't understand that

8   question, I'm sorry.

9          Q.     You uploaded a resume on Indeed, a

10  job site service; correct?

11         A.     Yes, sir.

12         Q.     This is the resume that you

13  uploaded?

14         A.     Yes, sir.

15         Q.     Were there any other versions of

16  the resume that you utilized since your

17  employment with Tyler other than this

18  document?

19         A.     No, sir.

20         Q.     Did you actually provide this

21  resume to any employers other than through

22  Indeed?

23         A.     No -- hold on, let me back that

24  up.  Because I also uploaded this on

25  LinkedIn.  So then, I guess that would also



 1  technically count for other people getting it

 2  off of Indeed.

 3       Q.    So you uploaded the resume on

 4  LinkedIn as well as Indeed?

 5       A.    Yes, sir.

 6       Q.    And I guess you would agree with

 7  me that the resume is truthful and accurate?

 8       A.    Yes, sir.

 9       Q.    Is -- in terms of your job duties,

10  I understand it's a different kind of software

11  with a different kind of client.  But is the

12  project manager position that you have with

13  O'Ryan similar to the project manager position

14  that you had during the first several months

15  of your employment with ExecuTime before the

16  Tyler acquisition?

17       A.    Similar in what ways?

18       Q.    Any ways?

19       A.    So in certain ways, yes, because

20  I am -- I'm actually managing the projects

21  with this company, I'm not assisting.

22       Q.    Okay.  And you were assisting

23  while you were at ExecuTime because you were

24  new, as you testified to, and Mr. Jenkins and

25  you worked together; correct?



 1        A.      And there was Jason Eps, he

 2   worked along -- just if I had questions and

 3   stuff, I would reach out to them.  Because

 4   keep in mind, when I was on the advanced

 5   scheduling side, there was a lot of police

 6   questions that would come up, fire department

 7   questions that I was not familiar with how to

 8   answer or even approach those.

 9        Q.      As a project manager at O'Ryan,

10   are you doing any of the roles that you

11   performed as an implementation consultant when

12   you were with Tyler?

13        A.      Yes, sir.

14        Q.      What functions are those?

15        A.      Like, the training aspect of

16   things.

17        Q.      What else?

18        A.      The initial setup based off of

19   the client's policies and procedures.

20        Q.      That's something you do at O'Ryan

21   and that's something you did as an

22   implementation consultant at Tyler?

23        A.      Yes.  The initial setup, yes,

24   sir.

25        Q.      And you said initial setup of the



 1   client's information or?

 2        A.     That is correct.

 3        Q.     What other tasks or duties do you

 4   have at O'Ryan that you also had as an

 5   implementation consultant at Tyler?

 6        A.     That's about it, is training and

 7   the initial setup.  Because now, of course,

 8   I'm doing more with my new role.

 9        Q.     Right.  So that wouldn't be

10   responsive to my question.

11        A.     Yes, sir.

12        Q.     So in terms of the different job

13   functions as an implementation consultant at

14   Tyler, we've covered -- we've mentioned -- I

15   shouldn't say we've covered -- but we

16   mentioned training and we mentioned the

17   initial setup.  What other duties and

18   responsibilities did you have as an

19   implementation consultant?

20        A.     I did either weekly or biweekly

21   calls with the client.

22        Q.     Okay.

23        A.     I also did certain levels of

24   troubleshooting if they ran into issues

25   while, you know, utilizing the software, of



```
 1   course.
 2          Q.     What else?
 3          A.     Um --
 4          Q.     Travel?
 5          A.     Yes, yes, sir.  And I would
 6   travel and do those specific things, like go
 7   train people and travel, yes.
 8          Q.     Right.  Obviously, you're
 9   traveling to do some of these things, but
10   you're also traveling as part of your job?
11          A.     Yes, sir.
12          Q.     What other duties did you have,
13   again, just sort of listing them by category?
14   Are there any other duties?
15          A.     Not that I can think of off the
16   top of my head.
17          Q.     We can come back to it if we need
18   to.
19          A.     Okay.
20          Q.     Just so that we're clear, are you
21   comfortable if I refer to the ExecuTime
22   software -- you mentioned that it's divided
23   between time and attendance -- the time and
24   attendance module and the advanced scheduling
25   module.  But it all relates to payroll;
```



 1  correct?

 2       A.    Essentially, that is the end

 3  result, is producing the actual payroll.

 4       Q.    I mean, that's what the objective

 5  of the software is, to make sure the payroll

 6  is done properly; correct?

 7       A.    So we don't actually do the

 8  payroll portion, but to make sure that the

 9  time is accurate, yes.

10       Q.    And the time needs to be accurate

11  because if it's not, then the compensation

12  won't be accurate?

13       A.    That is correct.

14       Q.    So you would agree with me that --

15  that it was critical that the software be --

16  that the software perform correctly?

17       A.    Yes, sir.

18       Q.    And, for example, as I understand

19  it, before you could quote, Go-Live, unquote

20  with the software, you actually had to have

21  two test runs before the hand to make sure the

22  software was operating properly; correct?

23       A.    That is correct.

24       Q.    And the concept of going live,

25  tell me what that means.



 1        A.     So once the client actually goes

 2   live, then they are no longer doing, like,

 3   what you would call a parallel test.  So a

 4   parallel test would be when they're using our

 5   application, the ExecuTime application as

 6   well as however they were currently doing to

 7   basically parallel test to make sure it was

 8   accurate.

 9             Once they're actually live, they

10   only utilize ExecuTime software for clocking

11   in, clocking out, adding time, things of that

12   nature.

13        Q.     And therefore, at that point, when

14   they went live, it was critical that the

15   software was being operating correctly?

16        A.     Yes, sir.

17        Q.     And so the certain level of

18   troubleshooting that you mentioned, that would

19   have occurred, obviously, before the customer

20   went live?

21        A.     Yes, sir.  That is correct.

22   Now, sometimes there may be a situation where

23   something may come up, you know, on their

24   Go-Live or after, of course, but majority of

25   troubleshooting was within the parallel



 1 | testing, for the most part.
 2 |        Q.     Did you ever have a situation
 3 | after Go-Live when the software didn't work
 4 | properly that you were involved in while you
 5 | were at Tyler?
 6 |        A.     After the Go-Live?  I'm just --
 7 | I'm trying to just think if there were any
 8 | situations, because essentially, once they
 9 | Go-Live, they go over to support.  So I don't
10 | deal with them, once they go to support,
11 | they're off my plate and I'm completely done
12 | with them.
13 |        Q.     And there's a concept of being
14 | passed to support; correct?
15 |        A.     Yes, sir.
16 |        Q.     And that's at the end of the
17 | implementation process?
18 |        A.     Yes, sir.
19 |        Q.     And is that before or after
20 | Go-Live?
21 |        A.     After Go-Live, the project
22 | manager then steps up to transfer them over
23 | to support.
24 |        Q.     And the project manager would
25 | consult with you in connection with passing



1   the client to support; correct?

2           A.      Yeah.  Well, they're involved

3   the whole way, so they know where the client

4   is.  And because we were in so much contact

5   with different scenarios, when I would reach

6   out to the project manager, they knew where

7   the client was, you know, the whole time

8   through parallel testing and stuff.

9           Q.      They knew -- the project manager

10  would know based on communications from you?

11          A.      That is correct, yes, sir.

12          Q.      And so you would be updating the

13  project manager periodically about how the

14  implementation was going, were they meeting

15  deadlines, were they ready to be passed to

16  support, that type of thing?

17          A.      Yes.  And the project manager

18  also -- so different project managers handle

19  it currently.

20          Q.      Okay.

21          A.      When I was with Talia, she would

22  request and receive all of the checklists

23  throughout the process.  So she knew very

24  well where everyone was at, because she's

25  requesting the documents that are needed to



```
 1   sign off.
 2        Q.     And being passed to support, is
 3   something that's communicated to the client;
 4   correct?
 5        A.     Yes, sir.
 6        Q.     And that's a phone call; correct?
 7        A.     Or an e-mail.
 8        Q.     Or an e-mail?
 9        A.     Yes.
10        Q.     If it was a phone call, would you
11   be typically on the line as the implementation
12   consultant?
13        A.     On the pass to support call --
14   and excuse me, were you asking was it a phone
15   call when they actually transition or when
16   we're scheduling them to transition?  My
17   apologies.
18        Q.     That's okay.  That's a fine
19   distinction.  I'm -- was referring more to
20   what I think is the former, when they're
21   passed to support, is there a phone call with
22   the client or a communication with the client
23   saying, hey, you're through with the
24   implementation process, we're now passing you
25   to support?
```



1        A.      Yes, sir.

2        Q.      Okay.  And would you be on that

3   call typically?

4        A.      I just started being on those

5   calls probably around December or January,

6   but before, no, I was never on those calls.

7        Q.      And just so we're clear, support

8   is a different service that the client

9   purchases when they buy the ExecuTime

10   software; correct?

11        A.      I'm not sure how that goes on

12   the sales side.

13        Q.      Okay.  But you know -- you would

14   review the client contracts as part of your

15   preparation for particular implementations;

16   correct?

17        A.      Yes, sir.

18        Q.      But those contracts didn't discuss

19   support or you just don't remember?

20        A.      I don't recall.  That may have

21   been something that was just included, but

22   I -- honestly, I'm not sure.

23        Q.      And did you have discussions with

24   your project managers about where clients were

25   as to whether or not they were ready to be



 1   passed through support?

 2          A.      Yes.

 3          Q.      And what would that be based on?

 4          A.      If there were any issues that

 5   they ran into, if the time wasn't matching up

 6   correctly, I mean, there could be numerous

 7   different things that could prevent a

 8   Go-Live.

 9          Q.      Well, I'm not talking about a

10   Go-Live, I don't think.  I was saying, okay,

11   being passed to support -- which I understood

12   occurred after Go-Live?

13          A.      Right.  So essentially you have

14   to Go-Live to go to support.  So my

15   apologies.

16          Q.      No, that's all right.  But I'm

17   going to make sure you were answering the

18   question you thought you were answering.  So

19   in order to be passed to support, you had to

20   make sure that there were no technical issues,

21   I guess?

22          A.      Yes, sir, that's correct.

23          Q.      Okay.  And you would discuss those

24   issues with the project manager?

25          A.      If needed, yes.



1        Q.     Okay.  Did you -- what else had to
2    be done to pass the client to support after
3    the Go-Live?
4        A.     Well, they had to have all of
5    their checklists in.  So through each -- I
6    guess you could say, item they needed to
7    complete, a checklist needed to be completed
8    as well.
9        Q.     And their employees had to know
10   how to use the software; correct?
11       A.     Yes, that is correct.
12       Q.     Were there ever any instances
13   where you -- well, I guess if the employees
14   weren't properly trained on the software, they
15   wouldn't be in a position to Go-Live in the
16   first place; correct?
17       A.     Well, not necessarily, because
18   sometimes they only do certain groups.  So
19   they may not -- I'm just -- let's just say
20   that we did the City of Atlanta, they may not
21   have the entire City Go-Live that first
22   group.  They may only do one department or
23   two departments and then start, you know,
24   bringing everyone else in as they're using
25   the software.



1      Q.    Right.  Okay.

2            But -- all right.  So maybe I

3    didn't ask it precisely enough.  But what --

4    whether it be a particular department or the

5    client as a whole --  and I guess that would

6    depend on the particular implementation -- but

7    in either case, was there ever any instance

8    where the training wasn't going as well as it

9    could have to warrant going live?

10     A.    When you say the training wasn't

11   going as well as it could have?

12     Q.    The people weren't getting it.

13   You know, there was a Go-Live date that's part

14   of the -- I don't know is it part of the

15   checklist?

16     A.    It is, yes.  It is part of the

17   checklist as well.

18     Q.    So when you say checklist -- I'm

19   going a little bit off track here, but the

20   checklist is something that you drafted?

21     A.    No.

22     Q.    Okay.  The project manager

23   drafted?

24     A.    That is correct.  It's part of

25   their project plan.



```
 1        Q.    And the project plan has various
 2   deadlines?
 3        A.    That the project manager does,
 4   yes.
 5        Q.    Okay.  For training?
 6        A.    Uh-huh.
 7        Q.    For integration?
 8        A.    (Nodding.)
 9        Q.    Yes?
10        A.    That is correct, yes, and the
11   project manager sets all of those dates.
12        Q.    Okay.  So that's a checklist that
13   you have when you take over -- when the
14   implementation is handed off to you?
15        A.    I can see the dates, yes.
16        Q.    Were there any situations where
17   you had to -- you being Tyler, had to postpone
18   a Go-Live date?
19        A.    Oh, yes, for sure.  That was not
20   uncommon.
21        Q.    That could be the result of
22   technical issues?
23        A.    Could be -- it could be
24   technical issues, it could be time not adding
25   up.  It could be they just need more time.  I
```



1  mean, it could vary on numerous different

2  things.

3       Q.    Need more time to do what?

4       A.    To maybe, you know, get more

5  people in the application or whatever it is

6  that they may need more time for.  Sometimes

7  they have other things coming up or other

8  projects, things of that sort.

9       Q.    And that could, for example, delay

10 the training?

11      A.    It could, yes, sir.

12      Q.    Did you ever have a situation

13 where you delayed a Go-Live date because the

14 training wasn't going well in the sense that

15 the users -- I know there's power users and

16 end users, but in situations where the users

17 weren't picking up on the training as well as

18 you thought they should have?

19      A.    I mean, there has been

20 situations; like there was one client where

21 it was majority older -- I guess you could

22 say seasoned people.

23      Q.    Fair enough.

24      A.    And with that, a lot of them

25 didn't even know how to work, like, smart



1   phones.  I actually had to go on site and do

2   a little bit more hand holding.  So depending

3   on the client, situations like that could

4   happen, yes.

5        Q.    What client was that?

6        A.    Alexander County, they were in

7   North Carolina.

8        Q.    Okay.  Did you have to delay the

9   Go-Live date with them?

10        A.    They drug their feet for a

11   while.  They were actually around for a

12   couple of years because they were -- how is a

13   nice way to put this.  They were kind of

14   doing their time, like, old school, where

15   they were writing it all down on paper and --

16   yeah.

17        Q.    But that's a situation where the

18   Go-Live date had to be changed?

19        A.    Yeah, multiple times with them,

20   they were around for a while.  They kept

21   putting it on -- because what you can do is

22   but a project on hold, quote, unquote, where

23   you basically put it on hold and then you

24   pick back up when the client's ready.

25        Q.    And is that a situation where you



1   went to the customer's location to do what

2   I'll call on-site training?

3          A.    Once I went on site, we were

4   able to move through with the actual project.

5   But I did go on site for them, yes.

6          Q.    Was it -- on that project

7   specifically, was it not originally

8   contemplated that you would be going on site?

9          A.    I'm not sure.  The project

10  manager discusses all of that.

11         Q.    Okay.  Did you report to the

12  project manager what you observed in terms of

13  the training in that example?

14         A.    Well, with that actual training,

15  I only went on site for the power user

16  training.

17         Q.    Okay.

18         A.    But yeah, I let her know they

19  were elder and they were -- seasoned, I'm

20  sorry, they were having a little bit harder

21  time using the software.

22         Q.    Got it.

23                And that ultimately resulted in a

24  delay of the original Go-Live date?

25         A.    Well, yeah, but they were --



1   once I got them, they had already been

2   lingering for about a year and a half with

3   ExecuTime.

4        Q.    Okay.  But was it -- was there

5   another Go-Live date that had to be postponed

6   as a result of them being slow learners of

7   having trouble using the software, for

8   whatever reason, be it their seasonedness or

9   otherwise?

10       A.    Yeah.  I want to say we had to

11  push it out slightly, but it wasn't like

12  another year or anything.  They just needed a

13  little bit more time to work in the

14  application.

15       Q.    Did -- what was the -- maybe a

16  question that you can't answer but I'll ask

17  it.  Was there a typical duration of

18  implementation process?

19       A.    Typically, yes, about 120 days.

20       Q.    Okay.  Now, does that 120 -- I

21  understand that's going to vary depending on

22  some of the factors that we've already touched

23  on.  Is that a period that would be set forth

24  in the contract?

25       A.    I'm not sure they put it in the



 1  contract.

 2        Q.      When you say 120 days, does that

 3  account for the time that the project manager

 4  is in charge of the process and after the

 5  handoff to the implementation consultant?

 6        A.      Yes, sir.

 7        Q.      Okay.  Of that 120 days, how much

 8  is devoted or how much is -- how much time is

 9  the project manager in charge of before the

10  handoff?

11        A.      I'm not sure exactly how long

12  they would have it.

13        Q.      Approximately?

14        A.      Maybe -- it depends because

15  integration -- because they do a lot of more

16  of the back-end stuff.  So when it comes to

17  that, sometimes they would have projects for

18  longer, because I don't really know the exact

19  time the project manager would start working

20  on that.  So it's hard for me to answer that

21  question.

22        Q.      Fair enough.  I thought it might

23  be.  So -- but at some point during that

24  typically 120 days, there is a handoff to the

25  implementation consultant?



1        A.      That is correct, yes, sir.

2        Q.      Which would be you?

3        A.      Yes.

4        Q.      And that occurs during a -- is

5   there something called a handoff call with a

6   client at that point?

7        A.      So essentially -- and different

8   project managers would handle it different --

9   the most recent, generally, we would do like

10  a call where I would sit in on the call and

11  she would introduce me as well, and I would,

12  you know, meet the client and all of that

13  good stuff and then we would discuss next

14  steps.

15       Q.      Okay.  And the client, would

16  that -- obviously referring, at some level, to

17  a state or municipality, was there a

18  particular title at the client with whom you

19  would typically coordinate -- a project

20  manager?

21       A.      They would have project managers

22  most of the time.  You know, every client is

23  a little different.  So sometimes we would

24  deal with, like, HR managers or payroll

25  supervisors, or there would be different



```
 1    people on the team.
 2          Q.     Okay.  So it might be more than
 3    one person?
 4          A.     Yes, sir.
 5          Q.     So the different phases of the
 6    implementation that you mentioned earlier, the
 7    training, the initial setup, the weekly calls,
 8    the travel, and the certain levels of
 9    troubleshooting that you performed as an
10    implementation consultant, am I right that all
11    of that would occur after the handoff?
12          A.     Yes, that is correct.
13          Q.     Okay.  And I guess the amount of
14    time that you would have to -- to -- to do
15    those -- perform those roles, would depend on
16    the timing of the handoff?
17          A.     As well as the timing that the
18    project manager put together in the project
19    plan.
20          Q.     How would you -- let me ask you
21    this:  I know you listed those different
22    categories of tasks.  The training, the
23    initial setup, the weekly calls, the
24    troubleshooting and the travel.  Is there an
25    order in which they would occur, typically?
```



 1          A.      So essentially, when I get the
 2     actual client, I go through with the client
 3     and do, like, a power user training.  And --
 4     excuse me, let me back up.
 5                  Prior to the power user
 6     training, I go through the questionnaire and
 7     the solution design that the project manager
 8     had put together from the actual client.  So
 9     I go through the information that they have
10     gathered based on their specific policies and
11     procedures.
12          Q.      Based on the client's specific
13     policies and procedures?
14          A.      Yes, sir, that is correct.  So
15     based on the client's specific policies and
16     procedures, and then I would do --
17          Q.      Now, what are you reviewing?  I'm
18     sorry to interrupt.
19          A.      The questionnaire and the
20     solution design that the project manager put
21     together with the client.
22          Q.      Okay.
23          A.      So they went through a series of
24     questions with them and kind of noted, you
25     know, everything down.



1          Q.     These are two separate documents?

2          A.     Yes, sir.

3          Q.     You would review those -- is this

4     after handoff or before handoff?

5          A.     This would be around the time of

6     handoff, I would go through the documents.

7          Q.     What would be your objective in

8     reviewing the questionnaire and the solution

9     design?

10         A.     To see what their policies are

11    and how the application needs to be set up.

12    Because there are certain things that I would

13    need to turn on -- like, in the system admin

14    preferences, I guess we can call it, like the

15    preferences option, where, for example, maybe

16    some places use comp time and some places do

17    not.  It's as simple as going under the

18    preferences and checking a box to allow them

19    to actually use it.

20         Q.     And you would know from the

21    questionnaire -- or I guess both the

22    questionnaire and the solution design, for

23    example, whether or not this particular client

24    used comp time?

25         A.     Yes, sir.



 1          Q.     And that would affect the initial
 2     setup?
 3          A.     Yes, sir.
 4          Q.     Would that be the next thing you
 5     would do in the process, would the initial
 6     setup?
 7          A.     Yes, once I go through the
 8     solution design and the questionnaire, then I
 9     do pretty much like a generic setup so to
10     say, based off of their solution design for
11     the power admin training that I'm going to do
12     with them.  Because I want to allow them to
13     be able to see how they would use the
14     software.
15          Q.     Okay.  And then would the next
16     step in the process typically be the power
17     admin training?
18          A.     Yes, sir.  Typically, yes.
19          Q.     And that could occur either
20     remotely or on site; correct?
21          A.     Yes, depending on what the
22     client and the project manager discussed.
23          Q.     In terms of the implementations
24     that you performed, generally -- or
25     approximately, what percentage were remote



1  versus on site, in terms of the training?

2       A.    So some clients would only do

3  power admin on site.  And then they would

4  split up and do some of the end user, super

5  user remote.  Some would do it vice versa.

6  So it really depends.

7            I would guesstimating about 40

8  percent of them would go -- like 30 to 40

9  would do onsite on different portions of the

10  training.

11      Q.    Okay.  So -- so I think you

12  answered my question but I want to make sure.

13  So of all of the implementations that you did

14  at Tyler, you were actually at the customer

15  location approximately 30 to 40 percent of the

16  time?

17      A.    Around that, yes, sir.

18      Q.    Okay.  And the reason that you

19  were on site could vary too, but typically

20  would involve power user training?

21      A.    Typically, yes, sir.

22      Q.    And it may or may not involve end

23  user and super user training?

24      A.    Yes, sir.

25      Q.    Okay.  So I guess the -- we've



 1   talked about the different -- well, we've

 2   talked about the power training -- the power

 3   admin training.  And then I guess the

 4   troubleshooting that you discussed or

 5   mentioned, that kind of occurs throughout the

 6   process; is that fair?

 7          A.     Yes, sir.  Yes.

 8          Q.     As does -- obviously, the travel

 9   happens before the power user training,

10   assuming you're doing that on site?  And it

11   happens afterward, I guess?  Well, we --

12          A.     As far as the troubleshooting is

13   concerned?

14          Q.     No, no.  I'm talking about just in

15   terms of the different categories of functions

16   that we listed.  We listed training, initial

17   setup, weekly calls, certain level of

18   troubleshooting and travel, is what you

19   mentioned.  And I'm trying to now, get a sense

20   of what -- in what order those occurred --

21          A.     Okay.

22          Q.     -- and you've told me -- well,

23   first, you looked at the questionnaire and the

24   solution design.  And that was at or around

25   the time that you had the handoff call.



 1          A.       (Nodding.)

 2          Q.       And then there was the initial

 3   setup process.  Then there was the training.

 4   And my question is:  I take it that that --

 5   that the troubleshooting that you mentioned

 6   occurs kind of throughout the process, not at

 7   one particular time necessarily?

 8          A.       Yes, sir.  Now, majority of it

 9   is towards the parallel testing, but of

10   course, we may run into -- you know, little

11   things here and there that I may have to

12   troubleshoot along the way as well.

13          Q.       So does the parallel testing

14   typically occur after the training?

15          A.       Yes, sir.

16          Q.       Okay.

17          A.       After the end user, super user

18   training.  Because that's when the actual

19   employees will start utilizing the

20   application.

21          Q.       Okay.  Okay.  What's a power user?

22          A.       So the power user training would

23   be with the higher ups like their project

24   manager, possibly the head of their payroll,

25   if they're -- you know, doing the project



 1   alongside with the project manager.  Possibly
 2   the HR manager.  It's the higher ups who can
 3   actually make decisions on how they would
 4   like to use the application.
 5        Q.    And those are decisions that the
 6   client obviously makes?
 7        A.    Yes, sir.
 8        Q.    Those decisions are based on the
 9   training that they get, in part?
10        A.    Well, it's based off of -- and
11   when you say those decisions --
12        Q.    Well, you said -- mentioned how
13   they wanted to use the software, was this
14   something that the client had to decide?
15        A.    Yes, sir.  So an example of that
16   would be more so, let's say that City of
17   Atlanta is using comp time.  Okay.  So a
18   decision that may need to make is how do you
19   want to use the comp time within the
20   application?  Would you like it to
21   automatically populate once they exceed 40
22   hours?  Would you like them to submit a time
23   off request for that comp time?  Would you
24   like them to just send their supervisor an
25   e-mail?  So it would be -- internally they



 1  would decide how do they want to handle
 2  certain situations like that.
 3        Q.     And they would communicate that
 4  decision to you?
 5        A.     Absolutely, yes, sir.
 6        Q.     And I take it they would typically
 7  communicate the decision to you after the
 8  training, once they knew what the options
 9  were?
10        A.     Yes.  Yes, sir.
11        Q.     And did they -- did -- I guess
12  different clients had different preferences
13  about how to do it in the example that you
14  gave of comp time?
15        A.     Yes, sir.  And some of them
16  would determine it like as soon as they
17  talked to the project managers.  Some of them
18  would determine and say, hey, we just want to
19  automatically populate this.
20        Q.     Okay.  Would they ever ask you for
21  recommendations on how to do it?  How you've
22  done it before or what are other people doing,
23  anything like that?
24        A.     Well, they would sometimes ask,
25  you know, how do other agencies?  It's not a



 1   super common question, though, because a lot
 2   of agencies know how they want to do things
 3   like that, because they've been doing a
 4   certain process for so many years.
 5        Q.     Okay.  Okay.  What happens after
 6   parallel -- I'm sorry.  Back up.  What's --
 7   under user training, I take it, are the actual
 8   people that are inputting time?
 9        A.     Employees and supervisors, yes,
10   sir.
11        Q.     Okay.  And then super user
12   training?
13        A.     And I'm sorry.  Supervisors
14   would sit in on the end user training and the
15   employees and then the super users only for
16   the supervisors.
17        Q.     I see.  So super user training
18   refers to supervisor training?
19        A.     Yes, sir.
20        Q.     Now, did every implementation
21   contain power user training, end user training
22   and super user training?
23        A.     Yes, sir.
24        Q.     Okay.  And they would always be
25   separate?



```
 1        A.      End user and super user was

 2   usually together.  So for example, I would

 3   schedule like a two-hour block, and I would

 4   say, okay, the first hour is going to be your

 5   end users or your employees that are within

 6   the pilot group or the group that's going to

 7   be using the application for parallel

 8   testing.  And then we would take a break so

 9   that the employees could leave the training

10   and then the supervisors would remain for the

11   supervisor -- or the super user, so to say,

12   portion.

13        Q.      Okay.  And what -- you mentioned

14   parallel testing.  After that is Go-Live?

15        A.      Yes, sir.

16        Q.      And did you have responsibilities

17   during the Go-Live process?

18        A.      When you say responsibilities as

19   far as -- because it's not really a process,

20   so to say.  It's kind of once they have two

21   successful parallels, they're live.

22        Q.      Right.  But they're not passed to

23   support yet?

24        A.      Generally, once they Go-Live

25   within -- I'm not sure how the project
```



1   manager did it, it's usually within, like,

2   that week once they Go-Live, they start going

3   over to support.

4           Q.      Right.  And I think you testified

5   earlier that at that point, you no longer have

6   responsibilities with respect to the client,

7   the support team does?

8           A.      That is correct.  And there

9   would be rare circumstances where maybe there

10  was a ticket that I was working on for

11  something.  I mean, very minimal would that

12  happen, but that would happen sometimes.

13          Q.      Right.  But my question is:  Would

14  it happen -- would the transition to support

15  where you're generally not responsible for the

16  account, for the project, would that happen

17  before or after going live?

18          A.      Right after Go-Live.

19          Q.      What were your responsibilities,

20  if any, when the client went live?  Were you

21  supposed to kind of monitor and oversee?

22          A.      Just be available, if they had,

23  like, questions or issues, especially

24  through, like, the parallel testing too, just

25  making sure that if there was something that



 1   I needed to assist with, I was available.

 2        Q.    Okay.  And would that be typical

 3   that you would be called on when the client

 4   went live with questions or?

 5        A.    More throughout the parallel

 6   testing, not really Go-Live.  Because we

 7   basically tell the client, once you're over

 8   to support, you don't e-mail us anymore.  Of

 9   course we say it in a nicer way, but.

10        Q.    Okay.  Of course.  Okay.

11             Okay.

12             And I guess -- scratch that.

13             So let me, again, approximate as

14   best we can the percentage of time that you

15   spent on these different functions.

16             And I know it's not going to be

17   precise and there's going to be guesstimates

18   and I'm not, you know, trying to pin you down

19   completely.  But I want to get a sense, so we

20   can talk later about what you're spending the

21   majority of time doing.  And you've talked

22   about training, you've talked about initial

23   setup, you've talked about the weekly calls,

24   troubleshooting, obviously, you had to go over

25   the questionnaire and the documents prior to



1   or in conjunction with the handoff.

2              I want to get a sense of what

3   percentage of your time was spent on each of

4   those functions or responsibilities.  Did you

5   understand?

6        A.    Kind of.  Can you elaborate a

7   little bit more, I'm sorry?

8        Q.    I will.  So you -- while you were

9   working as an implementation consultant, you

10  did these things that we've discussed?

11       A.    Uh-huh.

12       Q.    One of the things that you did was

13  training.  What percentage of time, while you

14  were working, were you training?

15       A.    So --

16       Q.    Approximately, again?

17       A.    So I had multiple clients at

18  once, and the training, essentially, the

19  power -- or excuse me, the power user

20  training, used to run about three hours or

21  so.

22       Q.    Right.

23       A.    But because it was so rushed,

24  they just recently changed it to do three

25  days of three hours.



```
 1        Q.     Right.  But I'm trying -- I think
 2   you're maybe a little confused about where I'm
 3   trying to -- how I'm trying to ask this.
 4              I'm trying to say, you know, like,
 5   if someone asked me about my job, I would tell
 6   them, well, one of the things that I do is
 7   write briefs.
 8        A.     Uh-huh.
 9        Q.     And they might ask, well, what
10   percentage of your job is writing briefs?  I
11   would say, well, it's probably 10 percent of
12   the time I write briefs.
13        A.     Uh-huh.
14        Q.     How often are you in depositions
15   like this?  I might say that's probably 15
16   percent of my time, and I'm not sure if I'm
17   right.  I'm just giving you an example.  So I
18   want you to translate that into your role as
19   an implementation consultant, and I understand
20   you don't take depositions or write briefs,
21   but you do perform training and I understand
22   there's a lot of different types of training,
23   but I'm just talking about training in
24   general.  What percentage of your work time
25   was spent training, approximately?
```

```
 1        A.      Approximately, like a
 2   guesstimate, I would say maybe 30 to 40
 3   percent as far as the actual training is
 4   concerned.  Now, that's not including the
 5   setup that's required prior and things of
 6   that sort.
 7        Q.      Okay.  How much of the -- what
 8   percentage would you give to the initial
 9   setup?
10        A.      So the initial setup or setup
11   throughout the project?  Because there's the
12   initial setup that we do for the power user
13   training and there's also additional setup
14   that we do prepping for end user, super user
15   payroll, export training?
16        Q.      How about all setup?
17        A.      So, all setup, probably 30, 40
18   percent as well.
19        Q.      Okay.  And weekly calls?
20        A.      I would have them every week and
21   they would be either -- well, I'm sorry.
22   Depending on the client, it would either be
23   weekly or biweekly.
24        Q.      Okay.
25        A.      They would range anywhere from
```



1  30 minutes to an hour.

2       Q.    Okay.  So that's a smaller

3  percentage of time?

4       A.    Yes.  Yes, sir.

5       Q.    And troubleshooting would be a

6  small percentage as well?

7       A.    Yeah.  And it would just kind of

8  be throughout.  So the troubleshooting is

9  really hard to gauge, just because some

10  clients were really great and I didn't need

11  to help them as much, and then you have

12  others like my more seasoned clients who

13  would need a little bit more help.

14       Q.    Okay.  You mentioned that you were

15  having to do multiple implementations at one

16  time.  Did I understand your testimony

17  correctly?

18       A.    Yes, sir.

19       Q.    How many, typically, would you

20  have at one time?

21       A.    It ranged so often.  It's hard

22  to say.  I would say at least --

23       Q.    Between what and what?

24       A.    Between 5 and 20.  Like, it was

25  really a big range as far as how many at



1   once.

2        Q.     And I take it having that many

3   implementations at one time would create

4   challenges for you schedule-wise?

5        A.     Yes, for sure.

6        Q.     And when you look at your resume,

7   the first bullet under your title,

8   Responsibilities, is "Manage multiple client

9   implementations simultaneously while meeting

10  all project planned deadlines."  Did I read

11  that correctly?

12       A.     That is correct.

13       Q.     So all of these implementations

14  would have particular deadlines?

15       A.     As far as, like, checklists are

16  concerned that the project manager put

17  together, when like the end user, super user,

18  was supposed to be completed, things of that

19  sort, yes, sir.

20       Q.     So you didn't set the deadlines,

21  but you had to be aware of the deadlines?

22       A.     Yes, sir.

23       Q.     And you were aware of the

24  deadlines through your review of the document

25  that is -- is that in the checklist?



 1         A.     That would be -- the checklist
 2    is actually within the project plan.
 3         Q.     Project plan?
 4         A.     Yes, sir.
 5         Q.     Okay.  So was the project plan
 6    something that you reviewed prior to the
 7    handoff to implementation consultant?
 8         A.     So --
 9         Q.     And I understood -- let me back
10    up.  I understood you reviewed -- I think you
11    told me that you reviewed -- I thought I
12    highlighted it, but the questionnaire --
13         A.     Solution design.
14         Q.     -- the solution design.  Is
15    that -- is the project plan something
16    different from that?
17         A.     Yes, sir, it is.
18         Q.     Okay.  And the project plan is
19    something you create or the project manager
20    created?
21         A.     The project manager creates.
22         Q.     Is that something that you review
23    separate and apart, I take it, from the
24    questionnaire and the solution design?
25         A.     Yeah, I use that kind of as



```
 1    my -- I guess you could say kind of like a
 2    calendar, so to say, of when these items are
 3    due.
 4         Q.    Okay.
 5         A.    I'll use that for --
 6         Q.    So the project plan contains the
 7    deadlines?
 8         A.    Yes, sir.
 9         Q.    Within these checklists?
10         A.    Yes, sir.  And additional
11    details about what exactly is due on the
12    checklist, it kind of breaks it all down for
13    them.
14         Q.    And because you were dealing with
15    multiple implementations at any one time,
16    that's what you mean when you have to manage
17    the client implementations simultaneously?
18         A.    Right.
19         Q.    And so you would have to determine
20    your schedule from week to week based on these
21    deadlines?
22         A.    That is correct, yes, sir.
23         Q.    It wasn't like every week you got
24    a schedule saying, hey, you need to do this on
25    a particular date, and then Wednesday you need
```



Case 1:19-cv-01338-AT   Document 60   Filed 04/10/20   Page 98 of 280

1    do initial setup for this project, and on

2    Thursday, you need to do end user training?

3    You didn't get itemized schedules delineating

4    your functions on a week-to-week basis?

5            A.     No, I did not.

6            Q.     That's a true statement?

7            A.     That is a true statement.

8                   MR. HERRINGTON:  Sir, would you

9    repeat that question?

10                  MR. MCKEEBY:  No.

11                  MR. HERRINGTON:  Can you read

12   it?

13                  When lawyers say, Is that a true

14   statement, I get worried.

15                  MR. MCKEEBY:  Oh, no, I just

16   thought we had a double negative there.

17                  MR. HERRINGTON:  Okay.

18                  MR. MCKEEBY:  And I'll not

19   repeat the question, I'll ask the court

20   reporter to read it back.

21                  (Record read.)

22                  MR. HERRINGTON:  Okay.  Thank

23   you.

24                  MR. MCKEEBY:  Okay.  All right.

25                  MR. HERRINGTON:  I thought she



1 | had to say -- oh, you're not exempt -- oh,
2 | you're exempt, aren't you, yes, of course I'm
3 | exempt.  You know.
4 |            MR. MCKEEBY:  I'm not -- that's
5 | not even on my outline.
6 |            MR. HERRINGTON:  Okay.
7 |      Q.    (By Mr. McKeeby)  Okay.  All
8 | right.  Let's look at the next bullet on your
9 | -- well, let me ask you about -- about the
10 | first bullet.
11 |            Would you agree with me that
12 | meeting the project -- you didn't set the
13 | project deadlines, but meeting the project
14 | deadlines was your responsibility?
15 |      A.    Yes, sir.
16 |      Q.    That's something you kept the
17 | project manager updated on in terms of where
18 | things stood vis-a-vis your functions as
19 | identified on the checklist that the project
20 | manager created?
21 |      A.    Can you repeat that question,
22 | I'm sorry?
23 |      Q.    I'll try to ask it differently.
24 |      A.    Okay.  Thanks.
25 |      Q.    Would you -- would one of the



1 | things you would do as an implementation
2 | consultant be to update the project manager in
3 | terms of where things stood on the deadlines?
4 |       A.    Yes, but they were so involved,
5 | I didn't really need to send updates, too
6 | much.
7 |       Q.    So it wasn't a discrete function?
8 |       A.    Yes.
9 |       Q.    Okay.  They were involved, so they
10 | knew where things stood without you having to
11 | send in some type of report or something like
12 | that?
13 |       A.    That is correct.
14 |       Q.    Okay.  Looking at that next bullet
15 | on the resume, it says "Build, lead and direct
16 | project teams to meet project objectives."
17 | Did I read that correctly?
18 |       A.    Yes, sir.
19 |       Q.    When you say "project teams," are
20 | you referring to internal Tyler teams or teams
21 | at the customer or both?
22 |       A.    No, just the client, the actual
23 | client, their project team.  I would make
24 | sure they clearly understood what the project
25 | manager already went over with them.  I would



 1  kind of reiterate, hey, these are your
 2  objectives, these are your deadlines.
 3       Q.    And again, the project team at the
 4  client would consist of a project manager
 5  typically?
 6       A.    It's usually a few people and it
 7  varies.  I've been one place where they had
 8  ten people on their team, but I've been other
 9  places where it's only two.  So it definitely
10  varies.
11       Q.    And how did you build the team,
12  what does that mean?
13       A.    They build -- you mean, how do
14  they build -- like, how do they determine
15  who's on their team?
16       Q.    No.  I mean, what did you mean in
17  the resume that you provided to your current
18  employer when you said you build a project
19  team?
20       A.    So I don't necessarily build the
21  project team, so to say.
22       Q.    What did you mean by that?
23       A.    So I -- that's a great question,
24  because I don't build the actual -- the
25  actual teams.



