**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SUZANNE GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-1338-AT |

### JOINT MOTION TO EXTEND DEADLINE FOR RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Suzanne Greene ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant") (together, the "Parties") by and through their undersigned counsel submit this Joint Motion to Extend Deadline for Responses to Motions for Summary Judgment (the "Motion").

On Monday, April 6, 2020, Defendant filed a motion for summary judgment [ECF No. 56] and Plaintiff filed a partial motion for summary judgment [ECF No. 57]. In accordance with the Court's Local Rules, the Parties' responses to the motions for summary judgment are currently due on Monday, April 27, 2020. *See* LR 56.1(A), NDGa.

The Parties have jointly agreed to extend the deadline to respond to the motions for summary judgment by seven (7) calendar days to Monday, May 4, 2020.

1

The Parties request this extension due to counsel's obligations in other pending litigation and due to interruptions in regular operations due to the COVID-19 pandemic.  The Parties respectfully request that the Court grant the Motion, and that the deadline for the Parties' responses to the motions for summary judgment be Monday, May 4, 2020.

Respectfully submitted this 21st day of April, 2020.

| **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** | **DENTONS US LLP** |
|---|---|
| */s/ Matthew W. Herrington* <br> Mitchell D. Benjamin <br> Georgia Bar No. 049888 <br> Matthew W. Herrington <br> Georgia Bar No. 275411 <br><br> 3100 Centennial Tower <br> 101 Marietta Street <br> Atlanta, GA 30303 <br> (404) 979-3150 <br> (404) 979-3170 (facsimile) <br> benjamin@dcbflegal.com <br> matthew.herrington@dcbflegal.com <br><br> Counsel for Plaintiff | */s/ Amanda E. Brown* <br> R. Daniel Beale <br> Georgia Bar No. 043880 <br> dan.beale@dentons.com <br> Maxwell R. Jones <br> Georgia Bar No. 451289 <br> max.jones@dentons.com <br> 303 Peachtree Street, NE, Suite 5300 <br> Atlanta, GA 30308 <br> Telephone: +1.404.527.4000 <br> Facsimile: +1.404.527.4198 <br><br> **REED SMITH LLP** <br> Paulo B. McKeeby <br> Texas Bar No. 00784571 <br> pmckeeby@reedsmith.com <br> Amanda E. Brown <br> Texas Bar No. 24087839 <br> aebrown@reedsmith.com <br> 2501 N. Harwood St., Suite 1700 <br> Dallas, TX 75201 <br> Telephone: +1.469.680.4200 <br> Facsimile: +1.469.680.4299 <br><br> Counsel for Defendant |

## CERTIFICATE OF SERVICE

I certify that on April 21, 2020, I filed a copy of the foregoing document using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered attorneys.

*/s/ Amanda E. Brown*
Amanda E. Brown

US_ACTIVE-152934657.1-AEBROWN