**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SUZANNE GREENE, <br><br> Plaintiff, <br><br> vs. <br><br> TYLER TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-1338-AT |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff Suzanne Greene ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant") (together, the "Parties Joint Motion to Extend Deadline for Responses to Motions for Summary Judgment (the "Motion"). After a review of the Motion, record and due consideration, the Motion is hereby **GRANTED**.

The deadline for the Parties' responses to the motions for summary judgment is extended to Monday, May 4, 2020.

IT IS SO ORDERED, this __ day of April, 2020.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE
