IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-1338-AT |

**UNOPPOSED MOTION FOR 2-DAY EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Suzanne Green moves the Court to extend the deadline for her to file her Response to Defendant's Motion for Summary Judgment [Dkt. 56], through and including May 6, 2020, showing the Court as follows:

1. On Monday, April 6, 2020, Defendant filed a motion for summary judgment [Dkt. 56] and Plaintiff filed a motion for partia summary judgment. [Dkt. 57]

2. The Court previously granted the Parties' Motion for a two-week extension of time to file their respective responses. [Dkt. 63]

3. Due to another major motion deadline on Saturday, May 2, 2020, the undersigned counsel has been delayed in drafting Plaintiff's Response and is concerned that the Response may not be complete by the current deadline.

4. Out of an abundance of caution, Plaintiff requests a two-day extension to file her Response, through and including Wednesday, May 6, 2020.

5. Defendant's counsel has indicated in writing that Defendant does not oppose the requested extension.

6. This request is made in good faith and not for the purpose of undue delay.

7. A proposed order is attached for the Court's convenience.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file her Response to Defendant's Motion for Summary Judgment by two days, through and including May 6, 2020.

This 4th day of May 2020,

                                        Respectfully submitted,

                                        **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

                                        *s/Matthew W. Herrington*

101 Marietta Street NW        Mitchell D. Benjamin
Suite 2650                            Georgia Bar No. 049888
Atlanta, Georgia 30303         Matthew W. Herrington
(404) 979-3171                    Ga. Bar No. 275411
(404) 979-3170 (f)
benjamin@dcbflegal.com       Counsel for Plaintiff
matthew.herrington@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE GREENE, | |
| Plaintiff, | |
| vs. | Civil Action No. 1:19-cv-1338-AT |
| TYLER TECHNOLOGIES, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: May 4, 2020

*s/Matthew W. Herrington*
Matthew W. Herrington
Ga. Bar No. 275411
