IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-1338-AT |

### **[PROPOSED] ORDER**

This matter is currently before the Court on Plaintiff's Unopposed Motion for a 2-Day Extension of Time to Respond to Defendant's Motion for Summary Judgment, and for good cause shown, the motion is GRANTED. Plaintiff shall file her response on or before May 6, 2020.

SO ORDERED this _____ day of May 2020.

_____
Hon. Amy Totenberg
United States District Judge