```
 1        IN THE UNITED STATES DISTRICT COURT

 2        FOR THE NORTHERN DISTRICT OF GEORGIA

 3                 ATLANTA DIVISION

 4

 5        CIVIL ACTION NO:  1:19-CV-01338-AT

 6

 7   SUZANNE GREENE,

 8        Plaintiff,

 9   vs.

10   TYLER TECHNOLOGIES,

11        Defendant.

12

13        DEPOSITION OF:  SUZANNE GREENE

14               AUGUST 29, 2019

15                 9:53 A.M.

16

17

18

19

20

21

22

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

EXHIBIT B

 1          Q.      (By Mr. McKeeby) So your

 2     clients -- I assume you anticipated my next

 3     question.   Your clients are no longer

 4     government entities, I take it, since -- at

 5     O'Ryan?

 6          A.      That is correct, yes, sir.

 7          Q.      They're law firms?

 8          A.      That is correct.

 9          Q.      And are you -- what's your

10     position?

11          A.      I'm a project manager here.

12          Q.      Do you work out of your home?

13          A.      I do not, no, sir.

14          Q.      What office do you report to?

15          A.      Right in Marietta.

16          Q.      And when did you first start

17     working at O'Ryan?

18          A.      June of this year.

19          Q.      And are you paid salary or by the

20     hour at O'Ryan?

21          A.      I'm paid salary.

22          Q.      Do you receive overtime?

23          A.      I do not, no, sir.

24          Q.      What's your salary?

25          A.      It's 60,000.



Case 1:19-cv-01338-AT   Document 47-2   Filed 03/20/20   Page 53 of 228

 1          Q.    And I take it you interviewed for

 2   a position at O'Ryan?

 3          A.    I did, yes, sir.

 4          Q.    And did you present them with a

 5   copy of your resume?

 6          A.    Yes.  Excuse me, let me actually

 7   back up a little bit.  I didn't give them the

 8   copy of the resume there.  I had applied on

 9   Indeed and uploaded the copy of my resume on

10   Indeed.  So they received my resume from

11   Indeed.

12          Q.    Thank you for --

13          A.    Yes.

14          Q.    -- that correction.

15                (Whereupon, Exhibit 2 was marked

16                for identification.)

17          Q.    (By Mr. McKeeby) I've marked as

18   Deposition Exhibit 2 what's been produced in

19   this case as your resume.  Would you agree

20   with that characterization?

21          A.    Yes, sir.

22          Q.    Is this, as far as you know, a

23   true and correct copy of the resume that you

24   presented to O'Ryan in connection with your

25   employment?



1          A.     Yes, sir.

2          Q.     And did you present this -- well,

3    I don't know how to honor your correction.  Do

4    you have an understanding that this resume was

5    presented to other employers as well or just

6    O'Ryan?

7          A.     I don't understand that

8    question, I'm sorry.

9          Q.     You uploaded a resume on Indeed, a

10   job site service; correct?

11         A.     Yes, sir.

12         Q.     This is the resume that you

13   uploaded?

14         A.     Yes, sir.

15         Q.     Were there any other versions of

16   the resume that you utilized since your

17   employment with Tyler other than this

18   document?

19         A.     No, sir.

20         Q.     Did you actually provide this

21   resume to any employers other than through

22   Indeed?

23         A.     No -- hold on, let me back that

24   up.  Because I also uploaded this on

25   LinkedIn.  So then, I guess that would also



Case 1:19-cv-01338-AT Document 47-2 Filed 03/20/20 Page 57 of 223

SUZANNE GREENE                                    August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                          57

