# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>　　　　**Defendant.** | **Civil Action No. 1:19-cv-01338-AT** |

## DEFENDANT'S NOTICE OF SERVICE OF DEFENDANT'S AMENDED INITIAL DISCLOSURES TO PLAINTIFF

Pursuant to Local Rule 26.3(A), Defendant certifies that on August 5, 2020, it served Plaintiff with Defendant's Amended Initial Disclosures via e-mail.

August 5, 2020

*/s/ Amanda E. Brown*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell Jones
Georgia Bar No. 451289
max.jones@dentons.com
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.8489
Facsimile: +1.404.527.4198

Paulo B. McKeeby
(admitted *pro hac vice*)
TX State Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
(admitted *pro hac vice*)
TX State Bar No. 24087839
aebrown@reedsmith.com
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: +1.469.680.4200
Facsimile: +1.469.680.4299

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of August, 2020, a true and correct copy of the above was filed via the Court's ECF filing system on the following:

Matthew W. Herrington
Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

*Counsel for Plaintiff*

                                                       */s/Amanda E. Brown*
                                                       Amanda E. Brown