IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,** | |
| **Plaintiff,** | |
| **vs.** | Civil Action No. 1:19-cv-1338-AT |
| **TYLER TECHNOLOGIES, INC.,** | |
| **Defendant.** | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Suzanne Greene and Defendant Tyler Technologies, Inc., hereby give

notice that the Parties have reached a settlement of this matter. The Parties request

that the Court ADMINISTRATIVELY CLOSE this action pending their Joint

Motion for FLSA Settlement Approval, which they anticipate filing no later than

April 16, 2021.

Respectfully submitted this 2nd day of April 2021,

**DELONG, CALDWELL, BRIDGERS,**
**FITZPATRICK & BENJAMIN, LLC**

/s/ Matthew W. Herrington
Mitchell D. Benjamin
Georgia Bar No. 049888
benjamin@dcbflegal.com

**REED SMITH LLP**

s/ Amanda E. Brown
Paulo B. McKeeby
Texas Bar No. 00784571
paulo.mckeeby@morganlewis.com
Amanda E. Brown

Matthew W. Herrington
Georgia Bar No. 275411
matthew.herrington@dcbflegal.com

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)

Counsel for Plaintiff

Texas Bar No. 24087839
amanda.brown@morganlewis.com

2501 N. Harwood St., Suite 1700
Dallas, TX 75201
Telephone: +1.469.4200
Facsimile: +1.469.680.4299

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SUZANNE GREENE,** | |
| **Plaintiff,** | |
| **vs.** | Civil Action No. 1:19-cv-1338-AT |
| **TYLER TECHNOLOGIES, INC.,** | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed the foregoing document with the

Clerk of Court using the Court's CM/ECF system, thereby ensuring electronic

service upon all counsel of record.

Date: April 2, 2021

_s/ Matthew W. Herrington_
Matthew W. Herrington
Ga. Bar No. 275411
