IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUZANNE GREENE, | : | |
| Plaintiff, | : | |
| v. | : | |
| TYLER TECHNOLOGIES, INC., | : | CIVIL ACTION NO. 1:19-cv-1338-AT |
| Defendant. | : | |

## **ORDER**

The parties in this matter have filed a Notice of Settlement [Doc. 84], advising the Court that they have reached a settlement and formal documentation is soon to be completed.

**IT IS HEREBY ORDERED** that this action be **ADMINISTRATIVELY CLOSED** and the parties **DIRECTED** to file a Motion for FLSA Settlement Approval on or before April 16, 2021.

**SO ORDERED** this 5th day of April, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**