1        Q.      But you do lead the teams?

2        A.      As far as when their due dates

3   and things are concerned, I will reiterate

4   that, yes.

5        Q.      And the project objectives, how

6   did you know what the project objectives were?

7        A.      That was based off of the

8   project manager.  And what was within the

9   actual project plan.  So even though the

10  project manager already goes through that

11  with the client, it's still my job to make

12  sure they understand they have to stay on

13  that track.

14       Q.      But you had to understand what the

15  project objectives were?

16       A.      Yes, sir, like as far as the

17  checklists and things are concerned.

18       Q.      You would determine those

19  objectives by reviewing the solution design

20  and the project plan?

21       A.      More so the project plan.

22  Because the solution design more so gives

23  information of their internal policies and

24  procedures and the project plan is what the

25  project manager puts together, actually,



1    putting dates for their deadlines.

2         Q.    The next bullet and then we will

3    take a break, if that's okay?

4         A.    Sure.

5         Q.    Strong leadership and delegation

6    skills.  To whom did you delegate tasks?

7         A.    To the client.

8         Q.    What kinds of things would you

9    delegate to the client?

10        A.    I would do certain things like,

11   let's say, we had the power user checklist,

12   so it's already listed out as far as what

13   they need to do.  And I would just delegate

14   and say, okay, these are the specific items

15   that need to be completed by this date,

16   pretty much like reiterating the project plan

17   that was already put together.

18        Q.    So you're delegating particular

19   functions associated with the implementation

20   process to someone on the project team?

21        A.    Can you repeat that for me?

22             MR. MCKEEBY:  Can you read that

23   back?

24             (Record read.)

25             THE WITNESS:  Yes.



```
 1                    MR. MCKEEBY:  Go off the record.
 2                    THE VIDEOGRAPHER:  Going off the
 3    record at 11:42 a.m.
 4                    (A short break was taken.)
 5                    THE VIDEOGRAPHER:  We are back on
 6    the record at 11:59 a.m.
 7          Q.    (By McKeeby) All right.  Back on
 8    the record after a break.  And I'm going
 9    through your resume.  I think we're on the
10    fourth bullet.  That says you set clear
11    expectations and goals for project teams;
12    correct?
13          A.    That is correct.
14          Q.    And again, I take it the project
15    team has the same meaning as previously used
16    in the resume?
17          A.    As the client, yes.
18          Q.    And how would you set the
19    expectations and goals, would that be in your
20    communications with the client during your
21    weekly calls or -- well, I'll ask it that way.
22    Was that one of the ways that you would set
23    the clear expectations and goals during the
24    weekly or biweekly calls that you mentioned
25    with the client?
```



 1          A.      That was one of ways, yes, sir.

 2          Q.      What were the other ways?

 3          A.      We could even do an e-mail;

 4    generally speaking, I set the clear

 5    expectations and make sure they understand

 6    the goal and everything on that initial call,

 7    just kind of reiterating what the project

 8    manager set up for a timeline and for the

 9    goals.

10          Q.      And the initial call is the -- the

11    hand-off call?

12          A.      Yes, sir.

13          Q.      Got it.

14                  And you and the project manager

15    would be on that call?

16          A.      Yes.

17          Q.      Okay.  Now, so I'm clear, so that

18    the record is clear, when you were actually on

19    site -- well, let me ask it a different way.

20                  The -- you, I think, told me that

21    between 30 to 40 percent of the

22    implementations that you performed while you

23    were an implementation consultant at Tyler

24    were at the client's location.

25          A.      Around about, yes, sir.



1          Q.      Right.  And again, I know about --

2     that's an approximation and the record will so

3     reflect.

4                 When you were at the client's

5     site, I take it you were doing training?

6          A.      Yes, sir.

7          Q.      Okay.  Were there other of these

8     functions that we've discussed that would also

9     typically occur at the client site when you

10    were there?

11         A.      Generally, when I was on site

12    with the client, it was for power user

13    training, end user and super user training;

14    those were the main reasons I would travel.

15         Q.      To be at the client.

16         A.      Yes.

17         Q.      Okay.  And there might be some

18    troubleshooting mixed in or something like

19    that, but that didn't necessarily have to

20    happen at the client site, certainly?

21         A.      Right.  Absolutely correct.

22         Q.      Okay.  So typically, then, I want

23    to re-characterize and make sure we're on the

24    same page, if you were at the client site on

25    these 30 to 40 percent of the times, it would



1    be to perform the training?

2         A.    Most of the time, yes.

3         Q.    Okay.  And then the next part of

4    the fourth bullet says, "Track project against

5    timeline, milestones and budget and revise as

6    needed"?

7         A.    That is correct.

8         Q.    What would you be revising?

9         A.    So with that, if there was

10   something within the progress -- I'll just

11   give you an example.  Let's say that they're

12   behind schedule as far as doing the end user,

13   super user training, so prior to the

14   trainings, there's generally a checklist that

15   is required prior to.  So, for example, you

16   have the power user checklist, that's

17   supposed to be completed prior to the end

18   user, super user.  If it was not, then at

19   that point, I would reach out to the project

20   manager to let them know, hey, this needs to

21   be revised, we may need to push out the date,

22   and then they would actually update the

23   project plan.

24        Q.    Okay.  So you wouldn't actually

25   revise the -- the revise in that bullet in



1   your resume doesn't mean changing the actual
2   terms of a document?
3        A.    No.  That's not what that means
4   there, no.
5        Q.    Right.  It means communicating
6   that something needs to be changed and then
7   the project manager would make that change?
8        A.    That is correct.
9        Q.    Got it.  Okay.
10              I set up the question about the
11   training and I didn't ask what I wanted to.
12              So when you're at -- when you're
13   training at the facility -- and I understand
14   sometimes it happened on the web training too,
15   where you weren't at the facility?
16        A.    Yes.
17        Q.    But when you were at the facility
18   doing the training that you described, you're
19   there by yourself; correct?
20        A.    Sometimes.
21        Q.    Typically?
22        A.    Typically, yes.
23        Q.    Okay.  Who else, on those
24   occasions that are atypical, would the project
25   manager might also be there?



```
 1          A.     Sometimes yes, not very common.

 2          Q.     Okay.

 3          A.     Usually, they're just available

 4    if I need something.

 5          Q.     Right.  But when you're doing the

 6    training -- it's a classroom-type training, I

 7    take it?

 8          A.     Yes, sir.

 9          Q.     And you are training either the

10    super users, power users or end users in that

11    classroom?

12          A.     Yes, sir.

13          Q.     And you're up in front of them

14    doing the training?

15          A.     Most of the time sitting down.

16          Q.     Most of the time sitting down.

17    Okay.  But you're there typically by --

18    there's no other Tyler employee there?

19          A.     Yes, that is correct.

20          Q.     That is correct.  Okay.

21                 What does the term, in that bullet

22    point on your resume, "milestones" mean?

23          A.     So milestones.  There were two

24    different things:  There were milestones that

25    had to be met as well as Go-Live checklists.
```



 1   So milestones are essentially -- they're kind
 2   of like a checklist so to say.  But that's
 3   something that, you know, I would make sure
 4   that whatever the project manager put within
 5   the project plan, I need to ensure that the
 6   client's essentially meeting those.
 7         Q.    But is milestones the same as a
 8   deadline?
 9         A.    Pretty much, yes, sir.
10         Q.    Okay.  And if the client wasn't
11   meeting a milestone or deadline, you would
12   communicate that to the project manager?
13         A.    Absolutely.
14         Q.    And that's the kind of thing that
15   might result in postponing a Go-Live deadline?
16         A.    That could be one of the many
17   reasons, yes.
18         Q.    Now, what is the budgeting -- what
19   is the budget -- the "Track progress against
20   budget" mean?
21         A.    So the budget, each client can
22   purchase different amounts of hours.  So
23   depending on how many hours they had, that
24   would be communicated from the manager to the
25   project manager and myself.



 1              And for a short period of time,
 2    we were updating the actual -- within the
 3    project plan, there was a portion that would
 4    show the hours they had and then it would
 5    subtract the time that we were working on
 6    that.  So if they got under, I believe it was
 7    10 or 12 hours, then I needed to notify the
 8    project manager so then they can speak to the
 9    client and have them purchase more hours, if
10    necessary.
11         Q.    Okay.  Did you ever recommend to
12    the client that they might need more hours?
13         A.    Not unless I spoke to the
14    project manager first, no.
15         Q.    Okay.  You would recommend -- you
16    would alert the project manager to the fact
17    that they needed more hours based on the
18    budget?
19         A.    That is correct.
20         Q.    Okay.  And when you're saying
21    "hours," you're meaning training hours?
22         A.    Right.  Yes.  Yes, sir.  And
23    those hours could also be used for some
24    troubleshooting and setup and things of that
25    sort as well.



```
 1          Q.     But they're hours that you're
 2    tracking as an implementation consultant?
 3          A.     That is correct.
 4          Q.     And they're hours that you
 5    actually perform services?
 6          A.     That is correct.
 7          Q.     Okay.
 8          A.     For the billable -- quote,
 9    unquote, billable items.
10          Q.     Okay.  So it was your
11    responsibility -- or something that you did as
12    an implementation consultant would be to
13    review what the budget was and compare that to
14    the amount of hours that you had billed to the
15    project to make a determination if additional
16    hours are needed?
17          A.     So it wasn't like that.  With --
18    the project manager built a template within
19    the project plan.
20          Q.     Right.
21          A.     And it started -- and I'm just
22    going to throw out a number, it started at
23    120 hours.  So the items that were billable
24    that I was working on, when I would type it
25    in, it would automatically deduct from that
```



 1   amount based off of what the project manager

 2   set up.

 3           So it would actually -- all I

 4   would do is enter in the time that I worked

 5   that was actually billable, and it would

 6   deduct it automatically, so I didn't really

 7   have to factor anything.

 8       Q.    Well, but you did have to track

 9   the budget; correct?  Is what your resume says

10   or?

11       A.    Yes.  Yes.  Yes, sir, that is

12   correct.

13       Q.    Okay.  Now, am I right that there

14   are -- one of the things that you did at the

15   initial stage of an implementation would be to

16   review the contract; did you do that?

17       A.    Yes, sir.

18       Q.    Okay.

19       A.    I would briefly look over the

20   contract; I didn't go into much detail with

21   that.

22       Q.    And would you agree with me that

23   there were different types of contract options

24   that the client had?

25       A.    Yes, sir.



1          Q.      What were those -- examples of
2     those types of options?
3          A.      So they used to do where -- I
4     believe they stopped doing that, but where
5     you would have a certain amount of billable
6     hours or you could do, like, a certain amount
7     of, like, days they used to do it.  But I
8     believe they changed that.
9          Q.      Okay.  Was that a paid-in-full
10    contract?
11         A.      Yes, something -- something to
12    that extent, yes.
13         Q.      So that means that they would --
14    the client would pay an amount up front for a
15    certain amount of billable hours?
16         A.      So I'm not sure how the billing
17    went, because I didn't handle any of that, so
18    I can't really answer that question.
19         Q.      So what's a paid-in-full contract?
20         A.      So a paid-in-full contract --
21    see you're getting into contracts, which is
22    something I don't deal with.  So when you're
23    using these terms, I can't really answer it
24    with confidence and say, this is exactly what
25    that means, because I didn't deal with it.  I



1   briefly looked over the contracts.

2          Q.    Right.  Okay.

3                So when I use the term

4   "paid-in-full contract," is that something

5   that you've heard before while you were an

6   implementation consultant or is that a phrase

7   that you're not familiar with?

8          A.    Don't quote me on this, once

9   again, because I don't -- and I know that's

10  horrible to say while I'm sitting here, but I

11  don't deal intimately with the contracts at

12  all.

13         Q.    Right.  But you did review them as

14  part of the process?

15         A.    Briefly review, yeah.

16         Q.    But you didn't really care as much

17  what type of contract they were?

18         A.    No, that wasn't something that I

19  was really too focused on, because everything

20  is within the actual project plan, so I could

21  look there and determine --

22         Q.    Right.

23         A.    -- how I would handle the

24  client.

25         Q.    Are you aware that there's certain



1   contracts that provided for a fixed price?

2          A.     I believe there is.  But I'm not

3   confident in saying yes.

4          Q.     Okay.  Who would I ask about the

5   different types of contracts?

6          A.     Probably, like, the sales

7   department, because they handle contracts and

8   things of that sort.

9          Q.     You weren't an expert on that?

10         A.     Not on the sales, no, sir.

11         Q.     I mean, because it didn't matter

12   in terms of the implementation consultant

13   duties that you were performing whether they

14   paid up front or whether they were being

15   billed by the hour; correct?

16         A.     They still have to get the work

17   done, either way they purchase the contract.

18         Q.     So is that a yes to my question?

19         A.     Can you repeat that question for

20   me?

21                MR. MCKEEBY:  Can you read it

22   back?

23                (Record read.)

24         Q.     (By Mr. McKeeby) Do you understand

25   it or do you need another question?



1        A.      Can you do another question, if
2   you don't mind?
3        Q.      Well, let me do another question.
4        A.      Thank you.
5        Q.      Okay.  In terms of your duties, it
6   didn't matter whether the contract was a fixed
7   fee or whether it might vary depending on the
8   hours billed, did it?
9        A.      What you're saying is correct.
10  I would still have to do the same duties
11  regardless of how the contract was.
12       Q.      Okay.  So the next meeting -- the
13  next bullet in your resume says, "Hold
14  regularly scheduled meetings with the client
15  to ensure that milestones are met."  Did I
16  read that correctly?
17       A.      That is correct.
18       Q.      Does that refer to the weekly or
19  biweekly phone calls that you mentioned?
20       A.      That is correct.
21       Q.      So by "meetings" there, you're not
22  taking about a face-to-face meetings
23  necessarily?
24       A.      No.  I'm referring to, like, my
25  weekly calls that I would do.



1          Q.     Okay.  And would those be just
2     between you and the client contact person?
3          A.     Sometimes the entire team would
4     attend.  If needed, sometimes the project
5     manager would attend.  But generally
6     speaking, it was usually me and the project
7     manager or whoever is running the project on
8     the client side.
9          Q.     Got it.
10               And would those calls be -- how
11    would you schedule those calls?
12         A.     So it's actually determined by
13    the project manager from the beginning.  And
14    I can't remember if it's the solution design
15    or the questionnaire, but in one of those
16    documents they generally determine do they
17    want weekly or biweekly calls and do they
18    want 30-minute calls or hour calls.
19         Q.     Okay.  But in terms of when they
20    occur during -- let's say it's a weekly
21    call --
22         A.     Uh-huh.
23         Q.     -- when in the week they occur, is
24    that something that you schedule with the
25    client?



1        A.      I would, yes, sir.

2        Q.      And is that -- would there be sort

3   of an agenda or schedule that you would create

4   that would contain various functions including

5   the meeting or the call?

6        A.      No, not necessarily, no.

7        Q.      You would just reach out to the

8   client and say, we need to have our weekly

9   call, what's your schedule look like?

10  Something along those lines?

11       A.      No.  I'm sorry, maybe I

12  misunderstood your question.  They were set

13  for a certain day and certain time, either

14  weekly or biweekly.

15       Q.      Right.

16       A.      I set that up.

17       Q.      Okay.  How did you go about

18  setting that up?  Communicating with the

19  client about what was best on their schedule?

20       A.      Yes, sir.

21       Q.      Okay.  So that was just kind of

22  a -- would be a weekly reminder then that you

23  were scheduled to have that call at that time?

24       A.      Absolutely.  We would literally

25  just log onto the call and meet.  So if we



1   had it scheduled Wednesdays at two o'clock, I

2   would send out a reoccurring GoToMeeting and

3   then we would log in.

4        Q.    Got it.  Okay.  And that would, I

5   guess, relate to the first point in your

6   resume about managing multiple client

7   implementations simultaneously, you would --

8   might have multiple of those calls every week,

9   I take it?

10       A.    Oh, yes, that is correct.

11       Q.    Okay.  And the next bullet

12  references providing "software application

13  training using a variety of delivery methods

14  including web-based and on-site training."

15  Did I read that correctly?

16       A.    Yes, you did.

17       Q.    That's the various types of

18  training that we've mentioned and at some

19  level discussed, the power user, end user and

20  super user training, that's what you're

21  referring to; correct?

22       A.    Yes, sir.

23       Q.    Okay.  And the next bullet says,

24  "Coordinate new customer implementations

25  providing effective training to maximize the



1   use of software."

2             Is that something distinct from

3   these other bullets?

4        A.     What do you mean is that

5   something distinct from the other bullets?

6        Q.     What did you mean by "Coordinate

7   new customer implementations"?

8        A.     So with that, basically,

9   coordinating their effective training,

10  coordinating when the training would occur

11  based off of the project manager, just making

12  sure that they understood the software and

13  kind of getting everything, you know,

14  coordinated for the client.

15       Q.     Right.  But aren't all of the

16  customers new customers?

17       A.     Yes.

18       Q.     Okay.  And so you would agree with

19  me then, based on this bullet, that the

20  effectiveness of your training at least played

21  a role in whether or not the client was able

22  to maximize the use of the software?

23       A.     Can you repeat that for me,

24  please?

25       Q.     Your resume says that one of the



1  things you did was "Provide effective training

2  to maximize the use of the software"?

3       A.    Yes, sir.

4       Q.    So is it a true statement then

5  that the effectiveness of your training

6  affected whether or not the customer, client

7  was able to maximize their use of the

8  software?

9       A.    Not necessarily, because it

10 depends on if they're -- for example, like my

11 seasoned client where my training was still

12 the same as I do with every other client,

13 they were just having a harder time

14 understanding.

15      Q.    Right.  So I understand that

16 effective training might not always lead to

17 maximization of the use of the software.

18 Right?

19      A.    Yes.

20      Q.    But if you provided ineffective

21 training, you wouldn't expect that the

22 maximization of the use of the software to

23 occur; correct?

24      A.    Correct.

25      Q.    And then the last two bullets are



1   just kind of general descriptions of things

2   that you needed to do your job well at Tyler,

3   excellent communications and effectiveness at

4   engaging with people from all backgrounds?

5          A.     Yes, sir.

6          Q.     Why did you decide to not return

7   to Tyler after your FMLA leave of absence?

8          A.     I had every intention to, but

9   the amount of stress and -- that was just

10  going on within Tyler, I just decided to

11  start looking for another job.

12         Q.     What stress do you mean?

13         A.     Well, there were several

14  situations where -- and I also reported that

15  to HR, with the hostile work environment with

16  the one gentleman.

17         Q.     That you mentioned before?

18         A.     Yes.  And there was a few

19  situations with that.  There was my manager

20  did not like me; so she was not very nice to

21  me at all.  There were --

22         Q.     Which manager do you mean?

23         A.     Hillary.  There were a few

24  situations there.

25         Q.     Is she the person to whom you



1  reported at the end of your employment with

2  Tyler?

3       A.    Uh-huh.

4       Q.    Is that yes?

5       A.    Yes, that is correct.

6       Q.    You would agree with me that you

7  didn't -- well, I'm sorry.  What was her job

8  title?

9       A.    I believe her actual title was

10  the implementation manager.

11      Q.    And the project managers that you

12  worked for, you understood they also reported

13  to Ms. Pasch?

14      A.    That is correct.

15      Q.    Any other reason you didn't go

16  back to Tyler?

17      A.    Not that I can think of off the

18  top of my head, no.

19      Q.    Let me talk a little bit about the

20  training that you provided as an

21  implementation consultant.  We addressed some

22  of it.  You described it as classroom training

23  where you would either be standing or

24  sitting -- maybe more sitting than standing --

25  with a group of people depending on whether or



```
 1 │ not you were training power users, end users
 2 │ or super users; correct?
 3 │      A.    Yes, sir.
 4 │      Q.    And would -- you would be training
 5 │ them on how to use the time and attendance
 6 │ software; correct?
 7 │      A.    Yes, sir.
 8 │      Q.    Okay.  And you would do that by
 9 │ pulling up -- you would have a screen?
10 │      A.    Yes.
11 │      Q.    Okay.  And what would be on the
12 │ screen?  Their system; correct?
13 │      A.    It would be their -- the
14 │ ExecuTime application with their setup within
15 │ the application.  So their employees, so
16 │ essentially would be their information.
17 │      Q.    And that was -- that information
18 │ was in the ExecuTime application as a result
19 │ of the initial setup work that you had done;
20 │ correct?
21 │      A.    Some of it was from the initial
22 │ setup.  Some of it was integrated and put in
23 │ through the project manager and our tech
24 │ team.
25 │      Q.    Okay.  But in terms of the
```



 1  training, you had on a screen the software
 2  with the client information?
 3        A.    That is correct.
 4        Q.    Okay.  It wasn't like a PowerPoint
 5  that you had prepared prior to the training
 6  session; correct?
 7        A.    No, sir, that is correct.
 8        Q.    And so the -- the client
 9  information being used in the executive -- I'm
10  sorry, ExecuTime application, would -- that
11  would vary from client to client; correct?
12        A.    That is correct.
13        Q.    And how did you conduct the
14  training?  Did you just kind of walk through
15  different aspects of the software to show
16  different functionalities?
17        A.    Yes, sir.
18        Q.    Did you ask questions of the
19  attendees?
20        A.    Within the power user training,
21  yes.  The end user and super user, no.  I
22  would allow them to ask questions at the end,
23  once the training was completed, but I
24  didn't, like, ask them questions throughout
25  the training.



1        Q.      But you did that when you were

2   training the power users?

3        A.      Power users, yes.

4        Q.      And why is that?

5        A.      Because I needed to confirm and

6   make sure that the information that I have in

7   regards to how they run their actual

8   department or, you know, the city, however

9   they run it, I need to make sure that it's

10   put within the application correct.

11        Q.      Did you ever have instances where

12   you would let the -- one of the power users

13   actually kind of take over the operation of

14   the system that was on the screen and

15   manipulate that during the training?

16        A.      Well, that's usually the first

17   time they've really seen it.  So in that

18   class, generally no.

19        Q.      Okay.

20        A.      But the weeks after when we had,

21   like, the weekly calls after the power user

22   training, at that point, they have been in

23   the application and doing things then.

24        Q.      Okay.  So then you might be more

25   inclined to let them take over and run the



1   software, so to speak?

2        A.     They wouldn't really run it, so

3   to say, but absolutely, we encouraged them to

4   get into the application and start doing

5   different things in there and using it.

6        Q.     And that was part of the power

7   user training?

8        A.     Well, it's usually done after

9   the power user training when they get in the

10  application, because essentially the power

11  user training, they're really watching me

12  show them where everything's located.

13       Q.     How long would the -- would the

14  power user training typically occur, in one

15  session or multiple sessions?

16       A.     So the power user training, we

17  actually struggled with that, that's why they

18  made internal changes within Tyler for that,

19  because it was only three, to three and a

20  half hours, and the clients were having a

21  really hard time because it was too much

22  information crammed in.  So now they do

23  three, three-hour classes on three different

24  days.  Because when you travel on site,

25  you're always on site for at least three full



1   days.  But if it's remote, it's three and a

2   half hours, so it's just very, very crammed.

3        Q.    Okay.  So if you're on site, you

4   would do it in -- on three separate days, each

5   three-hour training session?

6        A.    No, I would be in there eight

7   hours.

8        Q.    Right.  But the power user

9   training would be?

10        A.    Eight hours for three full days;

11   I would go and I would go into it in more

12   detail.  And I think that's why we were

13   having complaints, is because three and a

14   half hours is not enough time to go through

15   it remote.

16        Q.    When did this change occur in

17   terms of how these were scheduled?

18        A.    They were just starting to do

19   that, like, right before I left.

20        Q.    Okay.  So the majority of the time

21   when you were doing on-site training while you

22   were an implementation consultant, you would

23   do it for -- in multiple sessions or in the

24   single session, power user training?

25        A.    It would be 8:00 to 5:00, you've



1    blocked off your calendar and I get you for
2    the entire day.  We sit in a room and we're
3    in the computer except for minus lunch and
4    breaks.
5            Q.     And when you say, "We're in the
6    computer," you mean you and the power users?
7            A.     That is correct.
8            Q.     Which are typically more than one
9    person?
10           A.     Typically, yes.
11           Q.     And that would be for three full
12   days?
13           A.     Yes.
14           Q.     So I'm confused.  You said that
15   something changed where the power user
16   training was done differently with respect to
17   time towards the end of your employment?
18           A.     The remote power user training.
19           Q.     Okay.  So the on-site power user
20   training was always done 8:00 to 5:00, three
21   consecutive days?
22           A.     Generally speaking, yes.
23           Q.     Okay.  But the remote training
24   changed from three, to three and a half hours
25   to three hour sessions on three consecutive



```
 1  days?
 2        A.     Different days.
 3        Q.     Three different dates?  Okay.
 4        A.     Yes.  Usually like a week in
 5  between, so it would be three hours this
 6  week, three hours next --
 7        Q.     Yeah.  Okay.  So instead of 3 to
 8  3.5 hours, it was nine hours?
 9        A.     That is correct.
10        Q.     Okay.  Was that for every client
11  or did it depend on the particular client
12  contract?
13        A.     They were starting to do that
14  for every client.
15        Q.     Okay.  And your understanding of
16  the reason for that was that it just wasn't
17  enough time, the three to three and a half
18  hours wasn't enough time to train the power
19  users remotely?
20        A.     Absolutely.  Yeah, a lot of the
21  clients were starting to complain and they
22  were having a hard time grasping it with such
23  a short amount of time.
24        Q.     The clients would complain to you?
25        A.     Yes.  And even management, they
```



1  started reaching out just saying, it's just

2  not enough time to do the power user.

3        Q.    Did you communicate those

4  complaints to Ms. Pasch?

5        A.    Yes.

6        Q.    And did you agree with the

7  substance of the complaints, that the three to

8  three and a half hours wasn't enough time for

9  them to be trained on the software?

10       A.    Yes.

11       Q.    And did you communicate that to

12 Ms. Pasch?

13       A.    Yes.  And there were others that

14 did as well.  I think that's why they went

15 ahead and changed it, because you could see

16 it was clearly challenging for our client to

17 grasp that much information in three and a

18 half hours.

19       Q.    When you say others, you think

20 there were other implementation consultants

21 that may have had the same issues that you

22 did?

23       A.    Yes.

24       Q.    Why do you say that?  Did you talk

25 to other implementation consultants?



```
 1           A.      Yes.
 2           Q.      So since we're talking about other
 3   implementation consultants, did you ever talk
 4   to other implementation consultants about the
 5   reasons for your lawsuit in this case in terms
 6   of overtime compensation?
 7           A.      No.
 8           Q.      Have you ever talked to any
 9   lawyers other than Mr. Herrington or the other
10   members of his firm about this case?
11           A.      I have not.  I received a letter
12   from another one, but I did not contact them.
13           Q.      Was the letter from someone in
14   Baltimore?
15           A.      I don't recall exactly where it
16   was.  But it was for, like, a class action.
17   But I didn't -- I didn't reach out to them.
18           Q.      Was -- did you receive the letter
19   before or after you filed this lawsuit?
20           A.      It was after.
21           Q.      Do you still have the letter?
22           A.      Honestly, I don't know.  I don't
23   think I do, but I may.
24           Q.      Okay.  Have you talked to any
25   other Tyler employees about receiving a
```



1    similar letter?

2         A.    No.

3         Q.    Have you ever talked to other

4    Tyler employees about the letter that you

5    received?

6         A.    No.

7         Q.    Let me talk to you a little bit

8    about the troubleshooting work that you did.

9    I think to use your term that kind of -- well,

10   not your term, but your testimony -- that

11   throughout the process, and this would vary,

12   you would do certain levels of

13   troubleshooting?

14        A.    Yes, sir.

15        Q.    What type of troubleshooting would

16   you do?

17        A.    So an example would be the

18   client is within the application and overtime

19   is not populating.  Or the client's in the

20   application and they can't convert their

21   overtime to comp time.  Excuse me.  Those

22   would be a few examples --

23        Q.    So what was the second one, I'm

24   sorry, can't convert?

25        A.    Overtime to comp time.



1        Q.      Okay.  And how would you become

2    aware that these problems were occurring?  The

3    client would advise you or were you able to

4    see this during training or through some other

5    way?

6        A.      They would communicate that with

7    me.

8        Q.      Okay.  They might communicate that

9    to you during a weekly call, for example?

10       A.      Absolutely, yes.

11       Q.      Can you think of an example where

12   an issue like this was communicated to you by

13   a particular client?

14       A.      I mean, Turlock, California, is

15   a good example, because they used to run into

16   different issues.  One they had even -- was a

17   visual issue within the application.  So

18   those types of troubleshooting would not be

19   billable, but of course, we would still have

20   to complete the troubleshooting.

21       Q.      How did you know what was billable

22   and what wasn't?  Or did you make that

23   determination?

24       A.      Well, we would make the

25   determination based off of the list that our



1   implementation manager had sent out as far as
2   what's billable and what is not.
3        Q.    And troubleshooting wasn't on the
4   list?
5        A.    Well, certain troubleshooting
6   is, yes.  But if it had something to do with
7   a defect, then no.  You would basically
8   troubleshoot and not bill the time.
9        Q.    Okay.  And so what troubleshooting
10  would not involve a defect?
11       A.    Overtime not populating, that's
12  not a defect, that's just either the correct
13  employee is not attached to the correct
14  policy, that could be something as simple as
15  under the preferences in the back end.  But
16  that's not necessarily a quote, unquote,
17  defect.
18       Q.    So when -- a situation when
19  overtime wasn't populating in the software,
20  would that be something you could address and
21  fix yourself or would you have to escalate
22  that?
23       A.    Generally, that type of
24  troubleshooting, I would be able to fix,
25  because it's not very technical.  It's just



1   basically trying to copy the error that

2   they're receiving.

3        Q.    Were there types of errors that

4   you trouble shot and then determined that you

5   could not fix?

6        A.    Absolutely.

7        Q.    And those you would escalate to

8   the...

9        A.    First the project manager and

10  then it would go to our tech team, which we

11  would submit a ticket for them.

12       Q.    Who would prepare the ticket?

13       A.    I would.

14       Q.    And when you say the "tech team,"

15  is that a group that sits in Little Rock or

16  was it a group that sits in Little Rock?

17       A.    Not all of them are in Little

18  Rock, because we have probably more remote

19  employees than we do in office, but some of

20  them are in Little Rock, yes.

21       Q.    Would there be a specific tech

22  person to whom you would submit the ticket?

23       A.    No, it's whoever is available.

24  It would go to a queue and I'm not sure how

25  they distributed it on their side.



1       Q.      And then were you responsible to
2   keep in contact with the tech person to ensure
3   that the problem was addressed?
4       A.      Well, essentially, they would
5   send me an e-mail once they have it and
6   they're working on it.
7       Q.      You mentioned Turlock, California.
8   That was an implementation that you handled on
9   site?
10      A.      Yes, sir.  The power user
11  training -- I did -- I actually went back out
12  for the end user, super user as well.
13      Q.      So you were out there on two
14  occasions?
15      A.      Yes.
16      Q.      Once for power user training and
17  once for end user, super user training?
18      A.      That is correct.
19      Q.      I'm going to mark two exhibits, 3,
20  and 4.
21              (Whereupon, Exhibit 3 was marked
22              for identification.)
23              (Whereupon, Exhibit 4 was marked
24              for identification.)
25      Q.      (By Mr. McKeeby) And just to keep



1   us all on our toes, I'm going ask you about 4

2   first.

3        A.    Okay.

4        Q.    That is 3.  I may not have another

5   copy of 4.

6              Did I give you two documents?

7        A.    I have two, yes, sir.  I have an

8   extra one, sorry.

9        Q.    Give that one to your counsel,

10  please.

11             MR. HERRINGTON:  Wait.  Which one

12  is which?

13             THE WITNESS:  This is the first

14  one we're going over.

15             MR. MCKEEBY:  That's 4, actually.

16             MR. HERRINGTON:  This is 4.

17        Q.    (By Mr. McKeeby) That was a user

18  error in terms of the numbering.  So I guess

19  let's talk about both of the documents at a

20  general level.  These both deal with the

21  Turlock, California implementation that we

22  were just discussing; correct?

23        A.    Yes, sir.

24        Q.    And your project manager on that

25  was Mikeya Henderson?



1          A.     That is correct.

2          Q.     Okay.  And in Exhibit 4, on the

3    second page, is -- starts some e-mail

4    communications between you and Ms. Henderson?

5          A.     That is correct.

6          Q.     There's an e-mail from you dated

7    May 16th, 2018, where you're saying, "Attached

8    is my on-site agenda for Turlock"?

9          A.     That is correct.

10         Q.     Okay.  And is Exhibit 3 the

11   on-site agenda that you created?

12         A.     Give me one moment to look

13   through this.

14         Q.     Yeah, take your time.

15         A.     So this looks accurate.  I did

16   not create the actual agenda itself, but I

17   did update the times and things of that sort.

18   I believe this is a template that Mikeya

19   initially set up, so I would go into a

20   template and update what we would do.

21         Q.     And by that, you mean you would

22   put the times in?

23         A.     That is correct.  And what we're

24   doing within those times.

25         Q.     And that would be the product of



1  your communications with the client?  How did

2  you know to put, for example, 10:15, system

3  admin training, master file management?

4        A.    So the template that she

5  actually had set up is -- the times are

6  already on there.  So if modifications needed

7  to be made, then I would do that.  But

8  essentially, I would go through the initial

9  template that was sent, usually not making

10  many modifications at all, send it to the

11  client, so that if modifications needed to be

12  made, so if the 9:00 to 10:00 training admin

13  overview didn't work for them, then I would

14  be able to adjust that.

15        Q.    Right.  But in the e-mail when you

16  say, "Attached is my on-site agenda," you had

17  done something to the template; correct?

18        A.    I believe this was when we

19  started doing workshops, which was something

20  we were trying out that was a little bit

21  different.

22        Q.    What's a workshop?

23        A.    A workshop is -- it's just

24  basically the way we worded it to say, okay,

25  for this specific time -- instead of just an



```
 1   admin overview, we're going to spend these
 2   three hours on pay codes, as you can see on
 3   the first day, Tuesday.  And then the next
 4   day, the workshop, you can see it's overtime
 5   and comp time for several hours.  So it's
 6   just basically breaking it down in more depth
 7   in regards to the training we're doing.
 8        Q.     Okay.  But I don't think you
 9   answered my question.  When you say -- when
10   you send her this on-site agenda, I think you
11   said that you had modified the template to
12   tailor it to this particular implementation;
13   is that correct?
14        A.     That's -- to an extent, that's
15   correct.
16        Q.     Okay.  What did you do to the
17   template?
18        A.     So this --
19        Q.     What was your -- what was your
20   role in this document?
21        A.     So if I'm not mistaken, I
22   believe this is one of the first times we did
23   the workshop, so I added the workshops in
24   there.
25        Q.     Okay.  Okay.  And did you discuss
```



1  this schedule with the client?

2      A.    Yes, this is sent over to the

3  client as well.

4      Q.    And does the client approve the

5  agenda?

6      A.    They'll -- generally, they'll

7  say if any modifications need to be made.

8  But if not, it's usually, here's the agenda.

9  So it's not necessarily an approval, quote,

10  unquote, so to say.

11      Q.    I'm going to mark this document as

12  Exhibit 5.

13          (Whereupon, Exhibit 5 was marked

14          for identification.)

15      Q.    (By Mr. McKeeby) The document says

16  it's a position description for implementation

17  consultant?  Do you agree?

18      A.    The job title does say

19  implementation consultant, yes.

20      Q.    Have you seen this document before

21  I handed it to you?

22      A.    One moment so I can look through

23  this.

24      Q.    Sure.  Take your time.

25      A.    I believe so, yes.



1        Q.      When did you see it?

2        A.      I'm not sure of the date.

3        Q.      While you were employed with

4    Tyler?

5        A.      I believe so, yes.  It was a

6    document -- I can't say if it's this exact

7    document, but it was similar.

8        Q.      You saw a job description at some

9    point?

10       A.      At some point, yes, sir.

11       Q.      Did the job description you saw --

12   was it consistent with the duties you were

13   performing as an implementation consultant?

14               MR. HERRINGTON:  I'm sorry, are

15   you asking about this document or a document

16   that she believes she saw in the past?