```
 1   technically count for other people getting it
 2   off of Indeed.
 3        Q.    So you uploaded the resume on
 4   LinkedIn as well as Indeed?
 5        A.    Yes, sir.
 6        Q.    And I guess you would agree with
 7   me that the resume is truthful and accurate?
 8        A.    Yes, sir.
 9        Q.    Is -- in terms of your job duties,
10   I understand it's a different kind of software
11   with a different kind of client.  But is the
12   project manager position that you have with
13   O'Ryan similar to the project manager position
14   that you had during the first several months
15   of your employment with ExecuTime before the
16   Tyler acquisition?
17        A.    Similar in what ways?
18        Q.    Any ways?
19        A.    So in certain ways, yes, because
20   I am -- I'm actually managing the projects
21   with this company, I'm not assisting.
22        Q.    Okay.  And you were assisting
23   while you were at ExecuTime because you were
24   new, as you testified to, and Mr. Jenkins and
25   you worked together; correct?
```



 1  course.

 2        Q.     What else?

 3        A.     Um --

 4        Q.     Travel?

 5        A.     Yes, yes, sir.  And I would

 6  travel and do those specific things, like go

 7  train people and travel, yes.

 8        Q.     Right.  Obviously, you're

 9  traveling to do some of these things, but

10  you're also traveling as part of your job?

11        A.     Yes, sir.

12        Q.     What other duties did you have,

13  again, just sort of listing them by category?

14  Are there any other duties?

15        A.     Not that I can think of off the

16  top of my head.

17        Q.     We can come back to it if we need

18  to.

19        A.     Okay.

20        Q.     Just so that we're clear, are you

21  comfortable if I refer to the ExecuTime

22  software -- you mentioned that it's divided

23  between time and attendance -- the time and

24  attendance module and the advanced scheduling

25  module.  But it all relates to payroll;



1   correct?

2        A.    Essentially, that is the end

3   result, is producing the actual payroll.

4        Q.    I mean, that's what the objective

5   of the software is, to make sure the payroll

6   is done properly; correct?

7        A.    So we don't actually do the

8   payroll portion, but to make sure that the

9   time is accurate, yes.

10       Q.    And the time needs to be accurate

11  because if it's not, then the compensation

12  won't be accurate?

13       A.    That is correct.

14       Q.    So you would agree with me that --

15  that it was critical that the software be --

16  that the software perform correctly?

17       A.    Yes, sir.

18       Q.    And, for example, as I understand

19  it, before you could quote, Go-Live, unquote

20  with the software, you actually had to have

21  two test runs before the hand to make sure the

22  software was operating properly; correct?

23       A.    That is correct.

24       Q.    And the concept of going live,

25  tell me what that means.



```
 1   testing, for the most part.

 2        Q.    Did you ever have a situation

 3   after Go-Live when the software didn't work

 4   properly that you were involved in while you

 5   were at Tyler?

 6        A.    After the Go-Live?  I'm just --

 7   I'm trying to just think if there were any

 8   situations, because essentially, once they

 9   Go-Live, they go over to support.  So I don't

10   deal with them, once they go to support,

11   they're off my plate and I'm completely done

12   with them.

13        Q.    And there's a concept of being

14   passed to support; correct?

15        A.    Yes, sir.

16        Q.    And that's at the end of the

17   implementation process?

18        A.    Yes, sir.

19        Q.    And is that before or after

20   Go-Live?

21        A.    After Go-Live, the project

22   manager then steps up to transfer them over

23   to support.

24        Q.    And the project manager would

25   consult with you in connection with passing
```



 1  the client to support; correct?

 2       A.    Yeah.  Well, they're involved

 3  the whole way, so they know where the client

 4  is.  And because we were in so much contact

 5  with different scenarios, when I would reach

 6  out to the project manager, they knew where

 7  the client was, you know, the whole time

 8  through parallel testing and stuff.

 9       Q.    They knew -- the project manager

10  would know based on communications from you?

11       A.    That is correct, yes, sir.

12       Q.    And so you would be updating the

13  project manager periodically about how the

14  implementation was going, were they meeting

15  deadlines, were they ready to be passed to

16  support, that type of thing?

17       A.    Yes.  And the project manager

18  also -- so different project managers handle

19  it currently.

20       Q.    Okay.

21       A.    When I was with Talia, she would

22  request and receive all of the checklists

23  throughout the process.  So she knew very

24  well where everyone was at, because she's

25  requesting the documents that are needed to