17               MR. MCKEEBY:  The latter.

18       Q.      (By Mr. McKeeby) You testified

19   that at some point you -- during your

20   employment with Tyler, you didn't know when,

21   you saw a job description and that it might be

22   this document but you're not sure; right?

23       A.      That is correct.

24       Q.      When you saw the document while

25   you were employed with Tyler, did you read it?



1         A.      Briefly looked over it, I didn't
2    read it in full detail.
3         Q.      Did it appear, based on your
4    review, to be consistent with the job that you
5    had as an implementation consultant?
6         A.      For the most part.  The
7    overview -- I would say for the most part,
8    yes.
9         Q.      Okay.  And is this document, for
10   the most part, consistent with what you did as
11   an implementation consultant in terms of the
12   principal duties?  And take your time to read
13   it.
14        A.      Yeah, give me just a moment, if
15   you don't mind, please.
16        Q.      Yeah.
17               MR. MCKEEBY:  And after you're
18   done with that and this line of questioning,
19   we'll take our lunch break.
20               (A short discussion was held.)
21               THE WITNESS:  So the second bullet
22   says to create a new model to use in the
23   deployment of the project, I didn't do
24   anything as far as creating models are
25   concerned.



```
 1          Q.     (By Mr. McKeeby) Okay.

 2          A.     "Consult with users to identify

 3     the proper data mapping" product -- excuse

 4     me, "process for the product conversion," I

 5     didn't do anything with data mapping.

 6               "Provide instruction on proofing

 7     and analyzing data conversion from existing

 8     software to Tyler applications," I did not do

 9     that.

10          Q.     Okay.

11          A.     Train, of course I did that

12     part.  Plan out the role and troubleshooting,

13     yes.

14               I'm not sure what that means by

15     "Create a custom report," because we didn't

16     offer custom reports, we had very standard,

17     generic reports within the application, so

18     I'm not sure what that means.

19          Q.     So you would disagree with the

20     notion that you created custom reports?

21          A.     Yeah, because that's -- that's

22     vague and I'm not really too sure what they

23     mean by that.

24          Q.     Okay.

25          A.     Arrange travel.  (Reading
```



```
 1   document.)
 2              Assist the QA staff with product
 3   testing or modification testing as required,
 4   that's a little vague, I'm not absolutely
 5   sure what they're saying there.
 6        Q.    Okay.  But you did -- the three
 7   bullets before that you're okay with, arrange
 8   travel upon receipt, keep up to date on
 9   administrative tasks and design and conduct
10   training sessions?
11        A.    Yes.
12        Q.    Okay.  What about the last two?
13        A.    So the last one, "Create both
14   client facing and internal documentation,
15   such as quick tips, how tos," all of that is
16   templates that we may modify a little bit,
17   but I didn't necessarily create those
18   templates.
19              And the last one is pretty
20   accurate, because everything is self-study,
21   because there isn't, like, training or
22   anything, you kind of have to train yourself.
23        Q.    Okay.
24        A.    Should I read the next box as
25   well?
```



1      Q.     What box do you mean?

2      A.     Should I keep going?

3      Q.     No.

4      A.     Okay.

5      Q.     You may do that at your

6    convenience.

7      A.     Okay.

8            MR. MCKEEBY:  Let's take a break.

9            THE VIDEOGRAPHER:  Going off the

10   record at 12:48.

11           (A short break was taken.)

12           THE VIDEOGRAPHER:  We are back on

13   the record at 1:47.

14     Q.     (By Mr. McKeeby) Back on the

15   record after a lunch break.  I don't think I

16   asked you exactly this question.

17           When you were an implementation

18   consultant, how would you know when you were

19   assigned to a particular implementation?

20     A.     The implementation manager would

21   let us know and the project manager would

22   give me the cue when it was time for me to

23   step in as well.

24     Q.     Okay.  So you would get some type

25   of communication from the implementation



1    manager that you were assigned to a new

2    implementation?

3          A.     Yes.  But keep in mind, the

4    first part of the implementation, I didn't

5    work on.  So then that's why it was necessary

6    for a second step, for the project manager to

7    say, okay, I'm done with my stuff, go ahead.

8          Q.     And that would trigger the

9    handoff?

10         A.     Yes, sir.

11         Q.     Okay.  But you would know about

12   the fact that you were on the particular

13   project well before the handoff, based on the

14   notice that you would receive from the

15   implementation manager?

16         A.     That is correct.

17         Q.     And would that notice come in the

18   form of just an e-mail?

19         A.     E-mail or a phone call.  Either

20   one.

21         Q.     Would you receive any documents at

22   that point or just a notification of the

23   assignment?

24         A.     Generally, at that point, just,

25   hey, this has been assigned to you guys.



1       Q.     So you wouldn't get the contract

2    at that point to review?

3       A.     No, generally, we would have to

4    go look up that information.  We had, like, a

5    shared drive where a lot of documents would

6    be held at.

7       Q.     Okay.  So the notification from

8    the implementation manager of the assignment

9    would trigger your responsibility to look up

10   the documents?

11      A.     Yes, sir.

12      Q.     And by the documents, at that

13   point, we're talking about the contract with

14   the client?

15      A.     The solution design -- or well,

16   excuse me, I'm sorry, solution design hasn't

17   quite been there yet.  Once it was my turn to

18   take the project, that's when I would look up

19   the documents; I didn't generally go in and

20   look up the documents when it was assigned to

21   the project manager.

22      Q.     What documents could you have

23   looked up when it was assigned to the project

24   manager?  You could look at the contract?

25      A.     Just the contract at that point,



1   really.

2          Q.    Okay.  But at that point, it

3   wasn't necessary for you to review the

4   contract, because you wouldn't be handed off

5   the project until several weeks, at least,

6   later?

7          A.    Absolutely, until the solution

8   design and the questionnaire because that has

9   more information that I would actually need.

10         Q.    But you would review the contract

11  as part of that pre-handoff process; correct?

12         A.    I would briefly -- briefly, look

13  at the contract.  I would not go through that

14  contract like I did the questionnaire,

15  solution side.

16         Q.    Was there any particular provision

17  of the contract with the client that you

18  wanted to look at?

19         A.    Not that I can think of off the

20  top of my head, no.

21         Q.    Were you at a meeting in 2018 in

22  November in Little Rock where implementation

23  consultants were advised by Ms. Pasch that

24  there would be a change to how you recorded

25  time?



1        A.      Yes.

2        Q.      Okay.  Was that an implementation

3    consultant meeting, if I described it that

4    way, is that --

5        A.      No.

6        Q.      How you would describe it?

7        A.      It was an overall meeting,

8    project managers and implementation

9    consultants, it was a change for everyone.

10       Q.      Okay.  Was the meeting at the

11   Tyler offices in Little Rock?

12       A.      So, no, it was not.  They

13   actually reserved a room.  There was, like, a

14   golf course and stuff outside of the room,

15   but the office in Little Rock wasn't big

16   enough to hold everybody.

17       Q.      So was the meeting, like, in a

18   hotel or?

19       A.      It wasn't a hotel.  I couldn't

20   tell you exactly where it was.

21       Q.      Just a conference room?

22       A.      Yes, sir.

23       Q.      And Ms. Pasch presided over the

24   meeting, I take it?

25       A.      Her as well as Jamie.



```
 1         Q.      Jamie Burns?

 2         A.      Yes, Jamie Burns, uh-huh.

 3         Q.      Was it a multiple-day meeting?

 4         A.      Yes.

 5         Q.      Was this an annual meeting or

 6    just --

 7         A.      Yes, sir.

 8         Q.      Okay.  And you indicated

 9    affirmatively when I asked if there was a

10    disclosure of a change in time recordation by

11    implementation consultants, and I guess

12    project managers as well; right?

13         A.      Can you repeat that for me?  I'm

14    sorry.

15         Q.      No.  I can try to restate it.

16         A.      Okay.

17         Q.      I don't think it was a very good

18    question.

19                 My understanding was at this

20    meeting you were told that there was going to

21    be a change in the way you recorded your time?

22         A.      That is correct.

23         Q.      That change would apply both to

24    implementation consultants and to project

25    managers?
```



1          A.     That is correct.

2          Q.     Okay.  And am I also correct that

3     you were told that you would no longer have to

4     record all of your time, that from then on,

5     you would only have to record billable time?

6          A.     We were only recording billable

7     time from that point, which you are correct.

8     Even previously, we weren't really recording

9     all of the time.

10              So things that weren't billable

11     like admin items that you were working on,

12     not every single item that you worked on was

13     tracked, so to say.

14          Q.     Okay.  So then I guess I'm

15     confused.

16          A.     Yes, sir.

17          Q.     What was going to be different

18     going forward as of November 2018?

19          A.     So prior to November 2018, our

20     timesheet had to at least equal up to 40

21     hours.  So you didn't have to go into great

22     detail of what you did with admin, but you at

23     least had to put the hours there where it

24     equaled to 40 hours for that week.

25              After November 2018 -- and I



1  believe we only tracked our time for about

2  six months or so, but after that, there was

3  no admin time required at all.  They didn't

4  care if it said 40 hours, they just wanted

5  what was billable and that was it.

6         Q.    Oh, okay.  You said you believed

7  you only tracked your time for six months or

8  so?

9         A.    About, that's a guesstimate, of

10  course.

11        Q.    Okay.  I understand, the

12  approximate time.

13        A.    Yes.

14        Q.    But so -- I don't understand what

15  you're saying.  So there was a -- six months

16  prior to this meeting in November, you tracked

17  your time but not before that?

18        A.    Huh-uh, we did not track time

19  prior to that.

20        Q.    Okay.  So -- so around May of 2018

21  is when you first started tracking time?

22        A.    Around -- around about.

23  Possibly a little bit before then, but --

24        Q.    In that range?

25        A.    Yes, sir.



1        Q.      So for 2017, for example, you did

2   not record your time?

3        A.      No, sir.

4        Q.      Okay.  Then at some point, I take

5   it in 2018, you were instructed that you

6   needed to start recording your time?

7        A.      At least have 40 hours on

8   that -- on the timesheet.

9        Q.      But before that you didn't even

10  record your time?

11       A.      No, sir.

12       Q.      Is that true?

13       A.      That is correct.

14       Q.      Okay.  So what -- when you started

15  recording your time around May of 2018, how

16  did you do that?  Was there a database you

17  would go into or a program?

18       A.      Yes, sir.  We had a tracker that

19  we would just --

20       Q.      Time tracker?

21       A.      Yes, sir.

22       Q.      So the time tracker was introduced

23  in May of 2018?

24       A.      Around that time, yes, sir.

25       Q.      Around that time?



 1         A.      Yeah.

 2         Q.      Sorry.  Sorry.

 3                 And did you receive instruction as

 4   to what you were supposed to do to record your

 5   time?

 6         A.      Yes, sir.

 7         Q.      And in what form was that

 8   instruction?

 9         A.      The biggest thing was just

10   tracking the billable hours.  They weren't as

11   concerned with things that weren't billable,

12   like troubleshooting, like documents, like

13   doing other things of that nature.  They

14   weren't as concerned; they just wanted to

15   make sure that the billable time was listed

16   and our timesheet at least equalled to 40

17   hours.

18         Q.      Okay.  But my question was, how

19   did you receive that instruction?  Was it in a

20   memo, was there a policy that was put out or

21   was it training that you were given?  How were

22   you told these things?

23         A.      I cannot recall if it was either

24   a phone call meeting -- like on a GoToMeeting

25   or an e-mail, I'm not sure which one it was.



1        Q.      Okay.  So prior to this time,
2   there was no time tracker, obviously; right?
3        A.      That is correct.
4        Q.      So did you bill time prior to this
5   time?
6        A.      Sometimes we did.  But keep in
7   mind, we didn't always bill for our time with
8   ExecuTime.
9        Q.      What would that depend on?
10       A.      Once they started having us
11  bill.  So it was something, once we were
12  acquired by Tyler -- I can't remember the
13  exact date, but they said, we're going to
14  start billing for items.
15       Q.      So prior to the Tyler acquisition,
16  you did not bill your time?
17       A.      We did not, no.
18       Q.      Okay.  And did you bill your time
19  prior to this institution of time tracker?
20       A.      No, we didn't have, like,
21  billable hours; so that's what they called
22  it, sorry, was billable hours, is what they
23  actually called it.
24       Q.      And that was a concept that was
25  introduced around May of 2018 when this time



1  tracker system was put in place?

2       A.    It was a little bit before then,

3  but around about.  I want to say it was

4  probably more so like 2017, like, the end of

5  2017.  I could be a little off, but....

6       Q.    Okay.  So you're changing the

7  estimate, which is fine.

8       A.    Yeah, because I'm not absolutely

9  sure --

10      Q.    And you just told me that.

11      A.    I'm just trying to guesstimate.

12      Q.    Okay.  Okay.

13      A.    But I'm thinking like the last

14  meeting it may have been brought up and then

15  we implemented.

16      Q.    Okay.

17      A.    I can't remember.

18      Q.    There was some period of time at

19  the beginning of your employment where you

20  were not identifying, in any form, the hours

21  that you worked from week to week?

22      A.    That is correct.

23      Q.    And at some point, maybe May,

24  maybe earlier, you started doing through time

25  tracker a process whereby you would identify



1    the time?

2          A.      That is correct.

3          Q.      On a weekly basis?

4          A.      Correct.  Yes.

5          Q.      And did you designate what was

6    billable or what wasn't or did the system do

7    that?

8          A.      No, management did that.

9          Q.      Okay.  What did you record?  Did

10   you just, like, indicate what you did in a

11   narrative form?

12         A.      As far as billable time is

13   concerned?

14         Q.      No, as far as completing time

15   track.  Let's say you, for example, did a

16   power user training for eight hours at a

17   client site.  What would you -- would you just

18   list that in narrative form or was there,

19   like, a code that you would put in?  Or what

20   were you inputting into the system?

21         A.      So I would enter in the number

22   of hours and then a very brief description.

23   So I would put something like "ES training,"

24   which is end user supervisor training.

25         Q.      Okay.



 1            Did you have any understanding of

 2   why this change was instituted?

 3        A.    No.

 4        Q.    That wasn't something that was

 5   covered in any type of training or anything

 6   like that?

 7        A.    As to why they were doing -- I

 8   mean, I just assumed it was something with

 9   Tyler that they probably did, like, billable

10   hours or something.

11        Q.    Okay.

12            MR. MCKEEBY:  And -- so you have

13   -- I only have two of these.  It's the

14   timesheets?

15            MR. HERRINGTON:  Okay.

16        Q.    (By Mr. McKeeby) Let me mark this

17   as deposition Exhibit 6.

18            (Whereupon, Exhibit 6 was marked

19            for identification.)

20        Q.    (By Mr. McKeeby) The good news is

21   that I'm not going to go over these.  But I do

22   want to ask you about what they are.

23        A.    Yes, sir.

24        Q.    These are documents that, I'll

25   represent to you, were produced by your



1  counsel in this case.  Do you recognize them?

2        A.    Yes, sir.

3        Q.    Am I correct that these are

4  screenshots of your time tracker entries?

5        A.    That is correct.

6        Q.    How did you go about obtaining

7  these to provide to your counsel?

8        A.    Took a screenshot.

9        Q.    Did you do that all at one time or

10 did you do that periodically as you entered

11 time?

12       A.    No, I just did it all at one

13 time.

14       Q.    When did you do that?

15       A.    I can't remember the exact date,

16 but it was this year, 2019.

17       Q.    2019?

18       A.    Yes, sir.  For sure.

19       Q.    Was it before or after you went

20 out on FMLA leave?

21       A.    I can't remember exactly.  I

22 would say around the same time, but I can't

23 remember exactly --

24       Q.    Okay.

25       A.    -- when I actually did it.



 1          Q.     Did you do it for the purposes of
 2    this lawsuit?
 3          A.     Yes, sir.
 4          Q.     And "it" being taking the
 5    screenshots of the time tracker entries?
 6          A.     Yes, sir.
 7          Q.     Does the date on this first --
 8    think I did my best to put these in
 9    chronological order.  Assuming that I did it
10    correctly, does this refresh your recollection
11    as to when time tracker was introduced?
12          A.     Yeah.  So it was then, like, the
13    beginning of 2018 then.
14          Q.     Okay.  So do these screenshots
15    accurately depict the number of hours that you
16    worked in the time periods identified?
17          A.     No, sir, because I didn't add
18    anything that I did Saturday or Sunday, and
19    really my biggest thing was just making sure
20    it met 40 hours.  So no, this would not be
21    completely accurate.
22          Q.     It's not completely accurate
23    because you would not have entered time for
24    Saturday or Sunday?
25          A.     Saturdays and Sundays,



```
 1   generally, whenever I worked on the weekends,

 2   because a lot of times I would work over

 3   those days, but if it was admin or something

 4   of that sort, troubleshoot, that wasn't being

 5   accounted for, I wouldn't add that on here.

 6        Q.    But there's certainly time that's

 7   listed here that's not billable; correct?

 8        A.    Correct.

 9        Q.    I mean, administrative time is

10   listed?

11        A.    Yes, sir.

12        Q.    You're just saying that for your

13   weekend time, it wasn't your habit to enter

14   that time?

15        A.    That is correct.

16        Q.    Did you ever tell anyone that that

17   was the case?

18        A.    No, because their biggest thing

19   was just making sure it met the 40 hours, so

20   it wasn't really anything that was relevant

21   to bring up.

22        Q.    And when you say, "their biggest

23   thing," you're talking about your supervisors

24   at Tyler?

25        A.    I'm sorry, yes, Tyler.
```



1        Q.      And Hillary Pasch, you mean?

2        A.      Uh-huh.  As well as Jamie,

3   because they really, more so, handled

4   timesheets and stuff like that.  I believe it

5   was actually Jamie that handled the

6   timesheets.

7        Q.      Handled them meaning what?

8        A.      Meaning just -- like that's who

9   it goes to for approval before the client

10  actually gets billed.  Because the biggest

11  thing they're looking for in the timesheets

12  is the billable hours that are going over to

13  the client.

14       Q.      That's based on communications you

15  received from Jamie Burns?  When you say the

16  biggest thing with the timesheet was --

17       A.      Well, that's an assumption.

18       Q.      Okay.  If someone -- if Ms. Burns

19  or Ms. Pasch, in this case, testified that

20  their understanding was that employees who

21  were entering time in time tracker, including

22  implementation consultants, were supposed to

23  record all of their work time, would you

24  disagree with that?

25       A.      I mean, if they were under that



 1   impression, I was unaware that every single
 2   item that you did had to be recorded, so.
 3        Q.     You would -- if they testified
 4   that that's something that they instructed
 5   implementation consultants to do, to record
 6   all of their time in time tracker, you would
 7   say you didn't hear that instruction?
 8        A.     I would say that that wasn't
 9   anything that was relayed to us as far as,
10   make sure you put every single minute that
11   you spend, put on this time tracker.
12        Q.     Okay.  Is there any other document
13   that you have in your possession that would
14   identify the number of hours that you worked
15   on a week-to-week basis?
16        A.     An actual document, so to say?
17        Q.     Yes.
18        A.     No, sir.
19        Q.     When you say "actual document,"
20   that sounds like a qualifier.  Is there
21   something other than an actual document?
22        A.     No -- well, you said "document."
23        Q.     I did say document.
24        A.     So when you're saying a
25   document, I'm saying no.  The answer would be



```
 1   no.
 2         Q.     Okay.  So you didn't take journal
 3   entries or diary entries to record your time
 4   or anything like that?
 5         A.     Not consistently, no, sir.
 6   Huh-uh.
 7         Q.     Well, you didn't do it at all, did
 8   you?
 9         A.     No, you just -- you get the
10   project done, you get it done and you keep
11   working.
12         Q.     No, I understand.  But if you were
13   trying to keep track of what your hours were,
14   you might enter them into a journal or a
15   diary, I'm just saying you didn't do that;
16   correct?
17         A.     I had no reason to keep track of
18   my hours.
19         Q.     And you didn't do it?
20         A.     That's correct.
21         Q.     Okay.  So you would say that for
22   the purposes of quantifying the number of
23   hours that you worked, these documents that
24   I've marked as Exhibit 6, the time tracker
25   screenshots, wouldn't be of any particular
```



1  use?

2      A.     I would say they're not 100

3  percent accurate, is what I would say to

4  that.

5      Q.     Are any of them accurate?

6      A.     As far as the exact time, no,

7  because I didn't enter Saturday or Sunday's

8  time that I actually worked or did things.

9      Q.     And your testimony is that you

10  worked every Saturday or Sunday?

11      A.     If I did not work -- I wouldn't

12  say every Saturday or Sunday, because it

13  varied based on my workload --

14      Q.     Sure.

15      A.     -- and what I had going on that

16  week.

17      Q.     Sure.

18      A.     So I wouldn't say consistently

19  every single Saturday or Sunday, but majority

20  of them, yes, sir, as well as additional

21  hours on the week.

22      Q.     Well, what's that last part,

23  "additional hours on the week"?

24      A.     During the week.

25      Q.     So now you're saying that there's



1   sometimes that there were hours during the

2   week that you chose not to record as well?

3        A.   No.  I'm saying that sometimes I

4   would exceed the eight hours during the week

5   as well.

6        Q.   Okay.  And are you saying that on

7   those -- in those instances, you would not

8   record the time?

9        A.   It just depended if it was

10  billable or not.  So it really depends on

11  what type of time.  Because everything

12  billable had to be put down.  Like, that was

13  very important to make sure all billable time

14  is recorded.

15       Q.   I understand.  But you also

16  recorded time that was not billable, we've

17  established?

18       A.   Yes, sir.

19       Q.   Is it your testimony then that

20  when you had eight hours for a day of total

21  time, that you would not record additional

22  time in time tracker even if you worked that

23  time?

24       A.   There may have been certain

25  circumstances where that did happen.



 1        Q.      And when you say, "There may have

 2   been certain circumstances," is that because

 3   you're not sure or you know that happened,

 4   you're just not sure when?  But -- I'm

 5   confused.

 6        A.      Well, I mean, it's -- we're

 7   talking going back three years.

 8        Q.      I know.  But you told me that

 9   there were specific times that -- you knew

10   that there were weekends that you worked --

11        A.      Yes, sir.

12        Q.      -- where you did not record your

13   time; right?

14        A.      Uh-huh.

15        Q.      Is that yes?

16        A.      That is correct, yes.

17        Q.      You also know and can say under

18   oath that there were times during the work

19   week, not weekends, where you worked time that

20   you did not record?

21        A.      Yes.

22        Q.      Okay.  And that would happen how

23   often?

24        A.      It -- once again, depends on the

25   workload and what I had going on that week.



```
 1   Some weeks I would work an extra ten hours,
 2   some weeks it would be six or something of
 3   that sort.  It varied and it really depended
 4   on what needed to be completed, what open
 5   items I had -- there was a number of things
 6   that would kind of determine.
 7          Q.     Okay.  So back, I think, to a
 8   previous question.
 9          A.     Uh-huh.
10          Q.     Is it your testimony that none of
11   these screenshots accurately reflect the
12   number of hours that you worked in a week?
13          A.     I would need to go back and see
14   if any of them are completely accurate,
15   because you'll even see that some I did put
16   additional time on there as well.  If you do
17   look through some of them.
18          Q.     Right.  Some of these have more
19   than 40 hours.
20          A.     Yes, sir.
21          Q.     And how do you account for that?
22          A.     Well, because if it was
23   something that was important or that I needed
24   to put on the tracker to know that it was
25   done, I would, of course, add it.  For sure.
```



1          Q.     That was a determination you would

2     make?

3          A.     Yeah, that's a determination I

4     would make, if it was something that was

5     imperative that I needed to put on there.

6     But if it was something that was not as

7     important, then I wouldn't.

8          Q.     But "imperative" is not the same

9     as "billable"?

10         A.     Correct.  Yes, sir.

11         Q.     And you would agree with me that

12    you took a screenshot of every pay period

13    between January of 2018 and October of 2018?

14         A.     One second.  Let me check the

15    dates on these.

16                To October, yes, sir.

17         Q.     Okay.  How often would you work on

18    the weekends where you wouldn't record your

19    time?  Is that something that happened every

20    other weekend, once a month, more than that?

21         A.     More than that.

22         Q.     Every other weekend?

23         A.     Probably more than that too.  It

24    was pretty -- it was pretty often that I was

25    working at least one day on the weekend.



```
 1         Q.    Do you have an estimate of the
 2    number of hours that you worked -- let me
 3    scratch that.
 4                2018, could you have -- if you
 5    wanted to -- the last one of these time
 6    tracker screenshots is October 21st, 2018;
 7    correct?
 8         A.    Yes, sir.
 9         Q.    Could you have taken screenshots
10    after that date and produced them in this
11    case?
12         A.    Well, November 2018 is when we
13    had the change that took place.
14         Q.    Okay.  But you still kept your
15    time -- you entered billable time?
16         A.    Only billable.
17         Q.    Right.  Okay.  So if you took a
18    screenshot for November of 2018 -- I don't
19    know what the day would be, but I guess we
20    could probably figure it out -- so I think it
21    would be maybe November -- let's say November
22    12th was the end of a pay period.  You could
23    take a screenshot of that, but it would not
24    have -- it would not have shown anything other
25    than billable time?
```



```
 1          A.     That's correct.
 2          Q.     So you didn't do that, because --
 3   well, why didn't you do that?
 4          A.     I don't have a good answer for
 5   that.
 6          Q.     But you could have?
 7          A.     Yeah, I probably could have.
 8          Q.     As of that time when you started
 9   tracking only billable time, you were no
10   longer including the admin time?
11          A.     No, we weren't including
12   anything else but billable.
13          Q.     Do you intend to tell the jury in
14   this case how much overtime you worked on a
15   weekly basis?
16          A.     Yes, sir.
17          Q.     What do you intend to say?
18          A.     Well, to be on the safe side,
19   just because integrity is everything and I
20   know I've at least worked an extra five hours
21   a week, in cases definitely more than that,
22   but I would rather under estimate than over
23   estimate, so I would say about 45.
24          Q.     But there's no real way to
25   determine what the correct number would be;
```



 1  correct?

 2       A.    That's correct, yes, sir.

 3       Q.    And these documents would at least

 4  show -- these timesheets that I've identified

 5  as Exhibit 6, would at least show certain

 6  instances where you worked more than 40 hours;

 7  correct?

 8       A.    Some of them will, yes, sir.

 9  Uh-huh.

10       Q.    I'm sorry.  Did you tell me or --

11  well, let me just ask it again, I apologize.

12             Did you print these out before or

13  after you went on FMLA leave?

14       A.    I can't recall if it was before

15  or after.

16       Q.    When you went out on FMLA leave,

17  were you considering legal action at that

18  time?

19       A.    At the time I went on the leave,

20  no.

21       Q.    You hadn't been referred to

22  counsel by your sister at that time?

23       A.    I had been referred, but I

24  wasn't -- I was on the fence completely.  So

25  I wasn't at a moment where I'm, like, yes,



1  I'm definitely going to move forward with

2  this.  So no, it was not a definite.

3       Q.     But it's accurate to say you were

4  considering legal action?

5       A.     Considering, yes, sir.

6       Q.     Have you -- while you were

7  employed at Tyler, did you ever discuss the

8  possibility of taking legal action against

9  Tyler with any other Tyler employee?

10      A.     No.

11      Q.     Since you have taken legal action

12 against Tyler, have you had any discussions

13 with any Tyler employee or former employee

14 about your lawsuit?

15      A.     No, I don't really talk to

16 anybody from my old job.

17      Q.     Are you still in touch with

18 Ms. Harrison?

19      A.     Every blue moon, we'll check on

20 each other but not consistently.

21      Q.     Have you told her that you filed a

22 lawsuit?

23      A.     No.  She still works there.

24      Q.     And why does that matter?

25      A.     Because he told me not to talk



1   to anybody about it.

2        Q.     Okay.  Well, don't tell me what he

3   told you.

4        A.     Okay.

5        Q.     Tell me again, the job that you

6   held before Tyler, Allconnect?

7        A.     Allconnect?  Yeah, that was

8   right before Tyler.

9        Q.     And you were in sales at that job?

10       A.     Yes, sir.

11       Q.     Why did you leave that position?

12       A.     Because it was a very, very far

13  commute, and I wasn't making enough money.

14       Q.     Did you leave voluntarily?

15       A.     Yes, sir.

16       Q.     In that role, you said it was a

17  sales role, did you receive commissions?

18       A.     Yes, sir.

19       Q.     Was that the only way you were

20  compensated at Allconnect?

21       A.     No, we had a base rate as well,

22  in addition to the incentives.

23       Q.     You would agree with me that at no

24  point at Tyler -- while you were employed with

25  either ExecuTime or Tyler, did you receive



1    commissions?

2         A.    Repeat that question.

3         Q.    It's a true statement that at no

4    point during your employment with either

5    ExecuTime or Tyler that you received

6    commissions?

7              MR. HERRINGTON:  I'm going to

8    object to the extent it calls for a legal

9    conclusion about what commissions are.

10        Q.    (By Mr. McKeeby) Commissions as

11   you would use the term.

12        A.    Billable hours?

13        Q.    Well, how do you define

14   commissions, let's do that?

15        A.    I mean, I would define

16   commission as additional money in addition to

17   your salary, wage.

18        Q.    So the same thing as a bonus?

19        A.    Something like a bonus, that's

20   the way I would think of it.

21        Q.    How about if we define it a

22   different way or we can call it something

23   different too.  When you were paid at

24   Allconnect, what was it that you were selling?

25        A.    Like cable TV, internet, stuff



1  like that.

2       Q.    And who were you selling to,

3  businesses?

4       A.    Just different clients,

5  different people.

6       Q.    Okay.  And when you generated a

7  sale, did you receive a percentage of that

8  sale as a commission?

9       A.    I'm not sure how their -- let me

10  not answer that with no.  I'm not sure how

11  their incentive structure worked to see how

12  they based the pay out, so I can't answer

13  that.

14       Q.    Okay.

15            But you would agree with me that

16  when the sales team at ExecuTime or Tyler made

17  a sale, that did not trigger any income

18  entitlement to you?

19       A.    Not that I'm aware of, no.

20       Q.    Well, you would know, wouldn't

21  you?

22       A.    I'm not sure.  I mean, how would

23  I know?

24       Q.    Because you would get the money.

25       A.    Well, I never -- not that I'm



 1  aware of, no.

 2        Q.      Okay.  Were you ever on a

 3  performance improvement plan at Tyler?

 4        A.      Yes, sir.

 5        Q.      When was that?

 6        A.      I can't tell you the exact date,

 7  because I can't remember.

 8        Q.      Was it in 2019?

 9        A.      I don't believe so.

10        Q.      Were you aware that Ms. Pasch had

11  drafted a performance improvement plan for you

12  prior to you going out on medical leave?

13        A.      No.

14        Q.      Is this the first you're hearing

15  of it?

16        A.      Uh-huh, it is.

17        Q.      Is that yes?

18        A.      Yes, that's a yes.

19              MR. MCKEEBY:  Let me take five

20  minutes.  I may be done.

21              THE VIDEOGRAPHER:  Going off the

22  record at 2:21.

23              (A short break was taken.)

24              THE VIDEOGRAPHER:  Back on the

25  record at 2:27.



1        Q.      (By Mr. McKeeby) Ms. Greene, did

2    you have a monthly call with Ms. Pasch?

3        A.      We started doing those, yes.

4        Q.      At what point did you start doing

5    those?

6        A.      I can't recall the time we

7    started doing them, but that is something

8    that she started doing, was monthly calls.

9        Q.      Was it in 2018?

10       A.      Around sometime in there,

11   probably so.

12       Q.      Okay.  And was it a monthly call

13   between just you and her, or was it a monthly

14   call with all implementers?

15       A.      Well, we did a monthly call with

16   just me and her, she would meet with people

17   separate as she started doing that.

18       Q.      Okay.  And your -- she wouldn't

19   meet with you face to face, that would

20   typically be done over a telephone call?

21       A.      Yes, sir, or a GoToMeeting.

22       Q.      GoToMeeting is a?

23       A.      It's like a Skype call --

24       Q.      Skype call.

25       A.      -- where you can share screens



```
 1   and stuff.
 2        Q.    Okay.  And would you discuss the
 3   progress of your implementations during those
 4   calls?
 5        A.    Yes, sir.
 6        Q.    What does it mean to put an
 7   implementation on hold?
 8        A.    That is -- that's what I was
 9   referring to earlier when a client may say,
10   we need a little bit more time or we had
11   another project come up or something came up.
12   There's been situations where, you know,
13   maybe someone on the project managing team
14   had to have surgery.
15             There are so many things, but
16   those are several examples of what would be
17   considered quote, unquote on hold.
18        Q.    So you would put the Go-Live date
19   on hold; is that what was being put on hold?
20        A.    Yes, sir.
21        Q.    Would that be one of the things
22   you would talk to Ms. Pasch about during these
23   monthly calls?
24        A.    No, because they handled the
25   Go-Live date.  I would just tell them the --
```



1   you know, essentially the client is

2   requesting to put on hold, and they would

3   take it from there.

4          Q.     "They" being who?

5          A.     The project manager as well as

6   the implementation manager.

7          Q.     And the calls with Ms. Pasch, did

8   you discuss the progress of the

9   implementations and whether or not deadlines

10  were being met?

11         A.     That was more so on the group

12  call, with me as well as the project manager.

13  The one-on-one calls, not as much.

14         Q.     What did you discuss during the

15  one-on-one calls?

16         A.     Just different things that may

17  come up, different issues, things of that

18  sort.  And, of course, you know, the projects

19  would come up as well.  But we went into more

20  depth when it was all three of us on the call

21  in regards to timelines and stuff.

22         Q.     And you mean all three, you mean,

23  you, Ms. Pasch and the project manager?

24         A.     Yes, sir.

25         Q.     And was that a call that happened



1  regularly?

2       A.     She started doing that as well.

3       Q.     That was a separate monthly call?

4       A.     Yes.

5       Q.     On those calls, did you discuss

6  the status of the implementations and whether

7  or not there were any delays in the checklist

8  of deadlines?

9       A.     Yes, sir.

10            MR. MCKEEBY:  No further

11  questions at this time.

12            MR. HERRINGTON:  Nothing for me.

13            Read and sign.

14            THE VIDEOGRAPHER:  Going off the

15  record at 2:30.

16    (The deposition concluded at 2:30 p.m.)

17

18

19

20

21

22

23

24

25



```
 1                C E R T I F I C A T E

 2

 3   STATE OF GEORGIA)

 4   COUNTY OF FULTON)

 5

 6        I hereby certify that the foregoing

 7   transcript was taken down, as stated in the

 8   caption, and the questions and answers thereto

 9   were reduced to typewriting under my

10   direction, that the foregoing pages represent

11   a true, complete, and correct transcript of

12   the evidence given upon said hearing.

13        I further certify that I am not of kin or

14   counsel to the parties in the case; am not in

15   the regular employ of counsel for any of said

16   parties, nor am I in any way financially

17   interested in the result of said case.

18
                  
19

20                Cindy C. Jenkins

21                Certified Court Reporter, 470

22

23

24

25
```

1                    D I S C L O S U R E

2          I, Cindy C. Jenkins, do herby disclose

3     pursuant to Article 10.B. of the Rules and

4     Regulations of the Board of Court Reporting of the

5     Judicial Council of Georgia that Esquire was

6     contacted by the party taking the deposition to

7     provide court reporting services for this deposition

8     and there is no contract that is prohibited by

9     O.C.G.A. 15-14-37(a) and (b) of Article 7.C. of the

10    Rules and regulations of the Board for the taking of

11    this deposition.

12          There is no contract to provide reporting

13    services between Esquire or any person with whom

14    Esquire has a principal and agency relationship nor

15    any attorney at law in this action, party to this

16    action, party having a financial interest in this

17    action, or agent for an attorney at law in this

18    action, party to this action, or party having a

19    financial interest in this action.  Any and all

20    financial arrangements beyond our usual and customary

21    rates have been disclosed and offered to all

22    parties.