```
 1        A.      Yes, sir.
 2        Q.      Okay.  And would you be on that
 3   call typically?
 4        A.      I just started being on those
 5   calls probably around December or January,
 6   but before, no, I was never on those calls.
 7        Q.      And just so we're clear, support
 8   is a different service that the client
 9   purchases when they buy the ExecuTime
10   software; correct?
11        A.      I'm not sure how that goes on
12   the sales side.
13        Q.      Okay.  But you know -- you would
14   review the client contracts as part of your
15   preparation for particular implementations;
16   correct?
17        A.      Yes, sir.
18        Q.      But those contracts didn't discuss
19   support or you just don't remember?
20        A.      I don't recall.  That may have
21   been something that was just included, but
22   I -- honestly, I'm not sure.
23        Q.      And did you have discussions with
24   your project managers about where clients were
25   as to whether or not they were ready to be
```



1    passed through support?

2         A.    Yes.

3         Q.    And what would that be based on?

4         A.    If there were any issues that

5    they ran into, if the time wasn't matching up

6    correctly, I mean, there could be numerous

7    different things that could prevent a

8    Go-Live.

9         Q.    Well, I'm not talking about a

10   Go-Live, I don't think.  I was saying, okay,

11   being passed to support -- which I understood

12   occurred after Go-Live?

13        A.    Right.  So essentially you have

14   to Go-Live to go to support.  So my

15   apologies.

16        Q.    No, that's all right.  But I'm

17   going to make sure you were answering the

18   question you thought you were answering.  So

19   in order to be passed to support, you had to

20   make sure that there were no technical issues,

21   I guess?

22        A.    Yes, sir, that's correct.

23        Q.    Okay.  And you would discuss those

24   issues with the project manager?

25        A.    If needed, yes.



Case 1:19-cv-01338-AT   Document 67-2   Filed 05/04/20   Page 12 of 36
Case 1:19-cv-01338-AT   Document 47-2   Filed 03/10/20   Page 72 of 229

SUZANNE GREENE                                    August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                        70

 1          Q.    And the project plan has various

 2    deadlines?

 3          A.    That the project manager does,

 4    yes.

 5          Q.    Okay.  For training?

 6          A.    Uh-huh.

 7          Q.    For integration?

 8          A.    (Nodding.)

 9          Q.    Yes?

10          A.    That is correct, yes, and the

11    project manager sets all of those dates.

12          Q.    Okay.  So that's a checklist that

13    you have when you take over -- when the

14    implementation is handed off to you?

15          A.    I can see the dates, yes.

16          Q.    Were there any situations where

17    you had to -- you being Tyler, had to postpone

18    a Go-Live date?

19          A.    Oh, yes, for sure.  That was not

20    uncommon.

21          Q.    That could be the result of

22    technical issues?

23          A.    Could be -- it could be

24    technical issues, it could be time not adding

25    up.  It could be they just need more time.  I



Case 1:19-cv-01338-AT   Document 67-2   Filed 05/04/20   Page 13 of 36
Case 1:19-cv-01338-AT   Document 47   Filed 03/30/20   Page 13 of 25

SUZANNE GREENE                                    August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                          71

1    mean, it could vary on numerous different

2    things.

3              Q.      Need more time to do what?

4              A.      To maybe, you know, get more

5    people in the application or whatever it is

6    that they may need more time for.  Sometimes

7    they have other things coming up or other

8    projects, things of that sort.

9              Q.      And that could, for example, delay

10   the training?

11             A.      It could, yes, sir.

12             Q.      Did you ever have a situation

13   where you delayed a Go-Live date because the

14   training wasn't going well in the sense that

15   the users -- I know there's power users and

16   end users, but in situations where the users

17   weren't picking up on the training as well as

18   you thought they should have?

19             A.      I mean, there has been

20   situations; like there was one client where

21   it was majority older -- I guess you could

22   say seasoned people.

23             Q.      Fair enough.

24             A.      And with that, a lot of them

25   didn't even know how to work, like, smart



1    phones.  I actually had to go on site and do

2    a little bit more hand holding.  So depending

3    on the client, situations like that could

4    happen, yes.

5         Q.     What client was that?

6         A.     Alexander County, they were in

7    North Carolina.

8         Q.     Okay.  Did you have to delay the

9    Go-Live date with them?

10        A.     They drug their feet for a

11   while.  They were actually around for a

12   couple of years because they were -- how is a

13   nice way to put this.  They were kind of

14   doing their time, like, old school, where

15   they were writing it all down on paper and --

16   yeah.

17        Q.     But that's a situation where the

18   Go-Live date had to be changed?

19        A.     Yeah, multiple times with them,

20   they were around for a while.  They kept

21   putting it on -- because what you can do is

22   but a project on hold, quote, unquote, where

23   you basically put it on hold and then you

24   pick back up when the client's ready.

25        Q.     And is that a situation where you



1    went to the customer's location to do what

2    I'll call on-site training?

3         A.    Once I went on site, we were

4    able to move through with the actual project.

5    But I did go on site for them, yes.

6         Q.    Was it -- on that project

7    specifically, was it not originally

8    contemplated that you would be going on site?

9         A.    I'm not sure.  The project