23     _____

24          Cindy C. Jenkins

25          Certified Court Reporter, 470



```
 1              DEPOSITION ERRATA SHEET

 2

 3         DECLARATION UNDER PENALTY OF PERJURY

 4    I declare under penalty of perjury that

 5    I have read the entire transcript of

 6    my Deposition taken in the captioned matter

 7    or the same has been read to me, and

 8    the same is true and accurate, save and

 9    except for changes and/or corrections, if

10    any, as indicated by me on the DEPOSITION

11    ERRATA SHEET hereof, with the understanding

12    that I offer these changes as if still under

13    oath.

14    Signed on the _____ day of _____, 20___.

15

16    _____

17         Suzanne Greene

18

19

20

21

22

23

24

25
```



```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____Line No._____Change to:

 3   _____

 4   Reason for change:_____

 5   Page No._____Line No._____Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No._____Line No._____Change to:_____

 9   _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25                  Suzanne Greene
```



```
 1                   DEPOSITION ERRATA SHEET
 2    Page No._____Line No._____Change to:_____
 3    _____
 4    Reason for change:_____
 5    Page No._____Line No._____Change to:_____
 6    _____
 7    Reason for change:_____
 8    Page No._____Line No._____Change to:_____
 9    _____
10    Reason for change:_____
11    Page No._____Line No._____Change to:_____
12    _____
13    Reason for change:_____
14    Page No._____Line No._____Change to:_____
15    _____
16    Reason for change:_____
17    Page No._____Line No._____Change to:_____
18    _____
19    Reason for change:_____
20    Page No._____Line No._____Change to:_____
21    _____
22    Reason for change:_____
23        SIGNATURE:_____DATE:_____
24                    Suzanne Greene
25
```



SUZANNE GREENE
SUZANNE GREENE vs TYLER TECHNOLOGIES

August 29, 2019
Index: $45,000..47,500

**Exhibits**

4365006 Suz
anne.
Green DEFEN
DANT.
EXHIBIT1
    3:8
    29:22,25
    30:5

4365006 Suz
anne.
Green DEFEN
DANT.
EXHIBIT2
    3:9
    55:15,18

4365006 Suz
anne.
Green DEFEN
DANT.
EXHIBIT3
    3:10
    137:21
    139:10

4365006 Suz
anne.
Green DEFEN
DANT.
EXHIBIT4
    3:11
    137:23
    139:2

4365006 Suz
anne.
Green DEFEN
DANT.
EXHIBIT5
    3:12
    142:12,13

4365006 Suz
anne.
Green DEFEN
DANT.
EXHIBIT6
    3:13
    160:17,18
    166:24
    174:5

—————————

**$**

$45,000
    30:16

—————————

**1**

1
    29:22,25
    30:5

1,400
    12:12

10
    91:11
    110:7

100
    167:2

10:00
    140:12

10:15
    140:2

10:39
    52:5

10:50
    52:8

110
    5:5

11:42
    103:3

11:59

103:6

12
    110:7

120
    74:19,20
    75:2,7,24
    111:23

12:48
    147:10

12th
    39:15
    172:22

13-
    12:12

15
    91:15

16th
    139:7

1:47
    147:13

1st
    30:11

—————————

**2**

2
    55:15,18

20
    93:24

2002
    52:25
    53:3

2003ish
    53:1

2016
    8:12,15
    9:5 28:13
    30:11,25
    31:2
    39:15

43:2,24

2017
    155:1
    158:4,5

2018
    40:22
    139:7
    150:21
    153:18,
    19,25
    154:20
    155:5,15,
    23 157:25
    162:13
    171:13
    172:4,6,
    12,18
    180:9

2019
    4:2,6 8:2
    10:18
    17:14
    45:9 46:4
    161:16,17
    179:8

21st
    172:6

29
    4:2

29th
    4:6

2:21
    179:22

2:27
    179:25

2:30
    183:15,16

—————————

**3**

3
    130:7

137:19,21
138:4
139:10

3.5
    130:8

30
    81:8,15
    92:2,17
    93:1
    104:21
    105:25

30-minute
    117:18

—————————

**4**

4
    137:20,23
    138:1,5,
    15,16
    139:2

40
    81:7,8,15
    84:21
    92:2,17
    104:21
    105:25
    153:20,24
    154:4
    155:7
    156:16
    162:20
    163:19
    170:19
    174:6

45
    30:2
    173:23

47,500
    29:8
    30:24
    40:2



| | | | | |
|---|---|---|---|---|
| **48,500** | **9:53** | 162:21,22 | 101:9 | 140:3,12 |
| 40:17 | 4:2,7 | 167:3,5 | 107:1 | 141:1 |
| | | 170:14 | 110:2 | 153:11,22 |
| | | 175:3 | 114:20 | 154:3 |
| **5** | **A** | | 123:9 | 163:3 |
| | | **accurately** | 126:7 | 173:10 |
| | | 162:15 | 139:16 | |
| **5** | **a.m.** | 170:11 | 165:16, | **administrat** |
| 93:24 | 4:2,7 | | 19,21 | **ive** |
| 142:12,13 | 52:8 | **acquired** | | 7:15 |
| | 103:3,6 | 8:11 | **add** | 146:9 |
| **50** | | 22:14 | 162:17 | 163:9 |
| 42:3 | **Abby** | 23:6 | 163:5 | |
| **55** | 4:17 | 28:6,12 | 170:25 | **advanced** |
| 42:3 | | 29:12 | | 19:24,25 |
| | **absence** | 30:25 | **added** | 20:7,11, |
| **5:00** | 122:7 | 31:3 | 46:13 | 18,23 |
| 128:25 | | 157:12 | 141:23 | 21:2,5 |
| 129:20 | **absolutely** | | | 22:3 |
| | 18:14 | **acquisition** | **adding** | 23:5,11 |
| | 85:5 | 10:11 | 62:11 | 24:1,7 |
| **6** | 105:21 | 18:7 | 70:24 | 25:7,12, |
| | 109:13 | 33:20 | | 18 26:25 |
| **6** | 118:24 | 36:15 | **addition** | 28:17 |
| 160:17,18 | 127:3 | 43:21 | 176:22 | 48:5,24 |
| 166:24 | 130:20 | 44:4 | 177:16 | 49:5 58:4 |
| 174:5 | 134:10 | 50:22 | | 60:24 |
| | 136:6 | 57:16 | **additional** | |
| **60,000** | 146:4 | 157:15 | 45:12 | **advise** |
| 54:25 | 150:7 | | 92:13 | 134:3 |
| | 158:8 | **action** | 96:10 | |
| | | 132:16 | 111:15 | **advised** |
| **7** | **abused** | 174:17 | 167:20,23 | 150:23 |
| | 19:5 | 175:4,8, | 168:21 | |
| | | 11 | 170:16 | **affect** |
| **7** | **account** | | 177:16 | 24:10 |
| 12:13 | 75:3 | **actual** | | 80:1 |
| | 88:16 | 24:18 | **address** | |
| | 170:21 | 27:3 | 5:4 | **affected** |
| **8** | | 31:24 | 135:20 | 16:25 |
| | **accounted** | 46:5 | | 121:6 |
| **8:00** | 163:5 | 48:22 | **addressed** | |
| 128:25 | | 61:3 | 123:21 | **affiliated** |
| 129:20 | **accounting** | 73:4,14 | 137:3 | 18:4 |
| | 53:21 | 78:2,8 | | |
| | | 83:18 | **adjust** | **affirmative** |
| **9** | **accurate** | 86:7 92:3 | 140:14 | **ly** |
| | 30:8 57:7 | 99:22 | | 152:9 |
| **9:00** | 61:9,10, | 100:24,25 | **admin** | |
| 140:12 | 12 62:8 | | 79:13 | **afterward** |
| | 139:15 | | 80:11,17 | 82:11 |
| | 146:20 | | 81:3 82:3 | |



**agencies**
85:25
86:2

**agency**
7:21

**agenda**
118:3
139:8,11,
16 140:16
141:10
142:5,8

**agree**
8:20 30:7
43:1
55:19
57:6
61:14
98:11
112:22
120:18
123:6
131:6
142:17
171:11
176:23
178:15

**agreeable**
6:2,16,25
7:6 10:15
38:21

**ahead**
25:2
131:15
148:7

**alert**
110:16

**Alexander**
72:6

**Allconnect**
39:19
176:6,7,
20 177:24

**allocation**
15:16

**allowed**
15:25

**alongside**
84:1

**ambiguity**
10:9

**amount**
15:18
16:21,22
17:1
45:22
77:13
111:14
112:1
113:5,6,
14,15
122:9
130:23

**amounts**
109:22

**analyzing**
145:7

**annual**
30:18
152:5

**answering**
67:17,18

**answers**
8:24

**anticipated**
54:2

**anymore**
89:8

**apologies**
65:17
67:15

**apologize**
28:4 51:6
174:11

**application**
24:17
27:8 32:3
62:5 71:5
74:14
79:11
83:20
84:4,20
87:7
119:12
124:14,
15,18
125:10
126:10,23
127:4,10
133:18,20
134:17
145:17

**applications**
145:8

**applied**
15:10
55:8

**apply**
152:23

**approach**
58:8

**approval**
142:9
164:9

**approve**
142:4

**approximate**
89:13
154:12

**approximately**
40:20,21
47:17
75:13
80:25
81:15

90:16
91:25
92:1

**approximation**
105:2

**Arkansas**
35:19
38:12

**arrange**
145:25
146:7

**aspect**
53:21
58:15

**aspects**
125:15

**assigned**
36:18
147:19
148:1,25
149:20,23

**assignment**
148:23
149:8

**assist**
89:1
146:2

**assistance**
47:15,16,
19,22

**assisting**
57:21,22

**assume**
54:2

**assumed**
160:8

**assuming**
82:10
162:9

**assumption**
14:12
164:17

**Atlanta**
46:4,17
68:20
84:17

**attached**
135:13
139:7
140:16

**attend**
117:4,5

**attendance**
20:13,18,
21 21:12
22:4
23:4,11,
25 24:9,
16 25:5,
8,11,19
28:18
48:25
49:4,8,9
53:22
60:23,24
124:5

**attended**
52:16

**attendees**
125:19

**attorney**
10:17

**atypical**
107:24

**audibly**
5:25

**August**
4:2,6

**automatically**
25:16



26:7
84:21
85:19
111:25
112:6

**aware**
94:21,23
114:25
134:2
178:19
179:1,10

——————————
        **B**
——————————

**back**
6:24 21:1
26:7
28:15
32:7
46:22
48:14
51:5
52:7,9
55:7
56:23
60:17
72:24
78:4 86:6
95:9
97:20
102:23
103:5,7
115:22
123:16
135:15
137:11
147:12,14
169:7
170:7,13
179:24

**back-end**
75:16

**backgrounds**
122:4

**backup**
32:22

**Baltimore**
132:14

**base**
27:6,13
176:21

**based**
10:6
15:17
16:20,21
22:15
27:16
58:18
64:10
67:3
78:10,12,
15 80:10
84:8,10
96:20
101:7
110:17
112:1
120:11,19
134:25
144:3
148:13
164:14
167:13
178:12

**basic**
20:21
48:15

**basically**
24:12
45:18
62:7
72:23
89:7
120:8
135:7
136:1
140:24
141:6

**basis**
14:25
24:21
30:18
97:4
159:3
165:15
173:15

**began**
36:14

**beginning**
117:13
158:19
162:13

**believed**
154:6

**believes**
143:16

**Benjamin**
11:3,6

**big**
25:17
93:25
151:15

**biggest**
156:9
162:19
163:18,22
164:10,16

**bill**
135:8
157:4,7,
11,16,18

**billable**
28:24
111:8,9,
23 112:5
113:5,15
134:19,21
135:2
153:5,6,
10 154:5
156:10,

11,15
157:21,22
159:6,12
160:9
163:7
164:12
168:10,
12,13,16
171:9
172:15,
16,25
173:9,12
177:12

**billed**
111:14
115:15
116:8
164:10

**billing**
113:16
157:14

**bit**
48:14
55:7
69:19
72:2
73:20
74:13
90:7
93:13
123:19
133:7
140:20
146:16
154:23
158:2
181:10

**biweekly**
59:20
92:23
103:24
116:19
117:17
118:14

**blank**
38:22
39:2

**block**
87:3

**blocked**
129:1

**blue**
175:19

**bonus**
12:5
14:9,22
15:3,7,
16,17,19,
24 16:1,7
17:8
30:20
41:5
177:18,19

**bonuses**
14:24

**bought**
43:8

**box**
79:18
146:24
147:1

**break**
9:16
51:18,22
52:1,6
87:8
102:3
103:4,8
144:19
147:8,11,
15 179:23

**breaking**
141:6

**breaks**
31:18
96:12



129:4

**briefly**
112:19
114:1,15
144:1
150:12

**briefs**
91:7,10,
12,20

**bring**
41:14
45:21
163:21

**bringing**
68:24

**brought**
45:15
158:14

**budget**
106:5
109:19,
20,21
110:18
111:13
112:9

**budgeting**
109:18

**build**
25:21,25
26:2,7,
12,21
99:15
100:11,
13,14,18,
20,24

**building**
25:13

**buildup**
26:24

**built**
111:18

**bulk**
25:17

**bullet**
94:7
98:8,10
99:14
102:2
103:10
106:4,25
108:21
116:13
119:11,23
120:19
144:21

**bullets**
120:3,5
121:25
146:7

**bump**
29:9

**Burns**
12:22
14:1,5
34:17,20
152:1,2
164:15,18

**businesses**
178:3

**buy**
66:9

——————————

C

——————————

**cable**
177:25

**calculate**
16:1

**calculated**
14:22

**calculation**
17:5

**calendar**
12:1  96:2
129:1

**California**
134:14
137:7
138:21

**call**
11:20
16:10,15
62:3
65:6,10,
13,15,21
66:3  73:2
76:5,10
79:14
82:25
104:6,10,
11,15
117:21
118:5,9,
23,25
134:9
148:19
156:24
177:22
180:2,12,
14,15,20,
23,24
182:12,
20,25
183:3

**called**
8:24  76:5
89:3
157:21,23

**calling**
19:6

**calls**
33:10
59:21
66:5,6
77:7,23
82:17

89:23
92:19
103:21,24
116:19,25
117:10,
11,17,18
119:8
126:21
177:8
180:8
181:4,23
182:7,13,
15  183:5

**care**
114:16
154:4

**career**
21:4

**Carolina**
35:2,4
72:7

**Carolinas**
35:3,9

**case**
8:25  9:20
42:4
51:13
55:19
69:7
132:5,10
161:1
163:17
164:19
172:11
173:14

**cases**
49:1
173:21

**categories**
77:22
82:15

**category**
60:13

**challenges**
94:4

**challenging**
131:16

**change**
14:11,21
16:15,18,
19,20
17:4
21:14,15
22:18,21,
22  23:24
24:22
27:23
28:5,10,
16,22
31:14
33:25
35:12
36:20
44:3,17
107:7
128:16
150:24
151:9
152:10,
21,23
160:2
172:13

**changed**
22:20
27:25
31:5
40:24
43:17
72:18
90:24
107:6
113:8
129:15,24
131:15

**changing**
107:1
158:6



**characteriz
ation**
  55:20

**charge**
  7:15,19
  75:4,9

**check**
  12:2,13
  42:5,24
  171:14
  175:19

**checking**
  79:18

**checklist**
  68:7
  69:15,17,
  18,20
  70:12
  94:25
  95:1
  96:12
  98:19
  102:11
  106:14,16
  109:2
  183:7

**checklists**
  64:22
  68:5
  94:15
  96:9
  101:17
  108:25

**chose**
  168:2

**chronologic
al**
  162:9

**Cindy**
  4:9

**circumstanc
es**
  25:23

88:9
168:25
169:2

**city**
  68:20,21
  84:16
  126:8

**clarify**
  15:6

**class**
  53:6
  126:18
  132:16

**classes**
  53:4
  127:23

**classroom**
  108:11
  123:22

**classroom-
type**
  108:6

**cleaner**
  6:15

**clear**
  49:20
  60:20
  66:7
  103:10,23
  104:4,17,
  18

**client**
  27:3,4,
  10,16
  31:24
  33:1,8
  57:11
  59:21
  62:1
  64:1,3,7
  65:3,22
  66:8,14
  68:2 69:5

71:20
72:3,5
76:6,12,
15,18,22
78:2,8,21
79:23
80:22
84:6,14
88:6,20
89:3,7
92:22
94:8
96:17
99:22,23
100:4
101:11
102:7,9
103:17,
20,25
105:9,12,
15,20,24
109:10,21
110:9,12
112:24
113:14
114:24
116:14
117:2,8,
25 118:8,
19 119:6
120:14,21
121:6,11,
12 125:2,
8,11
130:10,
11,14
131:16
133:18
134:3,13
140:1,11
142:1,3,4
146:14
149:14
150:17
159:17
164:9,13
181:9

182:1

**client's**
  27:20
  58:19
  59:1
  72:24
  78:12,15
  104:24
  105:4
  109:6
  133:19

**clients**
  54:2,3
  66:24
  81:2
  85:12
  90:17
  93:10,12
  127:20
  130:21,24
  178:4

**clock**
  26:9,10

**clocking**
  25:9,10
  62:10,11

**close**
  23:16

**co-project**
  48:6

**code**
  159:19

**codes**
  141:2

**coincided**
  43:20

**college**
  52:14,16

**comfortable**
  60:21

**commenced**

8:14

**commission**
  7:20
  177:16
  178:8

**commissions**
  176:17
  177:1,6,
  9,10,14

**common**
  25:19
  86:1
  108:1

**communicate**
  18:21,24
  85:3,7
  109:12
  131:3,11
  134:6,8

**communicate
d**
  18:15
  65:3
  109:24
  134:12

**communicati
ng**
  107:5
  118:18

**communicati
on**
  65:22
  147:25

**communicati
ons**
  64:10
  103:20
  122:3
  139:4
  140:1
  164:14

**commute**
  176:13



comp
   79:16,24
   84:17,19,
   23 85:14
   133:21,25
   141:5

company
   13:16
   39:20
   53:14
   57:21

compare
   111:13

compensate
   41:5

compensated
   176:20

compensatio
n
   12:5 14:6
   16:8 17:9
   19:1
   28:16,20,
   23 51:8
   61:11
   132:6

complain
   42:12
   130:21,24

complaint
   19:10
   41:18

complaints
   128:13
   131:4,7

complete
   68:7
   134:20

completed
   68:7
   94:18
   102:15

106:17
125:23
170:4

completely
   24:7
   44:15
   47:22
   63:11
   89:19
   162:21,22
   170:14
   174:24

completing
   159:14

computer
   129:3,6

concept
   42:16
   61:24
   63:13
   157:24

concerned
   27:1
   53:16
   82:13
   92:4
   94:16
   101:3,17
   144:25
   156:11,14
   159:13

concluded
   183:16

conclusion
   177:9

conduct
   125:13
   146:9

conference
   151:21

confidence
   113:24

confident
   115:3

confirm
   9:19
   126:5

confused
   91:2
   129:14
   153:15
   169:5

conjunction
   90:1

connection
   18:19
   55:24
   63:25

consecutive
   129:21,25

considered
   181:17

consist
   100:4

consistent
   143:12
   144:4,10

consistentl
y
   166:5
   167:18
   175:20

consists
   20:17

consult
   63:25
   145:2

consultant
   19:23
   20:7 22:8
   23:13
   28:1,11
   31:6,16

32:1,16,
25 33:11,
17 34:3
36:13
43:3,7,18
44:10,20
46:11
50:3 51:2
58:11,22
59:5,13,
19 65:12
75:5,25
77:10
90:9
91:19
95:7 99:2
104:23
111:2,12
114:6
115:12
123:21
128:22
142:17,19
143:13
144:5,11
147:18
151:3

consultants
   16:11
   22:19
   35:17,23
   36:6,9
   131:20,25
   132:3,4
   150:23
   151:9
   152:11,24
   164:22
   165:5

contact
   31:24
   33:3 64:4
   117:2
   132:12
   137:2

contacted
   10:17
   11:6

contemplate
d
   73:8

contested
   9:11

contesting
   9:9

continue
   33:7

continued
   45:21

contract
   74:24
   75:1
   112:16,
   20,23
   113:10,
   19,20
   114:4,17
   115:17
   116:6,11
   130:12
   149:1,13,
   24,25
   150:4,10,
   13,14,17

contracts
   66:14,18
   113:21
   114:1,11
   115:1,5,7

convenience
   147:6

conversatio
n
   42:18

conversion
   145:4,7



**convert**
133:20,24

**coordinate**
76:19
119:24
120:6

**coordinated**
120:14

**coordinating**
120:9,10

**cop**
48:12

**copied**
12:23

**copy**
55:5,8,9,
23 136:1
138:5

**correct**
8:13,15,
16 10:24
12:6
13:8,9
14:23
15:1
17:7,10,
17,22
20:19,20
21:13
22:8
23:14,15
27:18,22
30:12,17
32:9,17
33:12,13,
17,18,24
34:8,9,25
35:14
36:11,16,
20 37:1,5
41:9,10
43:21
44:5

12,20
48:17,18,
20,22
49:12,17,
18 50:11,
14,17,19,
20,23
51:3,10,
14 54:6,8
55:23
56:10
57:25
59:2
61:1,6,
13,22,23
62:21
63:14
64:1,11
65:4,6
66:10,16
67:22
68:10,11,
16 69:24
70:10
76:1
77:12
78:14
80:20
88:8
94:12
96:22
99:13
103:12,13
105:21
106:7
107:8,19
108:19,20
110:19
111:3,6
112:9,12
115:15
116:9,17,
20
119:10,21
121:23,24
123:5,14
124:2,6,

12,20
125:3,6,
7,11,12
126:10
129:7
130:9
135:12,13
137:18
138:22
139:1,5,
9,23
140:17
141:13,15
143:23
148:16
150:11
152:22
153:1,2,7
155:13
157:3
158:22
159:2,4
161:3,5
163:7,8,
15
166:16,20
169:16
171:10
172:7
173:1,25
174:1,2,7

**correction**
55:14
56:3

**correctly**
61:16
62:15
67:6
93:17
94:11
99:17
116:16
119:15
162:10

**counsel**

4:11,17
5:12 7:24
38:22
138:9
161:1,7
174:22

**count**
57:1

**County**
72:6

**couple**
5:24
72:12

**courses**
53:5

**court**
4:9,13
5:19
97:19

**covered**
59:14,15
160:5

**crammed**
127:22
128:2

**create**
27:15,19
49:11
50:15
94:3
95:19
118:3
139:16
144:22
145:15
146:13,17

**created**
49:24
95:20
98:20
139:11
145:20

**creates**
95:21

**creating**
144:24

**critical**
61:15
62:14

**cross**
41:23
42:8,14,
16,19

**cue**
147:22

**current**
5:3
100:17

**curriculums**
53:4

**curve**
24:13,19

**custom**
145:15,
16,20

**customer**
62:19
81:14
99:21
119:24
120:7
121:6

**customer's**
73:1

**customers**
48:16
120:16

**cut**
11:20
12:7



---

**D**

---

**data**
145:3,5,7

**database**
155:16

**date**
4:6 13:12
30:10
69:13
70:18
71:13
72:9,18
73:24
74:5
96:25
102:15
106:21
143:2
146:8
157:13
161:15
162:7
172:10
179:6
181:18,25

**dated**
139:6

**dates**
8:3
70:11,15
101:2
102:1
130:3
171:15

**day**
17:11,13
43:8
118:13
129:2
141:3,4
168:20
171:25

172:19

**day-to-day**
23:23
24:11,21

**days**
46:24
74:19
75:2,7,24
90:25
113:7
127:24
128:1,4,
10
129:12,21
130:1,2
163:3

**deadline**
109:8,11,
15

**deadlines**
64:15
70:2
94:10,14,
20,21,24
96:7,21
98:13,14
99:3
100:2
102:1
182:9
183:8

**deal**
20:3,15
53:25
63:10
76:24
113:22,25
114:11
138:20

**dealing**
96:14

**deals**
53:20

**dealt**
15:14

**December**
66:5

**decide**
84:14
85:1
122:6

**decided**
122:10

**decision**
22:1,15
23:9
84:18
85:4,7

**decisions**
23:18
84:3,5,8,
11

**decrease**
12:14
14:5

**decreased**
12:3

**dedicated**
19:13

**deduct**
111:25
112:6

**defect**
135:7,10,
12,17

**Defendant's**
29:24

**define**
177:13,
15,21

**definite**
175:2

**Del**

52:21

**Delaware**
52:21

**delay**
71:9 72:8
73:24

**delayed**
71:13

**delays**
183:7

**delegate**
102:6,9,
13

**delegating**
102:18

**delegation**
102:5

**delineating**
97:3

**delivery**
119:13

**department**
7:21 58:6
68:22
69:4
115:7
126:8

**departments**
20:4
25:14
68:23

**depend**
69:6
77:15
130:11
157:9

**depended**
168:9
170:3

**depending**

72:2
74:21
80:21
92:22
109:23
116:7
123:25

**depends**
10:3
75:14
81:6
121:10
168:10
169:24

**depict**
162:15

**deployment**
144:23

**deposition**
4:4 5:9
8:18 15:9
29:18
51:18
55:18
160:17
183:16

**depositions**
51:16
91:14,20

**depth**
26:17
141:6
182:20

**describe**
151:6

**description**
142:16
143:8,11,
21 159:22

**descriptions**
122:1



SUZANNE GREENE
SUZANNE GREENE vs TYLER TECHNOLOGIES

August 29, 2019
Index: design..effective

design
78:7,20
79:9,22
80:8,10
82:24
95:13,14,
24
101:19,22
117:14
146:9
149:15,16
150:8

designate
159:5

designs
31:22

detail
112:20
128:12
144:2
153:22

details
96:11

determination
111:15
134:23,25
171:1,3

determine
85:16,18
96:19
100:14
101:18
114:21
117:16
170:6
173:25

determined
15:19
117:12
136:4

developers
49:24

devoted
75:8

diary
166:3,15

Diaz
4:17

differently
98:23
129:16

direct
12:23
13:1 14:1
31:23
33:1,3
99:15

directions
32:23

disagree
145:19
164:24

disclosure
152:10

discrepancy
14:9

discrete
99:7

discuss
11:16
66:18
67:23
76:13
141:25
175:7
181:2
182:8,14
183:5

discussed
14:20
16:14
27:24
41:12
46:7

80:22
82:4
90:10
105:8
119:19

discusses
73:10

discussing
138:22

discussion
16:7
144:20

discussions
33:7
66:23
175:12

distinct
22:22
120:2,5

distinction
10:1,10
65:19

distributed
136:25

divided
60:22

division
19:14

document
15:12,23
56:18
94:24
107:2
141:20
142:11,
15,20
143:6,7,
15,22,24
144:9
146:1
165:12,
16,19,21,

22,23,25

documentation
146:14

documents
64:25
79:1,6
89:25
117:16
138:6,19
148:21
149:5,10,
12,19,20,
22 156:12
160:24
166:23
174:3

door
36:3

double
49:19
97:16

drafted
69:20,23
179:11

drive
149:5

drove
39:6

drug
72:10

due
96:3,11
101:2

duly
4:22

duration
44:12
74:17

duties
21:14,19

23:21
27:24
31:14
34:4 43:4
44:11
50:2 57:9
59:3,17
60:12,14
115:13
116:5,10
143:12
144:12

duty
50:6

_____

E

e-mail
14:7
16:13
17:24
65:7,8
84:25
89:8
104:3
137:5
139:3,6
140:15
148:18,19
156:25

earlier
44:1 77:6
88:5
158:24
181:9

easier
37:15

education
53:4

effective
119:25
120:9
121:1,16



**effectivene**
**ss**
   120:20
   121:5
   122:3

**elaborate**
   90:6

**elder**
   73:19

**employed**
   39:18
   40:4
   41:24
   53:10
   143:3,25
   175:7
   176:24

**employee**
   17:12
   19:5,8
   47:24
   51:7
   108:18
   135:13
   175:9,13

**employees**
   15:10
   68:9,13
   83:19
   86:9,15
   87:5,9
   124:15
   132:25
   133:4
   136:19
   164:20

**employees'**
   45:1,3

**employer**
   7:16 9:3
   10:14
   100:18

**employers**

   56:5,21

**employment**
   7:20 8:3,
   14,19 9:5
   10:13
   13:7,18
   17:20
   21:11
   22:1 34:7
   35:12
   41:18
   43:5
   44:12
   53:3
   55:25
   56:17
   57:15
   123:1
   129:17
   143:20
   158:19
   177:4

**encouraged**
   127:3

**end**
   17:21
   26:8
   44:18
   61:2
   63:16
   71:16
   81:4,22
   83:17
   86:14,21
   87:1,5
   92:14
   94:17
   97:2
   105:13
   106:12,17
   108:10
   119:19
   123:1
   124:1
   125:21,22

   129:17
   135:15
   137:12,17
   158:4
   159:24
   172:22

**ended**
   14:1

**engaging**
   122:4

**ensure**
   109:5
   116:15
   137:2

**enter**
   112:4
   159:21
   163:13
   166:14
   167:7

**entered**
   161:10
   162:23
   172:15

**entering**
   164:21

**entire**
   9:4 24:16
   68:21
   117:3
   129:2

**entirety**
   8:19

**entities**
   48:17
   54:4

**entitlement**
   178:18

**entries**
   161:4
   162:5
   166:3

**environment**
   122:15

**Eps**
   58:1

**equal**
   7:20
   153:20

**equaled**
   153:24

**equalled**
   156:16

**error**
   136:1
   138:18

**errors**
   136:3

**ES**
   159:23

**escalate**
   135:21
   136:7

**essentially**
   31:20
   34:5 61:2
   63:8
   67:13
   76:7 78:1
   90:18
   109:1,6
   124:16
   127:10
   137:4
   140:8
   182:1

**established**
   168:17

**estate**
   53:6

**estimate**
   13:20,21
   158:7

   172:1
   173:22,23

**estimating**
   13:14

**events**
   23:18

**everything'**
**s**
   127:12

**exact**
   13:12
   23:3
   40:23
   75:18
   143:6
   157:13
   161:15
   167:6
   179:6

**EXAMINATION**
   4:24

**examined**
   4:22

**examples**
   113:1
   133:22
   181:16

**exceed**
   84:21
   168:4

**excellent**
   122:3

**exclusively**
   19:13

**excuse**
   12:24
   37:9 55:6
   65:14
   78:4
   90:19
   133:21
   145:3



149:16

**Executime**
8:6,12,
15,20
10:13
13:8
15:11
18:4
19:14
20:2,10,
17 22:13
27:21
28:23
30:7,14,
25 34:7
35:22
38:1 41:1
43:21
48:17
50:22
57:15,23
60:21
62:5,10
66:9 74:3
124:14,18
125:10
157:8
176:25
177:5
178:16

**Executime/
tyler**
40:4

**executive**
125:9

**exempt**
98:1,2,3

**Exhibit**
29:22,25
30:5
55:15,18
137:21,23
139:2,10
142:12,13

160:17,18
166:24
174:5

**exhibits**
137:19

**existing**
145:7

**expect**
121:21

**expectation
s**
27:12
103:11,
19,23
104:5

**experience**
22:15

**expert**
115:9

**explain**
7:17
14:10
15:4

**explained**
11:21
17:4
45:24

**export**
92:15

**extent**
14:15
32:21
113:12
141:14
177:8

**extra**
138:8
170:1
173:20

———————————

**F**

**face**
180:19

**face-to-
face**
116:22

**facility**
107:13,
15,17

**facing**
146:14

**fact**
16:24
51:13
110:16
148:12

**factor**
112:7

**factors**
74:22

**fair**
44:2,10
71:23
75:22
82:6

**familiar**
48:12
58:7
114:7

**Fayettevill
e**
5:6

**February**
8:1,2,15
9:5 10:18
30:11

**federal**
29:5,8

**fee**
116:7

**feet**
72:10

**fell**
15:20
16:22

**felt**
41:25
42:2

**fence**
174:24

**fighters**
20:15

**figure**
45:19
172:20

**file**
45:2
140:3

**filed**
7:14
132:19
175:21

**files**
44:22
46:8

**fill**
26:23
38:24

**filled**
27:4,17

**find**
31:4
37:25

**fine**
65:18
158:7

**finish**
6:12

**finished**
6:19,24

**fire**
20:4,15
25:14
58:6

**firm**
10:23
13:6
132:10

**firms**
54:7

**fit**
20:12

**fix**
135:21,24
136:5

**fixed**
115:1
116:6

**flew**
46:3,22

**fly**
39:4

**FMLA**
17:15,18
122:7
161:20
174:13,16

**focused**
25:9
114:19

**forever**
48:12

**form**
148:18
156:7
158:20
159:11,18

**forward**
153:18



175:1

—————————
         G
—————————

found
  16:12

fourth
  103:10
  106:4

Friday
  12:2
  16:13
  46:22

Fridays
  26:6

friend
  38:7

front
  108:13
  113:14
  115:14

full
  5:1 10:21
  46:24
  127:25
  128:10
  129:11
  144:2

function
  99:7

functionali
ties
  125:16

functions
  50:6
  58:14
  59:13
  82:15
  89:15
  90:4 97:4
  98:18
  102:19
  105:8
  118:4

gathered
  78:10

gauge
  93:9

gave
  37:7
  46:10
  85:14

Geez
  52:24

general
  15:24
  34:2
  46:10
  50:12
  91:24
  122:1
  138:20

generally
  76:9
  80:24
  87:24
  88:15
  104:4
  105:11
  106:14
  117:5,16
  126:18
  129:22
  135:23
  142:6
  148:24
  149:3,19
  163:1

generated
  178:6

generic
  15:9 80:9
  145:17

gentleman
  122:16

Georgia
  5:6 11:14
  46:17

gesture
  6:7

give
  6:13
  40:10
  55:7 92:8
  106:11
  138:6,9
  139:12
  144:14
  147:22

giving
  91:17

Go-live
  61:19
  62:24
  63:3,6,9,
  20,21
  67:8,10,
  12,14
  68:3,15,
  21 69:13
  70:18
  71:13
  72:9,18
  73:24
  74:5
  87:14,17,
  24 88:2,
  18 89:6
  108:25
  109:15
  181:18,25

goal
  104:6

goals
  103:11,
  19,23
  104:9

golf
  151:14

good
  8:8 20:12
  40:10
  53:25
  76:13
  134:15
  152:17
  160:20
  173:4

gosh
  42:22

Gotomeeting
  119:2
  156:24
  180:21,22

government
  7:15,21
  48:17
  54:4

graduate
  52:13

grasp
  131:17

grasping
  130:22

great
  40:15
  93:10
  100:23
  153:21

Greene
  4:4,5,20,
  21,25 5:2
  52:10
  180:1

ground
  5:13

group
  68:22
  87:6

123:25
  136:15,16
  182:11

groups
  68:18

guess
  22:7
  27:20
  34:23
  41:15
  47:22
  56:25
  57:6
  67:21
  68:6,13
  69:5
  71:21
  77:13
  79:14,21
  81:25
  82:3,11
  85:11
  89:12
  96:1
  119:5
  138:18
  152:11
  153:14
  172:19

guesstimate
  92:2
  154:9
  158:11

guesstimate
s
  89:17

guesstimati
ng
  81:7

guidelines
  29:5

guiding
  48:9



guys
148:25

---

**H**

---

habit
163:13

half
11:20
12:7
13:14,18
18:12
74:2
127:20
128:2,14
129:24
130:17
131:8,18

hand
61:21
72:2

hand-off
104:11

handed
70:14
142:21
150:4

handle
26:18
44:24
46:7
64:18
76:8 85:1
113:17
114:23
115:7

handled
137:8
164:3,5,7
181:24

handles
32:12

handoff
32:15,18,
25 33:12
75:5,10,
24 76:5
77:11,16
79:4,6
82:25
90:1 95:7
148:9,13

happen
45:6 72:4
88:12,14,
16 105:20
168:25
169:22

happened
6:23
23:16
37:3 44:9
45:7
107:14
169:3
171:19
182:25

hard
36:4
75:20
93:9,21
127:21
130:22

harder
73:20
121:13

Harrison
37:22
38:2
41:12
46:4,10
175:18

head
5:18
60:16
83:24

123:18
150:20

hear
165:7

heard
29:16
114:5

hearing
179:14

held
144:20
149:6
176:6

Henderson
37:19
138:25
139:4

Herrington
4:18,19
9:8,17,
22,25
10:7,18
11:2
29:16
52:2
53:24
97:8,11,
17,22,25
98:6
132:9
138:11,16
143:14
160:15
177:7
183:12

Herrington'
s
10:23

hey
40:14
42:3
65:23
85:18

96:24
100:1
106:20
148:25

high
52:24

higher
83:23
84:2

highlighted
95:12

Hillary
13:3
14:17
34:21
35:1
37:6,16,
17 40:13
45:21
122:23
164:1

hiring
20:14

hold
56:23
72:22,23
116:13
151:16
181:7,17,
19 182:2

holding
72:2

Holly
11:12

home
34:8,12,
22 35:13,
19,21
54:12

honestly
66:22
132:22

honor
56:3

horrible
114:10

hostile
122:15

hotel
151:18,19

hour
54:20
87:4 93:1
115:15
117:18
129:25

hours
28:24
41:6 42:3
51:8
84:22
90:20,25
109:22,23
110:4,7,
9,12,17,
21,23
111:1,4,
14,16,23
113:6,15
116:8
127:20
128:2,7,
10,14
129:24
130:5,6,
8,18
131:8,18
141:2,5
153:21,
23,24
154:4
155:7
156:10,17
157:21,22
158:20
159:16,22



160:10
162:15,20
163:19
164:12
165:14
166:13,
18,23
167:21,23
168:1,4,
20 170:1,
12,19
172:2
173:20
174:6
177:12

**house**
46:19

**Howell**
19:9,18,
19

**HR**
17:24
18:10
19:12
76:24
84:2
122:15

**Huh-uh**
154:18
166:6

—————

**I**

**identificat
ion**
30:1
55:16
137:22,24
142:14
160:19

**identified**
98:19
162:16
174:4

**identify**
145:2
158:25
165:14

**identifying**
158:20

**imperative**
171:5,8

**implementat
ion**
16:10
19:23
20:6
22:7,18
23:13
27:25
28:11
31:6,16,
25 32:8,
16,19,20,
25 33:11,
16 34:3
35:17,22
36:6,9,13
37:4
43:3,7,18
44:10,20
46:11
47:10
50:3 51:2
58:11,22
59:5,13,
19 63:17
64:14
65:11,24
69:6
70:14
74:18
75:5,25
77:6,10
86:20
90:9
91:19
95:7 99:1
102:19

104:23
111:2,12
112:15
114:6
115:12
123:10,21
128:22
131:20,25
132:3,4
135:1
137:8
138:21
141:12
142:16,19
143:13
144:5,11
147:17,
19,20,25
148:2,4,
15 149:8
150:22
151:2,8
152:11,24
164:22
165:5
181:7
182:6