10   manager discusses all of that.

11        Q.    Okay.  Did you report to the

12   project manager what you observed in terms of

13   the training in that example?

14        A.    Well, with that actual training,

15   I only went on site for the power user

16   training.

17        Q.    Okay.

18        A.    But yeah, I let her know they

19   were elder and they were -- seasoned, I'm

20   sorry, they were having a little bit harder

21   time using the software.

22        Q.    Got it.

23             And that ultimately resulted in a

24   delay of the original Go-Live date?

25        A.    Well, yeah, but they were --



SUZANNE GREENE                                      August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                            74

 1    once I got them, they had already been

 2    lingering for about a year and a half with

 3    ExecuTime.

 4         Q.    Okay.  But was it -- was there

 5    another Go-Live date that had to be postponed

 6    as a result of them being slow learners of

 7    having trouble using the software, for

 8    whatever reason, be it their seasonedness or

 9    otherwise?

10         A.    Yeah.  I want to say we had to

11    push it out slightly, but it wasn't like

12    another year or anything.  They just needed a

13    little bit more time to work in the

14    application.

15         Q.    Did -- what was the -- maybe a

16    question that you can't answer but I'll ask

17    it.  Was there a typical duration of

18    implementation process?

19         A.    Typically, yes, about 120 days.

20         Q.    Okay.  Now, does that 120 -- I

21    understand that's going to vary depending on

22    some of the factors that we've already touched

23    on.  Is that a period that would be set forth

24    in the contract?

25         A.    I'm not sure they put it in the



1      A.     So essentially, when I get the

2   actual client, I go through with the client

3   and do, like, a power user training.  And --

4   excuse me, let me back up.

5               Prior to the power user

6   training, I go through the questionnaire and

7   the solution design that the project manager

8   had put together from the actual client.  So

9   I go through the information that they have

10  gathered based on their specific policies and

11  procedures.

12      Q.     Based on the client's specific

13  policies and procedures?

14      A.     Yes, sir, that is correct.  So

15  based on the client's specific policies and

16  procedures, and then I would do --

17      Q.     Now, what are you reviewing?  I'm

18  sorry to interrupt.

19      A.     The questionnaire and the

20  solution design that the project manager put

21  together with the client.

22      Q.     Okay.

23      A.     So they went through a series of

24  questions with them and kind of noted, you

25  know, everything down.



1          Q.      These are two separate documents?

2          A.      Yes, sir.

3          Q.      You would review those -- is this

4     after handoff or before handoff?

5          A.      This would be around the time of

6     handoff, I would go through the documents.

7          Q.      What would be your objective in

8     reviewing the questionnaire and the solution

9     design?

10         A.      To see what their policies are

11    and how the application needs to be set up.

12    Because there are certain things that I would

13    need to turn on -- like, in the system admin

14    preferences, I guess we can call it, like the

15    preferences option, where, for example, maybe

16    some places use comp time and some places do

17    not.  It's as simple as going under the

18    preferences and checking a box to allow them

19    to actually use it.

20         Q.      And you would know from the

21    questionnaire -- or I guess both the

22    questionnaire and the solution design, for

23    example, whether or not this particular client

24    used comp time?

25         A.      Yes, sir.



1        Q.      And that would affect the initial

2    setup?

3        A.      Yes, sir.

4        Q.      Would that be the next thing you

5    would do in the process, would the initial

6    setup?

7        A.      Yes, once I go through the

8    solution design and the questionnaire, then I

9    do pretty much like a generic setup so to

10   say, based off of their solution design for

11   the power admin training that I'm going to do

12   with them.  Because I want to allow them to

13   be able to see how they would use the

14   software.

15       Q.      Okay.  And then would the next

16   step in the process typically be the power

17   admin training?

18       A.      Yes, sir.  Typically, yes.

19       Q.      And that could occur either

20   remotely or on site; correct?

21       A.      Yes, depending on what the

22   client and the project manager discussed.

23       Q.      In terms of the implementations

24   that you performed, generally -- or

25   approximately, what percentage were remote



1  versus on site, in terms of the training?

2       A.    So some clients would only do

3  power admin on site.  And then they would

4  split up and do some of the end user, super

5  user remote.  Some would do it vice versa.

6  So it really depends.

7            I would guesstimating about 40

8  percent of them would go -- like 30 to 40

9  would do onsite on different portions of the

10  training.

11      Q.    Okay.  So -- so I think you

12  answered my question but I want to make sure.

13  So of all of the implementations that you did

14  at Tyler, you were actually at the customer

15  location approximately 30 to 40 percent of the

16  time?

17      A.    Around that, yes, sir.

18      Q.    Okay.  And the reason that you

19  were on site could vary too, but typically

20  would involve power user training?

21      A.    Typically, yes, sir.

22      Q.    And it may or may not involve end

23  user and super user training?

24      A.    Yes, sir.

25      Q.    Okay.  So I guess the -- we've



SUZANNE GREENE                                    August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                           96