**implementat
ions**
47:18
48:3
66:15
80:23
81:13
93:15
94:3,9,13
96:15,17
104:22
119:7,24
120:7
181:3
182:9
183:6

**implemented**
158:15

**implementer
s**
180:14

**important**
32:6
168:13
170:23
171:7

**impression**
165:1

**improvement**
179:3,11

**in-house**
4:17

**incentive**
11:20
12:3,4,11
14:6
15:7,24
17:1
178:11

**incentives**
176:22

**incident**
42:8

**inclined**
126:25

**included**
66:21

**including**
92:4
118:4
119:14
164:21
173:10,11

**income**
178:17

**incorrectly**
7:4

**increase**
40:1,3,6,

11,15,16

**increased**
30:24

**independent**
51:1

**individual**
15:2

**ineffective**
121:20

**information**
26:22
44:22
59:1 78:9
101:23
124:16,17
125:2,9
126:6
127:22
131:17
149:4
150:9

**informed**
11:24
14:13
16:11

**initial**
11:19
44:23
48:7
58:18,23,
25 59:7,
17 77:7,
23 80:1,5
82:16
83:2
89:22
92:8,10,
12 97:1
104:6,10
112:15
124:19,21
140:8

**initially**



20:9
22:12
34:19
45:14
139:19

**inputting**
86:8
159:20

**instance**
69:7

**instances**
68:12
126:11
168:7
174:6

**instituted**
160:2

**institution**
157:19

**instructed**
155:5
165:4

**instruction**
145:6
156:3,8,
19 165:7

**integrate**
26:22

**integrated**
124:22

**integrating**
45:1

**integration**
31:22
44:22,23
50:8 70:7
75:15

**integrity**
173:19

**intend**
173:13,17

**intention**
122:8

**interface**
33:1

**internal**
99:20
101:23
127:18
146:14

**internally**
84:25

**internet**
177:25

**interrupt**
78:18

**interview**
38:13,15
39:5

**interviewed**
41:13
55:1

**intimately**
114:11

**introduce**
4:11
76:11

**introduced**
155:22
157:25
162:11

**involve**
81:20,22
135:10

**involved**
63:4 64:2
99:4,9

**issue**
134:12,17

**issues**
18:23,25

59:24
67:4,20,
24 70:22,
24 88:23
131:21
134:16
182:17

**item**
68:6
153:12
165:2

**itemized**
97:3

**items**
45:23
96:2
102:14
111:9,23
153:11
157:14
170:5

———————

**J**

**Jamie**
12:22
13:25
14:12
34:20,22
151:25
152:1,2
164:2,5,
15

**Jamie's**
14:14

**January**
39:15
45:9 46:4
66:5
171:13

**Jason**
58:1

**Jenkins**
4:10 14:3
48:4
57:24

**job**
21:14,19
23:20
24:21
31:4
40:10,15
42:1 43:4
50:6
53:8,22
56:10
57:9
59:12
60:10
91:5,10
101:11
122:2,11
123:7
142:18
143:8,11,
21 144:4
175:16
176:5,9

**John**
14:3 48:4

**journal**
166:2,14

**June**
8:12
28:13
30:25
31:1
43:2,24
54:18

**jury**
173:13

———————

**K**

**Kathy**
31:9,11

38:16
39:11

**kind**
36:1,2,4
39:20
48:9,15
53:14
57:10,11
72:13
78:24
82:5 83:6
87:20
88:21
90:6 93:7
95:25
96:1,12
100:1
104:7
109:1,14
118:21
120:13
122:1
125:14
126:13
133:9
146:22
170:6

**kinds**
102:8

**knew**
41:8
64:6,9,23
85:8
99:10
169:9

———————

**L**

**Labor**
7:21

**large**
12:13
24:13



law
   53:19
   54:7
lawsuit
   7:9
   132:5,19
   162:2
   175:14,22
lawyer
   11:18
   12:15
lawyers
   97:13
   132:9
lead
   99:15
   101:1
   121:16
leadership
   102:5
leads
   31:20
   32:19
learn
   24:15
learners
   74:6
learning
   24:13,19
leave
   17:15,18
   18:20,22
   39:2 87:9
   122:7
   161:20
   174:13,
   16,19
   176:11,14
   179:12
left
   13:16
   35:25

43:9
   128:19
legal
   174:17
   175:4,8,
   11 177:8
length
   23:22
letter
   30:6
   39:14
   51:5
   132:11,
   13,18,21
   133:1,4
level
   34:2
   50:10,12
   62:17
   76:16
   82:17
   119:19
   138:20
levels
   59:23
   77:8
   133:12
liability
   9:10 10:4
Lindsey
   18:2,16
   19:13
lines
   118:10
lingering
   74:2
Linkedin
   56:25
   57:4
list
   134:25
   135:4

159:18
listed
   77:21
   82:16
   102:12
   156:15
   163:7,10
listen
   45:18
listing
   60:13
lists
   30:10,16
literally
   118:24
live
   35:18
   38:9,11
   61:24
   62:2,9,
   14,20
   69:9
   87:21
   88:17,20
   89:4
lived
   5:7
lives
   11:14
located
   18:13
   35:1
   127:12
location
   73:1
   81:15
   104:24
log
   118:25
   119:3
long

5:7 13:15
   17:18
   18:9 21:8
   46:20
   75:11
   127:13
longer
   25:21
   34:3 54:3
   62:2
   75:18
   88:5
   153:3
   173:10
looked
   82:23
   114:1
   144:1
   149:23
lot
   35:18,24,
   25 36:3
   42:22
   48:10
   58:5
   71:24
   75:15
   86:1
   91:22
   130:20
   149:5
   163:2
lunch
   129:3
   144:19
   147:15

────────
      M
────────
made
   10:1
   16:16
   19:10
   22:2,14

41:17
   42:8,19
   127:18
   140:7,12
   142:7
   178:16
main
   105:14
majority
   25:12,24
   31:21
   33:8
   62:24
   71:21
   83:8
   89:21
   128:20
   167:19
make
   9:13
   10:5,10
   32:4
   43:14
   61:5,8,21
   62:7
   67:17,20
   81:12
   84:3,18
   99:23
   101:11
   104:5
   105:23
   107:7
   109:3
   111:15
   126:6,9
   134:22,24
   156:15
   165:10
   168:13
   171:2,4
makes
   84:6
making



6:7 88:25
120:11
140:9
162:19
163:19
176:13

**manage**
94:8
96:16

**management**
31:7
53:19
130:25
140:3
159:8

**manager**
11:25
17:25
18:10
19:13
22:13
23:14
27:2,25
28:10
31:5,15,
20 32:12,
22 33:6,
16,22
34:4
36:13,19,
23 37:8,
13,16,18,
21 40:8,
12,24
43:17
45:5,23
47:11,19
48:2,4,7
51:2
54:11
57:12,13
58:9
63:22,24
64:6,9,
13,17

67:24
69:22
70:3,11
73:10,12
75:3,9,19
76:20
77:18
78:7,20
80:22
83:24
84:1,2
88:1
94:16
95:19,21
98:17,20
99:2,25
100:4
101:8,10,
25 104:8,
14 106:20
107:7,25
109:4,12,
24,25
110:8,14,
16 111:18
112:1
117:5,7,
13 120:11
122:19,22
123:10
124:23
135:1
136:9
138:24
147:20,21
148:1,6,
15 149:8,
21,24
182:5,6,
12,23

**managers**
22:17
36:25
37:10
45:16
64:18

66:24
76:8,21,
24 85:17
123:11
151:8
152:12,25

**managing**
57:20
119:6
181:13

**manipulate**
126:15

**mapping**
145:3,5

**March**
17:14

**Marietta**
54:15

**mark**
29:21
137:19
142:11
160:16

**marked**
29:25
30:5
55:15,17
137:21,23
142:13
160:18
166:24

**market**
50:25

**master**
140:3

**matching**
67:5

**matter**
4:4 7:25
51:8
115:11
116:6

175:24

**Matthew**
4:18

**maximizatio
n**
121:17,22

**maximize**
119:25
120:22
121:2,7

**Mckeeby**
4:15,24
9:15,18,
24 10:2,8
11:5
29:21
30:3
51:25
52:9 54:1
55:17
97:10,15,
18,24
98:4,7
102:22
103:1,7
115:21,24
137:25
138:15,17
142:15
143:17,18
144:17
145:1
147:8,14
160:12,
16,20
177:10
179:19
180:1
183:10

**meaning**
103:15
110:21
164:7,8

**means**

61:25
107:3,5
113:13,25
145:14,18

**medical**
179:12

**meet**
27:2
76:12
99:16
118:25
180:16,19

**meeting**
12:1
64:14
94:9
98:12,13
109:6,11
116:12
118:5
150:21
151:3,7,
10,17,24
152:3,5,
20 154:16
156:24
158:14

**meetings**
33:2,9
116:14,
21,22

**members**
132:10

**memo**
156:20

**memorialize
d**
5:23

**Memphis**
38:10

**mention**
6:8



**mentioned**
33:14
40:2 50:9
59:14,16
60:22
62:18
77:6
82:5,19
83:5
84:12
87:13
93:14
103:24
116:19
119:18
122:17
137:7

**mentions**
30:20

**met**
46:9
108:25
116:15
162:20
163:19
182:10

**methods**
119:13

**Michael**
19:9

**Michael's**
19:16

**mid-year**
40:23

**Mikeya**
37:19
40:7,24
138:25
139:18

**milestone**
109:11

**milestones**
106:5

108:22,
23,24
109:1,7
116:15

**mind**
41:23
42:8,14,
17,19
58:4
116:2
144:15
148:3
157:7

**minimal**
88:11

**minus**
129:3

**minute**
165:10

**minutes**
93:1
179:20

**mistaken**
141:21

**misunderstoo
d**
118:12

**Mitch**
10:19,25

**Mitchell**
11:3,4,6

**mixed**
105:18

**model**
144:22

**models**
144:24

**modificatio
n**
146:3

**modificatio
ns**
140:6,10,
11 142:7

**modified**
141:11

**modify**
146:16

**module**
20:1,23
21:15
24:14,20,
25 60:24,
25

**moment**
12:23
139:12
142:22
144:14
174:25

**Monday**
46:22

**money**
176:13
177:16
178:24

**monitor**
88:21

**month**
44:5
171:20

**monthly**
14:25
180:2,8,
12,13,15
181:23
183:3

**months**
10:12
17:19
21:9 22:1
47:21

57:14
154:2,7,
15

**moon**
175:19

**move**
22:2 73:4
175:1

**moved**
28:17
38:10

**multiple**
37:12
45:16
72:19
90:17
93:15
94:8
96:15
119:6,8
127:15
128:23

**multiple-
day**
152:3

**municipalit
ies**
48:19

**municipalit
y**
76:17

_____

**N**

_____

**names**
45:2,3

**narrative**
159:11,18

**nature**
62:12
156:13

**necessarily**
49:7
68:17
83:7
100:20
105:19
116:23
118:6
121:9
135:16
142:9
146:17

**needed**
45:22
64:25
67:25
68:6,7
74:12
89:1
106:6
110:7,17
111:16
117:4
122:2
126:5
140:6,11
155:6
170:4,23
171:5

**needing**
11:17

**negative**
49:20
97:16

**neglected**
51:17

**news**
160:20

**nice**
72:13
122:20

**nicer**
89:9



**nodding**
5:18 6:1
70:8 83:1

**North**
35:1,4,7
72:7

**noted**
78:24

**notice**
148:14,17

**noticed**
12:13

**notificatio
n**
148:22
149:7

**notify**
110:7

**notion**
145:20

**November**
150:22
153:18,
19,25
154:16
172:12,
18,21

**number**
111:22
159:21
162:15
165:14
166:22
170:5,12
172:2
173:25

**numbering**
138:18

**numerous**
67:6 71:1

——————————
O
——————————

**O'RYAN**
53:13
54:5,17,
20 55:2,
24 56:6
57:13
58:9,20
59:4

**oath**
5:15 7:12
52:11
169:18

**object**
9:12
177:8

**objection**
9:21 10:5

**objections**
9:13

**objective**
61:4 79:7

**objectives**
99:16
100:2
101:5,6,
15,19

**observed**
73:12

**obtain**
7:24

**obtaining**
161:6

**occasion**
18:17

**occasions**
107:24
137:14

**occur**
28:5
29:11
44:3
77:11,25
80:19
83:14
105:9
117:20,23
120:10
121:23
127:14
128:16

**occurred**
44:4
62:19
67:12
82:20

**occurrence**
42:7

**occurring**
134:2

**occurs**
76:4 82:5
83:6

**October**
171:13,16
172:6

**offer**
30:6
39:14
51:5
145:16

**office**
34:11,23
54:14
136:19
151:15

**officer**
26:3

**officers**
20:15
25:14

**offices**
151:11

**older**
71:21

**on-site**
33:9 73:2
119:14
128:21
129:19
139:8,11
140:16
141:10

**on-the-job**
47:3,5

**one-on-one**
182:13,15

**onsite**
81:9

**open**
170:4

**operating**
61:22
62:15

**operation**
126:13

**opportunity**
7:20
30:21

**opposed**
6:1,5
10:12
23:4,13
24:1 37:3

**option**
21:1
79:15

**options**
85:8
112:23
113:2

**order**

20:22
67:19
77:25
82:20
162:9

**original**
73:24

**originally**
73:7

**outline**
98:5

**oversee**
88:21

**overtime**
41:9,20
42:10,13,
16 54:22
132:6
133:18,
21,25
135:11,19
141:4
173:14

**overview**
140:13
141:1
144:7

——————————
P
——————————

**P-A-S-C-H**
13:4

**p.m.**
183:16

**paid**
14:24
29:1
54:19,21
115:14
177:23

**paid-in-
full**



SUZANNE GREENE
SUZANNE GREENE vs TYLER TECHNOLOGIES

August 29, 2019
Index: paper..plan

113:9,19,
20 114:4

**paper**
72:15

**parallel**
62:3,4,7,
25 64:8
83:9,13
86:6
87:7,14
88:24
89:5

**parallels**
87:21

**Parker**
4:8

**part**
22:25
24:14
32:12
34:20
44:13
60:10
63:1
66:14
69:13,14,
16,24
84:9
106:3
114:14
127:6
144:6,7,
10 145:12
148:4
150:11
167:22

**party**
7:8

**Pasch**
13:3,6,10
16:7
37:17
40:13
123:13

131:4,12
150:23
151:23
164:1,19
179:10
180:2
181:22
182:7,23

**pass**
65:13
68:2

**passed**
29:9
63:14
64:15
65:2,21
67:1,11,
19 87:22

**passing**
63:25
65:24

**past**
143:16

**Paulo**
4:15 9:8

**pay**
51:9
113:14
141:2
171:12
172:22
178:12

**payout**
12:10

**payroll**
60:25
61:3,5,8
76:24
83:24
92:15

**people**
31:19
33:15

35:20,25
36:3 57:1
60:7
69:12
71:5,22
77:1
85:22
86:8
100:6,8
122:4
123:25
178:5
180:16

**percent**
81:8,15
91:11,16
92:3,18
104:21
105:25
167:3

**percentage**
80:25
89:14
90:3,13
91:10,24
92:8
93:3,6
178:7

**perform**
61:16
77:15
91:21
106:1
111:5

**performance**
179:3,11

**performed**
15:10
17:12
58:11
77:9
80:24
104:22

**performing**

115:13
143:13

**period**
17:21
48:3,7
51:9
74:23
110:1
158:18
171:12
172:22

**periodic**
33:10

**periodically**
64:13
161:10

**periods**
36:19
162:16

**person**
18:16
49:14
77:3
117:2
122:25
129:9
136:22
137:2

**phases**
77:5

**phone**
65:6,10,
14,21
116:19
148:19
156:24

**phones**
72:1

**phrase**
114:6

**physical**

17:13

**pick**
72:24

**picking**
71:17

**piece**
32:6

**pilot**
87:6

**pin**
89:18

**pitch**
50:25

**place**
46:16
68:16
100:7
158:1
172:13

**places**
79:16
100:9

**plaintiff**
4:20

**plan**
15:3,8,24
69:25
70:1
77:19
95:2,3,5,
15,18
96:6
101:9,20,
21,24
102:16
106:23
109:5
110:3
111:19
114:20
145:12
179:3,11



planned
   94:10

plate
   63:11

played
   120:20

point
   8:8 13:10
   22:7,10
   23:12
   27:21
   31:25
   33:23
   34:17
   42:15
   43:16
   62:13
   75:23
   76:6 88:5
   106:19
   108:22
   119:5
   126:22
   143:9,10,
   19
   148:22,24
   149:2,13,
   25 150:2
   153:7
   155:4
   158:23
   176:24
   177:4
   180:4

police
   20:4,14
   25:14
   26:3
   48:11
   58:5

policies
   27:5,8
   58:19
   78:10,13,

15 79:10
   101:23

policy
   135:14
   156:20

populate
   25:16
   26:8
   84:21
   85:19

populating
   133:19
   135:11,19

portion
   61:8
   87:12
   110:3

portions
   81:9

position
   10:3
   19:21
   38:1,13
   41:2
   54:10
   55:2
   57:12,13
   68:15
   142:16
   176:11

possession
   165:13

possibility
   175:8

possibly
   83:24
   84:1
   154:23

postpone
   70:17

postponed
   74:5

postponing
   109:15

potentially
   9:13

power
   71:15
   73:15
   78:3,5
   80:11,16
   81:3,20
   82:2,9
   83:21,22
   86:21
   90:19
   92:12
   102:11
   105:12
   106:16
   108:10
   119:19
   124:1
   125:20
   126:2,3,
   12,21
   127:6,9,
   10,14,16
   128:8,24
   129:6,15,
   18,19
   130:18
   131:2
   137:10,16
   159:16

Powerpoint
   125:4

pre-handoff
   150:11

precise
   89:17

precisely
   69:3

preference
   20:25

preferences
   79:14,15,
   18 85:12
   135:15

preparation
   66:15

prepare
   136:12

prepared
   125:5

prepping
   92:14

present
   55:4 56:2

presented
   39:14
   55:24
   56:5

presided
   151:23

pretty
   80:9
   102:16
   109:9
   146:19
   171:24

prevent
   67:7

previous
   170:8

previously
   103:15
   153:8

price
   115:1

primarily
   20:3 32:1
   39:21

principal
   144:12

print
   174:12

prior
   13:25
   14:2
   44:21
   78:5
   89:25
   92:5 95:6
   106:13,
   15,17
   125:5
   153:19
   154:16,19
   157:1,4,
   15,19
   179:12

problem
   49:22
   137:3

problems
   134:2

procedures
   27:6,9
   58:19
   78:11,13,
   16 101:24

PROCEEDINGS
   4:1

process
   23:1 24:8
   32:9,13
   46:1,5
   63:17
   64:23
   65:24
   74:18
   75:4
   80:5,16
   82:6
   83:3,6
   86:4
   87:17,19
   102:20



114:14
133:11
145:4
150:11
158:25

**processes**
32:20

**produced**
55:18
160:25
172:10

**producing**
61:3

**product**
139:25
145:3,4
146:2

**program**
155:17

**programming**
26:13,16

**progress**
106:10
109:19
181:3
182:8

**project**
22:13,17
23:14
27:2,25
28:10
31:5,15,
19,20,21
32:11,22
33:6,16,
22 34:4
36:13,17,
19,22,25
37:8,9,
10,13,16,
17,20
40:8,24
43:17

45:5,23
47:10,19
48:2 51:2
54:11
57:12,13
58:9
63:21,24
64:6,9,
13,17,18
66:24
67:24
69:22,25
70:1,3,11
72:22
73:4,6,9,
12 75:3,
9,19
76:8,19,
21 77:18
78:7,20
80:22
83:23,25
84:1
85:17
87:25
88:16
92:11
94:10,16
95:2,3,5,
15,18,19,
21 96:6
97:1
98:12,13,
17,19
99:2,16,
19,23,24
100:3,4,
18,21
101:5,6,
8,9,10,
15,20,21,
24,25
102:16,20
103:11,14
104:7,14
106:4,19,
23 107:7,

24 109:4,
5,12,25
110:3,8,
14,16
111:15,
18,19
112:1
114:20
117:4,6,
7,13
120:11
123:11
124:23
136:9
138:24
144:23
147:21
148:6,13
149:18,
21,23
150:5
151:8
152:12,24
166:10
181:11,13
182:5,12,
23

**projects**
37:5,11,
13 57:20
71:8
75:17
182:18

**promoted**
37:7 40:8

**proofing**
145:6

**proper**
145:3

**properly**
61:6,22
63:4
68:14

**provide**

53:18,19
56:20
121:1
145:6
161:7

**provided**
100:17
115:1
121:20
123:20

**providing**
119:12,25

**provision**
150:16

**proximity**
23:17

**pulling**
124:9

**purchase**
20:22,23
109:22
110:9
115:17

**purchased**
48:16

**purchases**
66:9

**purchasing**
48:22

**purposes**
5:14 8:17
162:1
166:22

**push**
74:11
106:21

**put**
25:13
33:15
37:4
38:22

42:23
44:19
72:13,23
74:25
77:18
78:8,20
94:16
102:17
109:4
124:22
126:10
139:22
140:2
153:23
156:20
158:1
159:19,23
162:8
165:10,11
168:12
170:15,24
171:5
181:6,18,
19 182:2

**puts**
101:25

**putting**
72:21
102:1

—————

Q

**QA**
146:2

**qualifier**
165:20

**quantifying**
166:22

**question**
6:11,14,
20 7:2,6
10:6,9
15:22
30:4



36:21
42:17
43:11
54:3 56:8
59:10
67:18
74:16
75:21
81:12
83:4 86:1
88:13
97:9,19
98:21
100:23
107:10
113:18
115:18,
19,25
116:1,3
118:12
141:9
147:16
152:18
156:18
170:8
177:2

**questioning**
144:18

**questionnaire**
27:3,14,
16 31:23
78:6,19
79:8,21,
22 80:8
82:23
89:25
95:12,24
117:15
150:8,14

**questions**
8:23
32:23
48:15
58:2,6,7

78:24
88:23
89:4
125:18,
22,24
183:11

**queue**
136:24

**quick**
146:15

**quote**
26:12
29:7,17
61:19
72:22
111:8
114:8
135:16
142:9
181:17

─────────

**R**

**ran**
59:24
67:5

**range**
92:25
93:25
154:24

**ranged**
93:21

**rare**
88:9

**rate**
176:21

**re-characterize**
105:23

**reach**
47:23

58:3 64:5
106:19
118:7
132:17

**reached**
11:22
12:14,15,
16 40:9

**reaching**
131:1

**read**
94:10
97:11,20,
21 99:17
102:22,24
115:21,23
116:16
119:15
143:25
144:2,12
146:24
183:13

**reading**
145:25

**ready**
64:15
66:25
72:24

**real**
10:20
53:6
173:24

**realize**
9:10

**reason**
7:4
11:17,19,
21 14:11
16:15
74:8
81:18
123:15
130:16

166:17

**reasoning**
16:17

**reasons**
105:14
109:17
132:5

**recall**
13:12
15:12
16:5 18:2
23:3
47:12
66:20
132:15
156:23
174:14
180:6

**receipt**
146:8

**receive**
17:2
28:19,23
47:3 51:7
54:22
64:22
132:18
148:14,21
156:3,19
176:17,25
178:7

**received**
55:10
132:11
133:5
164:15
177:5

**receiving**
28:20
42:13,16
132:25
136:2

**recent**

76:9

**recently**
90:24

**recognize**
161:1

**recollection**
162:10

**recommend**
110:11,15

**recommendations**
85:21

**recommended**
11:8

**record**
4:7 5:1,
15 6:15
11:2
52:5,8,10
97:21
102:24
103:1,3,
6,8
104:18
105:2
115:23
147:10,
13,15
153:4,5
155:2,10
156:4
159:9
164:23
165:5
166:3
168:2,8,
21
169:12,20
171:18
179:22,25
183:15

**recordation**



152:10

**recorded**
150:24
152:21
165:2
168:14,16

**recording**
153:6,8
155:6,15

**refer**
60:21
116:18

**references**
119:12

**referred**
11:7,9
174:21,23

**referring**
9:4 33:3
43:6
65:19
76:16
99:20
116:24
119:21
181:9

**refers**
86:18

**reflect**
105:3
170:11

**refresh**
162:10

**regard**
6:9

**regularly**
116:14
183:1

**reiterate**
100:1
101:3

**reiterating**
102:16
104:7

**relate**
18:25
19:3
119:5

**related**
17:5
50:6,9

**relates**
60:25

**relayed**
165:9

**relevant**
163:20

**rely**
45:22

**remain**
22:17
87:10

**remainder**
21:10
32:19
43:5

**remained**
44:11

**remember**
14:16
38:18,19,
23 39:1
66:19
117:14
157:12
158:17
161:15,
21,23
179:7

**remind**
9:9

**reminder**

118:22

**remote**
34:22
80:25
81:5
128:1,15
129:18,23
136:18

**remotely**
80:20
130:19

**reoccurring**
119:2

**repeat**
97:9,19
98:21
102:21
115:19
120:23
152:13
177:2

**report**
34:10,14
54:14
73:11
99:11
145:15

**reported**
122:14
123:1,12

**reporter**
4:9,13
5:20
97:20

**reports**
145:16,
17,20

**represent**
4:12,16
160:25

**representing**

4:19

**request**
64:22
84:23

**requested**
47:1

**requesting**
64:25
182:2

**required**
26:9 92:5
106:15
146:3
154:3

**reserved**
151:13

**residential**
5:3

**resignation**
9:6

**resigned**
17:20

**resolve**
12:17

**resolved**
12:25

**resolving**
36:3

**respect**
10:4 88:6
129:16

**responded**
14:18

**response**
14:14

**responsibilities**
23:23,24
24:11,22
44:19

45:13
46:12
59:18
87:16,18
88:6,19
90:4 94:8

**responsibility**
26:12
98:14
111:11
149:9

**responsible**
88:15
137:1

**responsive**
59:10

**restate**
152:15

**result**
21:15
37:3 61:3
70:21
74:6
109:15
124:18

**resulted**
17:8
73:23

**resume**
55:5,8,9,
10,19,23
56:4,9,
12,16,21
57:3,7
94:6
99:15
100:17
103:9,16
107:1
108:22
112:9
116:13
119:6



120:25

**retired**
20:14,15

**return**
122:6

**review**
40:14
66:14
79:3
94:24
95:22
111:13
112:16
114:13,15
144:4
149:2
150:3,10

**reviewed**
95:6,10,
11

**reviewing**
78:17
79:8
101:19

**revise**
106:5,25

**revised**
106:21

**revising**
106:8

**reword**
36:21

**Rock**
34:24
35:19
38:11
39:4
136:15,
16,18,20
150:22
151:11,15

**role**
15:11
20:6
26:24
43:7
46:11
59:8
91:18
120:21
141:20
145:12
176:16,17

**roles**
22:16
33:23
58:10
77:15

**room**
129:2
151:13,
14,21

**rotated**
35:24

**rotates**
26:3

**Rotell**
18:16

**Roto**
18:3

**rule**
51:21

**rules**
5:13
51:16

**run**
83:10
90:20
126:7,9,
25 127:2
134:15

**running**
117:7

**runs**
61:21

**rushed**
90:23

**Ryto**
18:3

—————————

S

—————————

**safe**
173:18

**salaried**
41:2
42:1,23
51:7

**salary**
29:3,4
30:16,24
40:1,3
41:4
54:19,21,
24 177:17

**sale**
178:7,8,
17

**sales**
39:21
49:3
50:22,24
66:12
115:6,10
176:9,17
178:16

**Saturday**
162:18,24
167:7,10,
12,19

**Saturdays**
162:25

**scenarios**
64:5

**schedule**
26:1,2,7,
13 27:15,
19 87:3
96:20,24
106:12
117:11,24
118:3,9,
19 142:1

**schedule-
wise**
94:4

**scheduled**
12:1 16:9
116:14
118:23
119:1
128:17

**schedules**
25:13,15,
22 27:6,
14 97:3

**scheduling**
19:24,25
20:8,11,
18,23
21:3,6
22:3
23:5,11
24:1,7
25:7,12,
18 26:25
28:17
48:5,25
49:5 58:5
60:24
65:16

**school**
52:25
72:14

**scratch**
89:12
172:3

**screen**
124:9,12
125:1
126:14

**screens**
180:25

**screenshot**
161:8
171:12
172:18,23

**screenshots**
161:4
162:5,14
166:25
170:11
172:6,9

**seasoned**
71:22
73:19
93:12
121:11

**seasonednes
s**
74:8

**self-study**
146:20

**sell**
50:18

**selling**
177:24
178:2

**send**
84:24
99:5,11
119:2
137:5
140:10
141:10

**seniority**
17:6

**sense**
15:9 50:2



71:14
82:19
89:19
90:2

**separate**
8:24 20:1
22:22
23:8,18
79:1
86:25
95:23
128:4
180:17
183:3

**separately**
8:23

**separating**
22:16

**series**
78:23

**serve**
47:18

**service**
56:10
66:8

**services**
17:12
111:5

**session**
125:6
127:15
128:5,24

**sessions**
127:15
128:23
129:25
146:10

**set**
74:23
79:11
94:20
98:12

103:10,
18,22
104:4,8
107:10
112:2
118:12,16
139:19
140:5

**sets**
70:11

**setting**
118:18

**setup**
24:8 32:1
36:14
58:18,23,
25 59:7,
17 77:7,
23 80:2,
6,9 82:17
83:3
89:23
92:5,9,
10,12,13,
16,17
97:1
110:24
124:14,
19,22

**share**
180:25

**shared**
149:5

**Sheldon**
5:5

**shifts**
26:4

**short**
52:6
103:4
110:1
130:23
144:20

147:11
179:23

**shortly**
36:15

**shot**
136:4

**show**
15:8
110:4
125:15
127:12
174:4,5

**shown**
172:24

**shrugging**
6:1

**side**
19:24
20:11,13,
16 24:7,
9,17
25:9,11,
20 26:17
58:5
66:12
117:8
136:25
150:15
173:18

**sides**
24:24

**sign**
65:1
183:13

**signed**
16:2
39:14

**similar**
53:15
57:13,17
133:1
143:7

**simple**
79:17
135:14

**simply**
42:17

**simultaneou
sly**
94:9
96:17
119:7

**single**
128:24
153:12
165:1,10
167:19

**sink**
45:19

**sir**
5:16 6:17
7:1 12:8
17:22
19:2 21:7
22:5
23:19
28:14
30:9,19
32:10,14
33:5 36:7
37:14
38:6,8,
14,25
39:12,16
41:3,7,22
43:15,19,
22,25
49:16,25
51:4,12,
15 52:12
53:11
54:6,13,
23 55:3,
21 56:1,
11,14,19
57:5,8

58:13,24
59:11
60:5,11
61:17
62:16,21
63:15,18
64:11
65:5
66:1,17
67:22
71:11
75:6 76:1
77:4
78:14
79:2,25
80:3,18
81:17,21,
24 82:7
83:8,15
84:7,15
85:5,10,
15 86:10,
19,23
87:15
93:4,18
94:19,22
95:4,17
96:8,10,
22 97:8
98:15
99:18
101:16
104:1,12,
25 105:6
108:8,12
109:9
110:22
112:11,
17,25
115:10
118:1,20
119:22
121:3
122:5
124:3,7
125:7,17
133:14



137:10
138:7,23
143:10
148:10
149:11
151:22
152:7
153:16
154:25
155:3,11,
18,21,24
156:6
160:23
161:2,18
162:3,6,
17 163:11
165:18
166:5
167:20
168:18
169:11
170:20
171:10,16
172:8
173:16
174:2,8
175:5
176:10,
15,18
179:4
180:21
181:5,20
182:24
183:9

**sister**
11:10,17
174:22

**sister's**
11:11

**sit**
45:25
76:10
86:14
129:2

**site**
56:10
72:1
73:3,5,8,
15 80:20
81:1,3,19
82:10
104:19
105:5,9,
11,20,24
127:24,25
128:3
137:9
159:17

**sits**
136:15,16

**sitting**
108:15,16
114:10
123:24

**situation**
62:22
63:2
71:12
72:17,25
135:18

**situations**
63:8
70:16
71:16,20
72:3 85:2
122:14,
19,24
181:12

**skills**
102:6

**Skype**
39:9
180:23,24

**slightly**
24:3
74:11

**slow**

74:6

**small**
93:6

**smaller**
93:2

**smart**
71:25

**software**
20:1,3,
17,21
22:3,4,23
24:1,2
26:14,21,
25 27:13,
21 39:22,
25 48:22,
25 49:12,
23 50:1,
7,10,13,
16,19,25
53:15,17,
20 57:10
59:25
60:22
61:5,15,
16,20,22
62:10,15
63:3
66:10
68:10,14,
25 73:21
74:7
80:14
84:13
119:12
120:1,12,
22 121:2,
8,17,22
124:6
125:1,15
127:1
131:9
135:19
145:8

**solution**
31:22
78:7,20
79:8,22
80:8,10
82:24
95:13,14,
24
101:19,22
117:14
149:15,16
150:7,15

**sort**
20:5,21
21:3
23:17
32:6,23
45:3 46:8
48:6
60:13
71:8 92:6
94:19
110:25
115:8
118:2
139:17
163:4
170:3
182:18

**sounded**
21:25

**sounds**
165:20

**South**
35:7

**speak**
110:8
127:1

**speaking**
104:4
117:6
129:22

**specific**
12:10

21:18,23
27:5,8
36:17
42:7,18,
25 60:6
78:10,12,
15 102:14
136:21
140:25
169:9

**specifically**
15:15
23:7 73:7

**specifics**
34:1

**spend**
141:1
165:11

**spending**
89:20

**spent**
89:15
90:3
91:25

**split**
81:4

**spoke**
110:13

**staff**
146:2

**stage**
112:15

**standard**
145:16

**standing**
123:23,24

**start**
30:10
32:3
54:16



68:23
75:19
83:19
88:2
122:11
127:4
155:6
157:14
180:4

**started**
8:5 20:9,
10,14
21:5
22:12
23:25
25:5
30:13
40:25
44:25
48:8 66:4
111:21,22
131:1
140:19
154:21
155:14
157:10
158:24
173:8
180:3,7,
8,17
183:2

**starting**
46:7
128:18
130:13,21

**starts**
139:3

**state**
4:12,25
6:5 76:17

**statement**
97:6,7,14
121:4
177:3

**States**
48:19

**status**
183:6

**stay**
101:12

**stayed**
36:1
37:8,9

**step**
46:6
48:14
80:16
147:23
148:6

**steps**
63:22
76:14

**stick**
35:8

**stood**
98:18
99:3,10

**stopped**
113:4

**stress**
122:9,12

**Strong**
102:5

**structure**
15:17,20
45:20
178:11

**struggled**
127:17

**stuff**
44:25
58:3 64:8
75:16
76:13
148:7

151:14
164:4
177:25
181:1
182:21

**submit**
84:22
136:11,22

**substance**
131:7

**subtract**
110:5

**successful**
87:21

**successor**
9:10,11
10:4

**suddenly**
23:12

**suggest**
10:5

**Sunday**
162:18,24
167:10,
12,19

**Sunday's**
167:7

**Sundays**
162:25

**super**
81:4,23
83:17
86:1,11,
15,17,22
87:1,11
92:14
94:17
105:13
106:13,18
108:10
119:20
124:2

125:21
137:12,17

**supervisor**
11:23
12:17,20,
22,24
13:2,7,
11,13,15,
17,23
14:2
34:16
84:24
86:18
87:11
159:24

**supervisor's**
11:23
12:21

**supervisors**
76:25
86:9,13,
16 87:10
163:23

**support**
20:7 50:4
63:9,10,
14,23
64:1,16
65:2,13,
21,25
66:7,19
67:1,11,
14,19
68:2
87:23
88:3,7,14
89:8

**supported**
21:12
50:1

**supporting**
21:5,16
22:2,23

23:10,25
25:5,6

**supposed**
12:11
46:1
88:21
94:18
106:17
156:4
164:22

**surgery**
181:14

**suspect**
9:25

**Suzanne**
4:4,5,20,
21 5:2

**swear**
4:13

**swim**
45:19

**switched**
23:4

**sworn**
4:22

**system**
79:13
124:12
126:14
140:2
158:1
159:6,20

──────────

T

**tailor**
141:12

**taking**
5:20,22
116:22
162:4



SUZANNE GREENE
SUZANNE GREENE vs TYLER TECHNOLOGIES

August 29, 2019
Index: Talia..thought

175:8

**Talia**
37:22
38:2
46:4,9
64:21

**talk**
6:12
9:15,16
14:4
23:22
89:20
123:19
131:24
132:3
133:7
138:19
175:15,25
181:22

**talked**
82:1,2
85:17
89:21,22,
23 132:8,
24 133:3

**talking**
6:14
28:25
67:9
82:14
91:23
132:2
149:13
163:23
169:7

**tasks**
59:3
77:22
102:6
146:9

**teaching**
50:7

**team**
31:19

33:15
36:12
50:22,24
77:1 88:7
99:23
100:3,8,
11,15,19,
21 102:20
103:15
117:3
124:24
136:10,14
178:16
181:13

**teamed**
36:18

**teams**
99:16,19,
20 100:25
101:1
103:11

**tech**
52:21
124:23
136:10,
14,21
137:2

**technical**
7:3 10:13
26:15,17
44:25
49:14
53:7
67:20
70:22,24
135:25

**technically**
57:1

**Technologie s**
4:5,16
8:4,6

**telephone**
180:20

**template**
111:18
139:18,20
140:4,9,
17
141:11,17

**templates**
26:23
146:16,18

**ten**
36:6
100:8
170:1

**tenure**
9:4 21:11

**term**
7:4 50:2
108:21
114:3
133:9,10
177:11

**terms**
23:9,20,
23 24:20,
21 26:11,
21,24
33:8
48:11
50:7 53:4
57:9
59:12
73:12
80:23
81:1
82:15
98:17
99:3
107:2
113:23
115:12
116:5
117:19
124:25
128:17