```
 1   my -- I guess you could say kind of like a

 2   calendar, so to say, of when these items are

 3   due.

 4         Q.     Okay.

 5         A.     I'll use that for --

 6         Q.     So the project plan contains the

 7   deadlines?

 8         A.     Yes, sir.

 9         Q.     Within these checklists?

10         A.     Yes, sir.  And additional

11   details about what exactly is due on the

12   checklist, it kind of breaks it all down for

13   them.

14         Q.     And because you were dealing with

15   multiple implementations at any one time,

16   that's what you mean when you have to manage

17   the client implementations simultaneously?

18         A.     Right.

19         Q.     And so you would have to determine

20   your schedule from week to week based on these

21   deadlines?

22         A.     That is correct, yes, sir.

23         Q.     It wasn't like every week you got

24   a schedule saying, hey, you need to do this on

25   a particular date, and then Wednesday you need
```



SUZANNE GREENE                                    August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                          97

```
 1    do initial setup for this project, and on
 2    Thursday, you need to do end user training?
 3    You didn't get itemized schedules delineating
 4    your functions on a week-to-week basis?
 5         A.    No, I did not.
 6         Q.    That's a true statement?
 7         A.    That is a true statement.
 8              MR. HERRINGTON:  Sir, would you
 9    repeat that question?
10              MR. MCKEEBY:  No.
11              MR. HERRINGTON:  Can you read
12    it?
13              When lawyers say, Is that a true
14    statement, I get worried.
15              MR. MCKEEBY:  Oh, no, I just
16    thought we had a double negative there.
17              MR. HERRINGTON:  Okay.
18              MR. MCKEEBY:  And I'll not
19    repeat the question, I'll ask the court
20    reporter to read it back.
21              (Record read.)
22              MR. HERRINGTON:  Okay.  Thank
23    you.
24              MR. MCKEEBY:  Okay.  All right.
25              MR. HERRINGTON:  I thought she
```



Case 1:19-cv-01338-AT    Document 47-2    Filed 03/10/20    Page 23 of 23

 1          Q.      But you do lead the teams?

 2          A.      As far as when their due dates

 3   and things are concerned, I will reiterate

 4   that, yes.

 5          Q.      And the project objectives, how

 6   did you know what the project objectives were?

 7          A.      That was based off of the

 8   project manager.  And what was within the

 9   actual project plan.  So even though the

10   project manager already goes through that

11   with the client, it's still my job to make

12   sure they understand they have to stay on

13   that track.

14          Q.      But you had to understand what the

15   project objectives were?

16          A.      Yes, sir, like as far as the

17   checklists and things are concerned.

18          Q.      You would determine those

19   objectives by reviewing the solution design

20   and the project plan?

21          A.      More so the project plan.

22   Because the solution design more so gives

23   information of their internal policies and

24   procedures and the project plan is what the

25   project manager puts together, actually,



Case 1:19-cv-01338-AT   Document 67-2   Filed 05/04/20   Page 24 of 36

1    putting dates for their deadlines.

2        Q.    The next bullet and then we will

3    take a break, if that's okay?

4        A.    Sure.

5        Q.    Strong leadership and delegation

6    skills.  To whom did you delegate tasks?

7        A.    To the client.

8        Q.    What kinds of things would you

9    delegate to the client?

10       A.    I would do certain things like,

11   let's say, we had the power user checklist,

12   so it's already listed out as far as what

13   they need to do.  And I would just delegate

14   and say, okay, these are the specific items

15   that need to be completed by this date,

16   pretty much like reiterating the project plan

17   that was already put together.

18       Q.    So you're delegating particular