132:5
138:18
144:11

**test**
61:21
62:3,4,7

**testified**
4:23
57:24
88:4
143:18
164:19
165:3

**testimony**
5:20 7:11
30:23
32:6
93:16
133:10
167:9
168:19
170:10

**testing**
63:1 64:8
83:9,13
87:8,14
88:24
89:6
146:3

**thing**
6:8 29:9
64:16
80:4
109:14
156:9
162:19
163:18,23
164:11,16
177:18

**things**
5:25 19:7
20:4
21:2,3
25:4,11

26:17
32:23
45:3 46:8
48:11,21
53:21
58:16
60:6,9
62:11
67:7
71:2,7,8
79:12
83:11
86:2
90:10,12
91:6 92:5
94:18
98:18
99:1,3,10
101:3,17
102:8,10
108:24
110:24
112:14
115:8
121:1
122:1
126:23
127:5
139:17
153:10
156:11,
13,22
167:8
170:5
181:15,21
182:16,17

**thinking**
42:11
158:13

**thought**
67:18
71:18
75:22
95:11
97:16,25



**three-hour**
127:23
128:5

**throw**
111:22

**Thursday**
97:2

**Thursdays**
26:5

**ticket**
88:10
136:11,
12,22

**tickets**
26:19

**time**
4:6  8:2
15:18
16:12,21,
23  20:13,
18,20
21:12
22:3,19
23:3,4,6,
10,25
24:9,15,
16  25:5,
8,10,12,
19,24
28:17,21
29:14
31:2,10
32:24
34:20
35:23
36:19
37:3
38:5,12
39:24
40:14,23
44:7,8
45:8,9,
10,11
46:3,6

47:24
48:25
49:4,7,9
51:18
53:22
60:23
61:9,10
62:11
64:7  67:5
70:24,25
71:3,6
72:14
73:21
74:13
75:3,8,19
76:22
77:14
79:5,16,
24  81:16
82:25
83:7
84:17,19,
22,23
85:14
86:8
89:14,21
90:3,13
91:12,16,
24  93:3,
16,20
94:3
96:15
106:2
108:15,16
110:1,5
112:4
118:13,23
121:13
124:5
126:17
127:21
128:14,20
129:17
130:17,
18,22,23
131:2,8
133:21,25

135:8
139:14
140:25
141:5
142:24
144:12
147:22
150:25
152:10,21
153:4,5,
7,9
154:1,3,
7,12,17,
18,21
155:2,6,
10,15,20,
22,24,25
156:5,15
157:1,2,
4,5,7,16,
18,19,25
158:18,24
159:1,12,
14  161:4,
9,11,13,
22  162:5,
11,16,23
163:6,9,
13,14
164:21,23
165:6,11
166:3,24
167:6,8
168:8,11,
13,16,21,
22,23
169:13,19
170:16
171:19
172:5,15,
25  173:8,
9,10
174:18,
19,22
180:6
181:10
183:11

**time-wise**
23:17

**timeline**
104:8
106:5

**timelines**
182:21

**times**
6:9  8:22
45:16
72:19
105:25
139:17,
22,24
140:5
141:22
163:2
169:9,18

**timesheet**
153:20
155:8
156:16
164:16

**timesheets**
160:14
164:4,6,
11  174:4

**timing**
77:16,17

**tips**
146:15

**title**
22:6,10,
19  27:24
28:10
31:5
43:17
44:3
76:18
94:7
123:8,9
142:18

**titles**
22:18

**today**
5:10  7:12
23:22

**Today's**
4:6

**Todd**
4:8

**toes**
138:1

**told**
8:10
15:15
38:2  44:1
82:22
95:11
104:20
152:20
153:3
156:22
158:10
169:8
175:21,25
176:3

**top**
60:16
123:18
150:20

**tos**
146:15

**total**
168:20

**touch**
175:17

**touched**
74:22

**track**
69:19
101:13
106:4
109:19



112:8
154:18
159:15
166:13,17

**tracked**
153:13
154:1,7,
16

**tracker**
155:18,
20,22
157:2,19
158:1,25
161:4
162:5,11
164:21
165:6,11
166:24
168:22
170:24
172:6

**tracking**
111:2
154:21
156:10
173:9

**train**
45:25
60:7
130:18
145:11
146:22

**trained**
45:8,11,
12,17,24
68:14
131:9

**training**
32:2 33:9
45:21
46:10,15,
20,25
47:4,6
50:8

58:15
59:6,16
69:8,10
70:5
71:10,14,
17 73:2,
13,14,16
77:7,22
78:3,6
80:11,17
81:1,10,
20,23
82:2,3,9,
16 83:3,
14,18,22
84:9 85:8
86:7,12,
14,17,18,
21,22
87:9
89:22
90:13,14,
18,20
91:21,22,
23,25
92:3,13,
15 97:2
105:5,13
106:1,13
107:11,
13,14,18
108:6,9,
14 110:21
119:13,
14,18,20,
25 120:9,
10,20
121:1,5,
11,16,21
123:20,22
124:1,4
125:1,5,
14,20,23,
25 126:2,
15,22
127:7,9,
11,14,16

128:5,9,
21,24
129:16,
18,20,23
134:4
137:11,
16,17
140:3,12
141:7
146:10,21
156:21
159:16,
23,24
160:5

**trainings**
106:14

**transcript**
5:23
38:23

**transfer**
63:22

**transferred**
23:10

**transition**
65:15,16
88:14

**translate**
91:18

**travel**
60:4,6,7
77:8,24
82:8,18
105:14
127:24
145:25
146:8

**traveling**
60:9,10

**trigger**
148:8
149:9
178:17

**trouble**
74:7
136:4

**troubleshoot**
83:12
135:8
163:4

**troubleshooting**
32:2
59:24
62:18,25
77:9,24
82:4,12,
18 83:5
89:24
93:5,8
105:18
110:24
133:8,13,
15
134:18,20
135:3,5,
9,24
145:12
156:12

**true**
55:23
97:6,7,13
121:4
155:12
177:3

**truthful**
57:7

**Tuesday**
141:3

**Tuesdays**
26:4

**Turlock**
134:14
137:7
138:21
139:8

**turn**
21:2
79:13
149:17

**TV**
177:25

**two-hour**
87:3

**two-month**
17:21

**Tyler**
4:5,16
8:4,6,11,
18,20 9:4
13:8,19
15:11,19
16:17
17:6,12
18:23
21:11
22:1,14
29:12
30:25
31:17
33:15,20
34:7
36:14
41:19,24
43:8,21
56:17
57:16
58:12,22
59:5,14
63:5
70:17
81:14
99:20
104:23
108:18
122:2,7,
10 123:2,
16 127:18
132:25
133:4
143:4,20,



25 145:8
151:11
157:12,15
160:9
163:24,25
175:7,9,
12,13
176:6,8,
24,25
177:5
178:16
179:3

**Tyler's**
18:7

**type**
53:17
64:16
99:11
111:24
114:17
133:15
135:23
147:24
160:5
168:11

**types**
19:6
91:22
112:23
113:2
115:5
119:17
134:18
136:3

**typical**
35:16
74:17
89:2

**typically**
65:11
66:3
74:19
75:24
76:19

77:25
80:16,18
81:19,21
83:14
85:6
93:19
100:5
105:9,22
107:21,22
108:17
127:14
129:8,10
180:20

**typing**
29:20

---

**U**

---

**uh-huh**
70:6
90:11
91:8,13
117:22
123:3
152:2
164:2
169:14
170:9
174:9
179:16

**ultimately**
39:13
73:23

**unaware**
165:1

**uncommon**
70:20

**understand**
5:15,19
7:3 8:11
15:7
19:12
30:6
32:5,11

34:13
35:15
36:24
43:16
52:10
56:7
57:10
61:18
74:21
90:5
91:19,21
93:16
101:12,14
104:5
107:13
115:24
121:15
154:11,14
166:12
168:15

**understanda
ble**
7:6

**understandi
ng**
19:15
20:24
24:19
51:11
56:4
121:14
130:15
152:19
160:1
164:20

**understood**
41:1,4
51:6
67:11
95:9,10
99:24
120:12
123:12

**unique**
25:15

35:16

**unnecessary**
19:7

**unquote**
26:12
61:19
72:22
111:9
135:16
142:10
181:17

**update**
99:2
106:22
139:17,20

**updated**
98:17

**updates**
99:5

**updating**
64:12
110:2

**uploaded**
55:9
56:9,13,
24 57:3

**uploading**
44:22
45:2 46:7

**ups**
83:23
84:2

**user**
73:15
78:3,5
81:4,5,
20,23
82:9
83:17,21,
22 86:7,
11,14,17,
21,22

87:1,11
90:19
92:12,14
94:17
97:2
102:11
105:12,13
106:12,
13,16,18
119:19,20
125:20,21
126:21
127:7,9,
11,14,16
128:8,24
129:15,
18,19
131:2
137:10,
12,16,17
138:17
159:16,24

**users**
71:15,16
86:15
87:5
108:10
124:1,2
126:2,3,
12 129:6
130:19
145:2

**utilize**
27:13
62:10

**utilized**
56:16

**utilizing**
32:3
59:25
83:19



SUZANNE GREENE
SUZANNE GREENE vs TYLER TECHNOLOGIES

August 29, 2019
Index: vague..worried

---

**V**

---

vague
145:22
146:4

vagueness
9:23

varied
167:13
170:3

varies
100:7,10

variety
119:13

vary
71:1
74:21
81:19
116:7
125:11
133:11

verbally
19:5

verbatim
14:16

versa
81:5

versions
56:15

versus
4:5 81:1

vice
81:5

videos
45:19

violated
8:10

vis-a-vis
98:18

visual
134:17

voluntarily
176:14

---

**W**

---

wage
177:17

Wait
30:3
138:11

waiting
6:19

walk
125:14

wanted
40:10
84:13
107:11
150:18
154:4
156:14
172:5

warrant
69:9

watching
127:11

ways
57:17,18,
19 103:22
104:1,2

web
107:14

web-based
119:14

Wednesday
96:25

Wednesdays
26:6

119:1

week
26:4,5
42:4
46:21,23
88:2
92:20
96:20,23
117:23
119:8
130:4,6
153:24
158:21
167:16,
21,23,24
168:2,4
169:19,25
170:12
173:21

week-to-
week
97:4
165:15

weekend
163:13
171:20,
22,25

weekends
163:1
169:10,19
171:18

weekly
33:10
59:20
77:7,23
82:17
89:23
92:19,23
103:21,24
116:18,25
117:17,20
118:8,14,
22 126:21
134:9

159:3
173:15

weeks
44:5
126:20
150:5
170:1,2

word
19:6

worded
140:24

work
17:13
42:3,24
50:8
54:12
63:3
71:25
74:13
91:24
115:16
122:15
124:19
133:8
140:13
148:5
163:2
164:23
167:11
169:18
170:1
171:17

worked
34:8,12,
22 35:19,
20 37:10,
12 41:6
48:2
50:12
51:9
57:25
58:2
112:4
123:12

153:12
158:21
162:16
163:1
165:14
166:23
167:8,10
168:22
169:10,19
170:12
172:2
173:14,20
174:6
178:11

working
35:13
38:4
39:24
42:22
54:17
75:19
88:10
90:9,14
110:5
111:24
137:6
153:11
166:11
171:25

workload
167:13
169:25

works
38:25
175:23

workshop
140:22,23
141:4,23

workshops
140:19
141:23

worried
97:14



**worries**
 51:24

**write**
 91:7,12,
 20

**writing**
 72:15
 91:10

**wrong**
 49:3

---

**Y**

---

**y'all**
 9:9

**year**
 5:8  8:2
 13:14,18
 18:11
 40:6,7,22
 52:23
 54:18
 74:2,12
 161:16

**years**
 16:22,23
 17:5
 18:12
 52:18
 72:12
 86:4
 169:7





DEFENDANT'S EXHIBIT


EXECUTIME

: ENTERPRISE WORKFORCE MANAGEMENT

January 12, 2016

Suzanne Green
Redacted
Ellenwood, GA 30294

Re: Offer of Employment

Dear Ms Green,

ExecuTime is pleased to confirm the terms under which it extends to you an offer of employment. We trust that your knowledge, skills, and experience will be among our most valuable assets.

**Position:**     Project Manager / Trainer

**Start Date:**    February 1, 2016

**Place of Employment:** ExecuTime Office: 2400 Crestwood Rd, Suite 102, North Little Rock, AR, with granted permission to work from remote office in Ellenwood, GA.

**Salary:** Annual salary of____$45,000_____, less all applicable withholdings, paid no less frequently than monthly. This quote is merely for convenience and does not imply employment for any specific period. Your position is exempt from the overtime provisions of the Fair Labor Standards Act.

**Bonus Opportunity:** You may be eligible for participation in certain bonus programs. Of course, all bonus programs are established and administered in ExecuTime's discretion.

**Benefits:** As a full-time ExecuTime employee, you will be eligible to receive or participate in the benefits offered to each of our employees. For details, please refer to the appropriate Employee Handbook, summary plan description, or contact your supervisor.

**Paid Time Off:** Per Company policy.

**Expenses:** ExecuTime will reimburse you for normal and reasonable expenses incurred on its behalf, provided you submit a properly supported expense report within two months of the close of the month in which the expense was incurred. Direct any questions about expense reimbursement to your supervisor prior to incurring the expense.

www.executime.com

TYLER-GREENE 000001

 EXECUTIME
SOFTWARE

ENTERPRISE WORKFORCE MANAGEMENT

**Other Agreements and Acknowledgements:**

**Adherence to ExecuTime's Policies on Intellectual Property:** You agree to adhere to all such policies, as stated herein or elsewhere. ExecuTime retains its interest in all intellectual property rights, including but not limited to all rights relating to formulas, processes, inventions, utility models, trademarks, service marks, business names, copyrights, design rights, patents, trade secrets, computer programs, databases and source codes, that are developed, created or acquired by you (whether alone or jointly with other person(s)) on behalf of or for ExecuTime during the course of employment.

**Adherence to ExecuTime's Confidentiality Policies:** You agree to adhere to all such policies, as stated herein or elsewhere. ExecuTime requires that you not make use of or divulge to persons not concerned any proprietary information that may come to your knowledge during the course of employment. ExecuTime requires employees to use their best endeavors to prevent the disclosure and unauthorized use of such information. Such information refers to information and documents such as, but not limited to, strategic and marketing plans, customer lists, prospect lists, contracts and pricing information. Your obligation hereunder survives your separation from employment, regardless of the circumstances.

**At-will Employment:** You acknowledge that business circumstances change and ExecuTime needs the flexibility to respond effectively. Therefore, you understand that this offer is not a promise of employment for a specific period of time or under any guarantee of terms and conditions. All employees of ExecuTime are employed at-will which means either the employee or ExecuTime may terminate the employment relationship at any time with or without notice or cause without any liability for so doing. Only a written document signed by both the president of ExecuTime can alter this policy.

Representations and Warranties of Applicant. You hereby represent and warrant to ExecuTime that you (i) are not subject to any written nonsolicitation or noncompetition agreement that would affect your employment with ExecuTime, (ii) are not subject to any written confidentiality or non-use/non-disclosure agreement that would affect your employment with ExecuTime, and (iii) will not bring to ExecuTime any trade secrets, confidential business information, documents, or other personal property of any other person or entity in violation of any agreement or any applicable law, rule, or regulation.

**This offer is conditioned upon**

- Your acceptance of this offer without modification by signing below
- Your agreement to strictly abide by all ExecuTime policies and procedures

We look forward to you joining ExecuTime and believe you will make a valuable contribution toward our success. Please confirm your acceptance by signing where indicated and returning the signed letter to:

www.exec13time.com

TYLER-GREENE 000002

 EXECUTIME
SOFTWARE

| ENTERPRISE WORKFORCE MANAGEMENT |

Email Signed Copy: talia.harrison@exec#time.com
Original Copy: Bring on first day of employment

Sincerely,

Talia Harrison
ExecuTime Software, LLC

**By signing this letter, I accept and agree to the terms set for the herein:**

Signature: _Suzanne Greene_

Printed Name: _Suzanne Greene_

Date: _01 - 12 - 2016_

TYLER-GREENE 000003



Suzanne F. Greene
Cell
E-Mail:



DEFENDANT'S
EXHIBIT
2

Objective:   To obtain a leadership role in a company which offers opportunities for career advancement in a team oriented environment.


Employer: Tyler Technologies
Title: Implementation Consultant
Duration:   February 2016 – Present
Job Duties

- Manage multiple client implementations simultaneously, while meeting all project plan deadlines.
- Build, lead and direct project teams to meet project objectives
- Strong leadership and delegation skills
- Set clear expectations and goals for project teams. Track progress against timeline, milestones and budget, revise as needed
- Hold regularly scheduled meetings with the client to ensure that milestones are met
- Provide software application training using a variety of delivery methods including web-based and on-site training
- Coordinate new customer implementations, providing effective training to maximize use the software
- Excellent communication (written and oral) and interpersonal skills
- Effective at engaging with people from all backgrounds and work industries


Employer: Allconnect
Title: Sales/Customer Service
Duration: August 2015 – January 2016
Job Duties:

- Detail oriented in order to ensure accuracy of information delivered to consumers and recorded for processing
- Utilizes consultative selling techniques to present key selling points, features and benefits while remaining focused on the customers' needs and expectations
- Demonstrates persistence, manage objections and strive to improve my skills and sales performance
- Effectively communicates and build relationships with customers to provide a world class customer experience
- Consistently exceed monthly sales objectives
- Effectively executes the entire sales process from opening to close while ensuring customer satisfaction


Employer: Highland Mortgage
Title:   Loan Partner 1/Production Assistant
Duration: April 2014 – July 2015
Job Duties:

- Deliver performance excellence to mortgage/loan customers to ensure the origination of the relevant and appropriate loan products to meet their financial needs
- Observe the servicing practices of the mortgage branch team and management level associates from the customer perspective to develop and implement performance improvements
- Partner with manager and team to ensure operational excellence of the center and maintain a high level of customer satisfaction.
- Monitor the daily activities of the Branch including workflow, forecasting and customer satisfaction.

- Develop marketing strategies to build our customer base and maintain our current customer portfolio
- Create workforce stability by cultivating a productive and enthusiastic business team.
- Review team performance with manager and reinforce the accountability expectations for team and self.
- Establish communication, training and reporting processes to ensure the branch is operating to most current operational and security processes.
- Coach new hires to demonstrate professionalism, discretion and independent judgment, when performing work responsibilities.

Employer: Verizon
Title: Sales/Customer Retention/Service Representative
Duration: July 2006 – September 2013
Job Duties:

- Serviced 150 calls per day and resolved customer service inquiries on account related issues
- Achieved and maintained exceptional quality, productivity and sales results.
- Analyze customer portfolios to determine the best cross sell and upgrade opportunities
- Motivate team to maximize potential in all aspects of their job.
- Excellent verbal communication recommending relevant products to customers to deepen their business relationship with company
- Consistently exceeded incentive plans for top performing associates.
- Partner with executives to identify process improvements and develop counter measures to prevent the regression to previous ineffective performance practices
- Research and resolve escalated issues for customers and/or clients in an efficient and timely manner while transitioning to sales
- Take ownership for the resolution of customer complaints and resolved them in a manner that would ensure the retention of high valued customers
- Manage upset customers, conflicts and challenging situations
- Coached new team members to make a smooth transition to the live environment

Skills:

TSYS (Total Systems), Frontier, Microsoft Word, Excel, Outlook, and Power Point,



ENTERPRISE WORKFORCE MANAGEMENT



# Turlock, CA

# Timekeeping Power User Training
# Onsite Agenda

## May 22 – 24, 2018

MyKeya Henderson, Project Manager
Suzi Greene, Implementation Consultant/Onsite Trainer



DEFENDANT'S EXHIBIT
3
PENGAD 800-631-6989

 **executime**
a total tyler solution

ENTERPRISE WORKFORCE MANAGEMENT

## Pre-Work

- Prepare detailed list of pay codes and how they are used (e.g. if the pay code count towards overtime, if the pay code is restricted to specific departments/division)
- Prepare detailed list of all policies (e.g. overtime, comp time, special pay, etc.)
- Prepare detailed list of all holidays for each department/division, including the number of hours and any special pay practices or requirements.
- Print copies of reference material provided by Tyler for each attendee as applicable
  - o Onsite Agenda
  - o ExecuTime Pay Codes
  - o Go Live Checklist – Power User Training
  - o Policies
  - o Holidays
  - o Pay Codes

## Meeting Room Setup and Resources:

- Display Projector (overhead or connection to screens meeting attendees can see)
- High Speed Internet connection (required for all our products.)
- Working space for Tyler resources (when not conducting meetings)
- Security credentials (if applicable)
- Access to parking in close proximity to meeting location(s)

## Agenda

### Tuesday, May 22, 2018

| | |
|---|---|
| 8:30am – 9:00am | Tyler Technologies Arrival and Introductions |
| 9:00am – 10:00am | Training: Admin Overview of Employee Actions, Supervisor Actions, Reporting |
| 10:00am – 10:15am | Break |
| 10:15am – 11:45am | System Admin Training: Master File Management |
| 12:00pm – 1:00pm | Lunch |
| 1:15pm – 2:30pm | Workshop: Pay Codes |
| 2:30pm – 2:45pm | Break |
| 2:45pm – 4:45pm | Workshop: Pay Codes |
| 4:45pm – 5:00pm | Wrap-up Discussion |
| 5:00pm | Tyler Technologies Departure |

 **executime** ENTERPRISE WORKFORCE MANAGEMENT
a total tyler solution

## Wednesday, May 23, 2018

| | |
|---|---|
| 8:15am – 8:30am | Tyler Technologies Arrival |
| 8:30am – 9:30am | System Admin Training: Messages and Policies & Rules Engine |
| 9:30am– 9:45am | Break |
| 9:45am – 11:45am | Workshop: Review and Test Overtime & Comp Time Policies |
| 12:00pm – 1:00pm | Lunch |
| 1:15pm – 2:15pm | Workshop: Review and Test Overtime & Comp Time Policies |
| 2:15pm – 2:30pm | Break |
| 2:30pm – 3:45pm | System Admin Training: Schedule Maintenance – Security & Permissions |
| 3:45pm – 4:45pm | Workshop: Security & Permissions |
| 4:45pm – 5:00pm | Wrap-up Discussions |
| 5:00pm | Tyler Technologies Departure |

## Thursday, May 24, 2018

| | |
|---|---|
| 8:15am – 8:30am | Tyler Technologies Arrival |
| 8:30am – 10:30am | Workshop: Security & Permissions |
| 10:30am – 10:45am | Break |
| 10:45am – 11:45am | Payroll Functions Training: Bulk Transactions and Holiday schedules Workshop: Holiday Schedules |
| 12:00pm – 1:00pm | Lunch |
| 1:15pm – 2:45pm | Workshop: Holiday Schedules |
| 2:45pm – 3:00pm | Break |
| 3:00pm – 5:00pm | Open Action Items Discussion and Project Plan Review |



(PTS: 1/8/2019) Turlock, CA - Timekeeping Imp (Self-Hosted/New World/Mobile/Clocks) (D) (XTNI-16143)

[XTNI-19909] **Turlock, CA - Onsite Agenda for Power User Training [Billing-Suzi]** Created: Mar/07/2018 Updated: May/20/2018 Due: May/15/2018 Resolved: May/20/2018

| Status: | Resolved |
| --- | --- |
| Project: | Moved - Read Only - XTNI - New Implementations |
| Component/s: | None |
| Affects Version/s: | None |
| Fix Version/s: | None |

| Type: | Sub-task | Priority: | Medium |
| --- | --- | --- | --- |
| Reporter: | MyKeya Henderson (Inactive) | Assignee: | Suzanne Greene (Inactive) |
| Resolution: | Fixed | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | 25 minutes | | |
| Time Spent: | 1 hour, 47 minutes | | |
| Original Estimate: | Not Specified | | |

| Attachments: | Turlock CA - Onsite Agenda.pdf    Turlock, CA - Onsite Agenda.docx |
| --- | --- |
| Customer: | Turlock, CA |

BILLING

1h 33m (5/16) Billed on 5/21/18 - Suzi (Along with other tickets)

Confirm agenda with client at least 3 days prior to departure for onsite

Comment by MyKeya Henderson (Inactive) [ May/11/2018 ]

DEFENDANT'S EXHIBIT 4  PENGAD 800-631-6989

Hi Suzi,

This subtask has been assigned to you. The agenda will need to be sent to Alison Arias for approval by EOB 5/15/18. Be sure to include all pre-work the client will need for the onsite (e.g. printed list of pay codes, detailed policies, etc.). There is a sample agenda in our team resource folder.

Also, because this is a 3-day Power User Training and Workshop, be sure to alott sufficient time to complete all items on the Power User checklist with the client. You should have a completed Power User Checklist upon your departure from Turlock.

Comment by Suzanne Greene (Inactive) [ May/16/2018 ]

From: Greene, Suzanne
Sent: Wednesday, May 16, 2018 4:16 PM
To: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: Turlock Onsite Agenda

Hi MyKeya,

Attached is my onsite agenda for Turlock. Please let me know if you think I need to make any modifications ☺

Thanks,

Suzanne Greene
Implementation Consultant
Tyler Technologies, Inc.

P: 800.772.2260 ext. 5119

www.tylertech.com

Comment by Suzanne Greene (Inactive) [ May/16/2018 ]

From: Greene, Suzanne
Sent: Wednesday, May 16, 2018 7:17 PM
To: aarias@turlock.ca.us
Cc: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: Turlock, CA - Onsite Agenda / Call with Allison

Hi Allison,

It was a pleasure speaking with you today ! Please see below the items we discussed.

• Power User Checklist
o We reviewed the Power user checklist in detail. Project Plan > Go Live Checklist > Power User Training
• Onsite agenda

o Discussed the workshops.
o Attached is the onsite agenda for next week.
• Pay codes
o Went through the hours code list sent to ExecuTime

Please dont hesitate to reach out to me if you have any questions at all. I'm looking forward to next week ☺

Suzi Greene
Implementation Consultant
Tyler Technologies, Inc.

P: 800.772.2260 ext. 5119

www.tylertech.com

Comment by MyKeya Henderson (Inactive) [ May/17/2018 ]

From: Henderson, MyKeya
Sent: Thursday, May 17, 2018 11:28 AM
To: Greene, Suzanne <Suzanne.Greene@tylertech.com>
Cc: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: RE: Turlock Onsite Agenda

No worries. Please see the below updates. Also, please be sure to start on these prior to the due date to ensure we have time to review and meet our target dates with the client.

• Add comma after "24" on the cover page (between 24 and the year)
• You can remove my information from the cover page since I will not be onsite with you
• Under Meeting Room Setup and Resources: bullet 3 can be removed since you have workshops throughout the day
• You'll want to arrive by 8am each day since they will be billed for 3 full 8-hour days (the time from 8:00 to 8:30 can be your prep/setup time.

Let me know if you have any questions!

MyKeya Henderson
Project Manager
P: 800.772.2260 ext. 4839

www.tylertech.com

From: Greene, Suzanne
Sent: Wednesday, May 16, 2018 6:18 PM
To: Henderson, MyKeya <MyKeya.Henderson@tylertech.com>
Subject: RE: Turlock Onsite Agenda

Hey there .. don't worry about looking over this one I had to get it out to Allison I copied you on the email ☺

Thanks,

Suzanne Greene
Implementation Consultant
Tyler Technologies, Inc.

P: 800.772.2260 ext. 5119

www.tylertech.com

Generated at Mon Aug 26 18:55:16 CDT 2019 by Hillary Pasch using JIRA 6.4.10#64025-sha1:5b8b74079161cd76a20ab66dda52747ee6701bd6.

 **tyler** technologies   Empowering people who serve the public™


DEFENDANT'S EXHIBIT 5

### Position Description

| Job Title: | Implementation Consultant | Date: | 1/1/11 |
|---|---|---|---|
| Department/Group: | Implementation | Grade: | 9 |
| Reports To: | Project Manager | Exemption Status: | Exempt |

### Position Objective

The Implementation Consultant provides the highest quality instruction and support to clients during the implementation of Tyler software products. The consultant ensures that the transition to Tyler software is completed according to predetermined timelines and establishes a positive baseline for the new relationship between the client site and Tyler Technologies.

### Principal Duties

- Provide professional and thorough training and consultation to clients on Tyler software products.
- Perform consultation/analysis sessions on applicable Tyler products to determine the existing business model and create a new model to use in the deployment of the project.
- Consult with users to identify the proper data mapping process for the product conversion.
- Provide instruction on proofing and analyzing data conversions from existing software to Tyler applications.
- Train users on data entry, system administration, user security, and user permissions.
- Play an active role in troubleshooting client issues, or working with the support or development departments to resolve
- Create custom reports or customize existing reports to satisfy client requirements.
- Arrange travel upon receipt of schedule and at least two weeks in advance project start date to ensure cost effectiveness.
- Keep up to date on administrative tasks such as documenting client issues, communicating agendas, submitting trip reports and weekly expense reports, and updating the client SharePoint site.
- Design and conduct training sessions on site or through webinars.
- Assist QA staff with product testing or modification testing as required.
- Create both client-facing and internal documentation such as quick tips and how to's and participate in discussion boards on a regular basis to share information with other Tyler employees.
- Stay current with new product releases and continue to advance product knowledge in specialized areas through self-study, participation in training sessions, development of videos, and the research and testing of product scenarios.

### Scope and Impact (Accountability)

The Implementation Consultant position is a revenue-generating position. The quality of the implementation can directly affect the volume of work and the projects' profitability. The consultant conducts a minimum of 12 billable days of training per month to groups of up to 25 clients. He or she adheres to training assignments but must use independent judgment and available resources to successfully transition the client to Tyler software.

### Complexity

The Implementation Consultant must be able to:
- Expeditiously learn, understand, demonstrate, and train clients on Tyler software applications by following the implementation methodology approach.
- Maintain a courteous, professional, and confident demeanor throughout the implementation process.

1

 **tyler** technologies    **Empowering people who serve the public"**

- Work with a diverse group of people, and adapt to and work in a dynamic environment.
- Instill client confidence in the use of Tyler applications by providing effective one-on-one or group training.
- Exercise good judgment, discretion, and tact while working with clients.
- Maintain the ability to perform the basic functions of the application on different data platforms.

## Education, Experience and Special Skills

- Bachelor's degree in business or related field, or comparable work experience.
- Knowledge of principles and concepts in accounting desired
- Exceptional presentation and training skills desired
- Excellent interpersonal and communication skills.
- Familiarity and ease with computer systems and Microsoft Office products.
- Strong problem solving and analytical skills.
- Ability to travel extensively.
- Valid driver's license.

3/21/2019

RECENT   NEW   HOME ▾

General

**Production PSA**

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search...

Time Sheet   Options   Filter

**TIME SHEET**

Non-project time
Open tasks
Regular tasks

◄   Week start: Sunday, January 28, 2018   ►

Submit | Hide status | Show overtime

| Project | Task | ↻ | ◢ | 📅 | Sun 28 | Mon 29 | Tue 30 | Wed 31 | Thu 1 | Fri 2 | Sat 3 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | | | | 1.25 | | | 25.25/0.00 |
| Non-projec... | Internal... | | | | | 8.00 | 8.00 | 8.00 | 1.00 | | | 1.00/0.00 |
| Non-projec... | Paid Tim... | | | | | | | | | 8.00 | | 8.00/0.00 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | | | | 1.50 | | | 1.50/0.00 |
| Coachella.... | Professi... | 0.00 | 100.00 | 2/10/2017 | | | | | 1.50 | | | 1.50/0.00 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 10/22/2017 | | | | | 1.25 | | | 1.25/0.00 |
| Henderson... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | | | 1.50 | | | 1.50/0.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00/0.00 |

Details

DEFENDANT'S
EXHIBIT
6
PENGAD 800-631-6989

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

RECENT | NEW | HOME

General

Type to search

Time Sheet    Options    Filter

Non-project time
Open tasks
Regular tasks

**TIME SHEET**    Submit | Hide status | Show overtime

Week start: Sunday, February 04, 2018

| Project | Task | | % | | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-proje... | Administ... | | | | | 1.75 | 2.00 | 0.75 | | 2.75 | | 7.25/0.00 |
| Non-proje... | Internal | | | | | 2.25 | | 1.00 | | 2.00 | | 5.25/0.00 |
| Non-proje... | Weekda... | | | | | 5.50 | | 5.50 | 5.00 | 1.00 | | 11.50/0.00 |
| Alexander C... | Professi... | 0.00 | | 12/16/2016 | | 0.25 | 0.25 | | 8.00 | | | 8.50/0.00 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 0.50 | | | | | | 0.50/0.00 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 10/22/2017 | | 0.50 | 1.50 | 1.00 | | | | 3.00/0.00 |
| Henderson... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | 2.75 | | 0.50 | | | | 3.25/0.00 |
| Merrill, Wi... | Execu... | 0.00 | 100.00 | 4/26/2017 | | | 0.25 | 1.00 | | | | 1.25/0.00 |
| Portales, N... | Profe... | 0.00 | 100.00 | 8/2/2017 | | | 4.00 | | | | | 4.00/0.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 9.75 | 13.00 | 5.75 | 0.00 | 44.50/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=VI&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT  NEW  HOME ▾

★ | General

**Production PSA**

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

Time Sheet                                    Options | Filter

Non-project time
Open tasks
Regular tasks

**TIME SHEET**

Submit | Hide status | Show overtime

◀  Week start: Sunday, February 11, 2018  ▶

| Project | Task | ↻ | ✷ | 📅 | Sun 11 | Mon 12 | Tue 13 | Wed 14 | Thu 15 | Fri 16 | Sat 17 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 2.50 | 3.00 | 2.00 | 3.50 | 3.00 | | 14,000.00 |
| Non-projec... | Internal... | | | | | 0.75 | | 2.00 | 1.00 | 3.00 | | 6,750.00 |
| Non-projec... | Paid Tim... | | | | | | | | | 0.75 | | 750.00 |
| Non-projec... | Training... | | | | | 0.50 | 0.75 | 0.50 | | | | 1,750.00 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | 2.75 | 1.00 | | 1.25 | | | 5,000.00 |
| Coachella... | Professi... | 0.00 | 100.00 | 2/10/2017 | | | 1.50 | 2.00 | | | | 3,500.00 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 10/22/2017 | | | 1.50 | 1.00 | | | | 2,500.00 |
| Henderson... | Professi... | 0.00 | 100.00 | 4/18/2017 | | 0.50 | | | | | | 500.00 |
| Henderson... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | | 1.00 | | | | 2,250.00 |
| Merrill Wi... | Execu... | 0.00 | 100.00 | 4/26/2017 | | | 1.50 | | 0.75 | 1.25 | | 2,250.00 |
| Portales, N... | PM/FC U... | 0.00 | 100.00 | 2/17/2018 | | 1.25 | 0.25 | | 1.00 | | | 2,500.00 |
| | Total | | | | 0.00 | 8.25 | 8.00 | 8.50 | 9.00 | 8.00 | 0.00 | 41,750.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rlds={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

Suzanne Greene - Tyler Technologies

RECENT   NEW   HOME

General

Type to search

Time Sheet        Options

Filter

Non-project time
Open tasks
Regular tasks

**TIME SHEET**

Submit | Hide status | Show overtime

Week start: Sunday, February 18, 2018

| Project | Task | % | (date) | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | 0.00 | | | 5.00 | 3.00 | 2.25 | 1.50 | 3.00 | | 14.75:00.00 |
| Non-projec... | Internal... | 0.00 | | | | | 0.25 | 1.50 | 1.75 | | 3.50:00.00 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | | | 1.00 | | | 1.00:00.00 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 0.50 | | 0.75 | | | 1.25:00.00 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 10/22/2017 | 0.25 | 0.25 | 0.75 | 2.00 | | | 3.25:00.00 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | | 2.25 | | 3.75 | | 6.00:00.00 |
| Henderson... | Professi... | 0.00 | 100.00 | 4/18/2017 | | 0.50 | | | | | 0.50:00.00 |
| Henderson... | Impleme... | 1.60 | 98.30 | 12/15/2016 | | 2.25 | 0.25 | 1.50 | | | 4.00:00.00 |
| KALAMAZO... | Professi... | 0.00 | 100.00 | 9/15/2016 | 1.75 | | | | | | 1.75:00.00 |
| Merrill, Wi... | Execu... | 0.00 | 100.00 | 4/26/2017 | 1.00 | | 2.25 | | | | 3.25:00.00 |
| Portales, N... | Profe... | 0.00 | 100.00 | 8/2/2017 | | 1.50 | | | | | 1.50:00.00 |
| **Total** | | | | 0.00 | 8.00 | 8.00 | 8.00 | 8.25 | 8.50 | 0.00 | 40.75:00.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid=f8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno=f18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