19   functions associated with the implementation

20   process to someone on the project team?

21       A.    Can you repeat that for me?

22             MR. MCKEEBY:  Can you read that

23   back?

24             (Record read.)

25             THE WITNESS:  Yes.



Case 1:19-cv-01338-AT Document 47-2 Filed 05/10/20 Page 65 of 33

 1   be to perform the training?

 2        A.    Most of the time, yes.

 3        Q.    Okay.  And then the next part of

 4   the fourth bullet says, "Track project against

 5   timeline, milestones and budget and revise as

 6   needed"?

 7        A.    That is correct.

 8        Q.    What would you be revising?

 9        A.    So with that, if there was

10   something within the progress -- I'll just

11   give you an example.  Let's say that they're

12   behind schedule as far as doing the end user,

13   super user training, so prior to the

14   trainings, there's generally a checklist that

15   is required prior to.  So, for example, you

16   have the power user checklist, that's

17   supposed to be completed prior to the end

18   user, super user.  If it was not, then at

19   that point, I would reach out to the project

20   manager to let them know, hey, this needs to

21   be revised, we may need to push out the date,

22   and then they would actually update the

23   project plan.

24        Q.    Okay.  So you wouldn't actually

25   revise the -- the revise in that bullet in



Case 1:19-cv-01338-AT    Document 47-2    Filed 03/10/20    Page 76 of 133

SUZANNE GREENE                                    August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                          107

1   your resume doesn't mean changing the actual
2   terms of a document?
3        A.    No.  That's not what that means
4   there, no.
5        Q.    Right.  It means communicating
6   that something needs to be changed and then
7   the project manager would make that change?
8        A.    That is correct.
9        Q.    Got it.  Okay.
10             I set up the question about the
11   training and I didn't ask what I wanted to.
12             So when you're at -- when you're
13   training at the facility -- and I understand
14   sometimes it happened on the web training too,
15   where you weren't at the facility?
16        A.    Yes.
17        Q.    But when you were at the facility
18   doing the training that you described, you're
19   there by yourself; correct?
20        A.    Sometimes.
21        Q.    Typically?
22        A.    Typically, yes.
23        Q.    Okay.  Who else, on those
24   occasions that are atypical, would the project
25   manager might also be there?



Case 1:19-cv-01338-AT   Document 47-2   Filed 03/10/20   Page 27 of 33

SUZANNE GREENE                                    August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                        109

1   So milestones are essentially -- they're kind

2   of like a checklist so to say.  But that's

3   something that, you know, I would make sure

4   that whatever the project manager put within

5   the project plan, I need to ensure that the

6   client's essentially meeting those.

7         Q.     But is milestones the same as a

8   deadline?

9         A.     Pretty much, yes, sir.

10        Q.     Okay.  And if the client wasn't

11  meeting a milestone or deadline, you would

12  communicate that to the project manager?

13        A.     Absolutely.

14        Q.     And that's the kind of thing that

15  might result in postponing a Go-Live deadline?

16        A.     That could be one of the many

17  reasons, yes.

18        Q.     Now, what is the budgeting -- what

19  is the budget -- the "Track progress against

20  budget" mean?

21        A.     So the budget, each client can

22  purchase different amounts of hours.  So

23  depending on how many hours they had, that

24  would be communicated from the manager to the

25  project manager and myself.



Case 1:19-cv-01338-AT   Document 47-2   Filed 03/10/20   Page 108 of 233

SUZANNE GREENE                                          August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                             110