↺ RECENT   ◻ NEW   ⌂ HOME ▾

☆ | General

**Production PSA**

Suzanne Greene · Tyler Technologies

Preferences | Help | Sign out

Type to search

Time Sheet

Options   Filter

☐▦ Non-project time
☐ Open tasks
☐ Regular tasks

TIME SHEET

◀ Week start: Sunday, February 25, 2018 ▶

Submit | Hide status | Show overtime

| Project | Task | | | 🗓 | Sun 25 | Mon 26 | Tue 27 | Wed 28 | Thu 1 | Fri 2 | Sat 3 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 1.00 | 1.25 | 1.50 | 1.75 | 3.75 | | 9.25/0.00 |
| Non-projec... | Internal... | | | | | 1.75 | 1.00 | 2.75 | 2.50 | 0.50 | | 8.50/0.00 |
| Non-projec... | Sick Time | | | | | 3.00 | 2.00 | | | 2.00 | | 7.00/0.00 |
| Non-projec... | Training... | | | | | | | 0.75 | | | | 0.75/0.00 |
| Alexander C... | Professi... | 0.00 | | 12/16/2016 | | | | | 0.25 | | | 0.25/0.00 |
| Coachella,... | Professi... | 100.00 | | 2/10/2017 | | 1.50 | 2.50 | 2.75 | 1.75 | | | 8.50/0.00 |
| Coppell, TX | Impleme... | 100.00 | | 10/22/2017 | | | | | 0.25 | | | 0.25/0.00 |
| Glen Carbo... | Professi... | 100.00 | | 12/23/2016 | | 0.75 | 0.50 | 0.50 | | | | 1.75/0.00 |
| Henderson... | Professi... | 100.00 | | 4/18/2017 | | | 0.25 | | 1.00 | | | 1.25/0.00 |
| Henderson... | Impleme... | 98.30 | | 12/15/2016 | | | 0.75 | | 0.50 | | | 1.25/0.00 |
| Lakeway, TX. | Execu... | 100.00 | | 9/2/2017 | | | | | | 1.50 | | 1.50/0.00 |
| Portales, N. | PM/IC U... | 100.00 | | 2/17/2018 | | | | | | 0.25 | | 0.25/0.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.25 | 8.00 | 8.00 | 0.00 | 49.500.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT | NEW | HOME

General

Type to search

**Time Sheet** — Options | Filter

TIME SHEET

Submit | Hide status | Show overtime

- Non-project time
- Open tasks
- Regular tasks

Week start: Sunday, March 04, 2018

| Project | Task | ⟳ | % | 📅 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Tot |
|---------|------|-----|--------|------------|------|------|------|------|------|------|------|---------|
| Non-projec... | Administ... | | | | | 2.75 | 2.75 | 3.50 | 2.00 | 5.50 | | 16.50/0 |
| Non-projec... | Internal... | | | | | 1.50 | 1.00 | 0.25 | 1.50 | 0.50 | | 4.75/0 |
| Antioch, CA... | Professi... | 0.00 | 100.00 | 6/2/2017 | | 0.75 | 0.50 | 0.50 | | | | 1.25/0 |
| Burleson, T... | Execu... | 1.00 | 97.67 | 1/5/2018 | | | 0.50 | | | | | 0.50/0 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 0.50 | 0.50 | 0.25 | 0.75 | 0.75 | | 2.75/0 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 10/22/2017 | | 0.50 | 0.50 | 2.25 | 0.75 | 0.50 | | 4.50/0 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | | 0.50 | | 1.50 | 0.25 | | 2.25/0 |
| Hendersonv... | Professi... | 0.00 | 100.00 | 4/18/2017 | | | | 0.50 | | | | 0.50/0 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | 0.50 | | | 0.75 | | | 1.25/0 |
| Humboldt,... | Professi... | 1.00 | 92.45 | 11/20/2016 | | | 0.50 | 0.25 | | | | 0.75/0 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | 1.25 | | | | | | 1.25/0 |
| Lynn Count... | Profe... | 1.00 | 85.19 | 7/4/2017 | | | 1.75 | | | | | 1.75/0 |
| | **Total** | | | | 0.00 | 8.25 | 8.00 | 8.00 | 8.25 | 8.00 | 0.00 | 40.50/0 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid=(8AC4A252-0F9F-415C-9548-631BCE5A81BE)&uir=W&sno=(18e58c74-5fed-4548-9bbd-c55f0dd976b9)&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

General

Type to search

Time Sheet | Options | Filter

TIME SHEET

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

Week start: Sunday, March 04, 2018

| Project | Task | | | | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | | | | | | | 16.50/0 |
| Non-projec... | Internal... | | | | | 1.50 | 2.75 | 3.50 | 2.00 | 5.50 | | 4.75/0 |
| Antioch, CA... | Professi... | 0.00 | 100.00 | 6/2/2017 | | 0.75 | 1.00 | 0.25 | 1.50 | 0.50 | | 1.25/0 |
| Burleson, T... | Execu... | 1.00 | 97.67 | 1/5/2018 | | | 0.50 | 0.50 | | | | 0.50/0 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 0.50 | 0.50 | 0.25 | 0.75 | 0.75 | | 2.75/0 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 10/22/2017 | | 0.50 | 0.50 | 2.25 | 0.75 | 0.50 | | 4.50/0 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | | 0.50 | | 1.50 | 0.25 | | 2.25/0 |
| Hendersonv... | Professi... | 0.00 | 100.00 | 4/18/2017 | | | | 0.50 | | | | 0.50/0 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | 0.50 | | | 0.75 | | | 1.25/0 |
| Humboldt,... | Professi... | 1.00 | 92.45 | 11/30/2016 | | | 0.50 | 0.25 | | | | 0.75/0 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | 1.25 | | | | | | 1.25/0 |
| Lynn Count... | Profe... | 1.00 | 85.19 | 7/4/2017 | | | 1.75 | | | | | 1.75/0 |
| Total | | | | | 0.00 | 8.25 | 8.00 | 8.00 | 8.25 | 8.00 | 0.00 | 40.50/01 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-51ed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT | NEW | HOME

| General

Time Sheet          Options    Filter

TIME SHEET

Type to search

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

◄ ► Week start: Sunday, March 11, 2018 ►

| Project | Task | | | | Sun 11 | Mon 12 | Tue 13 | Wed 14 | Thu 15 | Fri 16 | Sat 17 | Total |
|---------|------|---|---|---|---------|---------|---------|---------|---------|--------|--------|-------|
| Non-project... | Administ... | | | | | 3.50 | 3.50 | 3.50 | 3.75 | 3.00 | | 17.25/0.00 |
| Non-project... | Internal... | | | | | 2.75 | 1.50 | 2.00 | 0.50 | 1.00 | | 7.75/0.00 |
| Non-project... | Paid Tim... | | | | | | | | | 4.00 | | 4.00/0.00 |
| Non-project... | Sick Time | | | | | 1.00 | | | | | | 1.00/0.00 |
| Coachella,... | Professi... | 0.00 | | | | 0.50 | 0.25 | | | | | 0.75/0.00 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 2/10/2017 | | | 2.00 | 1.75 | 2.00 | | | 5.75/0.00 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 10/22/2017 | | | 1.25 | | | | | 1.25/0.00 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/23/2016 | | | | | 0.50 | | | 0.50/0.00 |
| Lakeway, TX... | Execu...⚙ | 0.00 | 100.00 | 12/15/2016 | | | | | 0.50 | | | 0.50/0.00 |
| Merrill, WI... | Execu...⚙ | 0.00 | 100.00 | 9/2/2017 | | | | 0.75 | 0.75 | | | 0.75/0.00 |
| Portales, N... | Profe...⚙ | 0.00 | 100.00 | 4/26/2017 | | 0.25 | | | | | | 1.00/0.00 |
| | | | | 8/2/2017 | | | | | | | | |
| | Total | | | | 0.00 | 8.00 | 8.50 | 8.00 | 8.00 | 8.00 | 0.00 | 40.50/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rId={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c550dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

RECENT | NEW | HOME ▾

☆ | General

Type to search

Time Sheet    Options    Filter

TIME SHEET

Submit | Hide status | Show overtime

◀ ▶  week date: Sunday, March 18, 2018  ◀ ▶

| Project | Task | ↻ | ✎ | 📅 | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | 0.00 | | | | 4.50 | 2.00 | 2.25 | 2.00 | 1.50 | | 12.25/0.00 |
| Non-projec... | Internal... | 0.00 | | | | 1.00 | 1.50 | 0.50 | 1.50 | 1.00 | | 4.00/0.00 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 1.00 | | 1.25 | 1.50 | 0.25 | | 4.00/0.00 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 10/22/2017 | | 0.25 | | 0.25 | 0.50 | 1.50 | | 2.500.00 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | | 0.75 | | | 0.25 | | 1.000.00 |
| Hartford, C... | Professi... | 1.00 | 50.00 | 3/30/2017 | | | 1.00 | | | | | 1.00/0.00 |
| Hendersonw... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | 2.25 | 0.25 | | | | 3.25/0.00 |
| Lakeway, TX... | Execu... 🍩 | 0.00 | 100.00 | 9/2/2017 | | 0.25 | | | | | | 0.25/0.00 |
| Lynn Count... | Profe... 🍩 | 1.00 | 85.19 | 7/4/2017 | | | | 0.25 | 0.25 | | | 0.25/0.00 |
| Merrill, WI... | Execu... 🍩 | 0.00 | 100.00 | 4/26/2017 | | | | 0.50 | | | | 0.50/0.00 |
| Muskogee,... | Execut... | 1.00 | 78.95 | 12/16/2017 | | | | 1.50 | 1.00 | 0.75 | | 3.25/0.00 |
| Portales, N... | Profe... 🍩 | 0.00 | 100.00 | 8/2/2017 | | 1.00 | 0.50 | 1.75 | 2.50 | 2.75 | | 8.500.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.25 | 8.50 | 8.00 | 0.00 | 40.75/0.00 |

Details

☐ Non-project time
☐ Open tasks
☐ Regular tasks

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT    NEW    HOME

| General

Time Sheet          Options | TIME SHEET

Type to search

Filter

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

Week start Sunday, March 11, 2018

| Project | Task | | | | | | Sun 11 | Mon 12 | Tue 13 | Wed 14 | Thu 15 | Fri 16 | Sat 17 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-project... | Administ... | | | | | | | 3.50 | 3.50 | 3.50 | 3.75 | 3.00 | | 17.25/0.00 |
| Non-project... | Internal... | | | | | | | 2.75 | 1.50 | 2.00 | 0.50 | 1.00 | | 7.75/0.00 |
| Non-project... | Paid Tim... | | | | | | | | | | | 4.00 | | 4.00/0.00 |
| Non-project... | Sick Time | | | | | 0.00 | | 1.00 | | | | | | 1.00/0.00 |
| Coachella,... | Professi... | | | 2/10/2017 | 100.00 | 0.00 | | 0.50 | 0.25 | | | | | 0.75/0.00 |
| Coppell, TX ... | impleme... | | | 10/22/2017 | 100.00 | 0.00 | | | 2.00 | 1.75 | 2.00 | | | 5.75/0.00 |
| Glen Carbo... | Professi... | | | 12/23/2016 | 100.00 | 0.00 | | | 1.25 | | | | | 1.25/0.00 |
| Hendersonv... | impleme... | | | 12/15/2016 | 98.30 | 1.00 | | | | | 0.50 | | | 0.50/0.00 |
| Lakeway, TX... | Execu... | | | 9/2/2017 | 100.00 | 0.00 | | | | | 0.50 | | | 0.50/0.00 |
| Merrill, WI ... | Execu... | | | 4/26/2017 | 100.00 | 0.00 | | | | 0.75 | | | | 0.75/0.00 |
| Portales, N... | Profe... | | | 8/2/2017 | 100.00 | 0.00 | | 0.25 | | | 0.75 | | | 1.00/0.00 |
| | Total | | | | | 0.00 | 0.00 | 8.00 | 8.50 | 8.00 | 8.00 | 8.00 | 0.00 | 40.50/0.00 |

Details

changepoint.85/crore/ui/uiBrowser.aspx?rid={8ACAA252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55/0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

☆ | General

Type to search

Time Sheet     Options |     TIME SHEET

Filter

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

◄ Week start: Sunday, March 18, 2018 ►

| Project | Task | ⟳ | ✎ | 🗓 | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 4.50 | 2.00 | 2.25 | 2.00 | | 1.50 | 12.250.00 |
| Non-projec... | Internal... | | | | | 1.00 | 1.50 | 0.50 | | | 1.00 | 4.000.00 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 1.00 | | 1.25 | 1.50 | 0.25 | | 4.000.00 |
| Coppell, TX... | Impleme... | 0.00 | 100.00 | 10/22/2017 | | 0.25 | | 0.25 | 0.50 | 1.50 | | 2.500.00 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | | 0.75 | | | 0.25 | | 1.000.00 |
| Hanford, C... | Professi... | 1.00 | 50.00 | 3/30/2017 | | | 1.00 | | | | | 1.000.00 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | 2.25 | 0.25 | 0.75 | | | 3.250.00 |
| Lakeway, TX... | Execu... 🔧 | 0.00 | 100.00 | 9/2/2017 | | 0.25 | | | | | | 0.250.00 |
| Lynn Count... | Profe... 🔧 | 1.00 | 85.19 | 7/4/2017 | | | | 0.25 | 0.25 | | | 0.250.00 |
| Merrill, WI ... | Execu... 🔧 | 0.00 | 100.00 | 4/26/2017 | | | | 0.50 | | | | 0.500.00 |
| Muskogee,... | Executi... | 1.00 | 78.95 | 12/16/2017 | | | | 1.50 | 1.00 | 0.75 | | 3.250.00 |
| Portales, N... | Profe... 🔧 | 0.00 | 100.00 | 8/2/2017 | | 1.00 | 0.50 | 1.75 | 2.50 | 2.75 | | 8.500.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.25 | 8.50 | 8.00 | 0.00 | 40.750.00 |

Details ...

changepoint:85/core/ui/uiBrowser.aspx?rId={8AC4A2E2-0F9F-41SC-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT   NEW   HOME   ▾

| General

**Production PSA**

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

Time Sheet    Options   Filter

**TIME SHEET**

Non-project time
Open tasks
Regular tasks

Submit | Hide status | Show overtime

◄   Week start Sunday, March 25, 2018   ►

| Project | Task | (Ⓘ) | ✎ | 🗓 | Sun 25 | Mon 26 | Tue 27 | Wed 28 | Thu 29 | Fri 30 | Sat 31 | Total |
|---------|------|------|------|------|--------|--------|--------|--------|--------|--------|--------|-------|
| Non-projec... | Administ... | | | | | 4.25 | 3.25 | 2.50 | 3.00 | 4.25 | | 17.25/0.00 |
| Non-projec... | Internal... | | | | | 1.00 | 1.50 | 0.50 | 0.50 | 0.50 | | 4.00/0.00 |
| Coachella... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 0.25 | 1.00 | 2.75 | 2.75 | | | 4.00/0.00 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | | 1.50 | 1.75 | 1.50 | 2.75 | | 7.50/0.00 |
| Henderson... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | 0.25 | | | | | 0.25/0.00 |
| Lakeway, TX... | Execu...🔊 | 0.00 | 100.00 | 9/22/2017 | | | 0.25 | | | | | 0.25/0.00 |
| Lynn Count... | Profe...🔊 | 1.00 | 85.19 | 7/4/2017 | | 3.50 | 0.25 | | | | | 3.75/0.00 |
| Merril, WI... | Execu...🔊 | 0.00 | 100.00 | 4/26/2017 | | | | 0.25 | | | | 0.25/0.00 |
| Muskogee... | Execut... | 1.00 | 78.95 | 12/16/2017 | | 0.25 | 0.25 | | | | | 0.50/0.00 |
| Portales, N... | Profe...🔊 | 0.00 | 100.00 | 8/2/2017 | | 0.50 | | 0.50 | 2.00 | | | 3,000.00 |
| Washington... | Execu...🔊 | 0.00 | 100.00 | 10/2/2017 | | | | | 1.00 | 1.00 | | 2.00/0.00 |
| | **Total** | | | | 0.00 | 9.75 | 8.25 | 8.25 | 8.00 | 8.50 | 0.00 | 42.75/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={BAC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&snor={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

# Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

⌂ RECENT  ▯ NEW  ⌂ HOME ▾

☆ | General

Type to search

| Time Sheet | Options | Filter |

**TIME SHEET**

Non-project time
Open tasks
Regular tasks

week start: Sunday, April 01, 2018

Submit | Hide status | Show overtime

| Project | Task | ⏱ | ✎ | 📅 | Sun 1 | Mon 2 | Tue 3 | Wed 4 | Thu 5 | Fri 6 | Sat 7 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 2.00 | 5.25 | | | | | 7.25/0.00 |
| Non-projec... | Interval... | | 100.00 | | | 2.00 | 1.00 | | | | | 3.00/0.00 |
| Non-projec... | Paid Tim... | | | | | | | 8.00 | 8.00 | 8.00 | | 24.00/0.00 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | 0.25 | 1.00 | | | | | 1.25/0.00 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | 0.50 | | | | | 0.50/0.00 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | 0.25 | | | | | | 0.25/0.00 |
| Lynn Count... | Execu... | 0.00 | 100.00 | 1/2/2018 | | 2.75 | | | | | | 2.75/0.00 |
| Washington... | Execu... | 0.00 | 100.00 | 10/2/2017 | | 0.75 | 0.25 | | | | | 1.00/0.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&uri=W&snor={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

⌂ RECENT  ☐ NEW  ⌂ HOME ▾

☆ | General

Type to search

**TIME SHEET**

Time Sheet      Options

Filter

Non-project time
Open tasks
Regular tasks

Week start: Sunday, April 08, 2018

Submit | Hide status | Show overtime

| Project | Task | ⊘ | ✎ | 📅 | Sun 8 ⊘ | Mon 9 ⊘ | Tue 10 ⊘ | Wed 11 ⊘ | Thu 12 ⊘ | Fri 13 ⊘ | Sat 14 ⊘ | Total |
|---------|------|---|---|-----|-------|-------|--------|--------|--------|--------|--------|-------|
| Non-projec... | Administ... | | | | | 5.25 | 3.00 | 1.75 | 1.00 | 2.00 | | 13,000.00 |
| Non-projec... | Internal ... | | | | | 0.75 | 2.00 | | 1.00 | 1.00 | | 475/0.00 |
| Non-projec... | Sick Time | | | | | | | | 4.00 | | | 4.00/0.00 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 1.00 | 1.00 | 2.25 | | | | 425/0.00 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | 0.25 | 1.75 | | | | | 2.00/0.00 |
| Henderson... | impleme... | 1.00 | 98.30 | 12/15/2016 | | 0.25 | | 0.25 | 1.25 | 1.25 | | 3.00/0.00 |
| Lakeway, TX.. | Execu... ◈ | 0.00 | 100.00 | 9/2/2017 | | | | 3.75 | | | | 375/0.00 |
| Portales, N... | Profe... ◈ | 0.00 | 100.00 | 8/2/2017 | | 0.25 | 0.25 | | 1.25 | 0.75 | | 250/0.00 |
| Washington... | Execu... ◈ | 0.00 | 100.00 | 10/2/2017 | | 0.25 | | | 3.75 | 3.75 | | 4.00/0.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.00 | 8.50 | 8.75 | 0.00 | 41,250.00 |

Details

changepoint.85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&snor={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

General

Time Sheet    Options | TIME SHEET

Filter |

☐ Non-project time
☐ Open tasks
☐ Regular tasks

Submit | Hide status | Show overtime

Week start: Sunday, April 15, 2018

| Project | Task | ⟳ | ✱ | 📅 | Sun 15 | Mon 16 | Tue 17 | Wed 18 | Thu 19 | Fri 20 | Sat 21 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-proje... | Administ... | 0.00 | | | | 3.00 | 3.00 | 3.50 | 3.00 | 4.25 | | 16.75/0.00 |
| Non-proje... | Internal... | | | | | 2.50 | 1.25 | 0.25 | | 2.50 | | 6.50/0.00 |
| Coachella... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 0.50 | 0.75 | 0.50 | 3.75 | 0.25 | | 5.75/0.00 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | 0.75 | 1.75 | 1.00 | | | | 3.50/0.00 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | 0.25 | 0.25 | 1.25 | 0.25 | | | 2.00/0.00 |
| Humboldt... | Professi... | 1.00 | 92.45 | 11/30/2016 | | 0.50 | | | | 0.50 | | 1.00/0.00 |
| KALAMAZO... | Professi... | 0.00 | 100.00 | 9/15/2016 | | | 0.25 | | | | | 0.25/0.00 |
| Merrill, WI ... | Execu... | 0.00 | 100.00 | 4/26/2017 | | | | 0.25 | | 0.50 | | 0.75/0.00 |
| Pearland, T... | Profe... | 0.00 | 100.00 | 3/28/2017 | | | 1.00 | | | | | 1.00/0.00 |
| Portales, N... | Profe... | 0.00 | 100.00 | 8/2/2017 | | 0.75 | 0.25 | 1.50 | 1.00 | | | 3.50/0.00 |
| Washington... | Execu... | 0.00 | 100.00 | 10/2/2017 | | 0.50 | | 0.25 | | | | 0.75/0.00 |
| | Total | 0.00 | | | 0.00 | 8.75 | 8.50 | 8.50 | 8.00 | 8.00 | 0.00 | 41.75/0.00 |

Details

3/21/2019

RECENT · NEW · HOME ▾

☆ | General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet** — Options — Filter

- Non-project time
- Open tasks
- Regular tasks

**TIME SHEET**

◄ Week start: Sunday, April 22, 2018 ►

Submit | Hide status | Show overtime

| Project | Task | ⤾ | ✶ | 📅 | Sun 22 | Mon 23 | Tue 24 | Wed 25 | Thu 26 | Fri 27 | Sat 28 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 2.00 | 2.25 | 1.75 | 2.75 | 4.50 | | 13.25/0 |
| Non-projec... | Internal... | | | | | 2.00 | | 2.25 | 0.75 | 1.25 | | 6.25/0 |
| Bristol City... | Imple... ⤴ | 1.00 | 86.21 | 2/28/2019 | | | | 0.25 | | | | 0.25/0 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 2.00 | 0.25 | 3.25 | | | | 5.50/0 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | | 3.25 | 0.25 | 1.75 | 2.25 | | 7.50/0 |
| Hendersonv... | Implement... | 1.00 | 98.30 | 12/15/2016 | | | 0.75 | | 0.75 | 0.75 | | 2.25/0 |
| Humboldt... | Professi... | 1.00 | 92.45 | 11/30/2016 | | 0.25 | | 0.25 | | | | 1.25/0 |
| Lakeway, TX... | Execu... ⤴ | 0.00 | 100.00 | 9/2/2017 | | | 0.75 | 0.75 | | | | 0.75/0 |
| Merrill, WI... | Execu... ⤴ | 0.00 | 100.00 | 4/26/2017 | | | | | 0.50 | | | 0.500 |
| Oklahoma... | Imple... ⤴ | 0.00 | 100.00 | 2/28/2019 | | 0.25 | | | | | | 0.25/0 |
| Pearland, T... | Profe... ⤴ | 0.00 | 100.00 | 3/29/2017 | | | 0.25 | | | | | 2.000 |
| Portales, N... | Profe... ⤴ | 0.00 | 100.00 | 8/2/2017 | | 1.75 | | | 1.50 | | | 1.50/0 |
| | Total | | | | 0.00 | 8.25 | 8.50 | 8.75 | 8.00 | 8.75 | 0.00 | 42.25/0 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A2E2-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0d976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT | NEW | HOME ▾

General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet**  Options | Filter

- Non-project time
- Open tasks
- Regular tasks

**TIME SHEET**

Submit | Hide status | Show overtime

Week start: Sunday, April 29, 2018

| Project | Task | | % | Date | Sun 29 | Mon 30 | Tue 1 | Wed 2 | Thu 3 | Fri 4 | Sat 5 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec | Administ... | | | | | 3.75 | 1.75 | 2.75 | 2.75 | 2.50 | | 13.50/0 |
| Non-projec | Internal... | | 0.00 | 100.00 | | | 3.25 | 0.25 | 0.25 | 1.50 | | 5.25/0 |
| Coachella | Professi... | | 0.00 | 100.00 | 2/10/2017 | 0.25 | 0.25 | 0.25 | 2.50 | 3.00 | | 6.00/0 |
| Glen Carbo | Professi... | | 0.00 | 100.00 | 12/23/2016 | 0.75 | 2.50 | 1.00 | | | | 4.25/0 |
| Henderson | Impleme... | | 1.00 | 98.30 | 12/15/2016 | | 0.25 | | 1.25 | 0.25 | | 1.75/0 |
| Humboldt | Professi... | | 1.00 | 92.45 | 11/30/2016 | | | | | 1.00 | | 1.00/0 |
| KALAMAZO | Professi... | | 0.00 | 100.00 | 9/15/2016 | | | 1.75 | | | | 1.75/0 |
| Lakeway, TX | Execu... | | 0.00 | 100.00 | 9/2/2017 | | 0.25 | 1.75 | | | | 2.00/0 |
| Lynn Count | Execu... | | 0.00 | 100.00 | 1/2/2018 | | | 0.25 | | | | 0.25/0 |
| Merrill, WI | Execu... | | 0.00 | 100.00 | 4/26/2017 | 1.00 | | | | | | 1.00/0 |
| Pearland T | Profe... | | 0.00 | 100.00 | 3/29/2017 | | 0.25 | | | | | 0.25/0 |
| Portales, N | Profe... | | 0.00 | 100.00 | 8/2/2017 | 1.75 | | | 1.00 | | | 2.75/0 |
| **Total** | | | | | 0.00 | 8.00 | 8.25 | 8.00 | 8.00 | 8.25 | 0.00 | 40.50/0 |

Details

changepoint:85/core/ui/utBrowser.aspx?rid=[8AC4A252-0F9F-415C-9548-631BCE5A81BE]&ui=W&sno=[18e58c74-5fed-45d4-9bbd-c55f0dd976b9]&login=NT&cars=false

1/1

Production PSA

Suzanne Greene · Tyler Technologies

General

Time Sheet

Options | Filter

Non-project time
Open tasks
Regular tasks

TIME SHEET

Submit | Hide status | Show overtime

◀ Week start: Sunday, May 06, 2018 ▶

| Project | Task | | | | Sun 6 | Mon 7 | Tue 8 | Wed 9 | Thu 10 | Fri 11 | Sat 12 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 3.75 | 2.00 | 2.50 | 2.00 | 0.75 | | 11.00/0 |
| Non-projec... | Internal ... | | | 1.00 | | | 1.25 | 0.50 | 1.00 | 0.25 | | 3.00/0 |
| Non-projec... | Paid Tim... | | | 0.00 | | | | | | 4.00 | | 4.00/0 |
| Burleson, T... | Execu... | | 97.67 | 1/5/2018 | | 0.50 | | | | | | 0.50/0 |
| Coachella, ... | Professi... | | 100.00 | 2/10/2017 | | 1.00 | 0.50 | 2.00 | 0.50 | | | 4.00/0 |
| Glen Carbo... | Professi... | | 100.00 | 12/23/2016 | | | 2.50 | | 1.75 | | | 4.25/0 |
| Hendersonv... | Impleme... | | 98.30 | 12/15/2016 | | 0.25 | | | 0.25 | | | 0.50/0 |
| Humboldt ... | Professi... | | 92.45 | 11/30/2016 | | | 0.25 | | | | | 0.25/0 |
| KALAMAZO... | Professi... | | 100.00 | 9/15/2016 | | | 0.25 | | 0.75 | | | 1.00/0 |
| Lakeway, TX... | Execu... | | 100.00 | 9/2/2017 | | 2.25 | 0.25 | 2.50 | 0.50 | 3.00 | | 8.50/0 |
| Lynn Count... | Execu... | | 100.00 | 1/2/2018 | | | 0.25 | | 0.50 | | | 0.75/0 |
| Merrill, WI ... | Execu... | | 100.00 | 4/26/2017 | | | 0.25 | | | | | 0.25/0 |
| | Total | | | | 0.00 | 8.00 | 8.25 | 8.00 | 8.25 | 8.75 | 0.00 | 41.25/01 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A2S2-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c5f00d976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT | NEW | HOME ▾

General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet** — Options — Filter

- Non-project time
- Open tasks
- Regular tasks

**TIME SHEET**

◄ Week start: Sunday, May 13, 2018 ►

Submit | Hide status | Show overtime

| Project | Task | ⟳ | % | 📅 | Sun 13 | Mon 14 | Tue 15 | Wed 16 | Thu 17 | Fri 18 | Sat 19 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | 0.00 | | | 2.75 | 2.75 | 1.50 | 3.00 | 2.00 | | 12.00/0 |
| Non-projec... | Internal... | | 1.00 | | | 1.25 | 0.75 | 2.00 | 0.75 | 0.25 | | 5.00/0 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | | | | 0.25 | | | 0.25/0 |
| Burleson T... | Execu... | 1.00 | 97.67 | 1/5/2018 | | 0.25 | | | | | | 0.25/0 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | 2.25 | 0.50 | 0.50 | 1.00 | 1.75 | | 6.00/0 |
| Glen Carbo... | Professi... | 0.00 | 100.00 | 12/23/2016 | | 2.75 | 1.25 | | | 0.50 | | 4.50/0 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | 0.25 | | 0.25 | 1.25 | | | 1.75/0 |
| Humboldt... | Professi... | 1.00 | 92.45 | 11/30/2016 | | | | | 0.25 | 0.50 | | 0.75/0 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | 0.25 | | | 0.75 | 1.00 | | 2.00/0 |
| Lynn Count... | Execu... | 0.00 | 100.00 | 1/2/2018 | | 0.75 | 2.50 | | | | | 3.25/0 |
| MARCO ISL... | SAAS Cl... | 1.00 | 84.00 | 5/31/2018 | | | | 1.00 | | | | 1.00/0 |
| Merril, WI... | Execu... | 0.00 | 100.00 | 4/26/2017 | | 0.50 | | | | | | 0.50/0 |
| **Total** | | | | | 0.00 | 11.75 | 9.00 | 9.00 | 7.25 | 9.25 | 0.00 | 46.25/0 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0bd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT   NEW   HOME

General

Time Sheet        Options        Filter        TIME SHEET

Type to search

Non-project time
Open tasks
Regular tasks

Week start: Sunday, May 20, 2018

Submit | Hide status | Show overtime

| Project | Task | | | | | Sun 20 | Mon 21 | Tue 22 | Wed 23 | Thu 24 | Fri 25 | Sat 26 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Weekda... | | | | | | 8.00 | | | | 8.00 | | 16,000.00 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | | 0.25 | | 0.25 | | | | 0,500.00 |
| Turlock, CA... | Implema... | 1.00 | 98.72 | 4/1/2018 | | | | 8.00 | 8.00 | 8.00 | | | 24,000.00 |
| | Total | | | | | 0.00 | 8.25 | 8.00 | 8.25 | 8.00 | 8.00 | 0.00 | 40,500.00 |

Details

3/21/2019

RECENT | NEW | HOME ▾

General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet**   Options   Filter

☐ Non-project time
☐ Open tasks
☐ Regular tasks

**TIME SHEET**

Submit | Hide status | Show overtime

◀  Week start: Sunday, May 27, 2018  ▶  ◀ ▶

| Project | Task | ✓ | ✎ | 📅 | Sun 27 | Mon 28 | Tue 29 | Wed 30 | Thu 31 | Fri 1 | Sat 2 | Total |
|---------|------|----|----|----|--------|--------|--------|--------|--------|-------|-------|-------|
| Non-projec... | Administ... | | | | | | 1.25 | 3.75 | 4.00 | 3.75 | | 12.75/0.00 |
| Non-projec... | Holiday | | | | | 8.00 | | | | | | 8.00/0.00 |
| Non-projec... | Internal... | | | | | | | 2.25 | | | | 2.25/0.00 |
| Non-projec... | Paid Tim... | | | | | | 8.00 | | | | | 8.00/0.00 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | | | | 1.25 | | | 1.25/0.00 |
| Coachella,... | Professi... | 0.00 | 100.00 | 2/10/2017 | | | | | 1.75 | 0.75 | | 2.50/0.00 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | | | 0.50 | 0.25 | | 0.75/0.00 |
| Humboldt... | Professi... | 1.00 | 92.45 | 11/30/2016 | | | | | | 2.00 | | 2.00/0.00 |
| KALAMAZO... | Professi... | 0.00 | 100.00 | 9/15/2016 | | | | | | 0.50 | | 0.50/0.00 |
| Lakeway, TX... | Execu... ✎ | 0.00 | 100.00 | 9/2/2017 | | | | | | 0.50 | | 0.50/0.00 |
| Portales, N... | Profe... ✎ | 0.00 | 100.00 | 9/2/2017 | | | | | 0.50 | | | 0.50/0.00 |
| Turlock, CA... | Impleme... | 1.00 | 98.72 | 4/1/2018 | | | | | 0.50 | 0.25 | | 2.50/0.00 |
| **Total** | | | | | 0.00 | 8.00 | 9.25 | 8.25 | 8.00 | 8.00 | 0.00 | 41.50/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT | NEW | HOME

General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

Time Sheet | Options | Filter

- Non-project time
- Open tasks
- Regular tasks

**TIME SHEET**

Submit | Hide status | Show overtime

◄ ► Week start: Sunday, June 03, 2018 ►

| Project | Task | ⊙ | ✱ | 📅 | Sun 3 ⊙ | Mon 4 ⊙ | Tue 5 ⊙ | Wed 6 ⊙ | Thu 7 ⊙ | Fri 8 ⊙ | Sat 9 ⊙ | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-project... | Administ... | 0.00 | | | | 3.00 | 3.00 | 1.50 | 1.50 | | | 9.00/0 |
| Non-project... | Internal ... | 0.00 | | | | 1.00 | 1.00 | 0.75 | 0.75 | | | 3.50/0 |
| Non-project... | Paid Tim... | 0.00 | | | | | | | | 8.00 | | 8.00/0 |
| Alexander C... | Professi... | 100.00 | | 12/16/2016 | | 1.00 | 1.00 | 0.75 | 1.25 | | | 4.00/0 |
| Coachella,... | Professi... | 100.00 | | 2/10/2017 | | 0.25 | | | | | | 0.25/0 |
| Glen Carbo... | ExecuTi... | 100.00 | | 5/29/2019 | | | 0.50 | | | | | 0.50/0 |
| Hendersonv... | Impleme... | 98.30 | | 12/15/2016 | | | | | 0.50 | | | 0.50/0 |
| Humboldt... | Professi... | 92.45 | | 11/30/2016 | | 0.25 | | | | | | 0.25/0 |
| KALAMAZO... | Professi... | 100.00 | | 9/15/2016 | | 0.25 | | | 0.50 | | | 0.75/0 |
| Lakeway, TX... | Execu... | 100.00 | | 9/2/2017 | | 1.25 | 1.75 | 0.25 | 0.25 | | | 3.50/0 |
| Lynn Count... | Execu... | 100.00 | | 1/2/2018 | | 0.25 | 0.75 | 2.50 | 1.50 | | | 5.00/0 |
| Merrill, WI... | Execu... | 100.00 | | 5/30/2019 | | | | 0.50 | | | | 0.50/0 |
| | Total | | | | 0.00 | 8.25 | 8.25 | 8.75 | 8.25 | 8.00 | 0.00 | 41.50/0 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rId=(8AC4A2S2-0F9F-415C-9548-631BCE5A81BE)&ui=W&sno=(18e58c74-5fed-4548-9bbd-c5f0dd976b9)&login=NT&cars=false

1/1

3/21/2019

RECENT   NEW   HOME ▾

✓ | General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

Time Sheet    Options    Filter

- Non-project time
- Open tasks
- Regular tasks

TIME SHEET

Submit | Hide status | Show overtime

◀ ▶   Week start: Sunday, June 10, 2018   ◀ ▶

| Project | Task | (icon) | (dots) | (date) | Sun 10 | Mon 11 | Tue 12 | Wed 13 | Thu 14 | Fri 15 | Sat 16 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | 0.00 | | | | 3.25 | 1.50 | 3.00 | 2.75 | 2.50 | | 13.00/0 |
| Non-projec... | Internal... | | | | | 0.50 | 1.25 | 0.50 | | 1.50 | | 3.75/0 |
| Non-projec... | Training... | | | | | | 1.25 | | | | | 1.25/0 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | 0.50 | | | 1.25 | | | 1.75/0 |
| Coachella C... | Execu... | 0.00 | 100.00 | 6/25/2019 | | 1.25 | 1.25 | 0.50 | 1.75 | | | 4.75/0 |
| Coachella... | Professi... | 0.00 | 100.00 | 2/10/2017 | | | | | | 0.25 | | 0.25/0 |
| Glen Carbo... | Execu/L... | 0.00 | 100.00 | 5/29/2019 | | 0.25 | 1.25 | | | | | 1.50/0 |
| Henderson... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | 0.25 | | | | | | 0.75/0 |
| KALAMAZO... | Professi... | 0.00 | 100.00 | 9/15/2016 | | 0.25 | | 0.25 | 0.50 | 1.00 | | 1.50/0 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | 0.50 | | 0.25 | | | | 0.75/0 |
| Lynn Count... | Execu... | 0.00 | 100.00 | 5/31/2019 | | 0.50 | 0.25 | 0.50 | | 0.50 | | 1.75/0 |
| MARCO ISL... | SAAS Cl... | 1.00 | 84.00 | 5/31/2018 | | | 0.50 | | 1.25 | 0.75 | | 2.50/0 |
| | Total | | | | 0.00 | 8.25 | 8.00 | 8.00 | 8.25 | 8.25 | 0.00 | 40.75/0 |

Details ...