```
 1              And for a short period of time,
 2   we were updating the actual -- within the
 3   project plan, there was a portion that would
 4   show the hours they had and then it would
 5   subtract the time that we were working on
 6   that.  So if they got under, I believe it was
 7   10 or 12 hours, then I needed to notify the
 8   project manager so then they can speak to the
 9   client and have them purchase more hours, if
10   necessary.
11        Q.    Okay.  Did you ever recommend to
12   the client that they might need more hours?
13        A.    Not unless I spoke to the
14   project manager first, no.
15        Q.    Okay.  You would recommend -- you
16   would alert the project manager to the fact
17   that they needed more hours based on the
18   budget?
19        A.    That is correct.
20        Q.    Okay.  And when you're saying
21   "hours," you're meaning training hours?
22        A.    Right.  Yes.  Yes, sir.  And
23   those hours could also be used for some
24   troubleshooting and setup and things of that
25   sort as well.
```



 1  amount based off of what the project manager

 2  set up.

 3          So it would actually -- all I

 4  would do is enter in the time that I worked

 5  that was actually billable, and it would

 6  deduct it automatically, so I didn't really

 7  have to factor anything.

 8      Q.    Well, but you did have to track

 9  the budget; correct?  Is what your resume says

10  or?

11      A.    Yes.  Yes.  Yes, sir, that is

12  correct.

13      Q.    Okay.  Now, am I right that there

14  are -- one of the things that you did at the

15  initial stage of an implementation would be to

16  review the contract; did you do that?

17      A.    Yes, sir.

18      Q.    Okay.

19      A.    I would briefly look over the

20  contract; I didn't go into much detail with

21  that.

22      Q.    And would you agree with me that

23  there were different types of contract options

24  that the client had?

25      A.    Yes, sir.



1   things you did was "Provide effective training

2   to maximize the use of the software"?

3        A.    Yes, sir.

4        Q.    So is it a true statement then

5   that the effectiveness of your training

6   affected whether or not the customer, client

7   was able to maximize their use of the

8   software?

9        A.    Not necessarily, because it

10  depends on if they're -- for example, like my

11  seasoned client where my training was still

12  the same as I do with every other client,

13  they were just having a harder time

14  understanding.

15       Q.    Right.  So I understand that

16  effective training might not always lead to

17  maximization of the use of the software.

18  Right?

19       A.    Yes.

20       Q.    But if you provided ineffective

21  training, you wouldn't expect that the

22  maximization of the use of the software to

23  occur; correct?

24       A.    Correct.

25       Q.    And then the last two bullets are



Case 1:19-cv-01338-AT Document 47-2 Filed 03/30/20 Page 31 of 33

SUZANNE GREENE                                    August 29, 2019
SUZANNE GREENE vs TYLER TECHNOLOGIES                         134

 1        Q.      Okay.  And how would you become
 2   aware that these problems were occurring?  The
 3   client would advise you or were you able to
 4   see this during training or through some other
 5   way?
 6        A.      They would communicate that with
 7   me.
 8        Q.      Okay.  They might communicate that
 9   to you during a weekly call, for example?
10        A.      Absolutely, yes.
11        Q.      Can you think of an example where
12   an issue like this was communicated to you by
13   a particular client?
14        A.      I mean, Turlock, California, is
15   a good example, because they used to run into
16   different issues.  One they had even -- was a
17   visual issue within the application.  So
18   those types of troubleshooting would not be
19   billable, but of course, we would still have
20   to complete the troubleshooting.
21        Q.      How did you know what was billable
22   and what wasn't?  Or did you make that
23   determination?
24        A.      Well, we would make the
25   determination based off of the list that our



1   implementation manager had sent out as far as

2   what's billable and what is not.

3        Q.    And troubleshooting wasn't on the

4   list?

5        A.    Well, certain troubleshooting

6   is, yes.  But if it had something to do with

7   a defect, then no.  You would basically

8   troubleshoot and not bill the time.

9        Q.    Okay.  And so what troubleshooting

10  would not involve a defect?

11       A.    Overtime not populating, that's

12  not a defect, that's just either the correct

13  employee is not attached to the correct

14  policy, that could be something as simple as

15  under the preferences in the back end.  But

16  that's not necessarily a quote, unquote,

17  defect.

18       Q.    So when -- a situation when

19  overtime wasn't populating in the software,

20  would that be something you could address and

21  fix yourself or would you have to escalate

22  that?

23       A.    Generally, that type of

24  troubleshooting, I would be able to fix,

25  because it's not very technical.  It's just



1    basically trying to copy the error that

2    they're receiving.

3         Q.    Were there types of errors that

4    you trouble shot and then determined that you

5    could not fix?

6         A.    Absolutely.

7         Q.    And those you would escalate to

8    the...

9         A.    First the project manager and

10   then it would go to our tech team, which we

11   would submit a ticket for them.

12        Q.    Who would prepare the ticket?

13        A.    I would.

14        Q.    And when you say the "tech team,"

15   is that a group that sits in Little Rock or

16   was it a group that sits in Little Rock?

17        A.    Not all of them are in Little