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=tW&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT   NEW   HOME

General

Type to search

Time Sheet

Options   Filter

TIME SHEET

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

Week start: Sunday, June 17, 2018

| Project | Task | ⟳ | ⬆ | 🔟 | Sun 17 ⟳ | Mon 18 ⟳ | Tue 19 ⟳ | Wed 20 ⟳ | Thu 21 ⟳ | Fri 22 ⟳ | Sat 23 ⟳ | to |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-project... | Administ... | | | | | 3.25 | 2.25 | 1.75 | 1.50 | 3.25 | | 12.00/0 |
| Non-project... | Internal ... | 0.00 | | | | 0.75 | 2.00 | 2.00 | 1.00 | 1.00 | | 6.75/0 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | 0.25 | 0.25 | 0.25 | | 0.25 | | 1.00/0 |
| Coachella C... | Execu... 🗓 | 0.00 | 100.00 | 6/25/2019 | | 1.25 | 0.25 | 1.50 | 1.50 | 0.25 | | 3.25/0 |
| Glen Carbo... | Execu Ti... | 0.00 | 100.00 | 5/29/2019 | | 0.25 | | | | | | 0.25/0 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | 0.25 | | | 1.25 | 0.25 | | 1.75/0 |
| Humboldt ... | Professi... | 1.00 | 92.45 | 11/30/2016 | | | | 0.25 | 0.25 | 0.75 | | 1.25/0 |
| KALAMAZO... | Professi... | 0.00 | 100.00 | 9/15/2016 | | 0.25 | | | | | | 0.25/0 |
| Lakeway, TX... | Execu... 🗓 | 0.00 | 100.00 | 9/2/2017 | | 0.25 | 0.50 | 1.50 | | 0.75 | | 3.00/0 |
| Lynn Count... | Execu... 🗓 | 0.00 | 100.00 | 5/31/2019 | | 1.75 | 0.50 | 1.50 | 1.25 | 0.25 | | 5.25/0 |
| MARCO ISL... | SAAS Cli... | 1.00 | 84.00 | 5/31/2018 | | 0.50 | 0.75 | 0.25 | | 0.25 | | 1.75/0 |
| Merrill, WI ... | Execu... 🗓 | 0.00 | 100.00 | 5/30/2019 | | 0.25 | | | | | | 0.25/0 |
| | Total | | | | 0.00 | 10.00 | 8.00 | 8.00 | 8.50 | 8.75 | 0.00 | 43.25/0 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=VI&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT | NEW | HOME ▾

General

Type to search

Time Sheet    Options ▾

TIME SHEET

Filter

Submit | Hide status | Show overtime

Week start: Sunday, June 24, 2018

☐ Non-project time
☐ Open tasks
☐ Regular tasks

| Project | Task | ⟳ | ✱ | (num) | (date) | Sun 24 | Mon 25 | Tue 26 | Wed 27 | Thu 28 | Fri 29 | Sat 30 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administr... | | | | | | 3.50 | 3.25 | 1.50 | 2.50 | 0.75 | | 11.50/0 |
| Non-projec... | Internal ... | | | | | | 1.00 | 1.75 | 2.25 | 1.25 | | | 6.25/0 |
| Non-projec... | Paid Tim... | | | | | | | | | | 4.00 | | 4.00/0 |
| Alexander C... | Professi... | | 0.00 | 100.00 | 12/16/2016 | | 0.25 | 0.25 | 0.25 | 1.50 | 0.25 | | 2.50/0 |
| Coachella C... | Execu... 🖉 | 0.00 | 100.00 | 6/25/2019 | | 0.25 | 1.25 | | 2.00 | 1.00 | | 4.50/0 |
| Erie, CO To... | Execu... 🖉 | 1.00 | 90.91 | 2/17/2018 | | | 0.75 | 1.50 | | 2.25 | | 4.50/0 |
| Hendersonw... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | 0.25 | | 0.75 | 0.25 | | 1.25/0 |
| Humboldt ... | Professi... | 1.00 | 92.45 | 11/30/2016 | | | 0.25 | 0.50 | | 0.25 | | 1.00/0 |
| KALAMAZO... | Professi... | 0.00 | 100.00 | 9/15/2016 | | 0.50 | 0.25 | 0.50 | | 0.50 | | 1.75/0 |
| Lakeway, TX... | Execu... 🖉 | 0.00 | 100.00 | 9/2/2017 | | 0.75 | 0.75 | 0.25 | | 0.25 | | 2.00/0 |
| Lynn Count... | Execu... 🖉 | 0.00 | 100.00 | 5/31/2019 | | 0.50 | 0.50 | 0.25 | | 0.25 | | 1.50/0 |
| Panama Cit... | Impleme... | 1.00 | 50.00 | 11/1/2017 | | | | 0.25 | | 0.25 | | 0.50/0 |
| | Total | | | | | 0.00 | 8.00 | 9.50 | 8.25 | 10.00 | 11.25 | 0.00 | 47.00/0 |

Details

1/1

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=VI&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

RECENT | NEW | HOME

General

Type to search

| Time Sheet | Options | Filter |

Non-project time
Open tasks
Regular tasks

**TIME SHEET**

Submit | Hide status | Show overtime

◄ ► Week start: Sunday, July 01, 2018 ►

| Project | Task | | | | Sun 1 | Mon 2 | Tue 3 | Wed 4 | Thu 5 | Fri 6 | Sat 7 | Total |
|---------|------|--|--|--|-------|-------|-------|-------|-------|-------|-------|-------|
| Non-projec... | Holiday | | | | | | | | | | | 8.00/00.00 |
| Non-projec... | Paid Tim... | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 32.00/00.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00/00.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

RECENT  NEW  HOME ▾

☑ | General

Preferences | Help | Sign out

# Production PSA

Suzanne Greene - Tyler Technologies

Type to search

Time Sheet  Options  Filter

## TIME SHEET

Submit | Hide status | Show overtime

☐ Non-project time
☐ Open tasks
☐ Regular tasks

Week start: Sunday, July 08, 2018

| Project | Task | ⊙ | ★ | 📅 | Sun 8 ⊙ | Mon 9 ⊙ | Tue 10 ⊙ | Wed 11 ⊙ | Thu 12 ⊙ | Fri 13 ⊙ | Sat 14 ⊙ | Tot ⊙ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | 0.00 | | | | | 5.25 | 3.00 | 1.25 | 3.25 | | 12.75/0 |
| Non-projec... | Internal... | 0.00 | | | | | 1.75 | 0.25 | 1.25 | | | 3.25/0 |
| Non-projec... | Sick Time | | | | | 8.00 | | | | | | 8.00/0 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | | | | 2.50 | 0.50 | | 3.00/0 |
| Coachella C... | Execu... | 0.00 | 100.00 | 6/25/2019 | | | | 1.50 | | | | 1.50/0 |
| Erie, CO To... | Execu... | 1.00 | 90.91 | 2/17/2018 | | | 0.25 | | | | | 0.25/0 |
| Henderson... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | | | 1.00 | | | 1.00/0 |
| Humboldt... | Professi... | 1.00 | 92.45 | 11/30/2016 | | | | | | 0.50 | | 0.50/0 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | | | 1.25 | 0.25 | 0.50 | | 2.00/0 |
| Lynn Count... | Execu... | 0.00 | 100.00 | 5/31/2019 | | | 0.25 | 0.75 | 0.50 | 0.25 | | 1.75/0 |
| Merrill, WI... | Execu... | 0.00 | 100.00 | 5/30/2019 | | | | | | 0.50 | | 0.50/0 |
| Oklahoma... | Imple... | 0.00 | 100.00 | 2/28/2019 | | | | | | 0.25 | | 0.25/0 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.25 | 0.00 | 40.25/0 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

RECENT    NEW    HOME ▾

☆ | General

Type to search

Time Sheet        Options        Filter

TIME SHEET

Submit | Hide status | Show overtime

◄  ►  Week start: Sunday, July 15, 2018  ►

Non-project time
Open tasks
Regular tasks

| Project | Task | ⚲ | ✎ | 🗓 | Sun 15 ⏰ | Mon 16 ⏰ | Tue 17 ⏰ | Wed 18 ⏰ | Thu 19 ⏰ | Fri 20 ⏰ | Sat 21 ⏰ | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Adminis... | | | | | | | | | | | 12.50/0 |
| Non-projec... | Internal... | | | | | | | | | 3.75 | | 1.25/0 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | 2.25 | 2.75 | 1.25 | 2.50 | | | 2.25/0 |
| Burleson, T... | Execu... 🗓 | 1.00 | 97.67 | 1/5/2018 | | | | 1.25 | | | | 0.50/0 |
| Erie, CO To... | Execu... 🗓 | 1.00 | 90.91 | 2/17/2018 | | 0.25 | 1.50 | | 0.25 | 0.25 | | 4.75/0 |
| Hendersonv... | Implemen... | 1.00 | 98.30 | 12/15/2016 | | 0.25 | 0.50 | 3.25 | 0.50 | 0.25 | | 1.25/0 |
| Humboldt... | Professi... | 1.00 | 92.45 | 11/30/2016 | | 0.25 | | | 0.75 | 0.25 | | 0.75/0 |
| LAKE CHAR... | Imple... 🗓 | 1.00 | 96.77 | 3/31/2019 | | 0.25 | 0.25 | | | 0.25 | | 0.50/0 |
| Lakeway, TX... | Execu... 🗓 | 0.00 | 100.00 | 9/2/2017 | | 0.25 | 0.50 | 0.75 | 0.25 | 0.50 | | 2.25/0 |
| Lynn Count... | Execu... 🗓 | 0.00 | 100.00 | 5/31/2019 | | 2.50 | 0.50 | | 1.50 | 0.50 | | 5.00/0 |
| Merrill, Wi... | Execu... 🗓 | 0.00 | 100.00 | 5/30/2019 | | | 1.50 | | | 0.50 | | 2.00/0 |
| Moorpark,... | Execu... 🗓 | 1.00 | 82.61 | 1/2/2018 | | | | | | 0.25 | | 0.50/0 |
| **Total** | | | | | 0.00 | 8.50 | 8.50 | 9.25 | 8.00 | 8.50 | 0.00 | 42.75/0 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=VW&sno={18e58c74-5fed-4548-9bbd-c55l0dd976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT | NEW | HOME | General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet** | Options | Filter

TIME SHEET

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

◄ Week start: Sunday, July 22, 2018 ►

| Project | Task | (%) | | | Sun 22 | Mon 23 | Tue 24 | Wed 25 | Thu 26 | Fri 27 | Sat 28 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 2.50 | 3.00 | 2.50 | 2.00 | 3.00 | | 13.00/0 |
| Non-projec... | Internal... | | | | | 1.75 | 1.25 | 1.00 | 1.75 | | | 5.75/0 |
| Non-projec... | Training... | | | | | | | | | 0.75 | | 0.75/0 |
| Alexander C... | Professi... | 0.00 | 100.00 | 12/16/2016 | | | 1.25 | 0.25 | | 0.75 | | 2.25/0 |
| Cedar Park... | Impleme... | 0.00 | 100.00 | 2/28/2019 | | | | | | 0.75 | | 0.75/0 |
| Erie, CO To... | Execu... | 1.00 | 90.91 | 2/17/2018 | | 0.25 | | | | 0.25 | | 0.500 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | | | 4.00 | 1.25 | | 5.25/0 |
| Humboldt... | Professi... | 1.00 | 92.45 | 11/30/2016 | | 0.25 | 0.25 | | | 0.25 | | 0.75/0 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | | 1.00 | 0.25 | | 0.25 | | 1.500 |
| Lynn Count... | Execu... | 0.00 | 100.00 | 5/31/2019 | | | 0.75 | 1.25 | 0.25 | 0.25 | | 2.500 |
| Merrill, WI... | Execu... | 0.00 | 100.00 | 5/30/2019 | | 0.50 | | | 0.75 | 0.25 | | 1.500 |
| Moorpark... | Execu... | 1.00 | 82.61 | 1/2/2018 | | 0.25 | 0.25 | 0.75 | | 0.25 | | 1.25/0 |
| Total | | | | | 0.00 | 8.00 | 8.50 | 8.00 | 9.00 | 9.25 | 0.00 | 42.75/0 |

Details...

changepoint.85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9b0d-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT | NEW | HOME ▾

√2 | General

Type to search

Time Sheet | Options | Filter

**TIME SHEET**

Submit | Hide status | Show overtime

☐ Non-project time
☐ Open tasks
☐ Regular tasks

Week start: Sunday, July 29, 2018

| Project | Task | ☑ | ✏ | 📅 | Sun 29 | Mon 30 | Tue 31 | Wed 1 | Thu 2 | Fri 3 | Sat 4 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | 0.00 | | | | 2.25 | 2.75 | 2.25 | 2.25 | | 3.00 | 12.50/0 |
| Non-projec... | Internal | 1.00 | 100.00 | | | 1.25 | 2.50 | 1.75 | | | | 5.50/0 |
| Alexander C... | Professi... | 0.00 | | 12/16/2016 | | 0.25 | | 0.25 | | 0.25 | | 0.75/0 |
| Bristol City... | Imple... | 1.00 | 86.21 | 2/28/2019 | | 0.25 | | 0.75 | 0.25 | 0.50 | | 1.75/0 |
| Cedar Park... | Impleme... | 0.00 | 100.00 | 2/28/2019 | | 0.25 | 0.75 | 1.00 | 0.25 | 0.25 | | 2.50/0 |
| Henderstone... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | 1.75 | | | 0.25 | 0.25 | | 2.25/0 |
| LAKE CHAR... | Imple... | 1.00 | 96.77 | 3/31/2019 | | | | | 0.25 | 0.25 | | 0.50/0 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | 0.50 | | 0.75 | 0.25 | 0.25 | | 1.75/0 |
| Lynn Count... | Execu... | 0.00 | 100.00 | 5/31/2019 | | 0.75 | | 1.25 | 0.50 | 0.25 | | 2.75/0 |
| Moorpark,... | Execu... | 1.00 | 82.61 | 1/2/2018 | | 0.25 | 0.25 | 0.75 | | 1.25 | | 2.50/0 |
| Portales, N... | Profe... | 0.00 | 100.00 | 8/2/2017 | | 0.25 | | | 1.50 | 0.25 | | 2.00/0 |
| Rochester, I... | Professi... | 0.00 | 100.00 | 4/1/2017 | | 1.00 | | | 2.00 | 0.25 | | 3.25/0 |
| | **Total** | | | | 0.00 | 6.75 | 8.00 | 9.00 | 8.00 | 9.75 | 0.00 | 43.50/0 |

Details

changepoint.85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&snor={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

Production PSA

Suzanne Greene - Tyler Technologies

RECENT | NEW | HOME ▾

☆ | General

Time Sheet    Options    Filter

**TIME SHEET**

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

◄ Week start Sunday, August 05, 2018 ►

| Project | Task | ⌄ | ♠ | 📅 | Sun 5 | Mon 6 | Tue 7 | Wed 8 | Thu 9 | Fri 10 | Sat 11 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 3.50 | 1.75 | 2.25 | 1.75 | 4.75 | | 14.00/0 |
| Non-projec... | Internal ... | | | | | 0.50 | 3.50 | 2.00 | 1.50 | 1.25 | | 8.75/0 |
| Alexander C... | Professi... | 0.00 | | 12/16/2016 | | 0.25 | | 0.25 | 0.25 | 0.25 | | 1.00/0 |
| Bristol City... | Imple...📄 | 1.00 | 100.00 | 2/28/2019 | | 0.25 | | 0.25 | | | | 0.50/0 |
| Burleson, T... | Execu...📄 | 1.00 | 86.21 | 1/5/2018 | | | 0.50 | 2.50 | | 0.25 | | 3.25/0 |
| Cedar Park... | Impleme...📄 | 0.00 | 97.67 | 2/28/2019 | | | 0.25 | | | | | 0.25/0 |
| Hebster, TX... | Imple...📄 | 0.00 | 100.00 | 5/31/2019 | | 0.25 | | | | | | 0.25/0 |
| Henderson... | Impleme... | 1.00 | 100.00 | 12/15/2016 | | | | | 0.25 | | | 0.25/0 |
| Humboldt... | Professi... | 1.00 | 98.30 | 11/30/2016 | | | 0.50 | | | | | 0.50/0 |
| LAKE CHAR... | Imple...📄 | 1.00 | 92.45 | 3/31/2019 | | 0.25 | 0.75 | 0.75 | 0.25 | 0.25 | | 2.25/0 |
| Lakeway, TX... | Execu...📄 | 0.00 | 96.77 | 9/2/2017 | | 0.25 | | | | 0.25 | | 0.50/0 |
| Lynn Count... | Execu...📄 | 0.00 | 100.00 | 5/31/2019 | | 0.25 | | | | | | 0.25/0 |
| | **Total** | | 100.00 | | 0.00 | 8.25 | 9.00 | 8.50 | 8.00 | 8.25 | 0.00 | 42.00/01 |

Details

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

RECENT | NEW | HOME ▾

General

Time Sheet

Options

Filter

Non-project time
Open tasks
Regular tasks

TIME SHEET

Submit | Hide status | Show overtime

◀ Week start: Sunday, August 12, 2018 ▶

| Project | Task | | | | Sun 12 | Mon 13 | Tue 14 | Wed 15 | Thu 16 | Fri 17 | Sat 18 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 3.25 | 1.50 | 2.75 | 4.00 | 5.25 | | 16.75/0 |
| Non-projec... | Internal... | | | | | 0.50 | 3.75 | 1.50 | 1.00 | | | 6.75/0 |
| Bristol City ... | Imple... | 1.00 | 86.21 | 2/28/2019 | | 1.75 | | | | | | 1.75/0 |
| Burleson, T... | Execu... | 1.00 | 97.67 | 1/5/2018 | | | 0.25 | | 0.50 | | | 0.75/0 |
| Cedar Park,... | Impleme... | 0.00 | 100.00 | 2/28/2019 | | | | | 0.25 | 0.25 | | 0.50/0 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | | | 0.25 | | | 0.25/0 |
| Humboldt ... | Professi... | 1.00 | 92.45 | 11/30/2016 | | 0.25 | | | | | | 0.25/0 |
| LAKE CHAR... | Imple... | 1.00 | 96.77 | 3/31/2016 | | | 0.25 | 2.50 | 0.50 | 0.25 | | 3.50/0 |
| Lakeway, TX... | Execu... | 0.00 | 100.00 | 9/2/2017 | | 0.25 | | 0.25 | | | | 0.50/0 |
| Portales, N... | Profe... | 0.00 | 100.00 | 8/2/2017 | | | | | 0.75 | | | 0.75/0 |
| Rochester, I... | Professi... | 0.00 | 100.00 | 4/1/2017 | | 2.00 | 0.25 | | 0.75 | 0.50 | | 3.50/0 |
| Sandusky C... | Imple... | 1.00 | 97.55 | 3/29/2018 | | | 0.25 | | | | | 0.25/0 |
| | Total | | | | 0.00 | 8.50 | 8.50 | 8.00 | 8.00 | 8.00 | 0.00 | 40.50/0 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rld={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=VV&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT   NEW   HOME

General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

Time Sheet     Options     Filter

Non-project time
Open tasks
Regular tasks

TIME SHEET

Week start: Sunday, August 19, 2018

Submit | Hide status | Show overtime

| Project | Task | G | ✓ | 📅 | Sun 19 | Mon 20 | Tue 21 | Wed 22 | Thu 23 | Fri 24 | Sat 25 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 2.75 | 3.75 | 2.50 | 1.50 | | 2.75 | 13.25/0.00 |
| Non-projec... | Internal | | | | | 2.50 | | 1.50 | 1.75 | | | 5.75/0.00 |
| Burleson, T... | Execu... | 1.00 | 97.67 | 1/5/2018 | | 1.25 | 0.75 | | | 4.00 | | 6.00/0.00 |
| Cedar Park,... | impleme... | 0.00 | 100.00 | 2/28/2019 | | 0.50 | 0.50 | 1.75 | 0.25 | | | 3.00/0.00 |
| Henderson... | impleme... | 1.00 | 98.30 | 12/15/2016 | | | | | 2.00 | | | 2.00/0.00 |
| LAKE CHAR... | imple... | 1.00 | 96.77 | 3/31/2019 | | 0.50 | 0.25 | 0.50 | | | | 1.25/0.00 |
| Pontales, N... | Probe... | 0.00 | 100.00 | 8/2/2017 | | | | | 0.75 | | | 0.75/0.00 |
| Rochester, L... | Professi... | 0.00 | 100.00 | 4/1/2017 | | | | 1.75 | 0.25 | | | 2.00/0.00 |
| Sandusky C... | imple... | 1.00 | 97.55 | 3/26/2018 | | 0.25 | | | | | | 0.25/0.00 |
| Turlock, CA... | impleme... | 1.00 | 98.72 | 4/1/2018 | | 0.25 | 3.00 | | 1.25 | 1.25 | | 5.75/0.00 |
| Washington... | Execu... | 0.00 | 100.00 | 6/30/2019 | | 0.50 | | | 0.75 | | | 1.25/0.00 |
| | Total | | | | 0.00 | 8.50 | 8.25 | 8.00 | 8.50 | 8.00 | 0.00 | 41.25/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT | NEW | HOME ▾

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

❤ | General

Type to search

**Time Sheet**    Options ▾    TIME SHEET

Filter

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

◀ ▶ Week start: Sunday, August 26, 2018 ▶    ◀ ▶

| Project | Task | ✓ | % | 📅 | Sun 26 | Mon 27 | Tue 28 | Wed 29 | Thu 30 | Fri 31 | Sat 1 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-project... | Administr... | 1.00 | | | | 3.00 | 3.00 | 3.00 | 1.50 | 4.75 | | 15.25/0.00 |
| Non-project... | Internal | 0.00 | | | | 0.50 | 0.50 | 0.25 | 1.50 | | | 2.75/0.00 |
| Non-project... | Sick Time | | | | | 2.00 | 2.00 | | | | | 2.00/0.00 |
| Burleson, T... | Execu... | 1.00 | 97.67 | 1/5/2018 | | 1.00 | 1.00 | 0.50 | 0.25 | 1.00 | | 3.75/0.00 |
| Cedar Park... | Impleme... | 0.00 | 100.00 | 2/28/2019 | | | 0.25 | 0.50 | 0.75 | | | 1.50/0.00 |
| Hendersonv... | Impleme... | 1.00 | 98.30 | 12/16/2016 | | | | | 0.25 | | | 0.25/0.00 |
| LAKE CHAR... | Imple... | 1.00 | 96.77 | 3/31/2019 | | | 1.50 | 1.00 | 3.50 | 0.25 | | 6.25/0.00 |
| Oklahoma... | Imple... | 0.00 | 100.00 | 2/28/2019 | | 0.50 | | | | 2.00 | | 2.50/0.00 |
| Portales, N... | Profe... | 0.00 | 100.00 | 8/2/2017 | | | 0.25 | | | | | 0.25/0.00 |
| Rochester, t... | Professi... | 0.00 | 100.00 | 4/1/2017 | | 1.00 | 0.50 | | | 1.00 | | 2.50/0.00 |
| Turlock, CA... | Impleme... | 1.00 | 98.72 | 4/1/2018 | | | 2.00 | 2.75 | 0.50 | 0.25 | | 5.50/0.00 |
| Washington... | Execu... | 0.00 | 100.00 | 6/30/2019 | | | 1.25 | 0.25 | | | | 1.50/0.00 |
| | **Total** | | | | 0.00 | 8.00 | 10.25 | 8.25 | 8.25 | 9.25 | 0.00 | 44.000.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=V\&snor={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

**Production PSA**

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet**   Options   Filter

- Non-project time
- Open tasks
- Regular tasks

**TIME SHEET**

Week start: Sunday, September 02, 2018

Submit | Hide status | Show overtime

| Project | Task | | | Date | Sun 2 | Mon 3 | Tue 4 | Wed 5 | Thu 6 | Fri 7 | Sat 8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | | | 2.00 | 4.50 | 3.25 | | 9.75/0.00 |
| Non-projec... | Holiday | | | | | 8.00 | | | | | | 8.00/0.00 |
| Non-projec... | Internal... | | | | | | | | 1.00 | 1.50 | | 2.50/0.00 |
| Non-projec... | Paid Tim... | | | | | | 8.00 | | | | | 8.00/0.00 |
| Burleson, T... | Execu... | 1.00 | 97.67 | 1/5/2018 | | | | 0.25 | 0.50 | | | 0.75/0.00 |
| Cedar Park... | Impleme... | 0.00 | 100.00 | 2/28/2019 | | | | | | 2.75 | | 2.75/0.00 |
| Henderson... | impleme... | 1.00 | 98.30 | 12/15/2016 | | | | 0.75 | 0.25 | | | 1.00/0.00 |
| Oklahoma ... | Imple... | 0.00 | 100.00 | 2/28/2019 | | | | 4.00 | 0.50 | | | 4.50/0.00 |
| Rochester, L... | Professi... | 0.00 | 100.00 | 4/1/2017 | | | | 1.25 | 0.50 | | | 1.75/0.00 |
| Sandusky C... | imple... | 1.00 | 97.55 | 3/29/2018 | | | | | | 0.50 | | 0.50/0.00 |
| Turlock, CA... | impleme... | 1.00 | 98.72 | 4/1/2018 | | | | 1.25 | 0.50 | | | 1.75/0.00 |
| Washington... | Execu... | 0.00 | 100.00 | 6/30/2019 | | | | 0.25 | | | | 0.25/0.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 9.50 | 8.00 | 8.00 | 0.00 | 41.50/0.00 |

Details

3/21/2019

RECENT  NEW  HOME ▾

✓ | General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet**

Options  Filter

TIME SHEET

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

◄ ► week start: Sunday, September 09, 2018 ◄ ►

| Project | Task | | | | Sun 9 | Mon 10 | Tue 11 | Wed 12 | Thu 13 | Fri 14 | Sat 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 4.75 | | | | | | 4.75/0.00 |
| Non-projec... | Weekda... | | | | | | 8.00 | | | 8.00 | | 16.00/0.00 |
| Burleson, T... | Execu... ⚙ | 1.00 | 97.67 | 1/5/2018 | | 0.75 | | | | | | 0.75/0.00 |
| Cedar Park,... | Impleme... | 0.00 | 100.00 | 2/28/2019 | | 0.50 | | | | | | 0.50/0.00 |
| LAKE CHAR... | Imple... ⚙ | 1.00 | 96.77 | 3/31/2019 | | 0.25 | | | | | | 0.25/0.00 |
| Oklahoma ... | Imple... ⚙ | 0.00 | 100.00 | 2/28/2019 | | 1.00 | | | | | | 1.00/0.00 |
| Sandusky C... | Imple... ⚙ | 1.00 | 97.55 | 3/29/2018 | | 0.25 | | | | | | 0.25/0.00 |
| Turlock, CA... | Impleme... | 1.00 | 98.72 | 4/1/2018 | | 0.50 | | 8.00 | 8.00 | | | 16.50/0.00 |
| | Total | | | | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT | NEW | HOME

General

Options | Filter

Type to search

# Time Sheet

TIME SHEET

- Non-project time
- Open tasks
- Regular tasks

Submit | Hide status | Show overtime

◄ Week start Sunday, September 16, 2018 ►

| Project | Task | ⓤ | ↔ | 📅 | Sun 16 | Mon 17 | Tue 18 | Wed 19 | Thu 20 | Fri 21 | Sat 22 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | 1.00 | 97.67 | | | 6.00 | 1.75 | 4.75 | 3.50 | 4.00 | | 20.00/0.00 |
| Non-projec... | Internal... | | | | | 1.25 | | | | 1.00 | | 2.25/0.00 |
| Burleson, T... | Execu... 🔗 | 1.00 | 97.67 | 1/5/2018 | | | 2.00 | | | | | 2.00/0.00 |
| Cedar Park,... | Impleme... | 0.00 | 100.00 | 2/28/2019 | | | 2.00 | | | 0.50 | | 2.50/0.00 |
| Dearborn,... | Professi... | 0.00 | 100.00 | 11/2/2017 | | | | 0.25 | 2.50 | 1.50 | | 4.25/0.00 |
| Henderson,... | Impleme... | 1.00 | 98.30 | 12/15/2016 | | | 0.50 | | 0.50 | 1.50 | | 2.50/0.00 |
| LAKE CHAR... | Imple... 🔗 | 1.00 | 96.77 | 3/31/2019 | | | | | 1.25 | | | 1.25/0.00 |
| Oklahoma... | Imple... 🔗 | 0.00 | 100.00 | 2/28/2019 | | | | | 0.25 | | | 0.25/0.00 |
| Rochester, C... | Professi... | 0.00 | 100.00 | 4/1/2017 | | | 0.25 | 2.50 | | | | 2.75/0.00 |
| Sandusky C... | Imple... 🔗 | 1.00 | 97.55 | 3/29/2018 | | | | 3.50 | | | | 3.50/0.00 |
| Turlock, CA... | Impleme... | 1.00 | 98.72 | 4/1/2018 | | 0.25 | 1.75 | | | 0.25 | | 2.25/0.00 |
| Total | | | | | 0.00 | 7.50 | 8.25 | 11.00 | 8.00 | 8.75 | 0.00 | 43.50/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

3/21/2019

RECENT   NEW   HOME ▾

| General

**Production PSA**

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet**    Options | **TIME SHEET**

Filter

Submit | Hide status | Show overtime

Non-project time
Open tasks
Regular tasks

◀ week start Sunday, September 30, 2018 ▶

| Project | Task | 🕓 | ✎ | 📅 | Sun 30 | Mon 1 | Tue 2 | Wed 3 | Thu 4 | Fri 5 | Sat 6 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | 1.00 | | | | | | 1,000.00 |
| Non-projec... | Weekda... | | | | | | | | | 8.00 | | 8,000.00 |
| Non-projec... | Weeken... | | | | 8.00 | | | | | | | 8,000.00 |
| Dearborn,... | Professi... | 0.00 | 100.00 | 11/2/2017 | | 8.00 | 8.25 | 8.25 | 8.00 | | | 32,500.00 |
| Helotes, TX,... | Imple... 📄 | 0.00 | 100.00 | 5/31/2019 | | 0.50 | | | | | | 500.00 |
| Oklahoma ... | Imple... 📄 | 0.00 | 100.00 | 2/28/2019 | | 0.25 | | | | | | 250.00 |
| | Total | | | | 8.00 | 9.75 | 8.25 | 8.25 | 8.00 | 8.00 | 0.00 | 50,250.00 |

Details

changepoint.85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1

3/21/2019

RECENT | NEW | HOME ▾

☆ | General

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

**Time Sheet**   Options   Filter

- Non-project time
- Open tasks
- Regular tasks

**TIME SHEET**

◄ Week start: Sunday, October 07, 2018 ►

Submit | Hide status | Show overtime

| Project | Task | 🕐 | | % | 📅 | Sun 7 | Mon 8 | Tue 9 | Wed 10 | Thu 11 | Fri 12 | Sat 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-projec... | Administ... | | | | | | 4.75 | 4.00 | 2.25 | 3.50 | 3.25 | | 17.75/0.00 |
| Non-projec... | Internal... | | | | | | 1.75 | 1.50 | 1.25 | | 2.50 | | 7.00/0.00 |
| Burleson, T... | Execu... | | 1.00 | 97.67 | 1/5/2018 | | | | | 2.50 | | | 2.50/0.00 |
| Cedar Park... | Impleme... | | 0.00 | 100.00 | 2/28/2019 | | | | | 1.00 | | | 1.00/0.00 |
| Dearborn, ... | Professi... | | 0.00 | 100.00 | 11/2/2017 | | 1.75 | 1.00 | 0.75 | | 1.00 | | 4.50/0.00 |
| Helotes, TX... | Imple... | | 0.00 | 100.00 | 5/31/2019 | | | | 1.00 | | | | 1.00/0.00 |
| Hendersonv... | Impleme... | | 1.00 | 98.30 | 12/15/2016 | | | | | 0.75 | | | 0.75/0.00 |
| LAKE CHAR... | Imple... | | 1.00 | 96.77 | 3/31/2019 | | | 0.25 | 1.75 | | 0.75 | | 2.75/0.00 |
| Oklahoma ... | Imple... | | 0.00 | 100.00 | 2/28/2019 | | | | 1.00 | | 0.25 | | 1.25/0.00 |
| Sandusky C... | Imple... | | 1.00 | 97.55 | 3/29/2018 | | | | | 0.25 | | | 0.25/0.00 |
| Turlock, CA... | Impleme... | | 1.00 | 98.72 | 4/1/2018 | | | 1.25 | | | 0.50 | | 1.75/0.00 |
| | Total | | | | | 0.00 | 8.25 | 8.00 | 8.00 | 8.00 | 8.25 | 0.00 | 40.50/0.00 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c550dd976b9}&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

RECENT | NEW | HOME ▾

☆ | General

Type to search

Time Sheet | Options | Filter

Non-project time
Open tasks
Regular tasks

**TIME SHEET**

Submit | Hide status | Show overtime

Week start Sunday, October 14, 2018

| Project | Task | | % | 📅 | Sun 14 | Mon 15 | Tue 16 | Wed 17 | Thu 18 | Fri 19 | Sat 20 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-proje... | Administ... | | 1.00 | | | | 4.00 | 3.25 | 4.00 | 2.25 | | | 13.50/0 |
| Non-proje... | Internal... | | 1.00 | 97.67 | 1/5/2018 | | 2.00 | 0.50 | 0.25 | 1.50 | | | 4.25/0 |
| Non-proje... | Sick Time | | | | | | | | 3.00 | 3.00 | 3.00 | | 6.00/0 |
| Bristol City... | Imple...📄 | | 1.00 | 86.21 | 2/28/2019 | | | | 2.00 | | | | 2.00/0 |
| Burleson, T... | Execu...📄 | | 1.00 | 97.67 | 1/5/2018 | | | 0.75 | | | | | 0.75/0 |
| Cedar Park... | Impleme... | | 0.00 | 100.00 | 8/31/2019 | | | 0.75 | 0.25 | 0.25 | | | 1.25/0 |
| Dearborn... | Execu...📄 | | 1.00 | 96.49 | 10/16/2019 | | | | | | 1.50 | | 1.50/0 |
| Dearborn... | Professi... | | 0.00 | 100.00 | 11/2/2017 | | 0.25 | | 1.50 | | | | 1.75/0 |
| Helotes, TX... | Imple...📄 | | 0.00 | 100.00 | 5/31/2019 | | 1.50 | | | 1.00 | 1.25 | | 3.75/0 |
| Hendersonw... | Impleme... | | 1.00 | 98.30 | 12/15/2016 | | | | | 0.50 | | | 0.50/0 |
| LAKE CHAR... | Imple...📄 | | 1.00 | 96.77 | 3/31/2019 | | 0.75 | 1.00 | | 0.25 | 1.00 | | 3.00/0 |
| Rochester, I... | Imple...📄 | | 1.00 | 82.61 | 8/31/2019 | | | 1.50 | | | | | 1.50/0 |
| | Total | | | | | 0.00 | 8.50 | 8.00 | 8.00 | 8.75 | 8.75 | 0.00 | 42.00/0.1 |

Details

changepoint:85/core/ui/uiBrowser.aspx?rld=[8ACA4252-0F9F-415C-9548-631BCE5A81BE]&ui=V&sno=[18e58c74-5fed-4548-9bbd-c550dd976b9]&login=NT&cars=false

1/1

3/21/2019

Production PSA

Suzanne Greene - Tyler Technologies

Preferences | Help | Sign out

Type to search

RECENT | NEW | HOME ▾

| General

Options | Filter

**TIME SHEET**

Time Sheet

Non-project time
Open tasks
Regular tasks

Week start: Sunday, October 21, 2018

Submit | Hide status | Show overtime

| Project | Task | | Q | ⚹ | | | Sun 21 | Mon 22 | Tue 23 | Wed 24 | Thu 25 | Fri 26 | Sat 27 | Total |
|---------|------|---|---|---|---|---|--------|--------|--------|--------|--------|--------|--------|-------|
| Non-projec... | Administ... | | | | | | | 4.25 | 2.50 | 4.00 | 2.25 | 3.50 | | 16.50/0.00 |
| Non-projec... | Internal ... | | | | | | | 3.00 | 3.25 | 1.00 | | 4.00 | | 7.25/0.00 |
| Non-projec... | Paid Tim... | | | | | | | | | | | 4.00 | | 4.00/0.00 |
| Dearborn... | Execu... 🐵 | 1.00 | 96.49 | | 10/16/2019 | | | 1.50 | | 2.00 | 0.25 | | 3.75/0.00 |
| Helotes, TX... | Imple... 🐵 | 0.00 | 100.00 | | 5/31/2019 | | | 2.75 | 2.25 | | 0.25 | | 5.25/0.00 |
| Henderson... | Impleme... | 1.00 | 98.30 | | 12/15/2016 | | | | | 1.00 | | | 1.00/0.00 |
| LAKE CHAR... | Imple... 🐵 | 1.00 | 96.77 | | 3/31/2019 | | | | 1.00 | 1.75 | | | 2.75/0.00 |
| Sandusky C... | Imple... 🐵 | 1.00 | 97.55 | | 3/29/2018 | | | 0.25 | | 1.25 | | | 1.50/0.00 |
| Turlock, CA... | Impleme... | 1.00 | 98.72 | | 4/1/2018 | | | 0.75 | | | | | 0.75/0.00 |
| | Total | | | | | 0.00 | 8.25 | 10.00 | 8.25 | 8.25 | 8.00 | 0.00 | 42.75/0.00 |

Details

changepoint.85/core/ui/uiBrowser.aspx?rid={8AC4A252-0F9F-415C-9548-631BCE5A81BE}&ui=W&sno={18e58c74-5fed-4548-9bbd-c55f0dd976b9}&login=NT&cars=false

1/1