18   Rock, because we have probably more remote

19   employees than we do in office, but some of

20   them are in Little Rock, yes.

21        Q.    Would there be a specific tech

22   person to whom you would submit the ticket?

23        A.    No, it's whoever is available.

24   It would go to a queue and I'm not sure how

25   they distributed it on their side.



Case 1:19-cv-01338-AT   Document 67-2   Filed 05/04/20   Page 34 of 36
Case 1:19-cv-01338-AT   Document 47-2   Filed 03/10/20   Page 34 of 36

1          Q.      So you wouldn't get the contract

2    at that point to review?

3          A.      No, generally, we would have to

4    go look up that information.  We had, like, a

5    shared drive where a lot of documents would

6    be held at.

7          Q.      Okay.  So the notification from

8    the implementation manager of the assignment

9    would trigger your responsibility to look up

10   the documents?

11         A.      Yes, sir.

12         Q.      And by the documents, at that

13   point, we're talking about the contract with

14   the client?

15         A.      The solution design -- or well,

16   excuse me, I'm sorry, solution design hasn't

17   quite been there yet.  Once it was my turn to

18   take the project, that's when I would look up

19   the documents; I didn't generally go in and

20   look up the documents when it was assigned to

21   the project manager.

22         Q.      What documents could you have

23   looked up when it was assigned to the project

24   manager?  You could look at the contract?

25         A.      Just the contract at that point,





**Suzanne F. Greene**
Cell ████████████
E-Mail: ████████████████████



DEFENDANT'S
EXHIBIT
2

Objective: To obtain a leadership role in a company which offers opportunities for career advancement in a team oriented environment.

Employer: Tyler Technologies
Title: Implementation Consultant
Duration: February 2016 – Present
Job Duties
- Manage multiple client implementations simultaneously, while meeting all project plan deadlines.
- Build, lead and direct project teams to meet project objectives
- Strong leadership and delegation skills
- Set clear expectations and goals for project teams. Track progress against timeline, milestones and budget, revise as needed
- Hold regularly scheduled meetings with the client to ensure that milestones are met
- Provide software application training using a variety of delivery methods including web-based and on-site training
- Coordinate new customer implementations, providing effective training to maximize use the software
- Excellent communication (written and oral) and interpersonal skills
- Effective at engaging with people from all backgrounds and work industries

Employer: Allconnect
Title: Sales/Customer Service
Duration: August 2015 – January 2016
Job Duties:
- Detail oriented in order to ensure accuracy of information delivered to consumers and recorded for processing
- Utilizes consultative selling techniques to present key selling points, features and benefits while remaining focused on the customers' needs and expectations
- Demonstrates persistence, manage objections and strive to improve my skills and sales performance
- Effectively communicates and build relationships with customers to provide a world class customer experience
- Consistently exceed monthly sales objectives
- Effectively executes the entire sales process from opening to close while ensuring customer satisfaction

Employer: Highland Mortgage
Title: Loan Partner 1/Production Assistant
Duration: April 2014 – July 2015
Job Duties:
- Deliver performance excellence to mortgage/loan customers to ensure the origination of the relevant and appropriate loan products to meet their financial needs
- Observe the servicing practices of the mortgage branch team and management level associates from the customer perspective to develop and implement performance improvements
- Partner with manager and team to ensure operational excellence of the center and maintain a high level of customer satisfaction.
- Monitor the daily activities of the Branch including workflow, forecasting and customer satisfaction.

- Develop marketing strategies to build our customer base and maintain our current customer portfolio
- Create workforce stability by cultivating a productive and enthusiastic business team.
- Review team performance with manager and reinforce the accountability expectations for team and self.
- Establish communication, training and reporting processes to ensure the branch is operating to most current operational and security processes.
- Coach new hires to demonstrate professionalism, discretion and independent judgment, when performing work responsibilities.


Employer: Verizon
Title:  Sales/Customer Retention/Service Representative
Duration: July 2006 – September 2013
Job Duties:
- Serviced 150 calls per day and resolved customer service inquiries on account related issues
- Achieved and maintained exceptional quality, productivity and sales results.
- Analyze customer portfolios to determine the best cross sell and upgrade opportunities
- Motivate team to maximize potential in all aspects of their job.
- Excellent verbal communication recommending relevant products to customers to deepen their business relationship with company
- Consistently exceeded incentive plans for top performing associates.
- Partner with executives to identify process improvements and develop counter measures to prevent the regression to previous ineffective performance practices
- Research and resolve escalated issues for customers and/or clients in an efficient and timely manner while transitioning to sales
- Take ownership for the resolution of customer complaints and resolved them in a manner that would ensure the retention of high valued customers
- Manage upset customers, conflicts and challenging situations
- Coached new team members to make a smooth transition to the live environment


Skills:

TSYS (Total Systems), Frontier, Microsoft Word, Excel, Outlook, and Power Point,